**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA, *et al.*, *ex rel.* OMNI HEALTHCARE, INC.,

Plaintiffs,

v.

MD SPINE SOLUTIONS LLC, D/B/A MD LABS INC. AND DOE HEALTHCARE PROVIDERS 1 - 100,

Defendants.

No. 18-cv-12558-PBS

**FILED UNDER SEAL**

**UNITED STATES' NOTICE OF INTERVENTION IN PART FOR SETTLEMENT PURPOSES AND DECLINATION IN PART**

Pursuant to 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its decision to intervene in part of this action, solely for the purposes of settlement, and to decline to intervene in part of this action. The United States intervenes for purposes of settlement in this action as to MD Spine Solutions, LLC, D/B/A MD Labs Inc. ("MD Labs") and Doe Healthcare Provider defendant Nevada Advanced Pain Specialists ("NAPS"), and declines to intervene as to all other defendants. The United States intervenes with respect to relator's allegations against MD Labs and NAPS concerning their urine drug testing ("UDT") services. The United States has reached settlements with MD Labs and NAPS concerning UDT services. The United States declines to intervene with respect to relator's allegations concerning all other claims.

Although the United States declines to intervene in a portion of the action, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the declined portion of the action in the name of the United States; provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the

dismissal and their reasons for consenting." *Id*. Therefore, the United States requests that, should either the relator or the defendant propose that the part of the action in which the United States has not intervened be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c), the United States requests that all pleadings filed in this action, even as to the non-intervened part of this action, be served upon the United States; the United States also requests that all orders issued by the Court be sent to the government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in the portion of this action in which it is declining to intervene today, for good cause, at a later date.

The United States reserves the right to seek dismissal of the relator's action or claim on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4).

Lastly, the United States respectfully requests that the relator's Complaint, this Notice, and all pleadings filed thereafter be unsealed. The United States further requests that all other papers on file in this action remain under seal because, in discussing the content and extent of the United States' investigation, the United States provided such papers to the Court alone for the sole purpose of the Court's evaluating whether it should extend the seal.

A proposed order accompanies this notice.

Dated: October 20, 2021

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: */s/ Abraham R. George*
ABRAHAM R. GEORGE
CHARLES B. WEINOGRAD
Assistant United States Attorneys
United States Attorney's Office

1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
abraham.george@usdoj.gov
charles.weinograd@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was served on the following counsel for relator by email on the below date:

Jesse Hoyer Estes
HOYER LAW GROUP, PLLC
2801 West Busch Blvd, Ste 200
Tampa, FL 33618
Tel: (813) 375-3700
jesse@hoyerlawgroup.com

Dated: October 20, 2021

*/s/ Abraham R. George*
Abraham R. George
Assistant United States Attorney