**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA, *et al.*, *ex rel.*
OMNI HEALTHCARE, INC.,

                    Plaintiffs,

v.

MD SPINE SOLUTIONS LLC, D/B/A MD LABS
INC. AND DOE HEALTHCARE PROVIDERS 1 -
100,

                    Defendants.

No. 18-cv-12558-PBS

**FILED UNDER SEAL**

[PROPOSED]
**ORDER**

Upon consideration of the United States' Notice of Intervention in Part for Settlement

Purposes and Declination in Part, it is hereby **ORDERED** as follows:

The relator's Complaint and the United States' Notice of Intervention in Part for

Settlement Purposes and Declination in Part shall be unsealed.

All other filings in these matters shall remain under seal.

A copy of this Order shall be served upon the United States, and the United States may

share this Order with the other government plaintiffs, relator, and its counsel.

Dated: _10/21/21_

PATTI B. SARIS
UNITED STATES DISTRICT JUDGE