UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATES OF ALASKA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, THE DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, AND WASHINGTON, EX REL. OMNI HEALTHCARE, INC., <br><br>                    Plaintiffs, <br><br>       v. <br><br> MD SPINE SOLUTIONS LLC, D/B/A MD LABS INC. AND DOE HEALTHCARE PROVIDERS 1 - 100, <br><br>                    Defendants. | Civil Action No. 18-12558 |

**DEFENDANT'S MOTION TO DISMISS RELATOR'S COMPLAINT**

Pursuant to Rules 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP"), defendant MD Spine Solutions LLC, d/b/a MD Labs, Inc. ("MD Labs") respectfully submits this motion to dismiss the complaint filed by the Relator, Omni Spine Solutions LLC (the "relator" or "Omni") for failure to state a claim upon which relief may be granted.  For the reasons set forth in the accompanying memorandum of law, the relator's *qui tam* complaint fails to state a claim with the requisite particularity required by the controlling case law in this Circuit.  Also, to the extent that it alleges conduct occurring more than six years prior to this action being filed, the

156075197.1

relator's claims are time-barred. In addition, the relator's state-law claims are derivative of its federal claim and should be dismissed with prejudice as well. Accordingly, this motion should be granted, and the complaint should be dismissed with prejudice.

Respectfully submitted,

By: s/Alexander O. Canizares

March 21, 2022

Alexander O. Canizares (admitted *pro hac vice*)
ACanizares@perkinscoie.com
Barak Cohen (admitted *pro hac vice*)
BCohen@perkinscoie.com
Paul M. Korol (admitted *pro hac vice*)
PKorol@perkinscoie.com
Matthew J. Moffa (BBO # 681965)
MMoffa@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone:     202.654.6200
Facsimile:     202.654.6211

*Attorneys for Defendant MD Spine Solutions LLC, d/b/a MD Labs Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 21, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: March 21 2022

s/ Alexander O. Canizares
Alexander O. Canizares
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211