UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATES OF ALASKA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, THE DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, AND WASHINGTON, EX REL. OMNI HEALTHCARE, INC., <br><br>             Plaintiffs, <br><br>    v. <br><br>MD SPINE SOLUTIONS LLC, D/B/A MD LABS INC. AND DOE HEALTHCARE PROVIDERS 1 - 100, <br><br>             Defendants. | Civil Action No. 18-12558 |

**DEFENDANTS' MOTION TO DISMISS RELATOR'S AMENDED COMPLAINT**

Pursuant to Rules 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP"), defendants MD Spine Solutions LLC, d/b/a MD Labs, Inc. ("MD Labs"), Denis Grizelj, and Matthew Rutledge (collectively, "MD Labs & Owners"), respectfully submit this motion to dismiss the amended complaint filed by the Relator, Omni Spine Solutions LLC (the "relator" or "Omni") for failure to state a claim upon which relief may be granted. For the reasons set forth in the accompanying memorandum of law, the relator's amended *qui tam* complaint fails to state a claim with the requisite particularity required by the controlling case law in this Circuit. Also,

to the extent that it alleges conduct occurring more than six years prior to this action being filed, the relator's claims are time-barred. In addition, the relator's state-law claims are derivative of its federal claim and should be dismissed with prejudice as well. Accordingly, this motion should be granted, and the complaint should be dismissed with prejudice.

                                                 Respectfully submitted,

                                                 By: s/Alexander O. Canizares

May 18, 2022

                                                 Alexander O. Canizares (admitted *pro hac vice*)
ACanizares@perkinscoie.com
Barak Cohen (admitted *pro hac vice*)
BCohen@perkinscoie.com
Paul M. Korol (admitted *pro hac vice*)
PKorol@perkinscoie.com
Matthew J. Moffa (BBO # 681965)
MMoffa@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone:    202.654.6200
Facsimile:     202.654.6211

*Attorneys for Defendants MD Spine Solutions LLC, d/b/a MD Labs Inc., Denis Grizelj, and Matthew Rutledge*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated:  May 18, 2022                                       s/ Alexander O. Canizares
                                                           Alexander O. Canizares
                                                           PERKINS COIE LLP
                                                           700 Thirteenth Street, N.W., Suite 800
                                                           Washington, D.C. 20005-3960
                                                           Telephone:  202.654.6200
                                                           Facsimile:  202.654.6211