UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* OMNI HEALTHCARE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MD SPINE SOLUTIONS LLC, D/B/A MD LABS INC., DENIS GRIZELJ, MATTHEW RUTLEDGE AND DOE HEALTHCARE PROVIDERS 1 - 100,<br><br>Defendants. | No. 18-cv-12558-PBS |

**PLAINTIFF-RELATOR OMNI HEALTHCARE, INC.'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1(b)(2), Plaintiff-Relator OMNI Healthcare, Inc. ("OMNI") respectfully requests that this Court extend by fourteen (14) days the deadline for OMNI to file its opposition to defendants MD Spine Solutions LLC, d/b/a MD Labs, Inc., Denis Grizelj and Matthew Rutledge's (collectively, "Defendants") motion to dismiss OMNI's amended complaint, file May 18, 2022. *See* ECF #s 84-85. The current deadline for OMNI to file opposition to Defendants' motion to dismiss is June 1, 2022. *See* Local Rule 7.1(b)(2). The requested extension would set a new deadline of June 15, 2022. This is OMNI'S first request for an extension of time to oppose Defendants' motion.

Good cause exists to grant this motion. Om April 4, 2022, OMNI filed its amended complaint. ECF #71. Per Fed R. Civ. P. 15(a)(3), Defendants' response to the amended complaint was originally due on April 18, 2022. Defendants requested and OMNI consented to an additional 30 days for Defendants to respond to OMNI's amended complaint. *See* ECF #73. The Court granted Defendants' motion for an extension. *See* ECF #74. OMNI's requested

extension would give it an amount of time to oppose Defendants' motion that is commensurate with the time Defendants had to prepare the motion.

Additionally, I, undersigned counsel, am one of the primary attorneys handling the matter for OMNI. My wife gave birth to our first child last month, so my availability in the next several weeks is more limited than normal.

Earlier today, I contacted counsel for Defendants regarding our request for an extension of time to oppose Defendants' motion to dismiss the amended complaint. Counsel advised me that Defendants' consent to the request.

For these reasons, we respectfully request that the Court grant this motion and extend the deadline for OMNI to file an opposition to Defendants' motion to dismiss OMNI's amended complaint by 14 days until June 15, 2022.

May 19, 2022

Respectfully Submitted,

/s/ *Thomas M. Kenny*
Thomas M. Kenny (*pro hac vice*)
SPIRO HARRISON
363 Bloomfield Avenue, Suite 2C
Montclair, NJ 07042
(973) 232-0881 / (973) 232-0887 - FAX
tkenny@spiroharrison.com
*Attorneys for Plaintiff-Relator* OMNI Healthcare, Inc.

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 19, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

May 19, 2022                */s/ Thomas M. Kenny*
                        Thomas M. Kenny(*pro hac vice*)
                        SPIRO HARRISON