UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* OMNI HEALTHCARE, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>MD SPINE SOLUTIONS LLC, D/B/A MD LABS INC. et al.,<br><br>        Defendants. | Civil Action No. 18-12558 |

**STIPULATION OF DISMISSAL AS TO PLAINTIFF STATES**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the States of Alaska, California, Colorado, Connecticut, Delaware, the District of Columbia, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Virginia, and Washington (the "Plaintiff States") and defendants MD Spine Solutions, LLC, d/b/a MD Labs, Inc. ("MD Labs"), MD Labs' co-founders and owners, Denis Grizelj, and Matthew Rutledge (collectively "MD Labs & Owners"), respectfully submit this stipulation of dismissal as set forth below.

The Plaintiff States are 29 states plus the District of Columbia, each of which was named as a plaintiff in the relator's *qui tam* complaint, as amended. ECF Nos. 1 & 71. They include 13 states that have concluded settlement agreements with MD Labs & Owners ("State Settlement Agreements") plus 17 states that have elected not to execute a State Settlement Agreement but nevertheless determined to join this stipulation.[1] Accordingly, in accordance with Rule 41(a)

---

[1] The 13 Plaintiff States that executed Settlement Agreements with MD Labs & Owners are:

156389650.4

-2-

and the terms of the State Settlement Agreements, the Plaintiff States and MD Labs & Owners hereby stipulate, through their counsel, to the entry of an order dismissing, without prejudice as to the Plaintiff States, all state-law claims that have been or may be asserted by the Plaintiff States in the above-captioned action against MD Labs & Owners for the "Covered Conduct" as that term is defined in the State Settlement Agreements.

This stipulation is not intended to affect the relator's reservation of rights to pursue claims against MD Labs & Owners based upon the alleged submission or causing the submission of false claims for urinary tract infection testing, as stated in the Corrected Joint Stipulation of Dismissal, filed February 4, 2022.

MD Labs & Owners and the Plaintiff States respectfully request that the Court enter an order in the form of the attached proposed order.

Respectfully submitted,

**Plaintiff States**

Dated:   May 23, 2022

By:  s/ Matthew Turnell

Matthew Turnell (BBO # 662537)
Assistant Attorney General
Matthew.Turnell@mass.gov
One Ashburton Place
Boston, MA 02108
617-727-2200

Alaska, California, Colorado, Florida, Indiana, Massachusetts, Michigan, Nevada, New Mexico, North Carolina, Tennessee, Virginia, and Washington.  MD Labs & Owners also entered into settlement agreements with nine other states: Arizona, Arkansas, Idaho, Kansas, Kentucky, Ohio, Oregon, Pennsylvania, and South Carolina.

-2-

156389650.4

-3-

*Attorney for the State of Massachusetts with the consent of Alaska, California, Connecticut, Colorado, Delaware, the District of Columbia, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Michigan, Minnesota, Montana, Nevada, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Virginia, and Washington*

**MD Spine Solutions, LLC**
**d/b/a MD Labs, Inc.**

May 23, 2022

  s/ Alexander O. Canizares
Alexander O. Canizares (admitted *pro hac vice*)
ACanizares@perkinscoie.com
Barak Cohen (admitted *pro hac vice*)
BCohen@perkinscoie.com
Paul M. Korol (admitted *pro hac vice*)
PKorol@perkinscoie.com
Matthew J. Moffa (BBO # 681965)
MMoffa@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone:    202.654.6200
Facsimile:    202.654.6211

Attorneys for Defendant MD Spine Solutions, LLC d/b/a MD Labs, Inc.

-3-

156389650.4

-4-

**Denis Grizelj**

May 23, 2022

s/ Alexander O. Canizares

Alexander O. Canizares (admitted *pro hac vice*)
ACanizares@perkinscoie.com
Barak Cohen (admitted *pro hac vice*)
BCohen@perkinscoie.com
Paul M. Korol (admitted *pro hac vice*)
PKorol@perkinscoie.com
Matthew J. Moffa (BBO # 681965)
MMoffa@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone:    202.654.6200
Facsimile:    202.654.6211


*Attorneys for Defendant Denis Grizelj*

**Matthew Rutledge**

May 23, 2022

s/ Alexander O. Canizares

Alexander O. Canizares (admitted *pro hac vice*)
ACanizares@perkinscoie.com
Barak Cohen (admitted *pro hac vice*)
BCohen@perkinscoie.com
Paul M. Korol (admitted *pro hac vice*)
PKorol@perkinscoie.com
Matthew J. Moffa (BBO # 681965)
MMoffa@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone:    202.654.6200
Facsimile:    202.654.6211


*Attorneys for Defendant Matthew Rutledge*

156389650.4

-5-

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: May 23, 2022

s/ Alexander O. Canizares
Alexander O. Canizares
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211

156389650.4