UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* OMNI HEALTHCARE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MD SPINE SOLUTIONS LLC, D/B/A MD LABS INC. *et al.*, <br><br> Defendants. | Civil Action No. 18-12558 |

#  [PROPOSED] ORDER

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the States of Alaska, California, Connecticut, Colorado, Delaware, the District of Columbia, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Virginia, and Washington (the "Plaintiff States") and defendants MD Spine Solutions, LLC, d/b/a MD Labs, Inc. ("MD Labs"), MD Labs' co-founders and owners, Denis Grizelj, and Matthew Rutledge (collectively "MD Labs & Owners"), filed a stipulation of dismissal. Upon due consideration,

IT IS HEREBY ORDERED that:

All state-law claims asserted by the Plaintiff States in the above-captioned action against MD Labs & Owners for the "Covered Conduct" as that term is defined in the State Settlement Agreements shall be dismissed, without prejudice as to the Plaintiff States.

156389651.3

Dated: 5/27/22

PATTI B. SARIS
UNITED STATES DISTRICT JUDGE