UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATES OF ALASKA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, THE DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, AND WASHINGTON, EX REL. OMNI HEALTHCARE, INC., <br><br>            Plaintiffs, <br><br>    v. <br><br> MD SPINE SOLUTIONS LLC, D/B/A MD LABS INC. AND DOE HEALTHCARE PROVIDERS 1 – 100 *et al.*, <br><br>            Defendants. | Civil Action No. 18-12558 |

## MOTION FOR WITHDRAWAL OF PAUL M. KOROL

Pursuant to Local Rule 83.5.2(c), Paul M. Korol respectfully requests that this Court grant him leave to withdraw as counsel to MD Spine Solutions LLC d/b/a MD Labs, Inc. ("MD Labs"), Matthew Rutledge, and Dennis Grizelj in the above-captioned matter. Mr. Korol will be leaving Perkins Coie LLP effective June 17, 2022 for another opportunity. MD Labs, Mr. Rutledge, and Mr. Grizelj will continue to be represented in this matter by the other attorneys of Perkins Coie LLP who have entered appearances. On June 16, 2022, we contacted counsel for the relator, Omni Healthcare, Inc., regarding this motion and were informed that the relator

157159795.1

-2-

consents to this motion.

    For these reasons, Mr. Korol respectfully requests that this Court grant his motion to withdraw.

Respectfully submitted,

By: s/Paul M. Korol

June 16, 2022

Paul M. Korol (admitted *pro hac vice*)
PKorol@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone:   202.654.6200
Facsimile:    202.654.6211

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that, pursuant to LR 7.1, counsel for all parties conferred and attempted in good faith to resolve or narrow the issues presented by this motion, and no party opposes the relief requested by the motion.

/s/ Paul M. Korol
Paul M. Korol

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: June 16, 2022

s/ Paul M. Korol
Paul M. Korol
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211