THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATES OF ALASKA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, THE DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, AND WASHINGTON, *ex rel.* OMNI HEALTHCARE, INC., <br><br>             Plaintiffs, <br><br>      v. <br><br> MD SPINE SOLUTIONS LLC, D/B/A MD LABS INC., DENIS GRIZELJ, MATTHEW RUTLEDGE, AND DOE HEALTHCARE PROVIDERS 1 – 100, <br><br>             Defendants. | Civil Action No. 18-12558 |

**DEFENDANTS' CONSENT MOTION REQUESTING LEAVE FOR A REPLY AND SUR-REPLY REGARDING MOTION TO DISMISS THE AMENDED COMPLAINT**

Pursuant to Local Rule 7.1 of the Local Rules of the United States District Court for the District of Massachusetts, defendants MD Spine Solutions LLC, d/b/a MD Labs, Inc. ("MD Labs"), Denis Grizelj, and Matthew Rutledge (collectively, "MD Labs & Owners"), respectfully submit this consent motion requesting permission to file a reply in response to the opposition to our motion to dismiss filed by the relator, Omni Healthcare, Inc. ("the relator"), ECF No. 93. We also request that the relator be granted an opportunity to file a sur-reply thereafter.

Good cause supports this motion. In its memorandum in opposition to our motion to

dismiss the amended complaint, the relator argues that it has adequately pleaded violations of the False Claims Act with particularity in accordance with Rule 9(b) of the Federal Rules of Civil Procedure. Rel. Opp. Mot. to Dismiss at 8-19. We wish to respond to the relator's arguments and explain why dismissal of the amended complaint is warranted. We also wish to address the relator's half-hearted defense of its improper "shotgun" approach to pleading and the relator's misplaced reliance on the Corporate Integrity Agreement appended to its brief (which is not cited in the amended complaint and thus not properly considered by the Court on a Rule 12(b)(6) motion). *See id.* at 13 & ECF No. 93-01 & 93-02. Because granting our request to file a reply brief would facilitate the Court's resolution of our motion and help focus the issues in anticipation of oral argument scheduled for August 3, 2022, this motion should be granted.

On June 20, 2022, counsel for MD Labs & Owners contacted counsel for the relator regarding this motion and was informed that the relator will consent to our request to file a reply in support of our motion to dismiss on the condition that we consent to the relator filing a sur-reply by July 15, 2022. Defendants agreed to this proposal, and thus respectfully submit that the Court grant this motion and enter the following schedule for further briefing.

- MD Labs & Owners shall file a reply brief in support of their motion to dismiss by July 1, 2022;
- The relator shall file a sur-reply responding to MD Labs & Owners' reply by July 15, 2022;

## CONCLUSION

For these reasons, MD Labs & Owners respectfully request that the Court grant this motion and enter an order allowing further briefing as set forth above.

Respectfully submitted,

By: s/Alexander O. Canizares

-3-

|  |  |
|---|---|
| June 23, 2022 | Alexander O. Canizares (admitted *pro hac vice*)<br>ACanizares@perkinscoie.com<br>Barak Cohen (admitted *pro hac vice*)<br>BCohen@perkinscoie.com<br>Matthew J. Moffa (BBO # 681965)<br>MMoffa@perkinscoie.com<br>PERKINS COIE LLP<br>700 Thirteenth Street, N.W., Suite 800<br>Washington, D.C. 20005-3960<br>Telephone:    202.654.6200<br>Facsimile:    202.654.6211<br><br>*Attorneys for Defendants MD Spine Solutions LLC, d/b/a MD Labs Inc., Denis Grizelj, and Matthew Rutledge* |

## LOCAL RULE 7.1(a)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I, Alexander O. Canizares, counsel for Defendants MD Spine Solutions LLC, d/b/a MD Labs, Inc., Denis Grizelj, and Matthew Rutledge, hereby certifies that we have conferred with counsel for the relator, Omni Healthcare, Inc., to resolve or narrow the issues presented in this motion, and the parties agreed to the relief requested herein.

s/ Alexander O. Canizares
Alexander O. Canizares

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated:  June 23, 2022

s/ Alexander O. Canizares
Alexander O. Canizares
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone:  202.654.6200
Facsimile:  202.654.6211

157259078.2