| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATES OF ALASKA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, THE DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, AND WASHINGTON, EX REL. OMNI HEALTHCARE, INC., <br><br>                    Plaintiffs, <br><br>        v. <br><br> MD SPINE SOLUTIONS LLC, D/B/A MD LABS INC. AND DOE HEALTHCARE PROVIDERS 1 – 100 *et al.*, <br><br>                    Defendants. | Civil Action No. 18-12558 |

## MOTION FOR WITHDRAWAL OF MATTHEW J. MOFFA

Pursuant to Local Rule 83.5.2(c)(1), Matthew J. Moffa respectfully requests that this Court grant him leave to withdraw as counsel to MD Spine Solutions LLC d/b/a MD Labs, Inc. ("MD Labs"), Matthew Rutledge, and Dennis Grizelj in the above-captioned matter. MD Labs, Mr. Rutledge, and Mr. Grizelj will continue to be represented in this matter by the other attorneys of Perkins Coie LLP who have entered appearances, including successor counsel Gary Campbell, who is authorized to practice in the United States Court for the District of Massachusetts (BBO# 640961) and has entered his appearance, ECF Nos. 108, 109, and 110.

157572743.1

On July 20, 2022, we contacted counsel for the relator, Omni Healthcare, Inc., regarding this motion and were informed that the relator consents to this motion.

For these reasons, Mr. Moffa respectfully requests that this Court grant his motion to withdraw.

Respectfully submitted,

By: s/ Matthew J. Moffa

July 21, 2022

Matthew J. Moffa (BBO # 681965)
MMoffa@perkinscoie.com
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: 212.262.690
Facsimile: 212.977.1649

*Attorney for Defendants MD Spine Solutions LLC d/b/a MD Labs, Inc., Denis Grizelj, and Matthew Rutledge*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that, pursuant to LR 7.1, counsel for all parties conferred and attempted in good faith to resolve or narrow the issues presented by this motion, and no party opposes the relief requested by the motion.

/s/ Matthew J. Moffa
Matthew J. Moffa (BBO # 681965)

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: July 21, 2022

s/ Matthew J. Moffa
Matthew J. Moffa (BBO # 681965)
PERKINS COIE LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036-2711
Telephone: 212.262.690
Facsimile: 212.977.1649
MMoffa@perkinscoie.com

157572743.1