UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al., ex rel.* OMNI HEALTHCARE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MD SPINE SOLUTIONS LLC, D/B/A MD LABS INC., DENIS GRIZELJ, MATTHEW RUTLEDGE AND DOE HEALTHCARE PROVIDERS 1 - 100, <br><br> Defendants. | Case No. 18-cv-12558-PBS |

**DEFENDANTS' ASSENTED-TO MOTION FOR EXTENSION OF TIME
TO FILE ANSWER AND TO CONTINUE SCHEDULING CONFERENCE**

Pursuant to Fed. R. Civ. P. 6(b), Defendants MD Spine Solutions LLC, d/b/a MD Labs Inc., Denis Grizelj and Matthew Rutledge ("Defendants"), by and through the undersigned counsel, hereby move this Court for an extension of time, through and including October 27, 2022, for Defendants to file an Answer to Relator's Amended Complaint. Defendants also move the Court to continue by at least 21 days the scheduling conference currently scheduled for October 17, 2022, and all associated deadlines, to a date and time convenient for the Court. Relator does not object to these requests.

There is good cause for these requested extensions. Following the Court's issuance of its decision on Defendants' Motion to Dismiss the Amended Complaint, Defendants have undertaken efforts to prepare their Answer in response to the 546-paragraph Amended Complaint filed by the Relator. Additional time is necessary for Defendants to complete their analysis of the Amended Complaint, obtain and review evidence related to the Relator's allegations, and

prepare their Answer.  Additionally, Defendants recently retained the law firm of Robinson & Cole LLP to represent them, and the undersigned counsel filed a notice of appearance as Defendants' successor counsel on  September 26, 2022.  The undersigned counsel requires additional time to become familiar with the Relator's allegations and discuss a discovery schedule with Relator's counsel prior to the scheduling conference.

On September 26, 2022, the Relator's counsel indicated that the Relator does not object to this motion.

Dated: September 26, 2022

Respectfully submitted,

MD SPINE SOLUTIONS LLC, D/B/A MD LABS INC., DENIS GRIZELJ AND MATTHEW RUTLEDGE

By their attorneys,

*/s/ Seth B. Orkand*
Seth B. Orkand (BBO # 669810)
ROBINSON & COLE LLP
One Boston Place, 25th Floor
Boston, Massachusetts 02108
Tel: (617) 557-5915
Fax: (617) 557-5999
sorkand@rc.com

### L.R. 7.1 CERTIFICATION

I hereby certify that on September 23, 2022, I conferred with counsel for the Relator in good faith to resolve or narrow the issues presented herein.  The Relator indicated on September 26, 2022 that it does not object to the extension of time and continuation proposed herein.

*/s/ Seth B. Orkand*
Seth B. Orkand

## CERTIFICATE OF SERVICE

I, Seth B. Orkand, certify that I caused the foregoing motion to be delivered by ECF to all counsel of record on September 26, 2022.

>*/s/ Seth B. Orkand*
>Seth B. Orkand