UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* OMNI HEALTHCARE, INC.,<br><br>　　　　　　　　Plaintiff-Relator,<br><br>　v.<br><br>MD SPINE SOLUTIONS LLC, D/B/A MD LABS INC., DENIS GRIZELJ, MATTHEW RUTLEDGE, AND DOE HEALTHCARE PROVIDERS 1 – 100,<br><br>　　　　　　　　Defendants. | No. 18-cv-12558 |

**PARTIES' JOINT STATEMENT FOR INITIAL SCHEDULING CONFERENCE**

Pursuant to the Court's direction at the December 12, 2022 Scheduling Conference, Rule 26(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(d), Plaintiff Omni Healthcare, Inc. ("Plaintiff") and Defendants MD Spine Solutions LLC, d/b/a MD Labs Inc. ("MD Labs"), Denis Grizelj and Matthew Rutledge (collectively, "Defendants") hereby submit their Joint Statement, including their proposed pre-trial schedules for the conduct of discovery and the filing of dispositive motions in this matter.

**Matters To Be Addressed At Conference**

　**A.**　**Pending Motions**

None.

　**B.**　**Joint Discovery Plan**

The parties have conferred as required by Fed. R. Civ. P. 26(f) and Local Rule 16.1(b) and submit the following proposed schedules:

　　　　1. Protective Order. The parties will jointly submit a proposed protective order to the court no later than December 23, 2022.

2. <u>Initial Disclosures</u>. The parties served the initial disclosures required by Fed. R. Civ. P. 26(a)(1) by December 2, 2022.

3. <u>Amendments to Pleadings.</u>

    i. <u>Plaintiff's Position</u>. Plaintiff does not anticipate any future amendments to pleadings but reserves its rights under Federal Rule of Civil Procedure 15.

    ii. <u>Defendants' Position</u>. No further amendment to the pleadings will be allowed.

4. <u>Scope and Timing Of Fact Discovery.</u> The parties will be initially permitted up to 12 depositions each as well as 35 interrogatories and 25 requests for admission. Fact discovery will close on October 31, 2023.

5. <u>Expert Discovery.</u>

    i. Plaintiff's expert disclosures, if any, pursuant to Fed. R. Civ. P. 26, including expert reports, must be served by November 30, 2023.

    ii. Defendants' expert disclosures, if any, pursuant to Fed. R. Civ. P. 26, including expert reports, must be served no later than December 31, 2023.

    iii. Rebuttal reports from either party must be served no later than January 31, 2024.

    iv. All expert discovery, including expert depositions, must be completed no later than February 28, 2024.

6. <u>Summary Judgment Motions</u>

    i. Summary judgment motions shall be served by April 30, 2024.

      ii. Oppositions to summary judgment motions must be filed by May 31, 2024.

      iii. Replies to Oppositions to summary judgment motions must be filed June 20, 2024.

      iv. Sur-reply memoranda must be filed by July 10, 2024.

C. <u>Trial By Magistrate Judge.</u>  At this time, the parties do not consent to trial by Magistrate Judge.

D. <u>Local Rule 16.1(d)(3) Certifications.</u> Counsel for each party and the authorized representative for each party certify that they have discussed the use of alternative dispute resolution mechanisms to resolve the above captioned case. Counsel for each party and the authorized representative for each party also certify that they have conferred with a view to establishing a budget for the full course and various alternative courses of the litigation.

Dated: December 14, 2022                    Respectfully submitted,

/s/ Scott M. Heidorn
SCOTT M. HEIDORN (BBO# 661787)
BERGSTRESSER & POLLOCK PC
52 Temple Place
Boston, MA 02111
Tel : 617-682-9211
Fax: 617-451-1070
scott@bergstresser.com

s/Thomas M. Kenny
Thomas M. Kenny, Esq. (*Pro Hac Vice*)
SPIRO HARRISON & NELSON
363 Bloomfield Avenue, Suite 2C
Montclair, New Jersey 07042
Tel: 973-232-0890
Fax: 973-232-0887
tkenny@spiroharrison.com

*Attorneys for Plaintiff OMNI HEALTHCARE, INC.*

/s/ Seth B. Orkand
Seth B. Orkand (BBO No. 669810)
ROBINSON & COLE LLP
One Boston Place, 25th Floor
Boston, MA 02108
Tel.: 617-557-5915
Fax: 617-557-5999
sorkand@rc.com

Edward J. Heath (*admitted pro hac vice*)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: 860-275-8200
Fax: 860-275-8299
eheath@rc.com

Danielle H. Tangorre (*admitted pro hac vice*)
ROBINSON & COLE LLP
111 Washington Avenue, Third Floor
Albany, NY 12210
Tel.: 212-451-2964
Fax: 518-432-4267

*Attorneys for Defendants MD Spine Solutions LLC, d/b/a MD Labs Inc., Denis Grizelj, and Matthew Rutledge*

Dated: December 14, 2022

Respectfully submitted,

_____
*Authorized Representative of Plaintiff,*
*solely as to L.R. 16.1(d)(3)*

_____
*Authorized Representative of Defendant MD*
*Spine Solutions LLC, d/b/a MD Labs Inc.,*
*solely as to L.R. 16.1(d)(3)*

_____
*Denis Grizelj, solely as to L.R. 16.1(d)(3)*

_____
*Matthew Rutledge, solely as to L.R. 16.1(d)(3)*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 14, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

                                            */s/ Seth B. Orkand*
                                            Seth B. Orkand