**SPIRO HARRISON & NELSON**

**Thomas M. Kenny, Esq.**
tkenny@shnlegal.com

363 Bloomfield Avenue, Suite 2C
Montclair, New Jersey 07042
Direct Dial: (973) 232-0890

March 1, 2022

**VIA CM/ECF**

Hon. Patti B. Saris, U.S.D.J.
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

**Re:   Omni Healthcare, Inc. v. MD Spine Solutions LLC, d/b/a MD Labs Inc., et. al., Case No. 18-cv-12558-PBS**

Dear Judge Saris:

  We represent Plaintiff-Relator OMNI Healthcare, Inc. ("Relator").  We write to briefly respond to the opposition filed by defendants (ECF #161) to the proposed form of judgment ("Judgment") on its motion for payment of its fees pursuant to 31 U.S.C. § 3730(d)(1) filed by Relator (ECF #160).

  The Judgment is in line with the Court's Memorandum and Order allowing in part Relator's motion for attorney's fees and expenses (the "Order") (ECF #158).  The Order allows defendants' request "to eliminate fees for the UTI claims."  *See* Order at 8-9.  The Order very specifically delineates its consideration of fees in Section I (Order at 7-11) and expenses in Section II.  *See* Order at 11-13.  It never states anywhere that the reduction it ordered for UTI related fees should also apply to expenses, including those of the investigative firm Lo Tignov LLC ("Lo Tignov").  In addressing Lo Tignov's expenses, the Order only spoke of a blanket reduction of 30 percent and a reduction of the fee amount to $250.  *See* Order at 12-13.  The Judgment reduced the expenses sought for Lo Tignov in accordance with the Order.

  We thank the Court for its consideration of this matter  Please advise if the Court has any questions regarding this filing or needs any additional information.

            Respectfully Submitted,
            /s/ Thomas M. Kenny
            Thomas M. Kenny

cc: (All Counsel of Record; via CM/ECF)