## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al., ex rel.* OMNI HEALTHCARE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MD SPINE SOLUTIONS LLC, D/B/A MD LABS INC., DENIS GRIZELJ, MATTHEW RUTLEDGE AND DOE HEALTHCARE PROVIDERS 1 - 100,<br><br>Defendants. | Case No. 18-cv-12558-PBS |

## JOINT STATUS REPORT

Pursuant to the Court's Order of April 18, 2023 (ECF No. 177), the parties have hereby provide the following status report following the hearing on Defendants' Motion for Contempt and to Compel Compliance with Subpoena (ECF No. 166).  Counsel for the parties met and conferred on April 28, 2023, concerning whether relator Omni Healthcare, Inc. ("Omni"), has responsive material with regard to each of Defendants' document requests to Melbourne Medical Laboratory, LLC, and whether Omni anticipates objecting to producing documents responsive to each request.  Counsel for Omni provided updated responses and objections to Defendants' requests for production on May 3, 2023.  The parties anticipate that further conferences may be necessary to resolve any remaining discovery disputes and will continue to meet and confer to narrow any areas of disagreement.  The parties anticipate providing a further status report to the Court no later than May 16, 2023.

1

Dated: May 9, 2023

OMNI HEALTHCARE, INC.

By its attorneys,

*/s/ Thomas M. Kenny*_____
Thomas M. Kenny (*pro hac vice*)
SPIRO HARRISON & NELSON
363 Bloomfield Avenue, Suite 2C
Montclair, NJ 07042
(973) 232-0881 / (973) 232-0887 - FAX
tkenny@shnlegal.com

Respectfully submitted,

MD SPINE SOLUTIONS LLC, D/B/A MD LABS INC., DENIS GRIZELJ AND MATTHEW RUTLEDGE

By their attorneys,

*/s/ Seth B. Orkand*_____
Seth B. Orkand (BBO # 669810)
Julianna M. Charpentier (BBO # 703284)
ROBINSON & COLE LLP
One Boston Place, 25th Floor
Boston, Massachusetts 02108
Tel: (617) 557-5915
Fax: (617) 557-5999
sorkand@rc.com
jcharpentier@rc.com

Edward J. Heath (admitted *pro hac vice)*
Kevin P. Daly (BBO #676633)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel: (860) 275-8200
Fax: (860) 275-8299
eheath@rc.com
kdaly@rc.com

Danielle H. Tangorre (admitted *pro hac vice*)
ROBINSON & COLE LLP
Chrysler East Building
666 Third Avenue, 20th Fl.
New York, NY 10017
Tel: (212) 451-2900
Fax: (212) 451-2999
dtangorre@rc.com

**CERTIFICATE OF SERVICE**

I, Seth B. Orkand, certify that this document filed through the ECF system will be sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 9, 2023.

*/s/ Seth B. Orkand*
Seth B. Orkand