# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al., ex rel.* OMNI HEALTHCARE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MD SPINE SOLUTIONS LLC, D/B/A MD LABS INC., DENIS GRIZELJ, MATTHEW RUTLEDGE AND DOE HEALTHCARE PROVIDERS 1 - 100, <br><br> Defendants. | Case No. 18-cv-12558-PBS |

## DEFENDANTS' STATUS REPORT

Defendants MD Spine Solutions LLC, d/b/a MD Labs Inc., Denis Grizelj and Matthew Rutledge ("Defendants") hereby provide the following status report concerning their Motion for Contempt and to Compel Compliance with Subpoena (ECF No. 166) (the "Motion"). Counsel for the parties further met and conferred on May 15, 2023, concerning whether relator Omni Healthcare, Inc. ("Omni"), has material responsive to each of Defendants' document requests to Melbourne Medical Laboratory, LLC, and whether Omni objects to producing documents responsive to each request. The parties were unable to narrow any areas of disagreement with respect to documents requested by Defendants, including those concerning Melbourne Medical Laboratory. Defendants therefore anticipate filing a motion to compel Omni to produce documents concerning Melbourne Medical Laboratory as well as documents responsive to other requests.

1

To the extent the Court wishes to schedule a hearing concerning the pending Motion, the undersigned counsel confirmed that the parties are available at the Court's convenience on May 22, 23, or 25.

Dated: May 18, 2023

Respectfully submitted,

MD SPINE SOLUTIONS LLC, D/B/A MD LABS INC., DENIS GRIZELJ AND MATTHEW RUTLEDGE

By their attorneys,

*/s/ Seth B. Orkand*
Seth B. Orkand (BBO # 669810)
Julianna M. Charpentier (BBO # 703284)
ROBINSON & COLE LLP
One Boston Place, 25th Floor
Boston, Massachusetts 02108
Tel: (617) 557-5915
Fax: (617) 557-5999
sorkand@rc.com
jcharpentier@rc.com

Edward J. Heath (admitted *pro hac vice)*
Kevin P. Daly (BBO #676633)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel: (860) 275-8200
Fax: (860) 275-8299
eheath@rc.com
kdaly@rc.com

Danielle H. Tangorre (admitted *pro hac vice*)
ROBINSON & COLE LLP
Chrysler East Building
666 Third Avenue, 20th Fl.
New York, NY 10017
Tel: (212) 451-2900
Fax: (212) 451-2999
dtangorre@rc.com

## **CERTIFICATE OF SERVICE**

    I, Seth B. Orkand, certify that this document filed through the ECF system will be sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 18, 2023.

                                          */s/ Seth B. Orkand*
                                          Seth B. Orkand