**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA, *et al.*, *ex rel.* OMNI HEALTHCARE, INC.,

Plaintiffs,

v.

MD SPINE SOLUTIONS LLC, D/B/A MD LABS INC., DENNIS GRIZELI, MATTHEW RUTLEDGE AND DOE HEALTHCARE PROVIDERS 1 - 100,

Defendants.

**No. 18-cv-12558-PBS**

# RELATOR OMNI HEALTHCARE, INC.'S ASSENTED MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

Plaintiff-Relator OMNI Healthcare, Inc. ("OMNI") respectfully moves pursuant to FRCP 15(a) for leave to file a Second Amended Complaint. A true and correct copy of the proposed Second Amended Complaint is attached hereto as **Exhibit A**. FRCP 15(a)(2) states that a court should freely give leave to amend a pleading when justice so requires. Through discovery in this matter, OMNI has learned of additional conduct by defendants which OMNI alleges violates federal statutes including the False Claims Act and the Anti-Kickback Statute.

Defendants do not oppose OMNI's motion for leave to file a Second Amended Complaint. Defendants reserve their right to move to dismiss the new claims asserted by OMNI in the Second Amended Complaint.

May 24, 2023

**OMNI HEALTHCARE, INC.**
*By its attorneys,*

/s/ Scott M. Heidorn

SCOTT M. HEIDORN, BBO# 661787
BERGSTRESSER & POLLOCK PC

-and-

*/s/ David B. Harrison*____________
DAVID B. HARRISON (*pro hac vice*)
SPIRO HARRISON & NELSON

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

May 24, 2023

**OMNI HEALTHCARE, INC.**
*By its attorneys,*

*/s/ Thomas M. Kenny*______________
THOMAS M. KENNY (*pro hac vice*)
SPIRO HARRISON & NELSON