# EXHIBIT 5

# Expert Report from Dicken S. C. Ko, BSc, MD, FRCSC, FACS

## I. Background

I am a urological and transplant surgeon at Rhode Island Hospital and a Professor of Surgery at Warren Alpert School of Medicine at Brown University. I spent the first 22 years of my career at Massachusetts General Hospital (MGH) and Harvard Medical School. I am one of only five multi-organ transplant surgeons trained primarily in urology in North America who performed liver and pancreas transplantation. I have attached a copy of my professional curriculum vitae to this report.

I earned a Bachelor's in Physiology/Biology from the University of British Columbia and a medical degree from Queen's University. I completed my residency in urology at the University of British Columbia and my fellowship in Transplantation at MGH. I was dually appointed to the Departments of Urology and Surgery staff at the MGH in 1997. I participated in the urology and abdominal organ transplantation program (kidney, liver, and pancreas transplantation). From 2004 to 2012, I was promoted to the Surgical Director of the Renal Transplant Program. Over the initial two years, I led a strategic effort that increased annual kidney transplant volume from 60-70 transplants/year to over 100 transplants in 2005.

I was instrumental in developing a program redesign that effectively increased the number of waitlisted patients while activating those patients with complex health and socioeconomic issues that needed adjustments before Transplantation, thus providing broader accessibility of a highly constrained healthcare resource to many underserved patients.

My efforts in Transplantation crossed many medical, surgical, and departmental disciplines at MGH and were instrumental in sustaining 30% growth throughout my leadership. I carefully evaluated quality outcome metrics within the kidney transplant program, oversaw its development, and led the group to a perennial top ranking in the United States for clinical excellence. I have participated in complex financial analysis and kidney transplant program modeling while coordinating annual budgets.

With a focus on outcome, my leadership and experience in healthcare economics enabled him to be the senior author of a publication that evaluated the use of "marginal" donors for Transplantation and the realities and costs associated with the then-emerging concept. This healthcare analysis received a 2007 American Transplant Congress Award of Distinction.

Coming from single-payer insurance of universal healthcare in Canada, I have a reputation for judicious use of resources and cost analysis of medical spending. Furthermore, my co-investigators and I leveraged economic principles of competition to examine the evolving dynamics of leadership and clinical volume in a healthcare competition model of Transplantation. The purpose was to analyze existing data and challenge whether the match is reasonable in today's complex healthcare system.

With a national reputation for top-tier expertise in urology and Transplantation, I was appointed by the Trustees of the American Board of Urology (ABU) to be a member of the

Written Exam Committee in 2008. Additionally, I became a Task Force Chair in 2011. I am an oral examiner for the Qualifying Examination for the ABU – a position I have held since 2013. My commitment to comprehensive medical education and the production of high-quality candidates for practice is evident in numerous trainee nominations for Harvard mentoring awards over the past 20 years at MGH. In 2015, I was awarded the inaugural Dr. W. Scott McDougal Prize for Teaching and Mentoring in the Department of Urology.

I am a pioneering surgeon co-leader of the team with Dr. Curtis Cetrulo, Jr., that performed the first successful genitourinary vascularized composite allograft (penile) transplant in the USA. I diligently led my team in working with the MGH Public Relations office months before the transplant to help orchestrate the most thorough and thoughtful responses to this new paradigm and advance in reconstructive Transplantation. My groundbreaking collaborative innovation has been featured recently in the New York Times, Time Magazine, CNN, Proto, and various media outlets worldwide. Furthermore, in 2019, my collaborators and I at the University of Belgrade and Mount Sinai Hospital in N.Y. coordinated a successful testicular transplant between identical twins in Serbia.

In my practice, quickly and accurately diagnosing infections of the urinary tract is essential. Because I treat many transplant patients who are immunocompromised, urinary tract infection (UTI) presents a serious and potentially life-threatening risk to those patients. Prompt and effective treatment is vital for these patients. I evaluate and treat over 1,000 patients per year for suspected UTIs. I utilize standard urine cultures (SUC) and polymerase chain reaction (PCR) tests to assess whether these patients have UTIs.

In addition to my surgical practice, I have served in several administrative roles; from 2014 to 2017, I was Director of Regional Urology. He oversaw operations of affiliate sites, integrated clinical practices, developed shared academic and community programs, created lean practice programs, and explored regional growth opportunities. I expanded the practice of specialized Urology to the MGH North in Danvers, resulting in an annualized increase of 15-18% in patient volume. I then operationalized an expansion to MGH West in Waltham, creating a business model with human resource projections and equipment acquisitions to have an active program that can now form the basis of future expansions. Lastly, I was identified as the "EPIC Champion" for the Department of Urology and assisted with transitioning to the new EMR.

I left MGH in 2017 to serve as the Chief Medical Officer/Vice-President of Medical Affairs (CMO/VPMA) and Professor of Surgery (Urology) at St. Elizabeth's Medical Center (SEMC) – a teaching affiliate of Tufts University School of Medicine with accredited residency and fellowship training programs. I was directly responsible for operations and oversight of all medical and surgical departments in the hospital, medical staff office, pharmacy, and clinical laboratories. I led the clinical service lines in the hospital in the design and implementation of quality programs to comply with the standards of regulatory agencies. As Chief Medical Officer, I oversaw collaborative working relationships with physicians, departments, hospitals, and the community to ensure the smooth delivery of quality healthcare in various clinical programs. I was on the hospital's senior leadership team, guiding operating budgets, insurance manage-care agreements, acquisitions, data analytics, productivity, financial closes, and strategic growth initiatives. I also oversaw clinical quality improvements, The Joint Commission (TJC) survey,

Accreditation Council for Graduate Medical Education (ACGME) Site Surveys, Medical Executive Committees, and Medical Staff Credentialing.

Furthermore, I had ongoing clinical affiliations with Dana Farber Cancer Institute and Spaulding Rehabilitation Hospital for programmatic improvements that streamlined patient care. As Chief of Urology, I strategically revamped the hospital's service line offerings and medical education initiatives in collaboration with the Graduate Medical Education Office. I worked with the institutional research council to reinvigorate ACGME-required academic activities for residents in training and evaluated the efforts of all faculty in this endeavor.

During the COVID-19 surge in Massachusetts, I led all hospital physicians' strategic responses to the COVID-19 pandemic - a daunting task at the beginning of the pandemic when much was unknown and further challenged by the scarcity of therapeutics and prophylactics.

My unique skillset in healthcare informatics caught the attention of the Office of Massachusetts Governor Charlie Baker, who invited me to be a member of the Health Information Technology Council in Massachusetts. I was sworn in to serve the Commonwealth of Massachusetts in 2018.

I am board-certified by the American Board of Urology and have served on national committees and boards, including the United Network for Organ Sharing's Kidney and Pancreas Committee. I continue to serve on the American Board of Urology as an examiner. My scholarly activities focus on tolerance models of Transplantation, urologic outcomes research, economics of Transplantation, and urinary tract infections. I have over 70 publications in peer-reviewed journals, including the New England Journal of Medicine, the Journal of Urology, Transplantation, and the American Journal of Transplantation. I was the 28th President of the Urological Society for Transplantation and Renal Surgery.

As a urologist and chief medical officer, I was tasked with improving the quality of hospital care in the domains of UTIs and catheter-associated urinary tract infections (CAUTIs). By examining societal guideline best practices, exploring the capacity of laboratory studies, and road-mapping how clinicians diagnose UTIs on a practical level, we were able to reduce CAUTIs significantly and promote antibiotic stewardship with infectious disease specialists collaboratively.

Due to my quarter of a century of clinical expertise in the immunocompromised host and my experience as a urologist and a transplant surgeon who deals with complex urological issues and infections, I was selected as the Chair of the Scientific Advisory Committee of Pathnostics. This CAP-accredited and CLIA-certified laboratory offers a range of unique and advanced tests for diagnostic and therapeutic dilemmas in infections, specifically for the rapid identification and precise treatment of complicated, recurrent, and persistent UTIs.

## II. Clinical Background Regarding Urinary Tract Infections

"Urinary tract infections (UTIs) are extremely common, affecting more than 10 million patients in the United States each year." (Hao et al., 2023) Many UTIs are uncomplicated,

meaning that the UTI is a lower tract infection without associated anatomic abnormalities, and these uncomplicated UTIs are resolved with appropriate treatment. By contrast, recurrent or complicated UTIs (r/cUTIs) are UTIs that fail to meet the criteria for simple UTI, including patients who have recurrent UTIs despite adequate treatment, those with underlying anatomic abnormalities, concomitant comorbidities, or recent hospitalizations. (Hao et al., 2023) "r/cUTIs are associated with increased morbidity and frustration for patients, and it is often challenging for clinicians to develop effective plans for eradication and to prevent rapid recurrence, especially when cUTIs is caused by polymicrobial organisms or fastidious organisms." (Hao et al., 2023) Studies have estimated that over 3.3 million patients develop cUTIs annually, and hundreds of thousands of patients are hospitalized each year due to cUTIs, costing the healthcare system billions of dollars annually. (Hao et al., 2023)

III. Limitations of Standard Urine Cultures

Over the past 60 to 70 years, the conventional gold standard for diagnosing UTIs has been using standard urine cultures (SUCs) to determine the group of bacteria plated out in growth mediums. Utilizing well-established methodologies, these cultures identify bacterial colonies that can be characterized such that we can recognize them correctly and identify them under growth conditions.

However, SUCs have several limitations and disadvantages:

1. SUC has a more limited scope of review for testing pathogens. SUC often misses polymicrobial infections and altered antibiotic resistance from their metabolic interactions. (Nityadarshini et al., 2022) "In certain polymicrobial infections, where two or more competitive bacteria are present, one organism may outgrow the other in culture, thus leading to identifying and reporting only a single organism. This missed diagnosis leading to failure to treat the 'secondary' bacterial pathogen may be associated with incomplete resolution and rapid recurrence of symptoms and necessitate prolonged or multiple treatment courses." (Hao et al., 2023).

2. Additionally, some intracellular bacteria and longer-term intracellular reservoirs may fail to grow in SUC entirely, resulting in false negatives. It has been reported that 25 to 30% of urine cultures produce negative results in symptomatic patients. (Naber et al., 2020) SUC may also result in false negatives due to patients starting on empirical antimicrobial therapy at the onset of symptoms before corroborating test results. (Wang et al., 2023).

3. SUC also carries essential contamination rates and high thresholds, which may miss relevant infections. (McDonald et al., 2017) Far from sterile, the urinary tract contains various low-biomass microbiota, some of whose members appear to protect against clinical UTIs. (Roth et al., 2023) The urine biome is complex, variable, and often not considered typical urinary pathogens, suggesting contamination of urine specimens.

4. SUC is a lengthy process, typically requiring between 24 and 48 hours, with some slow-growing bacteria requiring even longer incubation times to grow. Prolonged turnaround times obligate the physician to initiate aggressive empiric antibiotics before (or without)

pathogen identification. In more severe situations, it has been estimated that each hour of delay in antimicrobial administration in patients with septic shock is associated with a mean 7.5% decrease in survival rate. (Ferrer et al., 2014)

5. Finally, the artificiality of 1 x $10^5$ colony counts has long been questioned and is the subject of scholarly debate. (Parnell et al., 2023) (Bista & Champion, 2019). Most recently, for diagnosis of UTI, low bacterial counts in urine culture must be considered more often. (Naber et al., 2020)

## IV. Benefits of PCR Testing

MD Labs' PCR-based testing for UTIs helped address each of these limitations by increasing the sensitivities of detecting bacteria that can be potential uropathogens, identifying pathogens that may be a source of false negatives in SUC, raising the awareness of the complexities of urine biome and their interactions; identifying uropathogens without SUC cut off values; and providing results to clinicians faster than SUCs would typically allow.

The potential clinical benefits of PCR urine testing, such as the testing offered by MD Labs, include faster turnaround times, thus enabling speedier treatment with more appropriate drug therapies. In a prospective pilot study, PCR-based identification of pathogens was feasible for supplementing conventional culture methods to diagnose UTI. The main advantage is the time saved in identifying the pathogens. (Lehmann et al., 2010) The sensitivity and accuracy of PCR testing also have the advantage of identifying pathogens even in patients with r/cUTIs when the primary pathogens may have already been treated with sufficient antibiotics. In 2023, Hao et al. reported that organism detection increased with expansion in PCR panel size from 5 to 25 organisms ($p < 0.01$). I have reviewed MD Lab's requestion forms and noted that its panel tested for between 17 and 19 pathogens, which is within the range endorsed by Hao et al. I have also reviewed the pathogens that were included in the MD Labs' panel, and that the specific pathogens that were tested are reasonable based on my experiences. Thus, it is my opinion that the contention in the Second Amended Complaint (the "SAC") that MD Labs' panel was unreasonably large (SAC ¶ 182) is incorrect.

As noted in Section III above, low bacterial counts do not necessarily indicate that a bacterium is not the cause of an infection. I note that MD Lab's results report provided colony count data to give clinicians additional information to inform their patients about treatment plans.

Hao et al.'s data demonstrated that PCR testing significantly makes the overall positivity rate and the detection of individual microorganisms, polymicrobial organisms, and fastidious organisms significant. These advantages are ideally realized with a broad PCR panel. (Hao et al., 2023) Furthermore, what had been previously considered inconsequential uropathogens may not necessarily be so when non-invasive midstream voided collection of urine specimens for microbial detection and identification in cases of presumed UTI does not result in significantly more contamination than in-and-out catheter-collected specimens. Additionally, organisms long regarded as contaminants should be reconsidered as potential uropathogens. (Wang et al., 2023)

When investigators examined real-world evidence, we found that rapid identification of uropathogens and antibiotic susceptibilities improves urologic outcomes for patients with complicated or a history of r/cUTIs. Haley et al. compared infection-associated biomarkers in patients diagnosed with UTIs against detecting microorganisms by SUC and multiple x polymerase chain reaction. (M-PCR). Investigators found that most patients with microorganisms detected by M-PCR, which SUC missed, had elevated markers of inflammation, indicating that these organisms were likely causative of UTIs. (Haley et al., 2023) Lastly, "the findings of this study indicate that >75% of M-PCR-positive/SUC negative cases are true UTIs, as evidenced by elevated levels of urinary biomarkers in a symptomatic population with a presumptive UTI diagnosis."

Hao et al. also found that "PCR, as with any other test, should be considered information accretive to the clinician's decision-making process. As such, the treating physician may initiate, alter, continue, or discontinue treatment based on the PCR findings." Consequentially, they conclude that "for patients with cUTI, SUC, and PCR are complementary tests that should be used in conjunction to provide clinicians with complete data on which to make diagnostic and management decisions for this difficult to treat patients." (Hao et al., 2023)

We have learned in the past decade that rapid diagnosis with PCR urine studies with identifications of uropathogens, such as the PCR UTI test offered by MD Labs, can be helpful in the appropriate management of UTIs in today's world when we have more diagnostic techniques available to be used in our clinical approach to a long-standing problem.

V. The Role of PCR Testing in Antibiotics Stewardship

Antibiotic stewardship is critically important in treating bacterial infections, utilizing the best-coordinated efforts to ensure the responsible use of antibiotics to reduce and ultimately eliminate antibiotic resistance. UTIs are among the most common indications for antibiotic prescriptions in the outpatient setting. Given rising rates of antibiotic resistance among uropathogens, antibiotic stewardship is critically needed. (Haldar, 2024; Manesh et al., 2021) Antibiotic stewardship strategies include: (1) promoting accurate diagnosis of uropathogens, (2) promoting appropriate prescription of correct antibiotics, and (3) preventing the spread of antibiotic-resistant infections. The goal is to preserve our current armamentarium of antibiotics to treat severe infections in the future. (Goebel et al., 2021)

In recent years, PCR technology has become a standard test in molecular biology to identify a range of pathogens, for example, HIV, Hepatitis C, COVID-19, etc. This technology amplifies a single or a few copies of a segment of DNA, thus generating a long chain of genetic material to identify the genetic material that belongs to a particular biological origin. PCR tests can be completed more quickly than standard cultures in the laboratory because they are not dependent on the growth characteristics of a bacterium in standard culture, which can take days and, in some cases of slow-growing bacteria, weeks.

New validated PCR technologies that are faster and more sensitive in identifying bacteria have added to our arsenal of testing to diagnose and treat bacteriological infections in the urinary tract. For instance, SUCs were used to diagnose UTIs in the setting of urinary symptoms,

combined with urine studies that tested for elements of inflammation, such as nitrates and white blood cells. Antibiotic susceptibility testing was then conducted to help guide the appropriate use of antibiotics. PCR testing, in conjunction with urinary symptoms and urine studies showing the presence of markers of inflammation, serves the same purposes as SUCs but enables us to identify bacteria more quickly and more accurately, promoting less spread of antibiotic-resistant bacteria that can generate dangerous infections.

Data are now emerging that using PCR instead of SUC has led to fewer recurrent infections, hospitalizations, and significantly less overall cost for complicated urinary infections (Ko et al., 2023) In UTIs, the earlier effective use of appropriate therapy will lead to better utilization of antibiotics, such that we can achieve better antibiotic stewardship and thus reduce the length of hospital stays. (Spoorenberg et al., 2014)

## VI. PCR Testing May Be More Cost-Effective Than SUC

I recently published a study suggesting that overall healthcare costs for UTI patients tested using PCR technology are significantly less than those tested with SUC despite the increased cost of PCR testing. We compared 1-year UTI-related health care utilization and costs for UTIs diagnosed by outpatient multiplex polymerase chain reaction with pooled antibiotic susceptibility testing vs SUC among Medicare beneficiaries with r/cUTIs, using claims from a deidentified random 5% sample of beneficiaries with an index UTI in 2018 followed by 12 months during which all outpatient UTI tests were either mPCR/P-AST or SUC. (Ko et al., 2023) Outcomes were compared between 69 individuals diagnosed using mPCR/P-AST and 678 propensity-matched individuals using SUC.

Cost per subsequent UTI was significantly lower for the mPCR/P-AST cohort as compared to the SUC cohort ($767 vs $1,303, $P = .0013$). The average total 1-year UTI-related cost was $501.85 (95% CI: $79.87, $562.08 $P = .004$) lower per mPCR/P-AST member as compared with patients who were tested with SUC ($629.55 vs $1131.39). Non-outpatient treatment accounted for 22.5% of mPCR/P-AST vs 53.4% of SUC UTI-related costs.

The conclusion derived from this study is that for patients with r/cUTI, rapid identification of pathogens and antibiotic susceptibilities using mPCR/P-AST are associated with lower UTI-related clinical care and utilization costs compared with SUC. The r/cUTI patients with more risk factors could see more advantages with PCR testing. The goal of having a faster laboratory test to help with the appropriate, timely treatment institution has emerging data to support its use. The retrospective analysis of Medicare claims data found that PCR ultimately costs the healthcare system less in patients with recurrent and complicated UTIs. MD Labs and its PCR-based UTI testing address elements that may contribute to better outcomes.

## VII. Society Guidelines are not Dispositive as to Whether PCR Testing is Beneficial

PCR testing for UTIs is not currently included in the American Urology Association guidelines for UTIs. However, the development of society guidelines in antibiotics stewardship usually takes years after peer-reviewed articles are reviewed for data relevance and whether there has been an impact on disease processes. Thus, there has always been a lag between evidence

supporting new treatments and technologies and their incorporation into society guidelines. The lag does not suggest that the treatment or technology is experimental. Such lags are typical of medical society guidelines. As is typical in medical practice, society guidelines for PCR UTI testing must catch up to the scientific data regarding such testing. In a parallel example of lag time in oncology, investigators have found that clinical pathways effectively standardize patterns of care to reflect the most up-to-date clinical evidence, independent of guideline publication. (Rodriguez-Lopez et al., 2019) That is, when the most current clinical evidence that is reproducible, validated, and meaningful becomes available, waiting for its integration into a "white paper" guideline before treating patients with the most advanced and novel therapies is unnecessary.

Despite many societal guidelines for treating UTIs, practitioners do not follow these panel suggestions uniformly. Furthermore, international studies evaluated antibiotic-prescribing practices and found low adherence to Infectious Disease Society of America (IDSA) guidelines for treating uncomplicated urinary tract infections, with only 35% of the prescribed antibiotics deemed appropriate. (Kabbara et al., 2018) Similarly, other investigators have found that adherence to national guidelines/recommendations was inadequate for patient treatment, where 43% of the patients were culture-negative in the patients treated. The authors suggested that interventions that improve physicians' prescribing practices for uncomplicated urinary tract infections are needed for UTIs in an era of increasing bacterial resistance. To reduce the selection of multi-drug-resistant bacteria, an improvement in the use of diagnostic criteria/tools and antibiotic drugs in primary care is necessary. (Lindback et al., 2017)

Recently, concerns have been raised that a more accurate diagnosis of bacterial biome will trigger the paradoxical use of antibiotics to treat urine infections. (Akhlaghpour et al., 2024) However, a non-sterile biome is expected in the urine. Urine is not inherently sterile, but in the past, we only found the bacteria by looking for and isolating them. Many bacteria in the urine might be commensal and interact with other bacteria, which may affect antibiotic resistance. In other words, a positive PCR, which looks for genetic material for significantly more bacteria than SUC, does not necessarily mean the patient has an active infection. Any incremental concern of overtreatment can be mitigated by utilizing good clinical judgment, clinical history, physical examination, and evaluation of the urine for evidence of inflammation.

The most recent reiteration of the American Urology Association guidelines on using PCR for urinary tract infections advises that more evidence is needed before these technologies become incorporated into the guidelines. The continued utilization of these PCR testings will contribute to evidence and experience in developing the understanding of how new validated technologies can assist in the diagnosis and treatment of urinary tract infections with a better ability to attain antibiotic stewardship. Importantly, AUA guidelines do not call for abstaining from using PCR or abandoning the use of PCR to add information to diagnose UTIs accurately.

Following these principles of adopting new validated technologies has revolutionized the field of urinary biomes and identified a potential paradigm change in understanding that urine, like skin, is not sterile. (Kogan et al., 2015) Other investigators also found that urine is usually not sterile in healthy people. Kogan et al. suggested that the role of routinely uncultivated bacteria in healthy and diseased subjects needs to be established. It may alter the diagnostics of

infectious and inflammatory diseases of the urogenital tract. This concept will allow us to identify earlier bacteria that are more likely to be more infectious or more likely to cause infections to be recognized, particularly when combined with antibiotic susceptibility testing. All of these studies indicated that the emerging use of PCR urine studies could impact our vision as a medical community to aid in better antibiotic stewardship to reduce the likelihood of overtreatment, particularly overtreatment with the wrong antibiotics. The ability to treat earlier also decreases the duration and course of antibiotics that are additive in ways that negatively impact UTIs. The diagnosis of UTI should not exist in a vacuum where a solitary test determines infection. Still, a host of factors, primarily patient symptoms, presentation, and urinary markers of inflammation, are co-jointly essential to give a more accurate disease definition that requires antimicrobial therapy. (Cai et al., 2018)

VIII. Health Care Professional Ordering of Laboratory Studies

Based on my training and experience, it is abundantly clear that a clinician with available ascertained clinical information should be responsible for determining the most appropriate lab tests or templating the lab tests based on “reflex” lab testing protocols for any patient. The clinicians know clinical information; laboratories do not see patients or make treatment directions. Instead, the laboratories must rely on the clinicians' clinical judgment and perform the test ordered by the clinician. My professional opinion from my experiences as a Chief Medical Officer of an academic affiliated teaching hospital who oversaw over 800 full-time and part-time clinicians and the clinical laboratory under my direct oversight is that it is not the role of the clinical laboratories to override clinician decisions or second guess clinicians in the tests that they have ordered. However, it is routine for collaborative discussions in some instances where testing requires clinical input from the clinicians to the laboratories to ensure the most appropriate tests are ordered to have clinical validities in the results anticipated. It can be appropriate to order PCR-based UTI testing based on the physician's clinical presentation and sound medical judgment. As noted above in Section VI, I published a peer-reviewed study to demonstrate that not only is it medically appropriate to order PCR-based UTI testing but that it can be cost-effective for the healthcare system as well.

Dicken S. C. Ko, B.Sc., M.D., F.R.C.S.C., F.A.C.S.

## Bibliography

Akhlaghpour, M., Haley, E., Parnell, L., Luke, N., Mathur, M., Festa, R. A., Percaccio, M., Magallon, J., Remedios-Chan, M., Rosas, A., Wang, J., Jiang, Y., Anderson, L., & Baunoch, D. (2024). Urine biomarkers individually and as a consensus model show high sensitivity and specificity for detecting UTIs. *BMC Infect Dis*, *24*(1), 153. https://doi.org/10.1186/s12879-024-09044-2

Bista, B., & Champion, J. D. (2019). Does treatment of urinary tract infections reflect the antibiotic stewardship program guidelines? *J Am Assoc Nurse Pract*, *31*(12), 693-698. https://doi.org/10.1097/JXX.0000000000000204

Cai, T., Lanzafame, P., Caciagli, P., Migno, S., Mereu, L., Mattevi, D., Luciani, L. G., Tateo, S., Malossini, G., & Bjerklund Johansen, T. E. (2018). Role of increasing leukocyturia for detecting the transition from asymptomatic bacteriuria to symptomatic infection in women with recurrent urinary tract infections: A new tool for improving antibiotic stewardship. *Int J Urol*, *25*(9), 800-806. https://doi.org/10.1111/iju.13723

Ferrer, R., Martin-Loeches, I., Phillips, G., Osborn, T. M., Townsend, S., Dellinger, R. P., Artigas, A., Schorr, C., & Levy, M. M. (2014). Empiric antibiotic treatment reduces mortality in severe sepsis and septic shock from the first hour: results from a guideline-based performance improvement program. *Crit Care Med*, *42*(8), 1749-1755. https://doi.org/10.1097/CCM.0000000000000330

Goebel, M. C., Trautner, B. W., & Grigoryan, L. (2021). The Five Ds of Outpatient Antibiotic Stewardship for Urinary Tract Infections. *Clin Microbiol Rev*, *34*(4), e0000320. https://doi.org/10.1128/CMR.00003-20

Haldar, J. (2024). Confronting the Rising Threat of Antimicrobial Resistance: A Global Health Imperative. *ACS Infect Dis*, *10*(1), 1-2. https://doi.org/10.1021/acsinfecdis.3c00571

Haley, E., Luke, N., Mathur, M., Festa, R. A., Wang, J., Jiang, Y., Anderson, L., & Baunoch, D. (2023). Comparison Shows that Multiplex Polymerase Chain Reaction Identifies Infection-associated Urinary Biomarker-positive Urinary Tract Infections That Are Missed by Standard Urine Culture. *Eur Urol Open Sci*, *58*, 73-81. https://doi.org/10.1016/j.euros.2023.10.008

Hao, X., Cognetti, M., Patel, C., Jean-Charles, N., Tumati, A., Burch-Smith, R., Holton, M., & Kapoor, D. A. (2023). The Essential Role of PCR and PCR Panel Size in Comparison with Urine Culture in Identification of Polymicrobial and Fastidious Organisms in Patients with Complicated Urinary Tract Infections. *Int J Mol Sci*, *24*(18). https://doi.org/10.3390/ijms241814269

Kabbara, W. K., Meski, M. M., Ramadan, W. H., Maaliki, D. S., & Salameh, P. (2018). Adherence to International Guidelines for the Treatment of Uncomplicated Urinary Tract Infections in Lebanon. *Can J Infect Dis Med Microbiol*, *2018*, 7404095. https://doi.org/10.1155/2018/7404095

Ko, D. S.-C., Lukacz, E. S., Juster, I. A., Niecko, T., Ashok, A., Vollstedt, A. J., Baunoch, D., & Mathur, M. (2023). Real-World Evidence That a Novel Diagnostic Combining Molecular Testing With Pooled Antibiotic Susceptibility Testing is Associated With Reduced Infection Severity and Lower Cost Compared With Standard Urine Culture in Patients With Complicated or Persistently Recurrent Urinary Tract Infections. *JU Open Plus*, *1*(5), e00021. https://doi.org/10.1097/ju9.0000000000000025

Kogan, M. I., Naboka, Y. L., Ibishev, K. S., Gudima, I. A., & Naber, K. G. (2015). Human urine is not sterile - shift of paradigm. *Urol Int*, *94*(4), 445-452. https://doi.org/10.1159/000369631

Lehmann, L. E., Hauser, S., Malinka, T., Klaschik, S., Stuber, F., & Book, M. (2010). Real-time polymerase chain-reaction detection of pathogens is feasible to supplement the diagnostic sequence for urinary tract infections. *BJU Int*, *106*(1), 114-120. https://doi.org/10.1111/j.1464-410X.2009.09017.x

Lindback, H., Lindback, J., & Melhus, A. (2017). Inadequate adherence to Swedish guidelines for uncomplicated lower urinary tract infections among adults in general practice. *APMIS*, *125*(9), 816-821. https://doi.org/10.1111/apm.12718

Manesh, A., Varghese, G. M., Investigators, C., & Collaborators. (2021). Rising antimicrobial resistance: an evolving epidemic in a pandemic. *Lancet Microbe*, *2*(9), e419-e420. https://doi.org/10.1016/S2666-5247(21)00173-7

McDonald, M., Kameh, D., Johnson, M. E., Johansen, T. E. B., Albala, D., & Mouraviev, V. (2017). A Head-to-Head Comparative Phase II Study of Standard Urine Culture and Sensitivity Versus DNA Next-generation Sequencing Testing for Urinary Tract Infections. *Rev Urol*, *19*(4), 213-220. https://doi.org/10.3909/riu0780

Naber, K. G., Bonkat, G., & Wagenlehner, F. M. E. (2020). The EAU and AUA/CUA/SUFU Guidelines on Recurrent Urinary Tract Infections: What is the Difference? *Eur Urol*, *78*(5), 645-646. https://doi.org/10.1016/j.eururo.2020.06.032

Nityadarshini, N., Mohapatra, S., Gautam, H., Jain, V., Chaudhry, R., & Kapil, A. (2022). Polymicrobial growth in standard urine culture: Time to Act or Ignore? *Trop Doct*, *52*(2), 335-336. https://doi.org/10.1177/00494755221076909

Rodriguez-Lopez, J. L., Ling, D. C., Heron, D. E., & Beriwal, S. (2019). Lag Time Between Evidence and Guidelines: Can Clinical Pathways Bridge the Gap? *J Oncol Pract*, *15*(3), e195-e201. https://doi.org/10.1200/JOP.18.00430

Spoorenberg, V., Hulscher, M. E., Akkermans, R. P., Prins, J. M., & Geerlings, S. E. (2014). Appropriate antibiotic use for patients with urinary tract infections reduces length of hospital stay. *Clin Infect Dis*, *58*(2), 164-169. https://doi.org/10.1093/cid/cit688

Wang, D., Haley, E., Luke, N., Mathur, M., Festa, R. A., Zhao, X., Anderson, L. A., Allison, J. L., Stebbins, K. L., Diaz, M. J., & Baunoch, D. (2023). Emerging and Fastidious Uropathogens Were Detected by M-PCR with Similar Prevalence and Cell Density in Catheter and Midstream Voided Urine Indicating the Importance of These Microbes in Causing UTIs. *Infect Drug Resist*, *16*, 7775-7795. https://doi.org/10.2147/IDR.S429990