# EXHIBIT 6

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

No. 18-cv-12558-PBS

- - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA, et al.,
ex rel. OMNI HEALTHCARE, INC.,

Plaintiffs,

v.

MD SPINE SOLUTIONS LLC d/b/a MD LABS,
INC., DENNIS GRIZELJ, MATTHEW RUTLEDGE
and DOE HEALTHCARE PROVIDERS 1-100,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - -x

DEPOSITION OF DICKEN SHIU-CHUNG KO, M.D.

Conducted Remotely via Zoom

2 Dudley Street

Providence, Rhode Island

April 26, 2024

8:26 a.m.

Daria L. Romano, RPR, CRR, and Notary Public

of inhibition and the dosages will determine whether it's completely resistant or intermediate or fully sensitivity to the antibiotics that are given.

Q. Okay. So I believe you answered this. Is urine culture and sensitivity testing synonymous with standard urine culture, or SUC?

A. That is correct. That is my understanding of the definition.

Q. Okay. Do you agree with what we just read through with regard to the answer to this question?

MR. ORKAND: Objection.

A. Agreement is a very -- agreement is a very simplified version, just like this statement is simplified in that it's nuanced.

It is absolutely true that PCR, the purpose of which is to identify the presence of various bacterial entities that exist in a urine specimen, and that urine specimen in the past, for the last 50 and 60 years, have been defined by a standard urine culture, plating it in a growth medium.

Q. Okay. I'm going to zoom out a little bit again.
Do you know who created this document?
A. I have no idea of who created this document. My assumption, of course, it says "MD Labs" on top and "BioMed" up there, so I suspect it's probably marketing department from those two up there.
Q. Okay. I'll stop sharing my screen. Okay.
And, Doctor, some of this, what I'm going to ask next, has come up throughout our conversation so far, but I'm going to ask specifically whether you have an understanding of how many options there are for testing urine for UTI-related symptoms?
A. Of testing that we order?
Q. Yes.
A. On a daily basis or in the experimental world?
Q. Testing that you would order for a patient right now, today.
A. On -- on the clinical front right

now, today, is urinalysis, urine microscopy, urine -- standard urine culture with sensitivity, a urine that's a reflex, meaning that your urinalysis is positive, it reflects -- automatically goes to urine culture even if you didn't order one, or you could order a PCR testing.

So those are the ones that are on our order menu of our electronic healthcare records. They're very standard across the country, very standard.

Q. Okay. And before you just gave that answer, you asked whether I was referring to what is given to patients now or experimental. What are the experimental tests you were referring to?

A. Oh, meaning people are looking at interleukins, IL-6, PGAL, et cetera. Those are the things that are inflammatory markers that are used to evaluate patients. Interleukin beta, what is it, enzyme-linked little peptides and various other -- other things. Those are biomarkers, including neutrophil gelatinase-associated lipocalin.

Those are experimental. Those help you understand the urine better. But those are in the laboratory in a study setting.

Q. Okay.

A. Probably nothing that has ever come up here in any of these documents.

Q. Okay. Now, to go back to the list that you gave as to tests that are offered to patients today. And you're going to have to forgive my ignorance on this; there are a lot of similar words in the list that you went through.

Are you able to go through one by one with me and describe the differences of the tests that you laid out?

A. Sure. A urine dip is provided by a patient in a clean catch manner, we think, we hope, and it's dipped to determine whether or not there's presence or absence of leucocytes, red cells, and proteins and nitrates, and those are some evidence to suggest that potentially there's an infection or not. That's a standard dipstick urinalysis.

what we see, then -- then we need to do a microscopy if we're looking for something along those lines. A urine culture is if a urinalysis is positive. And in somebody who comes in with complicated urinary tract infection or a recurrent urinary tract infection with prior negative studies or recurrent positive polymicrobial infection and a lot of resistance and so on, then PCR would be indicated to help us further define what's there, what is in the urine, what is the interplay of organisms that exist in that urobiome.

Q. What is your understanding of the type of information that a PCR-based UTI test will reveal?

A. The type of information that's revealed by PCR is to take a look at whether the genetic material for the bacteria that you're understanding is potentially a pathogen or commensalism organism or a fastidious organism can exist in the urine, and that will determine whether or not there is presence or absence of such a bacteria in

what are those used to diagnose?

MR. ORKAND: Objection.

A. Well, PCR is to diagnose what is the bacteria that exists in the urine. There are -- in a standard urine culture, sometimes there are false positives and there's false negatives.

Sometimes when patients persistently have symptoms and the urine culture, standard urine culture, do not identify bacteria and you suspect that there's an inflammatory component to it, and understanding in the literature that when people look at inflammatory markers of infection that included some of the interleukins and others that I've talked about previously, there is an underdetection of bacteria that is done by standard urine culture, and the PCR studies will help to identify bacteria that potentially can cause infection.

And treatment of those bacteria, fastidious or slow growing, or ones that have not been previously picked up, may help to treat the patient's symptoms and provide a

better clinical outcome for that patient. So there is a role for that, for the utilization, in clinical practice.

Q. We talked about what the PCR test results reveal. A urine culture by itself, what do those test results reveal?

A. A urine culture reveals a predominant growth of a particular bacteria that is in the urine. And specific to that, they look at the sensitivity of some known antibiotic disk, whether it's responsive, intermediate, or resistant to -- to -- to inhibition of growth. It doesn't tell you anything about the potential of genetic material that can cause resistance.

Q. And does the PCR test result give you an indication of the bacterial growth, or is that just in the urine culture?

A. Oh, the PCR tells you about bacteria. It tells you the presence and absence of bacteria, and there are studies that are out there that suggest that once you have the bacteria in there, in the urine, those are what exist in order for the genetic

contamination. It doesn't mean there's always a colovesical fistula.

It could mean that this is something that we're detecting in the urine and we're understanding a little bit more, time over time, in the last couple of years, in terms of a urinary biome. Good article -- there's a good article that I quoted in there.

Q. So in your career, have you come across an SUC missing a polymicrobial organism?

A. I believe I've come across a lot of standard urine cultures that have missed a pathogen because of the fact that they might have been started on antibiotics already or the fact that they didn't pick it up.

There's a lot of fastidious organisms that are out there that are slow growing, and some of the enhanced urine culture methods of plating it on different things, on different amount of time, do tend to pick up organisms that the standard urine culture does not pick up in the first 24 to 72 hours. So the nuanced answer is yes.

that you don't have a PCR probe for and you're not testing it in a panel. Then if that organism is in the urine and you are not testing for it, it will be negative.

Q. So other -- other than that scenario, it's your opinion that a PCR is not able to give a false negative; is that right?

A. You test what you test for and the detection of PCR is very accurate in looking at the genetic material that's there for detection.

I mean, PCR is used for hepatitis, is used for HIV, and it's used for very -- you know, it's obviously used for COVID-19. And you can see the broad utilization of these over decades and more recently, over the last three or four years, a positive and a negative test with PCR goes very well with understanding whether or not there is presence or absence of that type of pathogens.

So to take it -- a corollary outside of the urinary tract situation, you can see PCR is considered a -- a highly accurate

test.

Q. Okay. And just to bring it back to the urinary tract area. The PCR results -- as you've said, I know, a few times -- identifies presence or absence of pathogens. Now, are you able to take those results and say yes, there's a UTI versus no, there is not a UTI present in this patient?

A. Unfortunately the answer is still not yes or no. The answer is nuanced simply because of the fact that I have to work with the patient to determine their symptoms, determine other tests, such as urinalysis and others, to see whether or not there's any other markers. And as we know from scientific studies, there are other inflammatory markers that are out there that are in existence that correlates with an infection. And the ones that we're allowed to look at easily in the -- in the office or in the hospital setting is a urinalysis.

So understanding the urinalysis, understanding the clinical presentation of the patient in terms of symptomatology as

can answer. Go ahead.

THE WITNESS: No, go ahead and object and then I'll answer.

MR. ORKAND: I did. You can answer.

THE WITNESS: Okay.

A. I think when -- it all depends on your scenario, again. If you look at the ICU literature, you look at the infectious disease literature, and some that I have quoted here, the more times, the more hours that it take -- let's say you have what they call a sepsis coming into the hospital, something that's related to a severe infection, all comers, not just urinary tract, if you have a severe sepsis, every hour counts. The longer it takes for you to start treatment, the longer it takes for you to resuscitate, the more likely the higher the mortality.

So what is similar in urinary tract infection is that the longer it takes, the more, number one, the patient suffers with not being on potentially the right

antibiotics. Number two -- or not even being started on antibiotics. And number two, it may allow an infection to develop that have higher consequences for patients, such as immunosuppressed patients or patients with a impacted stone in an obstructed kidney system.

So the quicker the results can come back, the better it is. It's -- it's very similar, if you were the patient and you have to wait three or four days to find out whether you truly have an infection and taking the right antibiotics, it would be better for the patient as well as the clinician treating the patient to know that here's all the tests that are done, here is a, you know, panel of pathogens that can be causing your infection, this is what you treat with.

Q. How long does it take for PCR test results to come back?

A. If it's drawn in the morning, it's the same day in our laboratory, but usually there's a 24-hour turnaround time. We run

COMMONWEALTH OF MASSACHUSETTS)
SUFFOLK, SS. )

I, Daria L. Romano, RPR, CRR and Notary Public in and for the Commonwealth of Massachusetts, do hereby certify that there came before me on the 26th day of April, 2024, at 8:26 a.m., the person hereinbefore named, who was duly sworn by me, and that such deposition is a true record of the testimony given by the witness.

I further certify that I am neither related to nor employed by any of the parties or counsel to this action, nor am I financially interested in the outcome of this action.

In witness whereof, I have hereunto set my hand and seal this 13th day of May, 2024.

Daria Romano

___________________________

Notary Public
My Commission Expires
February 5, 2027

Notice Date: Monday, 6. May 2024

Attention: Dicken Shiu-Chung Ko, MD

Re:United States of America v. MD Spine Solutions LLC
Deposition of Dicken Shiu-Chung Ko, MD (4/26/2024)

NOTICE REGARDING SIGNING DEPOSITION TRANSCRIPT

The above referenced transcript is available for review. Within 30 days, or the applicable timeframe of your legal jurisdiction, the witness may read the testimony to verify its accuracy. Any changes can be noted on the following errata page.

Once the transcript has been reviewed, the witness should sign and date the certificate of deponent page. The signed certificate, errata, and original transcript (if provided) must be returned to TP.One per the rules of civil procedure.

If the transcript and errata are not returned within the alotted time, the unsigned transcript may be used as if signed by the witness.

Thank you,

TP.One Production Department
Production@tp.one

TP One

Deponent Errata Page

Notice Date: 05/06/2024

Deposition Date: 4/26/2024

Deponent: Dicken Shiu-Chung Ko, MD

Case Name: United States of America v. MD Spine Solutions LLC

| Page:Line | Now Reads | Should Read |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

CERTIFICATE OF DEPONENT

I hereby certify that I have read and examined the foregoing transcript, and the same is a true and accurate record of the testimony given by me. Any additions or corrections that I feel are necessary, I will attach on a separate sheet of paper to the original transcript.

___________________________

Signature of Deponent

I hereby certify that the individual representing himself/herself to be the above-named individual, appeared before me this _____ day of _____________, 20__, and executed the above certificate in my presence.

___________________________

NOTARY PUBLIC IN AND FOR

___________________________

County Name

MY COMMISSION EXPIRES: