# EXHIBIT 7

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Case No. 18-cv-12558-PBS

UNITED STATES OF AMERICA, et al., ex rel. OMNI HEALTHCARE, INC.,

Plaintiffs,

v.

MD SPINE SOLUTIONS LLC, D/B/A MD LABS INC., DENIS GRIZELJ, MATTHEW RUTLEDGE AND DOE HEALTHCARE PROVIDERS 1 - 100,

Defendants.

DEPOSITION OF STEVEN W. PARKER, M.D.

APPEARING REMOTELY

VIA ZOOM

Thursday, December 7, 2023

11:01 a.m. to 2:36 p.m.

Reported by:

Dawn Mack-Boaden

Registered Professional Reporter; CSR# 153120

APPEARING REMOTELY FROM NORFOLK COUNTY, MA

urine culture means we culture a bacteria, presumably -- well, strike that.

A urine culture means we grew something. To some people, that's all it means. It means also, to other people, that it includes the sensitivity testing, as this form does suggest.

BY MS. TESIC:

Q. When you say this form does suggest, why do you say that that suggested --

A. Because that's what the form says.

Q. Where?

A. At -- where you just read.

Q. But what -- what part of that is suggesting a urine culture? Help me understand.

A. Okay. It says urinary tract infection. All right. So now we specified the urine. You're doing RT/PCR for confirmation, and you're also doing an antibiotic sensitivity testing.

Those are two different techniques. They can run simultaneously. And, at MD Labs, those were set up simultaneously.

So if you check that box up there, you got confirmation of the bacteria and you got

confirmation of the sensitivity.

Q. So putting aside the PCR -- we'll do that next.

The sensitivity portion --

A. Okay.

Q. -- how is that -- how is that tested? This particular test.

A. The organism is plated out on a plate, incubated, grown, and then put in another machine to test for sensitivities.

Q. So the growing part is what I was asking before. Is that considered the urine culture -- the standard urine culture?

A. That's considered part of the urine culture, not the exclusive urine culture.

Q. So are there -- could there be an instance where someone -- a doctor requests a urine culture without a sensitivity?

A. You could if you wanted to.

Q. So that's possible?

A. Possible. It doesn't make sense, but it's possible.

Q. Right. In the logistical sense, one test could happen without the other. They're not

A. Well, if I get the answer in 72 hours, I have the answer. I don't need to go beyond.

Q. If you -- if it's beyond 72 hours, what do you do then?

A. And if nothing's grown, you can either reculture, if possible, or you can try to do different techniques to obtain a result.

Q. What different techniques would those be?

A. Well, we're talking just about standard urine cultures --

Q. No. So in this scenario, you've gotten the culture, you waited 72 hours, 72 hours are up, and there's no growth.

You just -- you just said that you can reculture, which, just for the record, can you just explain that process?

A. You get another specimen.

Q. So essentially -- go ahead. Sorry.

A. Unfortunately, that's frequently not available. It's not possible because you probably already treated the person and now you've tainted your culture.

Q. And so would you then -- if that's not possible due to the tainting, is there an additional

technique like the one you mentioned -- a different technique that you would go beyond a culture?

A. You could, possibly. Yes. You could do a PCR test.

Q. Can you describe what that is for me?

A. The PCR test is actually looking for genetic material of organisms, whatever your -- your -- in this case, your PCR machine is set up for. It doesn't -- it doesn't know every organism known to man, but you have selected in your PCR machine to be able to identify certain bacteria.

And so if the bacteria is present there but dead so it won't grow on the plate, or if it's fractured and consequently dead and won't grow, PCR can take pieces of whatever it sees and recreate the identity of the organism that was there.

Q. With respect to the form that we were just seeing in Exhibit 1, the type of test was labeled an RT/PCR.

A. Correct.

Q. Is that different from a PCR?

A. Again, a lot of that goes beyond my expertise to describe the detail of -- of how PCR works on a molecular basis. I'm not a molecular --

Was that discussed with Dylan at any point?
A. He discussed with me the fact that they were looking at several different manufacturers for testing.
Q. And then "Dr. Parker and Dylan to create a protocol validating our new UTI pathogen identification results to traditional systems."
Can you explain what "traditional systems" entails?
A. So MD Labs was looking at using PCR to test urine for bacteria. Traditionally, urine for bacteria was tested the way we previously discussed -- whether you want to call it a one-step or two-step process -- by growing the bacteria and then doing sensitivity testing.
So they were looking to see whether there was a potentially more useful way to provide information to doctors concerning urinary tract testing than the traditional method. And that's what this is making reference to.
Q. Okay. And then it says, Update reports, requisition forms -- req forms based on feedback from Dr. Patterson's experience.
Again, was that talked about with you?

grow equally well outside of them in a culture sensitivity setting.

So there may be -- well, if you have an infection, you have an infection. If it doesn't grow, that doesn't mean you don't have an infection. It just means that the organism did not grow well outside of a human being. And so that's where you sometimes miss something.

Also, if a patient has been on an antibiotic prior to the urine specimen being corrected, as I mentioned, that can taint a urine culture because a bacteria might not grow well after it's been exposed to an antibiotic prior to collecting the specimen.

So this is making reference to the standard microbiologic method missing bacteria because of other factors. And that's why for the detection, it says only 71 percent. Again, whether it's 71 percent of the five or six or 71 percent of the seven, eight, nine, and ten that might have been there that didn't grow because the lab either didn't test for them or the culture medium wasn't broad enough to recover all the organisms that were there.

Q. Right. So how does -- I understood the

A. Okay. Well, as I mentioned to you, there is a process in getting the culture and sensitivity.

I order a lab here in Reno, it gets processed in Reno, sent by airplane down to Arizona, processed in Arizona and put on a piece of paper and printed out and sent back to Reno. The process of going and coming and all that can take two to three or four days.

Q. I'm sorry. I meant MD Labs.

A. Okay. So the question, once again? I'm sorry.

Q. So the question was you just said that it takes 24 hours, the PCR, because it's, you know, the faster test, as you said.

A. Yes.

Q. And then this page says you get -- as the provider, you get the results in two to three days from the day you ship to the -- does that mean as a provider they're waiting three days regardless of the speed of the PCR test?

A. At MD Labs, we were working on trying to get the data back to doctors as quickly as possible.

Q. Okay.

A. Because the PCR machine is run in one day.

The result is available at MD Labs at that time. The result from the standard testing won't be available for another 24 hours.

Q. So it's a 24-hour difference from PCR to standard urine culture?

A. Yes.

Q. When you said the -- when you said the -- you were working on processes to, I guess, get the PCR out faster, did that ever come to fruition?

A. We were in the process of trying to get that out faster when things shut down.

Q. When was that?

A. When -- whenever they came to me and said, I'm sorry, we're not doing this anymore. So some time in 2022, I believe.

Q. We're not doing this anymore. Does that mean, like, we're not operating the lab anymore or we're not needing you specifically?

A. It is my understanding that they were -- they were stopping urine testing.

Q. Urine testing across the board?

A. For micro -- for culture data.

Q. And that entailed PCRs as well, this RT/PCR?

C E R T I F I C A T E

COMMONWEALTH OF MASSACHUSETTS
Norfolk, SS.

I, DAWN MACK-BOADEN, CSR #153120, RPR, and a Notary Public duly qualified in and for the Commonwealth of Massachusetts, do hereby certify that:

STEVEN PARKER, M.D., the witness whose testimony is hereinbefore set forth, was duly sworn by me pursuant to Mass. R. Civ. 27, 29, 30, 30A, and 31, and that such testimony is a true and correct transcription of my original stenographic notes taken in the forgoing matter, to the best of my knowledge, skill and ability.

I further certify that I am neither attorney or counsel for, nor related to or employed by any of the parties to the action in which this deposition is taken; and furthermore, that I am not a relative or employee of any attorney or counsel employed by the parties thereto or financially interested in the action.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my Notarial seal this 19th day of December, 2023.

Dawn Mack-Boaden, RPR
Notary Public

My Commission Expires: August 26, 2027

THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION AND/OR DISTRIBUTION OF THE SAME BY ANY MEANS UNLESS UNDER THE DIRECT CONTROL AND/OR SUPERVISION OF THE CERTIFYING COURT REPORTER.