# EXHIBIT 8

# MD Labs Account Information for Referring Practices

RESOLUTION™

***Molecular Diagnostics | Urinary Tract Infections (UTIs)***

** Email completed form to: supplies@mdlabs.com **

**In order to establish an account with MD LABS, please provide the following:**

## Practice Information

***Please list all practice information. Contact us if you have any question (775) 391-5221***

**Practice Name:** ______________________________

**Address:** ______________________________

______________________________

**Contact Name:** ____________________ **Phone:** ____________________

**E-mail:** ____________________ **Fax:** ____________________

**MD Labs Representative/Manager:** ______________________________

**Estimated Sample Volume (per week/per month/etc.):** ______________________________

## Provider Information

***Please list all providers submitting specimens along with their NPI numbers:***

*The 1st provider listed will be considered the Default Provider in the event that no provider is circled on the requisition form

| | Provider: | Provider Signature: | NPI: | PECOS: |
|---|---|---|---|---|
| * | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

***I authorize tests to be ordered and sent for analysis to MD Labs. Please print and sign your name here if you wish to maintain a signature on file for any requisition form(s).***

# MD Labs Account Information for Referring Practices

***Molecular Diagnostics | Urinary Tract Infections (UTIs)***

RESOLUTION™

## Logistics

Please complete the Client Supply Order Form.

Select Specimen Pickup Day(s): ☐ Mon ☐ Tues ☐ Wed ☐ Thurs ☐ Fri Time: ___________

Start Date: _________________

☐ FedEx ☐ UPS

## Special Protocols

Practice would like Preliminary Reports? ☐ Yes ☐ No

## Report Delivery

***Please indicate the preferred method for report delivery.***

☐ Online (an online username and password will be provided) (Recommended) ☐ Fax ☐ Both

## Contact Information

**Patient Reports and Testing:**

Our science team is available by phone for any questions regarding patient reports/results, testing methodologies, etc.

**MD Labs Corporate Headquarters**
10715 Double R Blvd, Suite 102
Reno, NV 89521, USA
Phone: +1 (775) 391-5221
Fax: +1 (775) 737-9133

**Billing:**

Please be informed that insurances will only cover tests that meet their coverage criteria and are medically necessary to treat or diagnose an individual patient. Ordered tests submitted for insurance reimbursement must meet program requirements or the claim may be denied

If a patient has any questions regarding their account, please have them call us at: **(775) 391-5221.**

# MD Labs Account Information for Referring Practices

RESOLUTION™

***Molecular Diagnostics | Urinary Tract Infections (UTIs)***

## Specimen Collection & Shipping Directions

**Please follow all standard guidelines/precautions when working with biohazardous materials. Wear gloves at all times when handling specimens.**

**1.** Complete the top portion of an MD Labs Requisition form (provider, patient demographics, collector initials, collection time and date).
**2.** Have the patient print and sign their name, and date the bottom of the requisition form.
**3.** Provide the patient with the collection device (see options below). Please verbally instruct the patient on how to collect the specimen (SEE DETAIL FOR UTI COLLECTION INSTRUCTIONS)
**4.** Ensure the requisition form number matches the security seal's number.
**5.** Place the vacutainer in the biohazard bag. Seal the bag once you have placed the collection device inside.
**6.** The requisition form, along with a **copy of the patient's demographics and insurance card**, will go in the pouch on the side of the biohazard bag.
**7.** Place the full biohazard bag(s) into the shipping pack (within the shipping pack is a liner bag). **Please seal the liner bag before shipping the shipping pack.**

Please find enclosed shipping packs for your office. Return labels have already been prefilled. When you are ready to send a shipment to MD Labs: Call UPS at 1-800-PICK-UPS **(1-800-742-5877)** or Fed Ex at **1-800-463-3339 Option 1** depending on your shipping process and indicate that you need to **"Schedule a pick up for a RETURN service label". Please schedule pickup days and times unless this has already been completed.**

The customer service representative may request the tracking number, which is on the pre-affixed label. The tracking number ensures that MD Labs will be billed for the shipment/pick up fee.
***If you have any questions or concerns please call us at: (775) 391-5221 x15.***

# MD Labs Account Information for Referring Practices

***Molecular Diagnostics | Urinary Tract Infections (UTIs)***

RESOLUTION™

**Please follow all standard guidelines/precautions when working with biohazardous materials.
Wear gloves at all times when handling specimens.**

**Urinary Tract Infection Specimen Collection**

**UTI Testing Requires a Clean Catch Specimen. Please instruct patient to clean using a towelette before providing a specimen.**

A. Unpack the components of the C&S Straw Kit according to the package's instructions. This collection takes place after the patient has provided a urine sample using the collection cup.

**Female**

- Cleanse using towelette.
- Separate the folds of the urinary opening, cleanse using towelette wiping from front to back. While holding folds open begin to void. Allow first urinary flow to escape (first portion of urine washes out the urethra and any debris).
- Begin to void. Allow first urinary flow to escape (first portion of urine washes out the urethra and any debris).
- Collect midstream urine specimen in the sterile container. Do not touch the inside of the container or the lid.
- Once the urine specimen is collected, finish voiding in a bed pan or toilet.

**Male**

- Cleanse using towelette.
- Begin to void. Allow first urinary flow to escape (first portion of urine washes out the urethra and any debris).
- Collect midstream urine specimen in the sterile container. Do not touch the inside of the container or the lid.
- Once the urine specimen is collected, finish voiding in a bed pan or toilet.

B. To transfer the urine sample into the vacutainer

Place the tip of the transfer straw into the urine specimen cup. Make sure the tip is completely submerged.



C. Push the C&S Preservative Tube into the transfer straw. Hold in position until the flow stops. Remove the tube, leaving the transfer straw in the cup. Shake the tube vigorously.



D. Complete UTI portion of the REQ form. **THIS SECTION MUST BE COMPLETED**

☐ **Urinary Tract Infection Testing Panel on File** (RT-PCR Confirmation & Antibiotic Resistance) **Patient Complaining of (REQUIRED FOR UTI TESTING)**

☐ Painful Urination (R30.0) ☐ Cloudy/Discolored Urine (R82.99) ☐ Flank Pain/Lower Abdominal (R10.30) ☐ Frequent Urination (R35.0) ☐ Fever (R50.9)
☐ Bloody Urine (R31.21) ☐ Abnormal Urine Odor (R82.90) ☐ Right Quadrant Pain (R10.31) ☐ Left Quadrant Pain (R10.32) ☐ Chills (R68.83)
☐ Altered Mental Status (R41.82)

E. Place used straw into shipping pack with the sample. **SHIP SAMPLES DAILY. UTI specimens cannot sit overnight.** The customer service representative may request the tracking number, which is on the pre-affixed label. The tracking number ensures that MD Labs will be billed for the shipment/pick up fee.