# EXHIBIT 9

VOLUME: I
PAGES: 1 - 116
EXHIBITS: 1 - 4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 18-cv-12558-PBS

- - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA, et al., ex rel.
OMNI HEALTHCARE, INC.,

Plaintiffs

ORIGINAL

v.

MD SPINE SOLUTIONS LLC d/b/a MD LABS
INC., DENIS GRIZELJ, MATTHEW RUTLEDGE and
DOE HEALTHCARE PROVIDERS 1 - 100,

Defendants

- - - - - - - - - - - - - - - - - - - - - - - x

ZOOM VIDEOCONFERENCE DEPOSITION OF ARTHUR P. MOURTZINOS, M.D., MBA, a witness called on behalf of the Defendants, pursuant to the Federal Rules of Civil Procedure, before Jessica L. Williamson, Registered Merit Reporter, Certified Realtime Reporter, and Notary Public in and for the Commonwealth of Massachusetts, on Thursday, April 25, 2024, commencing at 8:28 a.m.

A. -- the longest amount of time.
Q. All right. This statement says that you're not aware of peer-reviewed scientific evidence or literature to support the routine use of PCR testing. What did you mean by "routine"?
A. Standard of care.
Q. And in which patient populations, or are you referring to all patient populations?
A. All patient populations.
Q. Okay. Are there circumstances, in your opinion, where PCR testing for UTIs is appropriate?
A. Only in a rare situation where you have a multi-resistant organism in a particular patient or in someone who is not treated consistent -- who does not respond consistently to multiple courses of antibiotics because of that, assuming positive urine cultures --
Q. (Inaudible overlap.)
A. -- because there are -- I'm sorry, because there are many patients that are treated for recurring infections who don't actually have

infections, because the doctors -- or they just keep going to MinuteClinics over and over again, and every time you go to a MinuteClinic, if you've ever been to a MinuteClinic, they just give you an antibiotic all the time. And that's done for medical-legal reasons, obviously, not for safety reasons.

**Q.** Based on your training and experience, who determines what type of UTI testing may be appropriate for any individual patient?

**A.** Yeah, the provider.

**Q.** Do others in the practice have a role in determining the type of testing that may be appropriate for an individual patient?

**A.** Yes.

**Q.** Who?

**A.** The other physicians, the advanced prac -- yeah, advanced practitioners will follow their supervising physicians.

**Q.** Okay. Based on your training and experience, does the lab have a role in determining the type of testing that is appropriate for an individual patient?

that's -- the standard of care is not to do X-ray studies to make sure that those patients don't have prostate cancer.

**Q.** Okay. So if a patient comes to you with a history of recurrent urinary tract infections and has been treated with a number of antibiotics that have not been effective, in your opinion, is PCR testing -- or, excuse me, is departing from society guidelines reasonable and necessary in those cases?

**A.** Absolutely. And not only is it reasonable, obtaining consultation with an infectious disease specialist is also the way to go, absolutely.

**Q.** So am I correct that it's your opinion that there are some cases where PCR testing for urinary tract infections is reasonable and necessary but that --

**A.** In some cases, yes.

**Q.** Okay.

**A.** Yeah.

**Q.** Got it. Thank you. Let's go back to Exhibit 3, if you don't mind. That's the

Urology Times article.
**A.** Sure.
**Q.** Okay. If you scroll to page 5, there is a section titled "Additional guidance for others." Do you see that?
**A.** Yes.
**Q.** All right. And page 5 lists the author's guidance with respect to occasions for medically necessary and appropriate use of PCR testing for UTIs, correct?
**A.** Correct.
**Q.** Okay. Can you review that list, and then I'll ask you some questions about it.
(Witness reviews document.)
**Q.** Have you read that list?
**A.** Yes.
**Q.** Okay. Do you agree with the authors that these are indications for medically necessary and appropriate use of PCR testing for UTIs?
**A.** I agree with most of it, yes.
**Q.** Okay. Are there any in particular that you do not agree with?
**A.** (As read) need for prompt or specific

treatment due to risk.
**Q.** Okay. And why don't you agree with that line?
**A.** Treating patients with a standard course of antibiotics per guidelines typically almost always resolves that problem.
**Q.** Okay. Are there any other indications that you disagree with?
**A.** The one below it which says "Empiric antibiotics started and tailored to resistance" -- actually, no. I'm sorry, I don't disagree with any -- I disagree with the statement where it says (as read) Interstitial cystitis, pelvic pain: traditional culture misses Ureaplasma, can be seen with positive or negative urinalysis result. And the one below that which says (as read) PCR test to help delineate IC, which stands for interstitial cystitis, versus embedded infection.
**Q.** And why do you disagree with those two?
**A.** I treat these conditions, and I've never ordered PCR tests. It's not in our guidelines for treating pelvic pain at all,

either. Ureaplasma is a sensitive bacteria to the common antibiotics that we have. It's not a very virulent bacteria.

**Q.** All right. And are there any other indications that you disagree with?

**A.** No.

**Q.** Okay. So other than those that you pointed out, you agree that these are appropriate indications for PCR testing for UTIs?

**A.** Correct, but I would tell you that the key thing that it says there, for "medically necessary."

**Q.** Okay. Let me restate the question.

For the indications that -- other than those that you mentioned, do you agree that they are indications for medically necessary and appropriate use of PCR --

**A.** It could --

**Q.** -- testing for UTIs?

**A.** It could be used as an adjuvant test.

**Q.** Okay.

MR. KENNY: I'm going to need a break, a bathroom break, so if we could take five minutes now?

United States District Court

District of Massachusetts

I, Jessica L. Williamson, Registered Merit Reporter, Certified Realtime Reporter and Notary Public in and for the Commonwealth of Massachusetts, do hereby certify that ARTHUR P. MOURTZINOS, M.D., MBA, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am neither related to or employed by any of the parties in or counsel to this action, nor am I financially interested in the outcome of this action.

In witness whereof, I have hereunto set my hand and seal this 3rd day of May, 2024.

Jessica L. Williamson, RMR, CRR, CRC

Notary Public, CSR No. 138795

My commission expires: 11/22/2030

CERTIFICATE

ATTACH TO THE DEPOSITION OF ARTHUR P. MOURTZINOS, M.D., MBA
CASE: UNITED STATES OF AMERICA, ET AL., EX REL. OMNI HEALTHCARE, INC. VS MD SPINE SOLUTIONS LLC D/B/A MD LABS INC., ET AL.

I, ARTHUR P. MOURTZINOS, M.D., MBA, do hereby certify that I have read the foregoing transcript of my testimony, and I further certify that said transcript is a true and accurate record of said testimony.

Signed under the pains and penalties of perjury this_______day of _______________, 2024.

_____________________________

ARTHUR P. MOURTZINOS, M.D., MBA DATE

DEPOSITION ERRATA SHEET

| PAGE | LINE | | |
|---|---|---|---|
| _____ | _____ | CHANGE: | ____________________ |
| | | REASON: | ____________________ |
| _____ | _____ | CHANGE: | ____________________ |
| | | REASON: | ____________________ |
| _____ | _____ | CHANGE: | ____________________ |
| | | REASON: | ____________________ |
| _____ | _____ | CHANGE: | ____________________ |
| | | REASON: | ____________________ |
| _____ | _____ | CHANGE: | ____________________ |
| | | REASON: | ____________________ |
| _____ | _____ | CHANGE: | ____________________ |
| | | REASON: | ____________________ |
| _____ | _____ | CHANGE: | ____________________ |
| | | REASON: | ____________________ |
| _____ | _____ | CHANGE: | ____________________ |
| | | REASON: | ____________________ |
| _____ | _____ | CHANGE: | ____________________ |
| | | REASON: | ____________________ |
| _____ | _____ | CHANGE: | ____________________ |
| | | REASON: | ____________________ |
| _____ | _____ | CHANGE: | ____________________ |
| | | REASON: | ____________________ |
| _____ | _____ | CHANGE: | ____________________ |
| | | REASON: | ____________________ |
| _____ | _____ | CHANGE: | ____________________ |
| | | REASON: | ____________________ |
| _____ | _____ | CHANGE: | ____________________ |
| | | REASON: | ____________________ |
| _____ | _____ | CHANGE: | ____________________ |
| | | REASON: | ____________________ |
| _____ | _____ | CHANGE: | ____________________ |
| | | REASON: | ____________________ |
| _____ | _____ | CHANGE: | ____________________ |
| | | REASON: | ____________________ |
| _____ | _____ | CHANGE: | ____________________ |
| | | REASON: | ____________________ |
| _____ | _____ | CHANGE: | ____________________ |
| | | REASON: | ____________________ |

____________________________________

ARTHUR P. MOURTZINOS, M.D.,
MBA DATE