# EXHIBIT 11

**From**: Vladimir Mouraviev [mouraviev@cfcancerinst.com]
**Sent**: 1/14/2019 9:40:45 PM
**To**: Matthew Rutledge [matthew@mdlabs.com]
**CC**: Michael W. McDonald [uccf40@yahoo.com]; mike@collaborativefund.fund; Donald Regan [don@medisysusa.com]
**Subject**: RE: Response from Matt; one of the owners of MD Labs
**Attachments**: AUA19_Coba_ComparisonPCRvsDNA_Accepted.pdf

Mr. Rutledge:

thank you for your interest to work with our group. We are happy to collaborate with your manager Dan Regan who did an exceptional job to implement your technique into our daily practice. We are very impressed with results and speed of diagnosis that rebounds on the treatment outcomes. Now we've collected a more than 100 samples comparing your technique with traditional culture and sensitivity, other PCR-based diagnostics and Next Generation Sequence. Just recently we've received a notice of acceptance of our abstract on this comparison by annual American Urological Association Congress 2019 that will take place in Chicago in May- please find enclosed. We consider your technique one of the best for clinical utility in the treatment of UTI. Hence, we have an interesting business offer to you and your company. Could you please to set a cc up upon your convenience to discuss further collaborative issues in-depth.
Thank you in advance.
Sincerely,

Vladimir Mouraviev MD, PhD

Staff urologist/Head of Urologic Oncology
Central Florida Cancer Institute
40107 Highway 27
Davenport, FL 33 837
Phone: 863-353-4572
Fax: 863-419-1695

Associate Professor of Urology
University of Central Florida College of Medicine
Orlando, FL 33328

---

From: Don Regan []
Sent: Thursday, January 10, 2019 8:44 AM
To: Vladimir Mouraviev
Cc: Michael W. McDonald
Subject: Response from Matt; one of the owners of MD Labs

Dr. Mouraviev,

Below is the response from Matt.

His email:

Reach out to Matt directly when you are ready. I feel this will be more productive than going through me, the middleman.

Don

---

Hi Don

That's good. Once it has been published or presented, lets set up a WebEx introduction.

Matthew Rutledge
MD Labs & Rxight Pharmacogenetics
(Sent from my phone)

Don Regan
Mobile: (407) 314-7610
www.mdlabs.com