# EXHIBIT 14

VOLUME: I
PAGES: 1 - 104
EXHIBITS: See Index

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------x
UNITED STATES OF AMERICA, et al.,
Ex rel. OMNI HEALTHCARE, INC.,

ORIGINAL

Plaintiffs

v.

MD SPINE SOLUTIONS LLC, D/B/A
MD LABS INC., DENIS GRIZELJ,
MATTHEW RUTLEDGE AND
DOE HEALTHCARE PROVIDERS 1-100,

Defendants
-----------------------------------x

ZOOM VIDEOCONFERENCE DEPOSITION OF KIMBERLY MCGRATH, M.D., taken on behalf of the defendants, pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before Suzanne M. Jantzen, a Massachusetts Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, taken with everyone present in their respective locations, on Tuesday, November 21, 2023 commencing at 1:16 p.m.

---------

permitted to order for any patient?

**A.** No.

**Q.** Who determines what laboratory tests to order for your patients?

**A.** I do.

**Q.** Does anybody else have influence over what tests you order for a patient?

**A.** No.

**Q.** Does a patient's co-pay or co-insurance factor into what tests you order for a patient?

**A.** It does because some laboratories cannot -- some insurances cannot use our laboratory facilities so we have to use outside laboratories.

**Q.** Does a patient's co-pay or co-insurance factor into what tests you order from an outside laboratory?

**A.** No.

**Q.** Who determines what outside -- excuse me, what --

MR. ORKAND: Strike that.

**Q.** Who determines what outside laboratory you might use for a given test?

**A.** The patient many times will determine the laboratory facility they would like to use. If they can get it done in-house, they prefer that; but if they

**A.** Historically, yes.

**Q.** In general, what factors do you consider before ordering a laboratory test for a patient?

**A.** Obviously, what the specific symptoms are for the individual patient, and then obviously you have to look at the diagnosis and make sure there is a correlation between the test being covered as well. So that is something we look at all the time as well when we're doing the testing.

**Q.** Does a patient's insurance factor into what tests you order?

**A.** It does based on the ICD codes, and that varies between insurance companies. Not everybody follows the same guidelines on diagnoses and testing for the most part. So we do have an electronic record that tells us whether they will be covered or not in those cases.

**Q.** Is that guidance available for any type of test you'd order through the electronic medical record?

**A.** It is for ordering laboratory and x-ray testing, yes.

**Q.** Is that guidance available for ordering testing for urinary tract infections?

**A.** Based on the diagnosis code, yes.

order?

**A.** No.

**Q.** In general, based on your training and experience, how do you determine if a certain laboratory test is medically necessary for a particular patient?

**A.** Based on their symptoms and my experience with the symptoms and the treatment for those particular symptoms.

**Q.** Based on your training and experience, who determines if a laboratory test is medically necessary for one of your patients?

**A.** I do.

**Q.** Does anybody else play a role in determining the medical necessity of a laboratory test for one of your patients?

**A.** No.

**Q.** When you determine whether a laboratory test is medically necessary, do you consider whether the test is for the purpose of preventing, diagnosing or treating an illness, injury or disease?

**A.** Yes.

**Q.** When you determine whether a laboratory test is medically necessary, do you consider whether the test is in accordance with generally accepted standards of

medical practice?

**A.** Correct, and that's where the medical record can automatically tell us whether it's appropriate or not based on the diagnosis.

**Q.** When you determine whether a test is medically necessary, do you consider whether a test is clinically appropriate in terms of the type of test, the frequency of the test, the extent of the test or the duration of the test?

**A.** Yes.

**Q.** Have you ever ordered a laboratory test for a patient that in your view was not medically necessary?

**A.** No.

**Q.** Have you ever ordered a laboratory test for a patient and had an external laboratory refuse to conduct the test because the external laboratory believed that it was not medically necessary?

**A.** No. The only way I've had to do that is if the diagnostic code did not fit appropriately to that chemistry test, and they would ask for an alternative code.

**Q.** So in those cases where the diagnosis code did not match the test, would they refuse to perform the test?

CERTIFICATE

I, KIMBERLY McGRATH, M.D., do hereby certify that I have read the foregoing transcript of my testimony, and further certify that said transcript is a true and accurate record of said testimony.

Dated at ,

this day of , 2023.

KIMBERLY McGRATH, M.D.
SIGNED UNDER THE PENALTIES
OF PERJURY

CERTIFICATE

Commonwealth of Massachusetts
Middlesex, ss.

I, Suzanne M. Jantzen, Massachusetts Shorthand Reporter, and Notary Public in and for the Commonwealth of Massachusetts, do hereby certify: that KIMBERLY McGRATH, M.D., the witness whose deposition is hereinbefore set forth, was satisfactorily identified, then duly sworn by me, and that such deposition is a true record of the testimony given by the said witness.

I further certify that I am not a relative or employee or counsel or attorney for any of the parties, or a relative or employee of such counsel or attorney, nor am I financially or otherwise interested in the outcome of the action.

IN WITNESS WHEREOF, I have hereunto set my hand and notarial seal this th day of December, 2023.

SUZANNE M. JANTZEN

My commission expires
on October 13, 2028