# EXHIBIT 15

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al., ex rel.* OMNI HEALTHCARE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MD SPINE SOLUTIONS LLC, D/B/A MD LABS INC., DENIS GRIZELJ, MATTHEW RUTLEDGE AND DOE HEALTHCARE PROVIDERS 1 - 100,<br><br>Defendants. | Case No. 18-cv-12558-PBS |

**DECLARATION OF ROY RILEY**

I, Roy Riley, hereby depose and say:

1. I live in Hendersonville, North Carolina. In February 2016, I founded a company called Pace Solutions. In January 2017, Pace Solutions entered into an Independent Contractor Sales Agreement with MD Spine Solutions, LLC d/b/a MD Labs.

2. Prior to contracting with MD Labs, I had a lengthy career as a sales consultant for medical device companies specializing in spine surgery and other products. I was a 1099 independent contractor for those companies and was paid commissions based on the volume or value of the products and services I sold.

3. After resigning from one such medical device company in or around 2016, I explored other opportunities and asked my business partner to introduce me to a laboratory that had high ethical standards. She introduced me to Howard Claussen at MD Labs.

4. Under the terms of the Independent Contractor Sales Agreement that I eventually entered into with MD Labs, Pace Solutions performed direct marketing and sales of MD Labs'

products and services. MD Labs paid Pace Solutions commissions based on the number of tests ordered by the accounts to which I was assigned.

5. In 2017 or 2018, MD Labs trained me to sell PCR-based urinary test infection ("UTI") tests. MD Labs instructed me to promote the use of PCR UTI testing only when it was medically necessary. I was trained that PCR UTI testing was appropriate for patients who suffered from recurrent UTIs or UTIs that were resistant to treatment. Additionally, I was trained that such patients should typically have a positive urinalysis and signs and symptoms consistent with a UTI. I was advised that PCR UTI testing was not necessary for every patient with symptoms of a UTI.

6. I am aware that, throughout my tenure with MD Labs, the company used 1099 independent contractors, like myself, and W-2 employees to work as sales representatives.

7. The structure of my agreement with MD Labs and the fact that I was paid commission based on the number of tests ordered by my accounts did not affect how I promoted PCR UTI testing. My status as a 1099 independent contractor and my commission payments did not encourage me to promote testing for any use other than when a provider determined it was medically necessary.

8. At all times during my tenure at MD Labs, that I promoted PCR UTI testing using a sales message that I believed was truthful. I believed then in the benefits of PCR UTI testing and still do. No one at MD Labs asked me to do anything that would have compromised my integrity.

Signed under the pains and penalties of perjury, this 29 day of July, 2024.

DocuSigned by:

A9CAA3191SEF40F...

Roy Riley

DocuSign

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 0699C0E4961548F08F2770444B231191 | | Status: Completed |
| Subject: Complete with Docusign: Declaration of Roy Riley | | |
| Source Envelope: | | |
| Document Pages: 3 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 4 | Initials: 0 | Seth Orkand |
| AutoNav: Enabled | | 280 Trumbull Street |
| EnvelopeId Stamping: Disabled | | Hartford, CT 06103 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | sorkand@rc.com |
| | | IP Address: 38.97.90.130 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>7/29/2024 5:03:37 PM | Holder: Seth Orkand<br>sorkand@rc.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Roy Riley<br>Rcr2105@gmail.com<br>President<br>Security Level: Email, Account Authentication (None) | <br>Signature Adoption: Drawn on Device<br>Using IP Address: 24.246.136.81<br>Signed using mobile | Sent: 7/29/2024 5:07:25 PM<br>Viewed: 7/29/2024 9:26:03 PM<br>Signed: 7/29/2024 9:26:40 PM |

**Electronic Record and Signature Disclosure:**
Accepted: 7/29/2024 9:26:03 PM
ID: 40dd1ca4-5e94-4d61-8b57-b243235d0158

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 7/29/2024 5:07:25 PM |
| Certified Delivered | Security Checked | 7/29/2024 9:26:03 PM |
| Signing Complete | Security Checked | 7/29/2024 9:26:40 PM |
| Completed | Security Checked | 7/29/2024 9:26:40 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

## Electronic Record and Signature Disclosure

**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE**

From time to time, Robinson & Cole LLP (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. For such copies, as long as you are an authorized user of the DocuSign system you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of your DocuSign account. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use your DocuSign Express user account to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through your DocuSign user account all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Robinson & Cole LLP:**
You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: jmerrifield@rc.com

**To advise Robinson & Cole LLP of your new e-mail address**
To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at jmerrifield@rc.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address..
In addition, you must notify DocuSign, Inc to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in DocuSign.
**To request paper copies from Robinson & Cole LLP**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to jmerrifield@rc.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.
**To withdraw your consent with Robinson & Cole LLP**
To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your DocuSign account, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
ii. send us an e-mail to jmerrifield@rc.com and in the body of such request you must state your e-mail, full name, IS Postal Address, telephone number, and account number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| | |
|---|---|
| Operating Systems: | Windows2000? or WindowsXP? |
| Browsers (for SENDERS): | Internet Explorer 6.0? or above |
| Browsers (for SIGNERS): | Internet Explorer 6.0?, Mozilla FireFox 1.0, NetScape 7.2 (or above) |
| Email: | Access to a valid email account |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | •Allow per session cookies<br>•Users accessing the internet behind a Proxy Server must enable HTTP 1.1 settings via proxy connection |

** These minimum requirements are subject to change. If these requirements change, we will provide you with an email message at the email address we have on file for you at that time providing you with the revised hardware and software requirements, at which time you will have the right to withdraw your consent.

**Acknowledging your access and consent to receive materials electronically**
To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.
By checking the 'I Agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify Robinson & Cole LLP as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by Robinson & Cole LLP during the course of my relationship with you.