# EXHIBIT 16

[redacted]

**From:** Mark Bobango [mailto:bobangom@omnihealthcare.com]
**Sent:** Monday, August 27, 2018 12:17 PM
**To:** 'Jack Todd' <jacktodd4@gmail.com>; 'Craig Deligdish' <deligdishc@omnihealthcare.com>
**Cc:** 'Howard Claussen' <howard@mdlabs.com>
**Subject:** RE: cpt code

Jack,
12:30 or 1 pm works for me.

**From:** Jack Todd <jacktodd4@gmail.com>
**Sent:** Monday, August 27, 2018 10:54 AM
**To:** Craig Deligdish <deligdishc@omnihealthcare.com>; Mark Bobango <bobangom@omnihealthcare.com>
**Cc:** Howard Claussen <howard@mdlabs.com>; Jack Todd <JACKTODD4@gmail.com>
**Subject:** Fwd: cpt code

CPT codes for billing.

Mark give me a time on Tuesday.
We can review billing history to date with the UTI's
The $50 is the self-pay price for UTI's

---------- Forwarded message ---------
From: **Howard Claussen** <howard@mdlabs.com>
Date: Sun, Aug 26, 2018 at 11:09 AM
Subject: Fwd: cpt code
To: Jack Todd <jacktodd4@gmail.com>

Uti codes
G0483 is the tox code

Get Outlook for iOS

---

**From:** Molecular Diagnostics <mdmoldx@yahoo.com>
**Sent:** Tuesday, August 21, 2018 10:29 AM
**To:** Kimberli Croce; Howard Claussen
**Subject:** Re: Fwd: cpt code

Thank you

On Tuesday, August 21, 2018 08:28:46 AM EDT, Howard Claussen <howard@mdlabs.com> wrote:

Codes:

87481

87500

87653

87798 x 14 units

Lori

--
GB,
Jack