# EXHIBIT 17

ORIGINAL

Volume 1
Pages 1-105

THE COMMONWEALTH OF MASSACHUSETTS

No. 18-CV-12558-PBS

----------------------------------------x

UNITED STATES OF AMERICA, et al., ex rel.
OMNI HEALTHCARE, INC.,

Plaintiffs

vs.

MD SPINE SOLUTIONS LLC, D/B/A MD ABS INC.,
DENIS GRIZELJ, MATTHEW RUTLEDGE AND
DOE HEALTHCARE PROVIDERS 1-100,

Defendants

----------------------------------------x

DEPOSITION OF MICHAEL ARRIGO

Thursday, May 9, 2024, 12:30 p.m.

Held remotely via Zoom videoconference.

Stenographer: Alycia R. Mikels

KEY DISCOVERY REPORTING
40 Court Street, 2nd Floor
Boston, MA 02108
(617) 348-9360
www.key-discovery.com

**Q** Understood. Other than the adjacency and the criteria that you've mentioned, were there any other instructions that you provided about selecting files?

**A** I would have to look at that e-mail to refresh my recollection any further.

We've been going for just about another hour, so I'd like to take another 10 minute break, please.

ATTORNEY HEATH: Absolutely. It's 2:35, we'll come back at 2:45.

(Brief recess)

BY ATTORNEY HEATH:

**Q** Mr. Arrigo, I think I asked you this question earlier but it's been a while, and I can't remember. Did you say that you had looked at patient claim files for patients other than those of Omni Healthcare?

**A** Can you be more specific about what you mean by "claim file"?

**Q** Yeah, that's fair. You've mentioned, I think a number of different artifacts that you looked

at for a particular claim, SOAP notes and the like, did you look at those artifacts for any claims for patients who were not Omni Healthcare patients?

**A** No, and that's because the HIPAA Privacy Rule would prevent that unless they've been subpoenaed and ordered by a court. So it would only be possible for me to look at patients treated by Omni.

**Q** Understood. Understood. I just wanted to make sure --

**A** I say that -- I say that not as a legal opinion but based on my experience in doing privacy cases.

**Q** I understand. Did you know of this population of at least 100,000 claims, how many total claims came from Omni Healthcare?

**A** I only have visibility into Omni and what those physicians ordered which is why I said 100,000 is a conservative high number. It looks to me like there's a subset of a few tens of thousands that are UTI-related claims ordered by Omni physicians.

**Q** Okay. So is it your testimony that your --

THE COMMONWEALTH OF MASSACHUSETTS

---------------------------------------x

UNITED STATES OF AMERICA, et al., ex rel.
OMNI HEALTHCARE, INC., Plaintiffs
vs.
MD SPINE SOLUTIONS LLC, D/B/A MD LABS INC.,
DENIS GRIZELJ, MATHEW RUTLEDGE AND
DOE HEALTHCARE PROVIDERS 1-100, Defendants

---------------------------------------x

I, MICHAEL F. ARRIGO, do hereby certify that I have read the foregoing transcript of my testimony.

I further certify that said transcript is a true and accurate record of my testimony given at a deposition in the above-captioned matter on May 9, 2024,incorporating the corrections I have made on the attached Errata Sheet.

E R R A T A S H E E T

| PAGE | LINE | CORRECTION |
|---|---|---|
| _____ | _____ | ______________________________________ |
| _____ | _____ | ______________________________________ |
| _____ | _____ | ______________________________________ |
| _____ | _____ | ______________________________________ |
| _____ | _____ | ______________________________________ |
| _____ | _____ | ______________________________________ |
| _____ | _____ | ______________________________________ |
| _____ | _____ | ______________________________________ |
| _____ | _____ | ______________________________________ |
| _____ | _____ | ______________________________________ |
| _____ | _____ | ______________________________________ |
| _____ | _____ | ______________________________________ |

Signed under the pains and penalties this ________ day of ___________________, 2024.

___________________________

MICHAEL F. ARRIGO

C E R T I F I C A T E

COMMONWEALTH OF MASSACHUSETTS

I, Alycia R. Mikels, a Notary Public within and for the Commonwealth of Massachusetts do hereby certify:

THAT MICHAEL F. ARRIGO, the witness whose testimony is hereinbefore set forth, was duly sworn by me and that such testimony is a true and accurate record of my stenotype notes taken in the foregoing matter, to the best of my knowledge, skill and ability; that before completion of the deposition review of the transcript was requested.

I further certify that I am not related to any parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 23rd day of May, 2024.

Alycia Mikels, RPR
Notary Public

My Commission Expires:
October 4, 2030