# EXHIBIT 18

**Report in Response to the "Expert Report of Michael F. Arrigo" in the matter of United States of America, ex rel. Omni Healthcare v. MD Spine Solutions LLC, et al." dated January 29, 2024**

I was engaged by the Defendants in this case, MD Spine Solutions LLC, D/B/A MD LABS INC., Denis Grizeli, Matthew Rutledge (Defendants). I was retained to provide opinions regarding the statistical methodology employed in the Expert Report of Michael F. Arrigo (the Arrigo Report) dated January 29, 2024. As I discuss in this Report, Mr. Arrigo's statistical methods are incomplete and non-sensical, and they do not support his conclusions (which are themselves unclearly stated). Mr. Arrigo's statistical methods reflect basic misunderstandings of theory, rely on misleading and inaccurate use of statistical terms such as "confidence level" and "margin of error", and veer into extraneous topics that are beyond the purview of sampling and statistics.

## I. Summary and Overview

Mr. Arrigo offers three opinions[1]. These are, to paraphrase,

1. That none of the 57 charts provided to him by counsel for the relator, Omni Healthcare Inc. ("Omni"), had any "documentation demonstrating the intent of the ordering physician to perform the … testing"
2. That 21 of 57 requisition forms provided to him by Omni's counsel had "left the box for the Urinary Tract Infection Testing Panel unchecked."
3. That 23 of 57 requisition forms provided to him by Omni's counsel "were unsigned by a health care provider".

The main concerns and deficiencies of Mr. Arrigo's opinions are as follows:

1. Mr. Arrigo's is not formally trained in statistics. As such, the application, use and interpretation of statistical methodology is beyond his training and expertise.
2. Despite not being a statistical expert, Mr. Arrigo attempts to use statistical arguments to justify the selection of the 57 charts he has opined on, which by his own admission he had no involvement in selecting, but instead, they were provided to him by Omni's counsel[2].
3. There are significant problems with the sampling approach. These include the following:
    a. Mr. Arrigo provides no description of the sampling procedure and offers no information on the manner by which the 57 medical charts he opined on were selected, except that the charts were provided to him by Omni's counsel[3]. As a result, the procedure of selection of these charts cannot be replicated.
    b. Mr. Arrigo does not define the population from which the sample was selected. This means that the population where extrapolations are to be made to is also not defined.
    c. Mr. Arrigo also makes no attempt to justify why the selected sample is in any way representative of the (undefined) population from which it was selected. As a result, conclusions from the selected sample cannot be extrapolated to *any* population.

For these reasons, and for the reasons discussed more fully below, Mr. Arrigo's statistical conclusions are unreliable as is the totality of the quasi-statistical statements in his report.

[1] Arrigo report, pp. 6 and pp. 37
[2] Ibid pp. 42
[3] Ibid pp. 37 and 71

## II. Professional qualifications

I am a professor of Biostatistics at the Indiana University R.M. Fairbanks School of Public Health in Indianapolis, in the department of Biostatistics and Health Data Science. I received my doctoral degree in statistics at the University of Connecticut, Storrs, CT in 1991 and have worked as a statistician for over thirty years at Harvard University and Indiana University. Attached, as Appendix A, is a copy of my academic curriculum vitae, which contains lists of publications, proceedings, appointments and affiliations. Virtually all my research involves the development and application of statistical methodology involving sampling and making reliable inferences from the selected sample to a relevant population. I have also served as Statistical Expert in a number of legal proceedings which involved obtaining representative samples from large populations, as well as processing and extrapolating the results.

## III. Deficiencies in the statistical statements in the Arrigo Report

In this section I describe multiple deficiencies in the statistical methodology Mr. Arrigo employes in his report. Broadly, the deficiencies fall into two categories:

1. Mr. Arrigo's lack of formal statistical education and training
2. Unsupported assertions of statistical nature offered in the Arrigo Report.

### A. Mr. Arrigo's education, training and prior work

Mr. Arrigo is not a formally trained statistician and he misrepresents his training and qualifications.

*1. Mr. Arrigo is not a statistician*

Mr. Arrigo does not consider using statistics as part of the scope of his purported expert opinion. This is unsurprising as Mr. Arrigo is not a formally trained statistician. Mr. Arrigo states that he "studied" statistics at the University of California, Irvine, an institution from which he did not receive a degree. He has obtained an undergraduate degree in Business Administration from the University of Southern California and has studied in but has not graduated from the biomedical informatics program at Stanford and has studied part-time at the Bioethics program at Harvard[4], from which he also did not receive a degree. Accordingly, the statistical methodology in Mr. Arrigo's report is beyond his expertise. Generally, a person who includes statistics as part of an expert report would be expected to have a degree in statistics or in a field with close affinity to statistics. A graduate degree in such a field would be preferable if one represents themselves as an expert in statistical methods. Further training in statistical *sampling* needs to be demonstrated, as mastering the process of obtaining, analyzing and deriving conclusions from a sample extracted from a larger population is crucial in cases like the present one. Not only does Mr. Arrigo not demonstrate any such training, but his misuse of statistical methods also makes it clear that he is both untrained in statistics and unable to apply statistical methodology.

*2. Mr. Arrigo misrepresents his professional background*

In addition to not being a formally trained statistician, Mr. Arrigo mis-represents his prior work in his curriculum vitae, particularly with respect to his claim that he has published his work in peer-reviewed outlets. Quotations and publications in the popular press (such as the Cape Cod Times or the Daily

[4] Arrigo report, pp. 8.

Beast) are not what is considered scientific peer review. Similarly, articles published in corporate web sites do not qualify as "peer reviewed" publications. Peer review is an adversarial process undertaken prior to publication of a scientific research paper, where experts in the same field of inquiry (the "peers") review an article submitted for publication and opine on its scientific rigor. They either suggest modifications or recommend rejection of the paper outright when they feel it does not cross the threshold required for inclusion into the scientific literature. Peer review thus helps separate the scientific "wheat from the chaff". The one article Mr. Arrigo lists as being "peer reviewed" was apparently assessed by "clinical and business executives at Baptist Health (a large academic medical center)" [5]. This does not qualify as a peer-reviewed publication, particularly in the field of statistics.

**A. Deficiencies in Mr. Arrigo's statistical methodology and findings**

The deficiencies in Mr. Arrigo's choice and implementation of statistical methods, and fatal deficiencies in the sample selection taken together lead to the inevitable conclusion that the sample of 57 medical charts on which Mr. Arrigo opined on, by virtue of not having been selected randomly, is not representative of *any* population of claims.

*1. Lack of definition of the relevant population*

Mr. Arrigo offers the following description of the relevant claims population: "Counsel informed me that this case spans at least 100,000 claims[6]." This statement leads to two unavoidable conclusions: 1) Mr. Arrigo did not know the exact number of claims in the sampling universe when opining on the 57 medical charts; 2) he never had access to an enumerated list of all claims in the population (the so-called "sampling frame") from which the 57 medical charts were selected, but relied on counsel's opinion of what constitutes a relevant claims universe. Sampling is obtained from a population in order to extrapolate conclusions from the sample to the population the sample was selected from. With no information on the population the 57 charts were selected from, it is impossible to establish to which population of claims the conclusions extracted from these 57 medical charts can be extrapolated.

*2. Determination of the sample size*

Mr. Arrigo's attempt to justify the size of the sample of the 57 charts he has opined on has no basis on statistical theory and the methods used in support of the sample size justification are incorrect or are used incorrectly. Mr. Arrigo prefaces section XI in his report by asserting that his findings are predicated on the "application of generally accepted standards, principles, methods, custom and practice" (my emphasis). As a generally accepted "standard" he states that an expert must render opinions with greater than 50% certainty[7]. The statement that it is a customary standard for expert opinion that someone be right about as frequently as being wrong, is a truly strange claim. Such a standard can be

[5] Mr. Arrigo states that he is "the author of a peer-reviweed [*sic*] article regarding clinical documentation improvement and accuracy to ensure the quality of documentation improvement and accuracy based on [his] research at Baptist Health, a large academic medical center in Florida … Peer review, review by clinical and business executives at Baptist Health (a large academic medical center)."
[6] Arrigo report pp. 42.
[7] Ibid pp. 42.

found nowhere in the statistical literature, where a "reasonable degree of certainty" is customarily defined as a probability greater than 90% or 95%[8].

Nevertheless, Mr. Arrigo states that, in order to exceed the threshold of 50% certainty, he will need 52-60 samples because this sample size will somehow enable him to obtain certainty of 57% and a margin of error of 5.5%. According to his own calculations, these two numbers will result in a "net certainty" of 51.5%. As mentioned previously, it is odd to consider as a "standard" such a low probative threshold where one could be wrong 50% of the time. But even if this methodology had the least merit, it is not possible for Mr. Arrigo to perform his own calculations, given that 1) he does not know the precise size of his population (the upper-case *N* in this formulas), and 2) he does not offer a level of confidence that his sample size will be generating (the lower-case *c* in his formula)[9]. So even if we momentarily suspend disbelief, we would be unable to replicate his calculations.

<u>Combined, Mr. Arrigo's lack of clarity of presentation, poor choice of statistical methods, and erroneous calculations, result in a size of a sample that is bereft of any statistical justification.</u>

*3. Misuse of statistical methods*

It should also be noted that footnote number 13[10], which Mr. Arrigo purportedly offers as supportive evidence for some of the statistical formulas provided, is not relevant. It is a brief summary of the process involved in statistical hypothesis testing. To test the so-called "working" or "null" hypothesis however, one needs to express this hypothesis and then assess, through statistical criteria, whether the collected evidence is or is not consistent with it. Mr. Arrigo, in his report, does not articulate a statistical hypothesis, so it is not clear why this footnote was included, but more importantly this is not a case involving statistical hypothesis testing. <u>This leads to a general impression of an incoherent, non-sensical report, hastily put together from unrelated materials.</u>

*4. Inappropriate selection of the sample*

Selecting a representative sample from a well-defined population is the cornerstone for inferential validity[11]. A pre-requisite for a sample to be representative of the population from which it was extracted is that the sample must be selected in a random fashion. Mr. Arrigo does not describe how the sample of medical charts he reviewed and opined on was selected. As to the provenance of the sample, Mr. Arrigo simply states that it was provided to him by Omni's counsel. He also states that he was "informed" by counsel that the size of the relevant population is "at least" 100,000 claims[12]. The conclusion is that Mr. Arrigo has had no involvement in the selection of this sample and had no access to the claims population.

---

[8] This appears to be corroborated by Mr. Arrigo himself when he states in footnote 13 in his own report (his own emphasis) that the "**significance level of the test** — is small (typically 0.01, 0.05, or 0.10)." Significance level of a statistical test is the complement of statistical confidence, so the corresponding confidence levels are 90%, 95% and 99%, not 50%.
[9] Arrigo report pp. 42
[10] Ibid pp. 78-79.
[11] Cochran WG (1977) *Sampling Techniques, 3rd Edition.* John Wiley and Sons, chapter 1.
[12] Arrigo Report pp. 42

In addition, there is no evidence that this sample was selected in a random fashion. To demonstrate that a sample has been selected randomly, one should include at a minimum 1) the sampling frame (in the present case this would be an enumerated list of all claims in the relevant population), 2) the sequence of random numbers used and, crucially, 3) the random number seed that launched the sequence of random numbers that resulted in the sample selection. Given that each seed results in a different random number sequence and, consequently, a different sample of selected claims, disclosure of the seed is necessary, or the sample selection cannot be replicated[13]. Mr. Arrigo provides no such information in his report.

From information included by Mr. Arrigo in his report, it appears that the provider listed in all 57 medical charts Mr. Arrigo opined on came from a single site: Omni Healthcare. The probability of randomly selecting 57 samples from a population of "at least 100,000 claims" and multiple providers, resulting in all 57 medical charts selected belonging to a single provider is virtually zero unless the provider accounts for the vast majority of the charts in the population. This means that the 57 charts provided to Mr. Arrigo by Omni's counsel were not randomly selected from the universe of "at least" 100,000 claims. Thus, any conclusions obtained from these charts cannot be extrapolated to the entire population of claims. Combined with the lack of information provided in terms of the random selection of the 57 medical charts Mr. Arrigo opined on, leads to the conclusion that these charts were not randomly selected from the universe of Omni claims.

## I. Conclusions

Given the deficiencies discussed above, I reach the following conclusions:

1. Mr. Arrigo makes statistical statements based on methods which are beyond his training, and education and are applied incorrectly.
2. Mr. Arrigo had no access to the relevant universe of claims in this case and had no involvement in the selection of the 57 medical charts on which he opined
3. The number of charts delivered to Mr. Arrigo (57) was not the same as what he defines as the size of the sample needed (which he alternatively calculates as "at least 52" or "between "52 to 60 patient charts") and the statistical methodology behind the sample size calculations themselves is incorrect
4. There is no information on how the relevant universe was defined and how the sample was selected and, more to the point, whether it was selected *randomly*. As such, there is no guarantee that the 57 medical charts are representative of the population they were selected from or, for that matter, *any* population

[13] See *Statistical Sampling: A Toolkit for MFCUs*, Office of the Inspector General, US Department of Health and Human Services, OIG 12-18-1, https://oig.hhs.gov/fraud/medicaid-fraud-control-units-mfcu/files/MFCU%20Sampling%20Guidance%20Final.pdf: "To ensure that the sample can be replicated, save the random seed value that was used to generate the random numbers, along with the random numbers themselves", pp. 5).

For these reasons, Mr. Arrigo's statistical conclusions are unreliable as is the totality of his statistical and quasi-statistical statements in his report.

Signed and dated 29 March 2024 in Indianapolis, IN



Constantin T. Yiannoutsos, Ph.D.

Professor, Biostatistics
Department of Biostatistics and Health Data Science
Indiana University R.M. Fairbanks School of Public Health

**Appendix A**

Yiannoutsos curriculum vitae

# CURRICULUM VITAE

NAME Constantin Theodore Yiannoutsos, Ph.D.

## EDUCATION

UNDERGRADUATE: B.A. in Mathematics concentration in Actuarial Science *Central Connecticut State University, New Britain, CT*. 1986.

GRADUATE: M.S. in Statistics. *University of Connecticut, Storrs, CT.* 1989
Ph.D. in Statistics. *University of Connecticut, Storrs, CT.* 1991

## ACADEMIC APPPOINTMENTS

1994 – 1998: Research Associate. Center for Biostatistics in AIDS Research, Harvard School of Public Health Boston, MA.

1998 – 2000: Research Scientist Center for Biostatistics in AIDS Research, Harvard School of Public Health Boston, MA.

2000 – 2002 Senior Research Scientist Center for Biostatistics in AIDS Research, Harvard School of Public Health, Boston, MA.

2002 – 2008 Associate professor Indiana University School of Medicine, Department of Medicine, Indianapolis, IN.

2003 – 2010 Adjunct associate professor Biostatistics Indiana University Purdue University Indianapolis Department of Mathematical Sciences.

2008 – present Professor Indiana University Department of Medicine, Department of Medicine, Indianapolis, IN.

## HOSPITAL APPOINTMENTS

Not applicable

## OTHER APPOINTMENTS AND PROFESSIONAL CONSULTANSHIPS

1993 – 1994: University Instructor. University of Indianapolis International, Athens, Greece.

1995 – 2002 University Instructor Harvard University Department of Continuing Education, Cambridge, MA.

2000 – 2002 University lecturer Harvard School of Public Health, Boston, MA Summer program in Public Health

1999 – 2019 Visiting lecturer University of Athens Medical School, Athens, Greece. Master's program in Biostatistics

| | |
|---|---|
| 2006 – 2007 | Visiting professor Moi School of Public Health, Eldoret, Kenya |
| 2019 – present | Visiting Professor National and Kapodistrian University of Athens, Department of Hygiene and Epidemiology, Athens, Greece. |

SPECIALTY BOARD STATUS: Not applicable

LICENSURE AND CERTIFICATIONS: Not applicable

PROFESSIONAL ORGANIZATIONS:

- American Statistical Association
- International Biometrics Society, Eastern North Atlantic Region and Eastern Mediterranean Region

HONORS AND AWARDS:

Graduated with honors, Central Connecticut State University, New Britain, CT.

TEACHING ASSIGNMENTS DURING AT LEAST THE PRECEDING TWO YEARS:

| | |
|---|---|
| 1993 – 1994: | Introduction to probability. University of Indianapolis International, Athens, Greece. |
| 1993 – 1994: | Computer packages. University of Indianapolis International, Athens, Greece. |
| 1995 – 2002 | Introduction to Biostatistics I. Harvard University Department of Continuing Education, Cambridge, MA. |
| 2000 – 2002 | Principals of Biostatistics II. Harvard School of Public Health, Boston, MA Summer program in Public Health |
| 1999 – 2001 | General linear models. University of Athens Medical School, Athens, Greece. Master's program in Biostatistics |
| 2002 – 2002 | Generalized linear models. University of Athens Medical School, Athens, Greece. Master's program in Biostatistics |
| 2004 – present | Analysis of failure time data. University of Athens Medical School, Athens, Greece. Master's program in Biostatistics |
| 2002 – 2004 | Introduction to Biostatistics II (G652). Indiana University Department of Medicine. |
| 2003 – 2004 | Short course in Biostatistics. Survival analysis. Indiana University Department of Medicine. |
| 2006 | Principals of Biostatistics I. Moi University School of Public Health, Eldoret, Kenya |

| | |
|---|---|
| 2008 – present | Introduction to Clinical Trials (PBHL B-582). Indiana University Department of Medicine and Fairbanks School of Public Health. |
| 2012 – 2018 | Introduction to Survival Analysis (PHBL B-573) Indiana University Fairbanks School of Public Health |
| 2018 – present | Classical regression methods for data scientists (PBHL B-285) Indiana University Fairbanks School of Public Health |

PROFESSIONAL SERVICE:

1. National regional and international service
   a. National service

| | |
|---|---|
| 2004 – 2005 | Member of NIMH special emphasis panel ZMH1 ERB-X (02) S |
| 2004 | Grant reviewer, Lance Armstrong Foundation |
| 1995 – present | AIDS Clinical Trials Group Neurology subcommittee member |

   b. State and regional service

| | |
|---|---|
| 2003 – present DSMB leading statistician | Center for Cancer Care at Goshen Health System. A phase III multi-institutional randomized study of immunization with gp100:209-217(210M) peptide followed by high dose IL-2 versus high dose IL-2 alone in patients with metastatic melanoma |
| 2004 DSMB leading statistician | Hoosier Oncology Group protocol GI02-38, a phase II study of capecitabine plus docetaxel combination in patients with esophageal/gastric cancer. |
| 2009 – present DSMB leading statistician | Infant Male Circumcision in Gaborone, Botswana, and Surrounding Areas: Feasibility, Safety and Acceptability |

2. University administrative service:

| | |
|---|---|
| 2002 – 2006 | Director, Indiana University Cancer Center Biostatistics Core. |

University committee service:

a. Departmental.

| | |
|---|---|
| 2004 – 2006 | Information Technology Advisory Committee (ITAC), member. |
| 2004 – 2006 | Biostatistics class coordinator (5% full-time effort) |

b. Campus

| | |
|---|---|
| 2002 – 2006 | Indiana University Cancer Center Scientific research committee (SRC), member. |
| 2002 – 2006 | Indiana University Cancer Center Clinical Research Committee (CRC), member |
| 2002 – 2006 | Indiana University Cancer Center Clinical Trials Monitoring Committee (CTMC), member |
| 2002 – 2007 | Indiana University AIDS Clinical Trials Unit (ACTU), member |

c. System

Not applicable

3. Student service

Informal biostatistics review classes with Hematology Oncology fellows (Fall 2003).

OTHER PROFESSIONAL ACTIVITIES:

1. Invited presentations
    a. Grand rounds, IU Cancer Center, June 2, 2003
    b. Invited seminar, Colleges of Engineering, Science, Agricultural Sciences, Southern Illinois University, Carbondale, IL, April 27, 2004
    c. Presentation to Surgical Research Lab Meeting, October 3, 2005
    d. Grand rounds to Orthopedic Residents, January 4, 2006
    e. PEPFAR consultation, Washington, DC, February, 2008

2. Contributed presentations
    a. 17th International Workshop in Statistical Modeling, Chania, Greece, 2002
    b. International Biometrics Society ENAR meeting, Tampa, FL, 2003.
    c. 16th conference of the Hellenic Statistical Institute, Kavala, Greece, 2003

GRANTS AND FELLOWSHIPS (PI):

Active:

| | | |
|---|---|---|
| 2016 – 2026<br>U01 AI 69911<br>(Yiannoutsos, FSPH[1]) | International Epidemiologic Databases to Evaluate AIDS (IEDEA). Principal Investigator ($16,500,500) | 35% |
| 2016 – 2027<br>R24 AI 124872<br>(Duda, VUMC[2]) | Harmonist: A Scalable Toolkit for Standardizing and Coordinating Data Sharing Across International Research Networks ($8,275,232) | 2% |

[1] FSPH: Indiana University Fairbanks School of Public Health
[2] VUMC: Vanderbilt University Medical Center

| | | |
|---|---|---|
| 2020 – 2025<br>R01 HD 098013<br>(Wiehe, IUSOM[3]) | Leveraging Data to Identify Opportunities to Address Insecure Care Connections and Poor Health Outcomes Among People Living with HIV ($3,799,533) | 10% |
| 2020 – 2025<br>U54 CA 254518<br>(Yiannoutsos, FSPH Biostatistics Data Management Core PI) | The East Africa Consortium for HPV and Cervical Cancer in Women Living with HIV/AIDS-Biostatistics and Data Management Core ($4,705,217) | 10% |
| 2021 – 2024<br>R01 HD 079214<br>(Ciaranello, HMS[4]) | Innovation Across the Spectrum of Pediatric HIV Care ($4,140,043) | 5% |
| 2018 – 2028<br>R37 AI 131771<br>(Shepherd, VUMC) | Statistical Methods and Designs for Correlated Outcome and Covariate Errors in Studies of HIV/AIDS ($273,145) | 5% |
| 2023 – 2025<br>R21 AI 177008<br>(Zhang, UK[5]) | Developing Statistical Methods on Event History Data Subject to Data Complexities for HIV Disease Progression and Policy Evaluation ($260, 755) | 5% |

<u>Completed:</u>

| | | |
|---|---|---|
| 2009 – 2011<br>U01AI069911-04S209<br>(Yiannoutsos, IUSOM) | East Africa IeDEA Regional Consortium (Malaria supplement). <u>Principal Investigator</u> ($299,385) | 10% |
| 2008 – 2013<br>R01 MH 081772<br>(Spudich, UCSF) | The Neuropathobiology of Primary HIV-1 Infection. <u>PI, statistical core</u> ($255,514) | 7% |
| 2008 – 2012<br>(Yiannoutsos, IUSOM) | National NeuroAIDS Tissue Consortium (NNTC) Data Coordinating Center (U01). <u>Principal Investigator</u> ($3,551,612) | 20% |
| 2009 – 2011<br>U01AI069911-04S109<br>(Yiannoutsos, IUSOM) | East Africa IeDEA Regional Consortium (ARRA supplement). <u>Principal investigator</u> ($885,850) | 0% |
| 2009 – 2010<br>U01 AI 69911<br>(Yiannoutsos, IUSOM) | East Africa IeDEA Regional Consortium (ARRA supplement). <u>Principal Investigator</u> ($808,234) | 10% |
| 2009 – 2010<br>U01 AI 69911<br>(Yiannoutsos, IUSOM) | HIV-related Malignancies in the East Africa IeDEA Consortium. Principal Investigator ($230,000) | 5% |

[3] IUSOM: IU School of Medicine
[4] HMS: Harvard Medical School and Mass General Hospital
[5] UK: University of Kentucky

| | | |
|---|---|---|
| 2008 – 2011<br>Contract, The Emmes Corporation (Brandt, The Emmes Corp) | Bioinfomatics support to National NeuroAIDS Tissue Consortium (NNTC) Data Coordinating Center. PI, statistical core ($407,462) | 10% |
| 2008 – 2009<br>U01 AI 69911<br>(Yiannoutsos, IUSOM) | International Epidemiologic Databases to Evaluate AIDS (IeDEA). NIAID supplement. HIV-1 Genotypic Diversity and drug resistance in western Kenya at times of political crisis. Principal Investigator ($74,971) | 0% |
| 2007 – 2008<br>U01 AI 69911<br>(Yiannoutsos, IUSOM) | Outreach to orphans and vulnerable children (OVC) in a comprehensive HIV clinical care program in Kenya. Principal Investigator ($92,412) | 5% |
| 2005 – 2011<br>R01 NS 36524<br>(Navia, Tufts) | *In-vivo* $^{1}$H-MRS Studies of cerebral injury in HIV Dementia. PI, statistical core ($1,033,096) | 20% |
| 2008 – 2009<br>R21 DA 025487<br>(He, IUSOM) | Drug abuse and neuroAIDS in China. Co-investigator | 3% |
| 2007 – 2008<br>U01 AI 69911<br>(Yiannoutsos, IUSOM) | International Epidemiologic Databases to Evaluate AIDS (IEDEA). NICHD supplement. Principal Investigator ($80,000) | 0% |
| 2008 – 2009<br>U01 AI 69911<br>(Yiannoutsos, IUSOM) | HIV-related Malignancies in the East Africa IeDEA Consortium. Principal Investigator ($230,000) | 5% |
| 2007 – 2008<br>U01 AI 69911<br>(Yiannoutsos, IUSOM) | HIV-related Malignancies in the East Africa IeDEA Consortium. Principal Investigator ($230,000) | 5% |
| 1999 – 2003<br>R03 MH 60565<br>(Schifitto, Rochester) | Strategies for neurological evaluation in HIV infection. Co-investigator. ($175,758)[6] | 0% |
| 2001 – 2004<br>DAMD 17-01-1-0725<br>(Williams, IUSOM) | DNA Repair & cell Cycle therapeutic targets for ovarian cancer. Co-investigator ($64,775) | 0% |
| 2002 – 2007<br>R01 CA 074177<br>(Clapp, IUSOM) | Neurofibromatosis Type 1 gene regulates myelopoiesis. Co-investigator ($92,808) | 10% |
| 2003 – 2005<br>R21 CA 097721 | Extracranial stereotactic radioablation in lung cancer ($18,068). Co-investigator | 5% |

[6] Total biostatistics budget in parenthesis

| | | |
|---|---|---|
| (McGarry, IUSOM) | | |
| 2006 – 2007<br>U01 AI 069911-01S1<br>(Yiannoutsos, IUSOM) | Monitoring and evaluation, patient surveillance and loss to follow-up. Principal Investigator ($123,000) | 10% |
| 2006 – 2007<br>U01 AI069911<br>(Yiannoutsos, IUSOM) | International Epidemiologic Databases to Evaluate AIDS (IEDEA). NICHD supplement. Principal Investigator ($60,000) | 0% |
| 2004 – 2008<br>P30 CA082709<br>(Williams, IUSOM) | Cancer Center Support Grant. Director, Biostatistics Shared Facility ($389,961). Director of shared facility. | 15% |
| 2004 – 2009<br>R01 CA106298<br>(Kelley, IUSOM) | Imbalancing DNA BER to enhance ovarian tumor sensitivity. Co-investigator ($47,063) | 5% |
| 2004 – 2009<br>W81XWH-04-0468 (Sledge, IUSOM/HOG) | Breast Cancer Center of Excellence. Co-investigator ($324,240) | 10% |

PRINT AND ELECTRONIC PUBLICATIONS

I. Teaching: None

II. Refereed publications

1. Kuo L, and **Yiannoutsos CT**: "Empirical Bayes Risk Evaluation With Type-II Censored Data", Journal of Statistical Computation and Simulation, 48:195-206, 1994
2. Navia, BA, Dafni U, Simpson, D, Tucker T, Slasor P, McArthur JC, **Yiannoutsos CT**, Zaborski, L, and Lipton, SA: "A Phase I/II Trial of Nimodipine for the Treatment of Neurological Manifestations Associated with HIV Infection, Including AIDS Dementia Complex and Peripheral Neuropathy. Neurology, 1998; 51:221-228
3. Hall CD, Dafni U, Simpson D, Clifford D, Wetherill P, Cohen B, McArthur JC, Hollander H, **Yiannoutsos CT**[7], Major E,Millar L, Timpone J: Failure of Cytosine Arabinoside Therapy of Human Immunodeficiency Virus-I Associated Progressive Multifocal Leucoencephalopathy. New England Journal of Medicine, 1998; 338:19, 1345-51
4. Kieburtz K, Simpson D, **Yiannoutsos C**, Max MB, Hall CD, Ellis RJ, Marra CM, McKendall R, Singer E, Dal Pan GJ, Clifford DB , Tucker T, Cohen B and the ACTG 242 Protocol Team. A randomized controlled trial of amitriptyline and mexiletine for painful neuropathy in HIV infection. Neurology, 1998; 51:1682-8.

[7] The name is misspelled in the publication ("Yainnoutsos")

5. Clifford DB, **Yiannoutsos C**, Glicksman M, Simpson DM, Singer EJ, Piliero PJ, Marra CM, Francis GS, McArthur JC, Tyler KL, Tselis AC, Hyslop NE. HAART improves prognosis in HIV-associated progressive multifocal leukoencephalopathy. Neurology 1999; 52:623-625.
6. Chen, MH, Ibrahim, JG, and **Yiannoutsos C**. Prior Elicitation, Variable Selection and Bayesian Computation for Logistic Regression Models, Journal of the Royal Statistical Society, Series B, 1999; 61:223-242.
7. Rostasy K, Monti L, Kneissl M, **Yiannoutsos CT**, Bell J, Hedreen JC, Navia BA. HIV infection, iNOS expression and microglial activation: pathogenetic relationship to the AIDS dementia complex. Annals of Neurology, 1999; 46:207-216.
8. **Yiannoutsos CT**, Major EO, Curfman B, Jensen PN, Gravell M, Hou J, Clifford DB, Hall CD. Relation of JC virus DNA in the CSF to survival in AIDS patients with biopsy-proven Progressive Multifocal Leukoencephalopathy. Annals of Neurology, 1999; 45:816-820.
9. Price RW, **Yiannoutsos CT**, Clifford DB, Zaborski L, Tselis A, Sidtis JJ, Cohen B, Hall CD, Erice A, and Henry K. Neurological outcomes in late-stage HIV-1 infection: adverse influence of neurological impairment on Survival and protective effect of antiviral therapy. AIDS, 1999; 13:1677-1686
10. Post MJD, **Yiannoutsos C**, Simpson D, Booss J, Clifford DB, Cohen B, McArthur JC, Hall CD and the ACTG 243 team. PML in AIDS: An MR/Neurological/Pathological correlation. Are there any MR or neurological findings predictive of patient survival? 1999. Am J Neuroradiol. 1999; 20:1896-1906.
11. McArthur, JC, **Yiannoutsos C**, Simpson, DM, Adornato BT, Singer EJ, Hollander H, Marra C, Rubin M, Cohen BA, Tucker T, Navia BA, Schifitto G, Katzenstein D. Rask C, Zaborski L, Smith ME, Shriver S, Millar L, Clifford DB. A phase II trial of nerve growth factor for sensory neuropathy associated with HIV infection. Neurology, 2000; 54:1080-1088.
12. Fichtenbaum, CJ, Koletar S, **Yiannoutsos CT**, Holland F, Pottage J, Cohn S, Walawander AL, Frame P, Feinberg J, Saag M, Van der Horst C, Powderly WG, Refractory Mucosal Candidiasis in Advanced Human Immunodeficiency Virus Infection. Journal of Infectious Diseases, 2000; 30:749-756
13. Hewitt RG, **Yiannoutsos CT**, Higgs ES, Carey JT, Geiseler PJ, Soave R, Rosenberg R, Vasquez GJ, Wheat LJ, Fass RJ, Antonijevic Z, Walawander AL, Flanigan TP, Bender JF. Paromomycin for the treatment of cryptosporidiosis in patients with advanced HIV infection: a randomized, double-blind, placebo-controlled trial Journal of Infectious Diseases, 2000; 31: 1084-1092
14. Rostasy K, Monti L, **Yiannoutsos CT**, Wu J, Bell J, Hedreen J Navia BA.TNF-α expression, NF-κb activation and apoptosis in the AIDS Dementia Complex. Journal of Neurovirology, 2000; 6: 537-543
15. **Yiannoutsos CT**, De Luca A. Designs for clinical trials to test the efficacy of therapeutics in progressive multifocal leukoencephalopathy. Journal of Neurovirology, 2001; 7: 369-374
16. Schifitto G, Simpson D, Haidich AB, **Yiannoutsos CT**, McArthur JC, for the ACTG 291 Protocol Study Team. Long-Term Treatment with Open Label Nerve Growth Factor for HIV-Associated Sensory Neuropathy. Neurology, 2001; 57: 1313-1316.

17. Simpson D, Katzenstein D, Haidich AB, **Yiannoutsos CT**, Millington D, McArthur JC and the ACTG 291/860 protocol study teams. Plasma Carnitine in HIV-Associated Neuropathy. AIDS, 2001; 15: 2207-2208
18. Simpson DM, Haidich AB, Schifitto G, **Yiannoutsos CT**, Geraci AP, McArthur JC, Katzenstein DA. Severity of HIV-associated Neuropathy is Associated with Plasma HIV-1 RNA Levels. AIDS, 2002; 16: 407-412.
19. Polydefkis M, **Yiannoutsos CT**, Shriver S, Simpson DM, Cohen BA, Adornato BT, Hollander H, Marra CM, Clifford DB and McArthur JC. Intraepidermal nerve fiber density in HIV-associated sensory neuropathy. Neurology, 2002; 58: 115-119
20. Lee PL, **Yiannoutsos CT**, Ernst T, Chang L, Marra CM, Jarvik JG, Richards TL, Kwok EW, Kolson DL, Simpson D, Tang CY, Schifitto G, Ketonen LM, Meyerhoff DJ, Lenkinski RE, Gonzalez RG, Navia BA. MRS study of the AIDS dementia complex: Validation and preliminary analysis. J Magn Reson Imaging. 2003; 17:625-33
21. Smith, KM, Daly M, Bauer L, Fischer M, **Yiannoutsos CT**, Bauer L, Barkley R, Navia BA. Association of the Dopamine Beta Hydroxylase gene with Attention Deficit Hyperactivity Disorder: Genetic Analysis of the Milwaukee Longitudinal Study. Am J Med Genet. 2003; 119B:77-85
22. Rostasy K, Egles C, Chauhan A, Kneissl M, Bahrani P, **Yiannoutsos C**, Hunter DD, Nath A, Hedreen JC, Navia BA. SDF-1α is expressed in astrocytes and neurons in the AIDS dementia complex: an in vivo and in vitro study. J Neuropathol Exp Neurol. 2003; 62(6):617-26
23. Wiesenauer CA Schmidt CM, Cummings OW, **Yiannoutsos CT**, Howard TJ, Wiebke EA, Goulet RJ, McHenry L, Sherman S, Lehman GA, Cramer H, Madura JA. Preoperative predictors of malignancy in pancreatic intraductal papillary mucinous neoplasms. Arch Surg; 2003; 138:610-618
24. Nakas C, **Yiannoutsos CT**, Bosch RJ, Moyssiadis C. Assessment of diagnostic markers by goodness-of-fit tests. Stat Med; 2003; 22:2503-2513.
25. Vaena DA, Walker P, Pennington K, Stephens A, Stender MJ, **Yiannoutsos CT**, Young C, Stoner C, Cripe LD. Phase II study of low-dose topotecan in myelodysplastic syndromes: a Hoosier Oncology Group (HOG) study. Leuk Res; 2004; 28:49-52.
26. Schneider BP, Kesler KA, Brooks JA, **Yiannoutsos CT** and Einhorn LH. Outcome of patients with residual germ cell or non-germ cell malignancy after resection of primary mediastinal non-seminomatous germ cell cancer. J Clin Oncol. 2004; 22:1195-1200
27. Goldman M, Zackin R, Fichtenbaum CJ, Skiest DJ, Koletar SL, Hafner R, Wheat LJ, Nyangweso PM, **Yiannoutsos CT**, Schnizlein-Bick CT, Owens S, Aberg JA; AIDS Clinical Trials Group A5038 Study Group. Safety of discontinuation of maintenance therapy for disseminated histoplasmosis after immunologic response to antiretroviral therapy. Clin Infect Dis. 2004; 38:1485-1489
28. Schmidt CM, Powell ES, **Yiannoutsos CT**, Howard TJ, Wiebke EA, Wiesenauer CA, Baumgardner JA, Cummings OW, Lillemoe KD, Jacobson L, Broadie TA, Goulet RJ, Curie EA, Cardenes H, Watkins JM, Loehrer PJ and Madura JA. Pancreaticoduodenectomy: A twenty year experience in 516 patients. Arch Surgery 2004; 139:718-727.
29. Nakas CT, **Yiannoutsos CT**. Ordered multiple class ROC analysis with continuous measurements. Stat Med 2004; 23:3437-3449

30. **Yiannoutsos CT**, Ernst T, Chang L, Lee PL, Richards T, Marra C, Meyerhoff DJ, Jarvic J, Kolson D, Schifitto G, Ellis RJ, Swindells, Simpson DM, Miller EN, Gonzalez RG, Navia BA. Patterns of regional brain metabolism and diagnostic utility of proton MRS in AIDS Dementia Complex. Neuroimage 2004; 23: 928:935.
31. Chang L, Lee PL, **Yiannoutsos CT**, Ernst T, Marra CM, Schifitto G, Miller EN, Jarvik J, Kolson D, Gonzalez RG, Navia BA. A Multicenter *in-vivo* proton MRS study of HIV-associated brain injury. Neuroimage 2004; 23:1336-1347
32. Villella AD, Yao J, Getty RR Juliar BE, **Yiannoutsos CT**, Hartwell JR, Cai S, Sadat MA, Cornetta K, Williams DA, Pollok KE. Real-Time PCR: An effective tool for measuring transduction efficiency in human hematopoietic progenitor cells. Mol Ther, 2005; 11:483-491.
33. Li J, Juliar BE, **Yiannoutsos CT**, Ansari R, Fox E, Fisch MJ, Einhorn LH, Sweeney CJ. Weekly paclitaxel and gemcitabine in advanced transitional cell carcinoma of the urothelium: A Phase II Hoosier Oncology Group study. J Clin Onc, 2005; 23: 1185-1191.
34. Li L, Shi H, **Yiannoutsos CT**, Huang T-H-M, Nephew KP. Epigenetic hypothesis tests for methylation and acetylation in a triple microarray system. J Comp Biol, 2005; 12:270-390
35. Srour EF, Tong X, Sung KW, Plett PA, Rice S, Daggy J, **Yiannoutsos CT**, Abonour R, Orschell CM. Cytokine modulation of proliferation kinetics and primitive hematopoietic potential on individual $CD34^{+}CD38^{-/lo}$ cells in $G_0$ during successive *in vitro* cell divisions. Blood, 2005; 105:3109-16
36. Fakiris AJ, Cardenes HR, Moore DH, Reddy SR, Look KY, **Yiannoutsos CT**, Randall ME. Intraperitoneal radioactive phosphorus ( $^{32}P$ ) and vaginal brachytherapy as adjuvant treatment for uterine papillary serous carcinoma and clear cell carcinoma: A Phase II Hoosier Oncology Group (97-1) study. Gyn Onc, 2005; 96:818-823
37. Rostasy K, Gorgun G, Kleyner Y, Garcia A, Kramer M, Melanson SM, Mathys J-M, **Yiannoutsos CT**, Skolnik PR, Navia BA. TNF-$\alpha$ leads to increased cell surface expression of CXCR4 in SK-N-MC cells. J Neurovirol 2005; 11:247-55.
38. Sweeney C, Liu G, **Yiannoutsos CT**, Kolesar J, Horvath D, Staab MJ, Fife K, Armstrong V, Treston A, Sidor C, Wilding G. A Phase II multicenter, randomized, double-blind, safety, PK, PD, and efficacy study of oral 2-methoxyestradiol in hormone refractory prostate cancer. Clin Cancer Res, 2005; 11: 6625-6633
39. Ellis RJ, Evans SR, Clifford DB, Moo L, McArthur JC, Collier AC, Benson C, Bosch R, Simpson D, **Yiannoutsos CT**, Yang Y, Robertson K; Neurological AIDS Research Consortium; AIDS Clinical Trials Group Study Teams A5001 and A362. J Neurovirol, 2005; 11:503-11.
40. Wools-Kaloustian K, Kimaiyo S, Diero L, Siika AM, Sidle J, **Yiannoutsos CT**, Musick BS, Einterz RM, Fife KH, Tierney, WM Viability and effectiveness of large-scale HIV treatment initiatives in sub-Saharan Africa: experience from western Kenya. AIDS, 2006; 20:41-48.
41. Kurup A, Murry DJ, Dobrolecki L, Estes D, **Yiannoutsos CT**, Mariano L, Sidor C, Hickey R, Hanna N. Recombinant human angiostatin (rhAngiostatin) in combination with paclitaxel and carboplatin in patients with advanced non-

small cell lung cancer: a phase II study from Indiana University. Ann Oncol, 2006; 17:97-103.

42. Wruck LM, **Yiannoutsos CT**, Hughes, MD. A sequential design to estimate sensitivity and specificity of a diagnostic test. Stat Med, 2006; 25:3458-3473
43. Matei D, Emerson RE, Lai YC, Baldridge LA, Rao J, **Yiannoutsos C**, Donner DD. Autocrine activation of PDGFRalpha promotes the progression of ovarian cancer. Oncogene, 2006; 25:2060-2069
44. Schifitto G, **Yiannoutsos CT**, Simpson D, Navia BA. A Placebo-controlled study of memantine for the treatment of HIV-associated sensory neuropathy. J Neurovirol, 2006; 12:328-331
45. Nyandiko WM, Ayaya S, Nabakwe E, Tenge C, Sidle JE, **Yiannoutsos CT**, Musick BS, Kigotho E, Wools-Kaloustian K, Tierney WM. Outcomes of HIV-infected children on anti-retroviral therapy at AMPATH HIV clinics in Western Kenya. JAIDS, 2006; 43:418-425
46. Timmerman R, McGarry R, **Yiannoutsos C**, Papiez L, Tudor K, DeLuca J, Ewing M, Abdulrahman R, DesRosiers C, Williams M, Fletcher J. Excessive toxicity when treating central tumors in a phase II study of stereotactic body radiation therapy for medically inoperable early-stage lung cancer. J Clin Oncol, 2006; 24:4833-4839.
47. Suvannasankha A, Fausel C, Juliar BE, **Yiannoutsos CT**, FisherWB, Ansari RH, Wood LL, Smith GG, Cripe LD, Abonour R. Final report of Toxicity and Efficacy of a Phase II Study of Oral Cyclophosphamide, Thalidomide, and Prednisone (CTP) for Patients with Relapsed or Refractory Multiple Myeloma: A Hoosier Oncology Group Trial: HEM01-21. Oncologist, 2007; 12:99-106.
48. Odero, W, Rotich, J, **Yiannoutsos CT**, Ouna T, Tierney WM. Innovative approaches to application of information technology in disease injury surveillance and prevention in Western Kenya. J Biomed Inform, 2007; 40:390-397.
49. Yip-Schneider MT, Wu H, Ralstin M, **Yiannoutsos C**, Crooks PA, Neelakantan S, Noble S, Nakshatri H, Sweeney CJ, Schmidt CM. Suppression of pancreatic tumor growth by combination chemotherapy with sulindac and LC-1 is associated with cyclin D1 inhibition *in vivo*. Mol Can Therapeutics, 2007; 6:1736-1744.
50. Schmidt CM, White PB, Waters JA, **Yiannoutsos CT**, Cummings OW, Baker M, Howard TJ, Zyromski NJ, Nakeeb A, DeWitt JM, Akisik FM, Sherman S, Pitt HA, Lillemoe KD. Intraductal Papillary Mucinous Neoplasms: Predictors of Malignant and Invasive Pathology. Ann Surg, 2007; 246: 644-654.
51. Nyandiko WM, Greenberg D, Shany E, **Yiannoutsos CT**, Musick B, Mwangi AW. Nasopharyngeal streptococcus pneumoniae among under-five year old children at the Moi Teaching and Referral Hospital, Eldoret, Kenya. East Afr Med J. 2007; 84:156-62.
52. Paul R, **Yiannoutsos CT**, Miller EN, Singer E, Lee, P-L, Chang L, Marra CM, Schifitto G, Ernst T, Richards T, Jarvik J, Price R, Meyerhoff DJ, Kolson D, Ellis RJ, Gonzalez RG, Lenkinski R, Cohen RA, Navia BA. Proton MRS and Neuropsychological Correlates in AIDS Dementia Complex: Evidence of Subcortical Specificity. J Neuropsychiatry Clin Neurosci, 2007; 19:283-292.
53. Schifitto G, Navia BA, **Yiannoutsos CT**, Marra CM, Chang L, Ernst T, Jarvik JG, Miller EN, Singer EJ, Ellis RJ, Kolson DL, Simpson D, Nath A, Berger J, Shriver SL, Millar LL, Colquhoun D, Lenkinski R, Gonzalez RG, Lipton SA; Adult AIDS Clinical Trial Group (ACTG) 301; 700 Teams; HIV MRS

Consortium. A phase II trial of memantine for HIV-associated cognitive impairment: A neuropsychological and proton MRS study. AIDS, 2007; 21(14):1877-1886.

54. **Yiannoutsos CT**, Nakas CT, Navia BA. Assessing multiple-group diagnostic problems with multi-dimensional receiver operating characteristic surfaces: Application to HIV-related neurological injury. Neuroimage, 2008; 40: 248-255.
55. Yu M, **Yiannoutsos CT**. Bivariate sequential design for Phase II trials with trade-off. J JP Biostat 2008; 1: 175-195
56. Sinclair E, Ronquillo R, Lollo N, **Yiannoutsos CT**, Deeks SG, Hunt P, Spudich S, Price RW. Antiretroviral treatment effect on immune activation reduces cerebrospinal fluid HIV-1 infection. JAIDS. 2008; 40:248-255.
57. Henderson M, McGarry R, **Yiannoutsos CT**, Fakiris A, Hoopes D, Williams M, Timmerman R. Baseline pulmonary function as a predictor for survival and decline in pulmonary Function over time in patients undergoing stereotactic body radiotherapy for the treatment of stage I non-small cell lung cancer. Int J Rad Oncol Biol Phys. 2008; 72:404-409
58. Paul RH, Ernst T, Brickman AM, **Yiannoutsos CT**, Tate DF, Cohen RA, Navia BA, for the ACTG 301 and 700 teams and the HIV MRS Consortium. Relative sensitivity of magnetic resonance spectroscopy and quantitative MRI to cognitive function among non-demented individuals infected with HIV. J Int Neuropsych Soc. 2008; 14:725-33.
59. Hanna N, Neubauer M, **Yiannoutsos C**, McGarry R, Arseneau J, Ansari R, Reynolds C, Govindan R, Melnyk A, Fisher W, Richards D, Bruetman D, Anderson T, Chowhan N, Nattam S, Mantravadi P, Johnson C, Breen T, White A, Einhorn L. Phase III Study of Cisplatin, Etoposide, and Concurrent Chest Radiation With or Without Consolidation Docetaxel in Patients With Inoperable Stage III Non-Small-Cell Lung Cancer: The Hoosier Oncology Group and U.S. Oncology. JCO, 2008; 25:5755-5760.
60. An M-W, Frangakis CE, Musick BS, **Yiannoutsos CT**. The need for double-sampling designs in survival studies: An application to monitor PEPFAR. Biometrics, 2009; 65:301-306.
61. **Yiannoutsos CT**, An M-W, Frangakis CE, Musick BS, Braitstein P, Wools-Kaloustian K, Ochieng D, Martin JN, Bacon M, Kimaiyo S. Sampling-Based Approaches to Improve Estimation of Mortality among Patient Dropouts: Experience from a Large PEPFAR-Funded Program in Western Kenya. PLoS ONE, 2009; 3(12): e3843 doi:10.1371/journal.pone.0003843.
62. Wools-Kaloustian K, Kimaiyo S, Musick BS, Sidle J, Siika A, Nyandiko W, Einterz R, Tierney WM, **Yiannoutsos CT**. The Impact of the President's Emergency Plan for AIDS Relief (PEPFAR) on expansion of HIV care services in western Kenya. AIDS, 2009; 23: 195-201.
63. Seebregts CJ, Mamlin BW, Biondich PG, Fraser HSF, Wolfe BA, Jazayeri D, Allen C, Miranda J, Baker E, Fourie C, Lesh N, Kanter A, **Yiannoutsos C**, Bailey C and the OpenMRS Implementers Network. The OpenMRS Implementers Network. JIMI 2009; 78: 711-720.
64. Fakiris AJ, McGarry RC, **Yiannoutsos CT**, Papiez L, Williams M, Henderson MA, Timmerman R. Stereotactic Body Radiation Therapy for Early-Stage Non-Small-Cell Lung Carcinoma: 4 Year Results of a Prospective Phase II Study. Int J Rad Onc Biol Phys. 2009; 76: 677-682

65. Alonzo TA, Nakas CT, **Yiannoutsos CT**, Bucher S. A comparison of tests for restricted in the three-class case. Stat Med 2009; 28:1144-1158.
66. Chouliaras G, **Yiannoutsos CT**, Berdoukas V, Ladis V. Cardiac related death in thalassaemia major: Time trend and risk factors in a large Greek Unit. 2009; Eur J Haematology 2009; 82:381-387.
67. Schmidt CM, Choi J, Powell ES, Wiebke EA, Howard TJ, **Yiannoutsos CT**, Nakeeb A, Lillemoe KD, Madura JA. Predictors of Pancreaticoenteric Anastomotic Leak or Fistula and Effect on patient Outcomes Following Pancreaticoduodenectomy. HPB Surg. 2009; Article ID 404520 doi:10.1155/2009/404520
68. Joseph J, Clifford D, Douglas SD, Fox H, Gendelman HE, Gonzalez-Scarano F, Grant I, Major E, McArthur J; NeuroAIDS Research Participants. Planning future strategies for domestic and international NeuroAIDS research, July 24-25, 2008. 2009; J Neuroimmune Pharmacol, 4(3): 283-297.
69. Braitstein P, Nyandiko W, Vreeman R, Wools-Kaloustian K, Sang E, Musick B, Sidle J, **Yiannoutsos C**, Ayaya S, Carter EJ. The clinical burden of tuberculosis among human immunodeficiency virus-infected children in western Kenya and the impact of combination antiretroviral treatment. Ped Infect Dis J, 2009; 28:626-632.
70. **Yiannoutsos CT**. Modeling AIDS survival after initiation of antiretroviral treatment using Weibull models with change points. JIAS, 2009; 12:9
71. Henderson MA, Hoopes D, Fletcher J, Lin P-F, Tann M, **Yiannoutsos CT**, Williams M, Fakiris AJ, McGarry R, Timmerman R. A Pilot Trial of Serial FDG-PET in Patients with Medically Inoperable Stage I Non-Small Cell Lung Cancer Treated with Hypofractionated Stereotactic Body Radiotherapy (SBRT). Int J Radiat Oncol Biol 2010; 76(3):789-795.
72. Ochieng-Ooko V, Ochieng D, Sidle JE, Holdsworth M, Wools-Kaloustian K, Siika AM, **Yiannoutsos CT**, Owiti M, Kimaiyo S, Braitstein P. Influence of gender and loss to follow-up in a Large HIV treatment programe in western Kenya. 2010. Bull WHO; 88(9):681-688.
73. Schifitto G; **Yiannoutsos CT**, Ernst T, Navia BA, Nath A, Sacktor N, Anderson C, Marra CM, Clifford DB, and the ACTG 5114 Team. Selegiline and Oxidative Stress in HIV - Associated Cognitive Impairment. Neurology, 2009; 73(23):1975-1981
74. Geng EH, Bangsberg DR, Musinguzi N, Emenyonu N, Mwebesa Bwana B, **Yiannoutsos CT**, Glidden DV. Deeks SG, Martin JN. Understanding reasons for and outcomes of patients lost to follow-up in antiretroviral therapy programs in Africa through a sampling-based approach. J Acquir Immune Defic Syndr. 2010; 53: 405-411
75. Cohen R, Harezlak J, Schifitto G, Hana G, Clark U, Gongvatana A, Paul R, Singer E, Paul R, Taylor M, Thompson P, Alger J, Brown M, Zhong J, Campbell T, Singer E, McMahon D, Tso Y, **Yiannoutsos CT**, Navia B and the HIV Neuroimaging Consortium. Effects of Nadir CD4 count and duration of HIV infection on brain volumes in the HAART era; J Neurovirol, 2010, 16(1):25-32.
76. Tuboi SH, Pacheco AG, Harrison LH, Stone RA, May M, Brinkhof MW, Dabis F, Egger M, Nash D, Bangsberg D, Braitstein P, **Yiannoutsos CT**, Wood R, Sprinz E, Schechter M. Mortality associated with discordant responses to antiretroviral therapy in resource-constrained settings. J Acquir Immune Defic Syndr, 2010; 53(1):70-7.

77. Nyandiko WM, Nyunya B, Bucher-Yiannoutsos S, Akhaabi P, Lane K, **Yiannoutsos CT**, Musick BS, Sidle J, Wools-Kaloustian K. Outcomes of HIV-exposed children in western Kenya: Efficacy of total pMTCT in a resource-constrained setting. J Acquir Immune Defic Syndr, 2010; 54(1): 42-50.
78. Tierney WM, Achieng M, Baker E, Bell A, Biondich P, Braitstein P, Kayiwa D, Kimaiyo S, Mamlin B, McKown B, Musinguzi N, Nyandiko W, Rotich J, Sidle J, Siika A, Were M, Wolfe B, Wools-Kaloustian K, Yeung A, **Yiannoutsos C** and the Tanzania-Uganda OpenMRS Consortium. Experience implementing electronic health records in three East African countries. Stud Health Technol Inform 2010; 160:371-375.
79. Braitstein P, Katshcke A, Shen C, Sang E, Nyandiko W, Ochieng VO, Vreeman R, **Yiannoutsos C**, Wools-Kaloustian K, Ayaya S. Retention of HIV-infected and exposed children in a comprehensive HIV clinical care program in western Kenya. Trop Med Int Health; 2010, 15:833-41
80. Geng EH, Glidden DV, Emenyonu N, Musinguzi N, Bwana BM, Neilands TB, Muyindike W, **Yiannoutsos CT**, Deeks SG, Bangsberg DR, Martin JN. Tracking a sample of patients lost to follow-up has a major impact on understanding determinants of survival in HIV-infected patients on antiretroviral therapy in Africa. 2010; Trop Med Int Health, Suppl 1:63-9.
81. Cohen RA Harezlak J, Gongvatana A, Buchthal S, Schifitto G, Clark U, Paul R, Taylor M, Thompson P, Tate D, Alger J, Brown M, Zhong J, Campbell T, Singer E, Daar E, McMahon D, Tso Y, **Yiannoutsos CT**, Navia B, for the HIV Neuroimaging Consortium. Cerebral metabolite abnormalities in HIV are associated with cortical and subcortical volumes. J Neurovirol, 2010; 16:25-32.
82. Nakas CT, Alonzo TA, **Yiannoutsos CT**. Accuracy and cut-off point selection in three-class classification problems using a generalization of the Youden index. Stat Med, 2010; 29:2946-2955.
83. Turrini O, Waters JA, Schnelldorfer T, Lillemoe KD, **Yiannoutsos CT**, Farnell MB, Sarr MG, Schmidt CM. Invasive intraductal papillary mucinous neoplasm: predictors of survival and role of adjuvant therapy; HPB, 2010; 12:447-455.
84. Harezlak J, Buchthal S, Taylor M, Schifitto G, Zhong J, Daar E, Alger J, Brown M, Singer E, Campbell T, McMahon D, Tso Y, Matesan J, Ernst T, **Yiannoutsos C**, Cohen R, Navia BA and the HIV Neuroimaging Consortium. Persistence of HIV- associated cognitive impairment, inflammation and neuronal injury in the HAART era; AIDS, 2011; 25:625-633
85. Brinkhof M, Spycher B, **Yiannoutsos C**, Weigel R, Wood R, Messou E, Boulle A, Sterne J. Adjusting Mortality for Loss to Follow-up: Analysis of five ART programmes in sub-Saharan Africa. PLoS ONE, 2010; 5(11):e14149.
86. Zhu T, Hu R, Qiu X, Gaugh M, Taylor M, Tso Y, **Yiannoutsos CT**, Navia BA, Mori S, Schifitto G, Zhong J. Evaluation of Accuracy and Precision of Multi-Center DTI Measurements: Neuroimage; 2011; 56:1398-1411
87. Tate, DF, Sampat M, Harezlak J, Fiecas, M, Hogan J, Dewey J McCaffrey D, Branson D, Russell T, Conley J, Taylor M, Schifitto G. Zhong J, Daar ES, Alger J, Brown M, Singer E, Campbell T, McMahon D, Tso Y, Matesan J, Letendre S, Paulose S, Gaugh, Tripoli C, **Yiannoutsos C,** Bigler ED, Cohen RA, Guttmann CRG, Navia B. Regional Areas and Widths of the Midsagittal Corpus Callosum Among HIV-Infected Patients on Stable Antiretroviral Therapies. J Neurovirol, 2011; 17:368-379.
88. Waters JA, Schnelldorfer T, Aguilar-Saavedra JR, Chen J-H, **Yiannoutsos CT**, Lillemoe KD, Farnell MB, Sarr, MG; Schmidt CM. Survival after resection for

Invasive intraductal papillary mucinous neoplasm and for pancreatic adenocarcinoma: A Multi-institutional comparison according to American Joint Committee on Cancer Stage. J Am Coll Surg, 2011; 213:275-83.

89. Zhu T, Hu R, Qiu X, Taylor M, Tso Y, **Yiannoutsos C**, Navia B, Mori S, Schifitto G, Zhong J. Quantification of accuracy and precision of multi-center DTI Measurements: A diffusion phantom and human brain study. Neuroimage, 2011; 56(3):1398-411.
90. Letendre S, Zheng J, Kaul M, Lopez A, **Yiannoutsos CT**, Ellis RJ, Taylor M, Marquie-Beck J, Zimmerman J, Lipton S, Gendelman H, Navia BA and the ACTG 301 and 700 Teams. Chemokines in cerebrospinal fluid correlate with patterns of cerebral injury as measured by magnetic resonance spectroscopy. J Neurovirol, 2011; 17:63-69
91. Braithwaite RS, Nucifora KA, **Yiannoutsos CT**, Musick BS, Kimaiyo S, Diero L, Bacon M, Wools-Kaloustian K. Alternative antiretroviral monitoring strategies for HIV-infected patients in resource-limited settings: Opportunities to save more lives? J Int AIDS Soc. 2011;14:38.
92. Braitstein P, Songok J, Vreeman R, Wools-Kaloustian K, Koskei P, Walusuna L, Ayaya S, Nyandiko W, **Yiannoutsos C**. 'Wamepotea' (They have become lost): Outcomes of HIV-positive and HIV-exposed children lost to follow-up from a large HIV treatment program in western Kenya. J Acquir Immune Defic Syndr. 2011; 57:e40-46.
93. Chi BH, **Yiannoutsos C**, Westfall AO, Newman JE, Zhou J, Brinkhof MWG, Mwango A, Balestre E, Carriquiry, G, Sirisanthana T, Mukumbi H, Martin JN, Grimsrud A. Bacon M, Thiebaut R. Universal definition of loss to follow-up in HIV treatment programs: a statistical analysis of 111 facilities in Africa, Asia, and Latin America.. PLoS Medicine, 2011; 8:e1001111.
94. Geng, EH, Hunt PW, Diero LO, Somi GR, Kimaiyo S, Okong P, Bangsberg DR, Bwana MB, Cohen CR, Otieno JA, Wabwire D, Elul B, Nash D, Easterbrook PJ, Braitstein P, Musick BS, Martin JN, **Yiannoutsos CT**, Wools-Kaloustian K. Trends Trends in the clinical characteristics of HIV-infected patients initiating antiretroviral therapy in Kenya, Uganda and Tanzania between 2002 and 2009.J Int AIDS Soc, 2011; 14:46.
95. Moore DM, **Yiannoutsos CT,** Musick BS, Tappero J, Degerman R, Campbell J, Were W, Kaharuza F, Alexander LN, Downing R, Mermin J. Determinants of early and late mortality among HIV-infected individuals receiving home-based antiretroviral therapy in rural Uganda. Acquir Immune Defic Syndr. 2011 58:289-96.
96. Geng EH, Glidden DV, Bwana MB, Musinguzi N, Emenyonu N, Muyindike W, Christopoulos KA, Neilands TB, **Yiannoutsos CT**, Deeks SG, Bangsberg DR, Martin JN. Retention in care and connection to care among HIV-infected patients on antiretroviral therapy in Africa: Estimation via a sampling-based approach. PLoS One. 2011; 6:e21797.
97. Leroy, V, Malateste K, Rabie H, Lumbiganon P, Ayaya S, Dicko F, Davies MA, Kariminia A, Wools-Kaloustian K, Aka A, Phiri S, Aurpibul, L, **Yiannoutsos, CT**, Signaté-Sy H, Dabis F for the International IeDEA Pediatric Working Group. 18-month mortality and loss-to-follow-up in antiretroviral treated children in Asia and Africa. The IeDEA pediatric multiregional collaboration. JAIDS. 2013; 62(2):208-19.

98. Geng EH, Glidden DV, Bangsberg DR, Bwana MB, Musinguzi N, Nash D, Metcalfe JZ, **Yiannoutsos CT**, Martin JN, Petersen ML. A causal framework for understanding the effect of losses to follow-up on epidemiologic analyses in clinic-based cohorts: the case of HIV-infected patients on antiretroviral therapy in Africa. Am J Epidemiol. 2012;175:1080-1087
99. **Yiannoutsos CT**, Johnson LF, Boulle A, Musick BS, Gsponer T, Balestre E, Law M, Shepherd BE, Egger M for the International Epidemiologic Databases to Evaluate AIDS (IeDEA) Collaboration. Estimated mortality of adult HIV-infected patients starting treatment with combination antiretroviral therapy. JSTI. 2012; 88 Suppl 2:i33-43.
100. Gelman BB, Lisinicchia JG, Morgello S, Masliah E, Commins D, Achim CL, Fox HS, Kolson DL, Grant I, Moore DJ, Singer E, **Yiannoutsos CT**, Sherman S, Gensler G, Chen T, Soukup VM. Neurovirological correlation with HIV-associated neurocognitive disorders and encephalitis in a HAART-era cohort JAIDS, 2013; 62:487-495.
101. Siika AM, **Yiannoutsos CT**, Wools-Kaloustian KK, Musick BS, Mwangi AW, Diero LO, Kimaiyo SN, Tierney WM, Carter JE. Tuberculosis is associated with worse clinical outcomes in HIV-infected African patients on antiretroviral therapy. PLoS ONE, 2013; 8:e53022
102. Geng EH, Muyindike W, Glidden DV, Bangsberg DR, Neilands TB, Bernheimer I, Bwana MB, Musinguzi N, **Yiannoutsos CT**, Martin JN. Failure to Initiate ART, Loss to Follow-up and Mortality among HIV-infected Patients during the pre-ART period in Uganda. JAIDS, 2013**;**63:e64-71.
103. Yilmaz A, **Yiannoutsos CT**, Fuchs D, Price RW, Hagberg L, Spudich S, and Gisslén M. Cerebrospinal fluid neopterin decay after initiation of antiretroviral therapy. J Neuroinflammation, 2013; 10:62
104. Gongvatana A, Harezlak J, Buchthal S, Daar E, Schifitto G, Campbell T, Taylor M, Singer E, Algers J, Zhong J, Brown M, McMahon D, So YT, Mi D, Heaton R, Robertson K, **Yiannoutsos** C, Cohen RA, Navia B; HIV Neuroimaging Consortium. Progressive cerebral injury in the setting of chronic HIV infection and antiretroviral therapy. J Neurovirol. 2013;19:209-18
105. Kagaris D, **Yiannoutsos CT**. A multi-index ROC-based methodology for high throughput experiments in gene discovery. Int J Data Min Bioinform. 2013; 8:42-65.
106. Hua X, Boyle CP, Harezlak J, Tate DF, **Yiannoutsos CT**, Cohen R, Schifitto G, Gongvatana A, Zhong J, Zhu T, Taylor MJ, Campbell T, Daar E, Alger JR, Singer E, Navia B, Thompson PM and the HIV Neuroimaging Consortium. Disrupted cerebral metabolite levels and lower nadir CD4+ counts are linked to brain volume deficits in 210 HIV-infected patients on stable treatment. Neuroimage Clinical, 2013. 3:132-42.
107. Hahn N, **Yiannoutsos C**, Kirkpatrick K,Sharma J, Sweeney C. Failure to suppress makers of bone turnover on first line hormonal therapy for metastatic prostate cancer is associated with shorter time to skeletal related event. Clin Genitourin Cancer, 2013. 12(1):33-40.e4.
108. Ciaranello A, Lu Z, Ayaya S, Losina E, Musick BS, Vreeman R, Freedberg KA, Abrams EJ, Dillabaugh L, Doherty K, Ssali J, **Yiannoutsos CT**, Wools-Kaloustian K. Incidence of WHO Stage 3 and 4 events, tuberculosis, and mortality in untreated, HIV-infected children enrolling in care before 1 year of

age: An IeDEA (International Epidemiologic Databases to Evaluate AIDS) East Africa regional analysis. Pediatr Infect Dis J, 2014;33(6):623-629.

109. An M-W, Frangakis CE, **Yiannoutsos CT**. Choosing profile double-sampling designs with application to PEPFAR evaluation. Stat Med, 2014; 33: 2017-2029.
110. Gold JA, Grill M, Peterson J, Pilcher C, Lee E, Hecht FM, Fuchs D, **Yiannoutsos CT**, Price RW, Robertson K, Spudich S. Longitudinal Characterization of Depression and Mood States Beginning in Primary HIV Infection. J AIDS Beh, 2014; 18: 1124-1132.
111. Kiragga AN, Castelnuovo B, Musomba R, Levin J, Kambugu A, Manabe YC, **Yiannoutsos** CT, Kiwanuka N. Comparison of Methods for Correction of Mortality Estimates for Loss to Follow-Up after ART Initiation: A Case of the Infectious Diseases Institute, Uganda. PLoS One. 2013 Dec 31;8(12):e83524.
112. Poulopoulou S, Karlis D, **Yiannoutsos CT,** Dafni U. Phase II design with sequential testing of hypotheses within each stage. J Biopharm Stat, 2014. 24:768-84
113. Petersen ML, **Yiannoutsos CT**, Justice J, Egger M. Observational research on NCDs in HIV-positive populations: Conceptual and methodological considerations. JAIDS, 2014. 67 Suppl 1:S8-S16.
114. Young AC, **Yiannoutsos CT**, Hegde M, Lee E, Peterson J, Walter R, Price RW, Meyerhoff DJ, Spudich S. Cerebral Metabolite Changes Prior to and After Antiretroviral Therapy in Primary HIV Infection. Submitted. Neurology. 2014. 83: 1592-1600.
115. Harezlak J, Cohen R, Gongvatana A, Taylor M, Buchthal S, Schifitto G, Zhong J, Daar ES, Alger J, Brown M, Singer E, Campbell TB, McMahon D, So YT, **Yiannoutsos CT**, Navia BA and the HIV Neuroimaging Consortium. Predictors of CNS injury as measured by proton magnetic resonance spectroscopy in the setting of chronic HIV infection and CART. J NeuroVirology, 2014. 20(3):294-303.
116. Petersen ML, Tran L, Geng E, Deeks SG, Reynolds SJ, Kambugu A, Wood R, Bangsberg D, **Yiannoutsos CT**, Martin J. Delayed switch of antiretroviral therapy after virologic failure associated with elevated mortality among HIV-infected adults in Africa.AIDS. 2014 ;28(14):2097-107
117. Yu M, **Yiannoutsos CT**. Marginal and conditional distribution estimation from double-sampled semi-competing risks data. J Scand Stat. 2014.
118. Kiragga AN, Lok JJ, Musick BS, Bosch RJ, Mwangi A, **Yiannoutsos CT** for the East Africa IeDEA Regional Consortium. CD4 trajectory adjusting for dropout among HIV-positive patients receiving combination antiretroviral therapy in an East African HIV care centre. JIAS. Int AIDS Soc. 2014 Aug 14;17
119. Peterson J, Gisslen M, Zetterberg H, Fuchs D, Shacklett BL, Hagberg L, **Yiannoutsos CT**, Spudich SS, Price RW. Cerebrospinal Fluid (CSF) neuronal biomarkers across the spectrum 1 of HIV infection: Hierarchy of injury and detection. PLoS ONE. 2014. Dec 26;9(12):e116081. doi: 10.1371/journal.pone.0116081. eCollection 2014.
120. Anderson AM, Harezlak J, Bharti A, Mi D, Taylor MJ, Daar ES, Schifitto G, Zhong J, Matesan J, Alger JR, Brown M, Singer E, Campbell TB, McMahon DD, Tso Y, Siqueiros L, Paulose S, Gaugh M, Tripoli C, Buchthal S, Gualtieri L, Cohen R, **Yiannoutsos C**, Letendre SL, Navia BA for the HIV Neuroimaging Consortium. Plasma and cerebrospinal fluid biomarkers are

independently predictive of cerebral injury in HIV-Infected individuals on stable combination antiretroviral therapies. J Acquir Immune Defic Syndr; 2015; 69: 29-35.

121. Duda SN, Farr AM, Lindegren ML, Blevins M, Wester CW, Wools-Kaloustian K, Ekouevi DK, Egger M, Hemingway-Foday J, Cooper DA, Moore RD, McGowan CC, Nash D; International Epidemiologic Databases to Evaluate AIDS (IeDEA) Collaboration. Characteristics and comprehensiveness of adult HIV care and treatment programmes in Asia-Pacific, sub-Saharan Africa and the Americas: results of a site assessment conducted by the International epidemiologic Databases to Evaluate AIDS (IeDEA) Collaboration. J Int AIDS Soc. 2014 Dec 15;17:19045. doi: 10.7448/IAS.17.1.19045. eCollection 2014.
122. Ballif M, Nhandu V, Wood R, Dusingize JC, Carter EJ, Cortes CP, McGowan CC, Diero L, Graber C, Renner L, Hawerlander D, Kiertiburanakul S, Du QT, Sterling TR, Egger M, Fenner L; International epidemiological Databases to Evaluate AIDS (IeDEA). Detection and management of drug-resistant tuberculosis in HIV-infected patients in lower-income countries. Int J Tuberc Lung Dis. 2014 Nov;18(11):1327-36. doi: 10.5588/ijtld.14.0106.
123. Huis in ‘t Veld D, Balestre E, Buyze J, Menten J, Jaquet A, Cooper DA, Dabis F, **Yiannoutsos CT**, Diero L, Mutevedzi P, Fox MP, Messou E, Hoffmann CJ, Prozesky HW, Egger M, Hemingway-Foday JJ, Colebunders R, for the International Epidemiologic Databases to Evaluate AIDS (IeDEA). Determinants of weight evolution among HIV-positive patients initiating antiretroviral treatment in low resource settings. JAIDS. 2015. 70(2):146-54
124. Geng EH, Odeny TA, Lyamuya RE, Nakiwogga-Muwanga A, Diero L, Bwana M, Muyindike W, Braitstein P, Somi GR, Kambugu A, Bukusi EA, Wenger M, Wools-Kaloustian KK, Glidden DV, **Yiannoutsos** CT, Martin J. Estimation of Mortality among HIV-infected people on antiretroviral therapy treatment in east Africa: a sampling based approach in an observational, multisite, cohort study. Lancet HIV. 2015;2(3):e107-e116.
125. Geng EH, Neilands TB, Thièbaut R, Bwana MB, Nash D, Moore RD, Wood R, Zannou DM, Althoff KN, Lim PL, Nachega JB, Easterbrook PJ, Kambugu A, Little F, Nakigozi G, Nakanjako D, Kiggundu V, Ki Li PC, Bangsberg DR, Fox MP, Prozesky H, Hunt PW, Davies MA, Reynolds SJ, Egger M, **Yiannoutsos CT**, Vittinghoff EV, Deeks SG, Martin JN. CD41 T cell recovery during suppression of HIV replication: an international comparison of the immunological efficacy of antiretroviral therapy in North America, Asia and Africa. Int J Epidemiol. 2015 Feb;44(1):251-63.
126. Ballif M, Renner L, Claude Dusingize J, Leroy V, Ayaya S, Wools-Kaloustian K, Cortes CP, McGowan CC, Graber C, Mandalakas AM, Mofenson LM, Egger M, Kumara Wati KD, Nallusamy R, Reubenson G, Davies MA, Fenner L; International Epidemiologic Databases to Evaluate AIDS (IeDEA); International Epidemiologic Databases to Evaluate AIDS IeDEA. Tuberculosis in Pediatric Antiretroviral Therapy Programs in Low- and Middle-Income Countries: Diagnosis and Screening Practices. J Pediatric Infect Dis Soc. 2015;4:30-8.
127. Bakoyannis G, **Yiannoutsos CT**. Impact of and correction for outcome misclassification in cumulative incidence estimation. PLoS One. 2015; 10:e0137454
128. Saito S, Mpofu P, Carter EJ, Diero L, Wools-Kaloustian KK, **Yiannoutsos CT**, Musick BS, Tsiouris S, Somi GR, Ssali J, Nash D, Elul B. Declining

Tuberculosis Incidence among People Receiving HIV Care and Treatment Services in East Africa, 2007-2012. J Acquir Immune Defic Syndr. 2016;71:e96-e106

129. Elul B, Wools-Kaloustian, KK, Wu Y, Musick BS, Nuwagba-Biribonwoha H, Nash D, **Yiannoutsos CT**. Untangling the relationship between antiretroviral therapy use and incident pregnancy: Data from 47,313 HIV-positive women in East Africa. J Acquir Immune Defic Syndr, 2016; 72:324-32.
130. Semeere A, Wenger M, Busakhala N, Buziba N, Bwana M, Muyindike W, Amerson E, Maurer T, McCalmont T, LeBoit P, Musick B, **Yiannoutsos C**, Lukande R, Castelnuovo B, Laker-Oketta M, Kambugu A, Glidden D, Wools-Kaloustian K, Martin J. A prospective ascertainment of cancer incidence in sub-Saharan Africa: The case of Kaposi sarcoma. J. Cancer Med. 2016 May;5(5):914-28
131. Geng EH, Odeny TA, Lyamuya R, Nakiwogga-Muwanga A, Diero L, Bwana M, Braitstein P, Somi G, Kambugu A, Bukusi E, Wenger M, Neilands TB, Glidden DV, Wools-Kaloustian K, **Yiannoutsos** C, Martin J; East Africa International Epidemiologic Databases to Evaluate AIDS Consortium. Retention in Care and Patient-Reported Reasons for Undocumented Transfer or Stopping Care Among HIV-Infected Patients on Antiretroviral Therapy in Eastern Africa: Application of a Sampling-Based Approach. Clin Infect Dis. 2016; 62:935-44
132. Rachlis B, Bakoyannis G, Easterbrook P, Genberg B, Braithwaite RS, Cohen CR, Bukusi EA, Kambugu A, Bosco Bwana M, Somi GR, Geng EH, Musick B, **Yiannoutsos CT**, Wools-Kaloustian K, Braitstein P. Facility-level factors influencing retention of patients in HIV care in East Africa. PLoS One. 2016 Aug 10;11(8):e0159994
133. Nakanjako D, Kiragga AN, Musick BS, **Yiannoutsos CT**, Wools-Kaloustian K, Diero L, Oyaro P, Lugina E, Ssali JC, Kambugu A, Easterbrook P. Frequency and impact of suboptimal immune recovery on first-line antiretroviral therapy within the International Epidemiologic Databases to Evaluate AIDS in East Africa. AIDS. 2016 Jul 31; 30(12):1913-22
134. Tran L, **Yiannoutsos C**, Musick B, Wools-Kaloustian, K, Siika A, Kimaiyo S, van der Laan M, Petersen M. Evaluating the Impact of a HIV Low-Risk Express Care task-shifting program: A case study of the targeted learning roadmap. Epi Methods. 2016; 5(1):69-91
135. Mahy M, Penazzato M, Ciaranello A, Mofenson L, **Yianoutsos CT**[8], Davies M-A, Stover J. Improving estimates of children living with HIV from the Spectrum AIDS Impact Model. AIDS. 2017. Suppl 1:S13-S22
136. Anderegg N, Johnson LF, Zaniewski E, Althoff K, Balestre, E, Law M, Nash D, Shepherd B, **Yiannoutsos CT**, Egger M for the IeDEA and MESH consortia. All-cause mortality in HIV-positive adults starting combination antiretroviral therapy: correcting for loss to follow-up. AIDS. 2017. Suppl 1:S31-S40
137. Brennan AT, Davies M-A, Bora J, Wandelere G, Stinson K, Wood R, Prozesky H, Tanser F, Fatti G, Boulle A, Sikazwe I, Wools-Kaloustian K, **Yuannoutsos C**[9], Leroy V, de Rekeneire N, Fox MP. Has the phasing out of stavudine in

[8] My name has been misspelled as "Yianoutsos".
[9] My name has been misspelled as "Yuannoutsos".

accordance with changes in WHO guidelines led to a decrease in single-drug substitutions in first-line antiretroviral therapy for HIV in sub-Saharan Africa? AIDS. 2017;31(1):147-157

138. Freeman E, Semeere A, Wenger M, Bwana M, Chite Asirwa F, Busakhala N, Oga E, Jedy-Agba E, Kwaghe V, Iregbu K, Jaquet A, Dabis F, Yumo HA, Dusingize JC, Bangsberg D, Hoover D, Anastos K, Phiri S, Bohlius J, Egger M, **Yiannoutsos C**, Wools-Kaloustian K, Martin J. Pitfalls of practicing cancer epidemiology in resource-limited settings: The case of survival and loss to follow-up after a diagnosis of Kaposi's sarcoma in five countries across sub-Saharan Africa. BMC Cancer. 2016;16:65
139. Rebeiro PF, Bakoyannis G, Musick BS, Braithwaite RS, Wools-Kaloustian KK, Nyandiko W, Some F, Braitstein P, **Yiannoutsos CT**. Observational study of the effect of patient outreach on return to care: The earlier the better. J Acquir Immune Defic Syndr. 2017; 76(2):141-148
140. Bershetyn A, Odeny TA, Lyamuya R, Nakiwogga-Muwanga A, Diero L, Bwana M, Braitstein P, Somi G, Kambugu A, Bukusi E, Hartogensis W, Glidden DV, Wools-Kaloustian K, **Yiannoutsos** C, Martin J, Geng EH; East Africa International Epidemiologic Databases to Evaluate AIDS (EA-IeDEA) Consortium. The causal effect of tracing by peer health workers on return to clinic among patients who were lost to follow-up from antiretroviral therapy in Eastern Africa: A "natural experiment" arising from surveillance of lost patients. Clin Infect Dis. 2017 Jun 1;64(11):1547-1554.
141. Bakoyannis G, Yu M, **Yiannoutsos CT**. Semiparametric regression on cumulative incidence function with interval-censored competing risks data. Stat Med. 2017; 36(23):3683-3707
142. Semeere A, Freeman E, Busakhala N, Wenger M, Glidden D, Bwana M, Kanyesigye M, Asirwa FC, Rotich E, Oga E, Jedy-Agba E, Kwaghe V, Iregbu K, Adebamowo C, Jaquet A, Dabis F, Phiri S, Bohlius K, Egger E, **Yiannoutsos C**, Wools-Kaloustian K, Martin K. Updating vital status by tracking in the community among patients with epidemic Kaposi sarcoma who are lost to follow-up in sub-Saharan Africa. BMC Cancer 2017;17(1):611.
143. Tran L, **Yiannoutsos** CT, Musick BS, Wools-Kaloustian KK, Siika A, Kimaiyo S, van der Laan MJ, Petersen M. Evaluating the Impact of a HIV Low-Risk Express Care Task-Shifting Program: A Case Study of the Targeted Learning Roadmap. Epidemiol Methods. 2016 Dec;5(1):69-91. doi: 10.1515/em-2016-0004. Epub 2016.
144. Greene MS, Chambers RA, **Yiannoutsos** CT, Wright ER, Steele GK, Zollinger TW. Assessment of risk behaviors in patients with opioid prescriptions: A study of Indiana's Inspect data. Am J Addict. 2017; 26(8):822-829. doi: 10.1111/ajad.12639. Epub 2017 Nov 16.
145. Ferretti F, Longo V, **Yiannoutsos CT**, Musick BS, Passeri L, Bossolasco S, Boschini A, Franciotta D, Lazzarin A, Cinque P. JC virus DNA in plasma as a diagnostic and prognostic marker in Progressive Multifocal Leukoencephalopathy. CID, 2018; 18;67(1):65-72.
146. Holmes CB, **Yiannoutsos CT**, Elul B, Bukusi E, Ssali,J, Kambugu A, Musick BS, Cohen C, Williams C, Diero L, Padian N, Wools-Kaloustian KK.Increased prevalence of pregnancy and comparative risk of program attrition among

individuals starting HIV treatment in East Africa. PLoS ONE, 2018; 13(1):e0190828.

147. Nuwagaba-Biribonwoha H, Kiragga AN, **Yiannoutsos CT**, Musick BS, Wools-Kaloustian KK, Ayaya S, Wolf H, Lugina E, Ssali J, Abrams EJ, Elul B, for the International Epidemiology Databases to Evaluate AIDS (IeDEA) East Africa Collaboration. Adolescent pregnancy: a critical barrier to retention on antiretroviral therapy (ART). JIAS; 2018; Under revision
148. Vreeman RC, Ayaya SO, Musick BS, **Yiannoutsos CT**, Cohen CR, Nash D, Wabwire D, Wools-Kaloustian K, Wiehe SE. Adherence to antiretroviral therapy in a clinical cohort of HIV-infected children in East Africa. PLoS ONE, 2018; 21; 13(2):e0191848.
149. Bakoyannis, G, Zhang, Y, **Yiannoutsos, CT**. Nonparametric inference for Markov processes with missing absorbing state. Stat Sin. 2019; 29(4):2083-2104.
150. Kagaris D, Khamesipour A, **Yiannoutsos CT**. AUCTSP: an improved biomarker gene pair class predictor. BMC Bioinformatics. 2018 Jun 26;19(1):244
151. Desmonde S, Tanser F, Vreeman R, Takassi E, Edmonds A, Lumbiganon P, Pinto J, Malateste K, McGowan C, Kariminia A, Yotebieng M, Dicko F, **Yiannoutsos** C, Mubiana-Mbewe M, Wools-Kaloustian K, Davies MA, Leroy V; International Epidemiology Databases to Evaluate AIDS (IeDEA) Pediatric Working Group. Access to antiretroviral therapy in HIV-infected children aged 0-19 years in the International Epidemiology Databases to Evaluate AIDS (IeDEA) Global Cohort Consortium, 2004-2015: A prospective cohort study. PLoS Med. 2018 May 4;15(5):e1002565.
152. Tymejczyk O, Brazier E, **Yiannoutsos** C, Wools-Kaloustian K, Althoff K, Crabtree-Ramírez B, Van Nguyen K, Zaniewski E, Dabis F, Sinayobye JD, Anderegg N, Ford N, Wikramanayake R, Nash D; IeDEA Collaboration. HIV treatment eligibility expansion and timely antiretroviral treatment initiation following enrollment in HIV care: A metaregression analysis of programmatic data from 22 countries. PLoS Med. 2018 Mar 23;15(3):e1002534.
153. Wools-Kaloustian K, Marete I, Ayaya S, Sohn AH, Van Nguyen L, Li S, Leroy V, Musick BS, Newman JE, Edmonds A, Davies MA, Eboua FT, Obama MT, Yotebieng M, Sawry S, Mofenson LM, **Yiannoutsos** CT. Time to First-Line ART Failure and Time to Second-Line ART Switch in the IeDEA Pediatric Cohort. J Acquir Immune Defic Syndr. 2018 Jun 1;78(2):221-230.
154. Apondi E, Humphrey JM, Sang E, Mwangi A, Keter A, Musick BS, Nalugoda FK, Ssali J, Bukusi E, **Yiannoutsos CT**, Wools-Kaloustian K, Ayaya S. Trends Over Time for Adolescents Enrolling in HIV Care in Kenya, Tanzania, and Uganda from 2001-2014. J Acquir Immune Defic Syndr. 2018;79(2):164-172.
155. Nuwagaba-Biribonwoha H, Kiragga AN, **Yiannoutsos CT**, Musick BS, Wools-Kaloustian KK, Ayaya S, Wolf H, Lugina E, Ssali J, Abrams EJ, Elul B, for the International epidemiologic Databases to Evaluate AIDS (IeDEA) East Africa Collaboration. Adolescent pregnancy at antiretroviral therapy (ART) initiation: a critical barrier to retention on ART. J Int AIDS Soc. 2018. 21(9):e25178.
156. Gbolahan OB, Porter RF, Salter JT, **Yiannoutsos** C, Burns M, Chiorean EG, Loehrer PJ Sr. A Phase II Study of Pemetrexed in Patients with Recurrent

Thymoma and Thymic Carcinoma. J Thorac Oncol. 2018 Dec;13(12):1940-1948.

157. Yotebieng M, Brazier E, Addison D, Kimmel AD, Cornell M, Keiser O, Parcesepe AM, Onovo A, Lancaster KE, Castelnuovo B, Murnane PM, Cohen CR, Vreeman RC, Davies MA, Duda SN, **Yiannoutsos** CT, Bono RS, Agler R, Bernard C, Syvertsen JL, Sinayobye JD, Wikramanayake R, Sohn AH, von Groote PM, Wandeler G, Leroy V, Williams CF, Wools-Kaloustian K, Nash D; IeDEA Treat All in sub-Saharan Africa Consensus Statement Working Group. Research priorities to inform "Treat All" policy implementation for people living with HIV in sub-Saharan Africa: a consensus statement from the International epidemiology Databases to Evaluate AIDS (IeDEA). J Int AIDS Soc. 2019 Jan;22(1):e25218.
158. Edwards JK, Bakoyannis G**, Yiannoutsos CT**, Mburu MW, Cole SR. Nonparametric estimation of the cumulative incidence function under outcome misclassification using external validation data. Stat Med. 2019;38(29):5512-5527
159. Park J, Bakoyannis G, **Yiannoutsos CT**. Semiparametric Competing Risks Regression under Interval Censoring: The R Package intccr. Comput Methods Programs Biomed. 2019;173:167-176
160. Tran L, **Yiannoutsos CT**, Wools-Kaloustian KK, Siika A, van der Laan MJ, Petersen M. Double robust efficient estimators of longitudinal treatment effects: Comparative performance in simulations and a case study. Int J Biostat. 2019 Feb 26.
161. Greene MS, Vest JR, Chambers RA, **Yiannoutsos CT**, Wright ER, Steel GK, Zollinger TW. Increasing Incidence and Geographic Patterns of Neonatal Abstinence Syndrome across the U.S., 2008-2014. Maternal Child Health Journal. Biometrical Journal. Under revision.
162. Qian T, Frangakis C, **Yiannoutsos C**. Deductive semiparametric estimation in double-sampling designs. SIBS. Accepted.
163. Johnson LF, Anderegg N, Zaniewski E, Eaton JW, Rebeirod PF, Carriquiry G, Nash D, Yotebieng M, Ekouevi DK, Holmes CB, Choi JY, Jiamsakulo A, Bakoyannis G, Althoff KN, Sohn AH, **Yiannoutsos C**, Eggera M, for the International epidemiology Databases to Evaluate AIDS (IeDEA) Collaboration. Global variations in mortality in adults after initiating antiretroviral treatment: an updated analysis of the International epidemiology Databases to Evaluate AIDS cohort collaboration. AIDS 2019; 33 Suppl 3:S283-S294
164. Stover J, Glaubius R, Mofenson L, Dugdale CM, Davies M-A, Patten G, **Yiannoutsos C**. Updates to the Spectrum/AIM model for estimating key HIV indicators at national and sub-national levels. AIDS 2019; 33, Suppl 3:S227-S234
165. Mpofu P, Bakoyannis G, **Yiannoutsos CT**. A pseudo-likelihood method for estimating misclassification probabilities when outcome data are partially observed. Biometrical Journal. 2020: 1747-1768.
166. Brazier E, Maruri F, Duda SN, Tymejczyk O, Wester CW, Somi G, Ross J, Freeman A, Cornell M, Poda A, Musick BS, Zhang F, Althoff KN, Mugglin C, Kimmel AD, Yotebieng M, Nash D; IeDEA Consortium. Implementation of "Treat-all" at adult HIV care and treatment sites in the Global IeDEA

Consortium: results from the Site Assessment Survey. J Int AIDS Soc. 2019 Jul; Ballif 22(7):e25331.

167. Patsis I, Goodrich S, Yiannoutsos CT, Brown SA, Musick BS, Diero L, Kulzer J, Bwana M, Oyaro P, Wools-Kaloustian KK. Prevalence and Impact of Alcohol Use in Patients Enrolling in HIV Care in East Africa. PLoS ONE. 2020; Accepted

168. Del Amo J, Jarrín I; IeDEA and COHERE in EuroCoord Cohort Collaboration. All-cause mortality after ART initiation in HIV-positive women from Europe, Sub-Saharan Africa and the Americas. AIDS. 2019 Nov 11. doi: 10.1097/QAD.0000000000002399. [Epub ahead of print]

169. Zürcher K, Ballif M, Kiertiburanakul S, Chenal H, Yotebieng M, Grinsztejn B, Michael D, Sterling TR, Ngonyani KM, Mandalakas AM, Egger M, Pettit AC, Fenner L; International Epidemiology Databases to Evaluate AIDS (IeDEA) consortium. Diagnosis and clinical outcomes of extrapulmonary tuberculosis in antiretroviral therapy programmes in low- and middle-income countries: a multicohort study. J Int AIDS Soc. 2019; 22(9):e25392.

170. Patel RC, Jakait B, Thomas K, **Yiannoutsos** C, Onono M, Bukusi EA, Wools-Kaloustian KK, Cohen CR; Implant/Efavirenz Study Group. Increasing body mass index or weight does not appear to influence the association between efavirenz-based antiretroviral therapy and implant effectiveness among HIV-positive women in western Kenya. Contraception. 2019 Oct;100(4):288-295.

171. Humphrey JM, Mpofu P, Pettit AC, Musick B, Carter EJ, Messou E, Marcy O, Crabtree-Ramirez B, Yotebieng M, Anastos K, Sterling TR, **Yiannoutsos** C, Diero L, Wools-Kaloustian K. Mortality Among People With HIV Treated for Tuberculosis Based on Positive, Negative, or No Bacteriologic Test Results for Tuberculosis: The IeDEA Consortium. Open Forum Infect Dis. 2020; 7(1):ofaa006.

172. Yotebieng M, Brazier E, Addison D, Kimmel AD, Cornell M, Keiser O, Parcesepe AM, Onovo A, Lancaster KE, Castelnuovo B, Murnane PM, Cohen CR, Vreeman RC, Davies MA, Duda SN, **Yiannoutsos** CT, Bono RS, Agler R, Bernard C, Syvertsen JL, Sinayobye JD, Wikramanayake R, Sohn AH, von Groote PM, Wandeler G, Leroy V, Williams CF, Wools-Kaloustian K, Nash D; IeDEA Treat All in sub-Saharan Africa Consensus Statement Working Group.Research priorities to inform "Treat All" policy implementation for people living with HIV in sub-Saharan Africa: a consensus statement from the International epidemiology Databases to Evaluate AIDS (IeDEA). J Int AIDS Soc. 2019; 22(1):e25218

173. Bakoyannis G, Zhang Y, **Yiannoutsos** CT. Semiparametric regression and risk prediction with competing risks data under missing cause of failure. Lifetime Data Anal. 2020 Jan 25. doi: 10.1007/s10985-020-09494-1. [Epub ahead of print]

174. Jesson, J, Desmonde S, **Yiannoutsos CT**, Patten G, Malateste K, Duda SN, Kumarasamy N, Yotebieng M, Davies M-A, Musick B, Leroy V, Ciaranello A on behalf of IeDEA. Weight-for-age distributions among children with HIV on antiretroviral therapy in the International epidemiology Databases to Evaluate AIDS (IeDEA) multiregional consortium. BMC Research Notes, 2020; 13:249.

175. Nyakato P, Schomaker M, Sirpambo N, Technau K-G, Fatti, G, Rabie H, Tanser F, Eley B, Euvrard J, Wood R, Tsondai PR, **Yiannoutsos CT**, Cornell

M, Davies M-A. Virologic response of adolescents living with perinatally acquired HIV receiving antiretroviral therapy in the period of early adolescence (10-14 years) in South Africa. AIDS. 2020: deve35(6):971-978.

176. Menachemi N, **Yiannoutsos CT**, Dixon BE, Duszynski TJ, Fadel WF, Wools-Kaloustian KK, Needleman NU, Box K, Caine V, Norwood C, Weaver L, Halverson PK. Population Point Prevalence of SARS-CoV-2 Infection Based on a Statewide Random Sample — Indiana, April 25–29, 2020. MMWR Morb Mortal Wkly Rep. 2020; 69:960-964.

177. Bakoyannis G, **Yiannoutsos CT**, Diero L, Mwangi A, Wools-Kaloustian KK. A semiparametric method for the analysis of outcomes after a gap in HIV care under incomplete outcome ascertainment Stat Meth Inf Dis.. 2020. Accepted.

178. Blackburn J, **Yiannoutsos CT**, Carroll AE, Halverson PK, Menachemi N. Infection fatality ratios for COVID-19 among noninstitutionalized persons 12 and older: results of a random-sample prevalence study. *Ann Int Med* 2021: 135-136.

179. **Yiannoutsos CT**, Halverson P, Menachemi N. Post-stratification and adjustments for imperfect testing: Analysis of the Indiana SARS-CoV-2 testing data. Proc Nat Acad Sci. 2021: 118(5):e2013906118.

180. Park J, Bakoyannis G, Zhang Y, **Yiannoutsos CT.** Semiparametric Regression on Cumulative Incidence Function with Interval-Censored Competing Risks Data and Missing Event Types. Biostatistics. 2021: Online ahead of print.

181. Johnson LF, Kariminia A, Trickey A, **Yiannoutsos CT**, Ekouevi DK, Minga AK, Pascom ARP, Han WM, Zhang L, Althoff KN, Rebeiro PF, Murenzi G, Ross J, Hsiao N-Y, Marsh K. Progress towards the 'third 90': Achieving consistency in measures of HIV-1 viral suppression across countries. J Int AIDS Soc, 2021: Suppl 5:e25776.

182. Dixon BE, Wools-Kaloustian K, Fadel WF, Duszynski TJ, **Yiannoutsos CT**, Halverson PK, Menachemi N. Symptoms and symptom clusters associated with SARS-CoV-2 infection in community-based populations: Results from a statewide epidemiological study. PLOS ONE 2021: 16(3):e0241875.

183. Nyakato P, Schomaker M, Sipambo N, Technau KG, Fatti G, Rabie H, Tanser F, Eley B, Euvrard J, Wood R, Tsondai PR, **Yiannoutsos CT**, Cornell M, Davies MA. Virologic response of adolescents living with perinatally acquired HIV receiving antiretroviral therapy in the period of early adolescence (10-14 years) in South Africa. AIDS. 2022. 25:e25870

184. Goodrich S, Siika A, Mwangi A, Nyambura M, Naanyu V, **Yiannoutsos C**, Spira T, Bateganya M, Toroitich-Ruto C, Otieno-Nyunya B, Wools-Kaloustian K. J Development, assessment and outcomes of a community-based model of anti-retroviral care in western Kenya through a cluster-randomized control trial. J Acquir Immune Defic Syndr. 2021. 87:e198-e206

185. Duszynski TJ, Fadel W, Wools-Kaloustian KK, Dixon BE, **Yiannoutsos CT**, Halverson PK, Menachemi N. Association of health status and nicotine consumption with SARS-CoV-2 positivity rates. BMC Public Health. 2021 Oct 3;21(1):1786

186. Gisslen M, Keating SM, Spudich S, Arechiga V, Stephenson S, Zetterberg H, Di Germanio C, Blennow K, Fuchs D, Hagberg L, Norris P, Peterson J, Shacklett BL, **Yiannoutsos CT**, Price RW. Cerebrospinal Fluid Inflammation

across the Spectrum of Untreated HIV-1 Infection, Central Nervous System Injury and Viral Suppression. 2021. Accepted PLoS ONE.

187. Menachemi N, Dixon BE, Wools-Kaloustian KK, Yiannoutsos CT, Halverson PK. How Many SARS-CoV-2-Infected People Require Hospitalization? Using Random Sample Testing to Better Inform Preparedness Efforts. J Public Health Manag Pract. 2021 May-Jun 01;27(3):246-250
188. Brazier E, Tymejczyk O, Zaniewski E, Egger M, Wools-Kaloustian K, **Yiannoutsos CT**, Jaquet A, Althoff KN, Lee JS, Caro-Vega Y, Luz PM, Tanuma J, Niyongabo T, Nash D. Effects of national adoption of Treat-All guidelines on pre-ART CD4 testing and viral load monitoring after ART initiation: A regression discontinuity analysis. Clin Infect Dis. 2021 73:e1273-e1281
189. Kiragga AN, Twinomuhwezi E, Banturaki G, Achieng M, Nampala J, Bagaya I, Kigozi J, Castelnuovo B, Musick BS, Hazra R, **Yiannoutsos CT**, Wools-Kaloustian KK for the International Epidemiology Databases to Evaluate AIDS (IeDEA) East Africa Collaboration. Outcomes of Retained and Disengaged Pregnant Women Living with HIV in Uganda. 2021: PLoS ONE, 16(5):e0251413
190. Goodrich S, Siika A, Mwangi A, Nyambura M, Naanyu V, **Yiannoutsos C**, Spira T, Bateganya M, Toroitich,-Ruto C, Otieno-Nyunya B, Wools-Kaloustian K. Development, assessment and outcomes of a community-based model of anti-retroviral care in western Kenya. J Acquir Immune Defic Syndr. 2021: 87:e198-e206
191. Zhou W, Bakoyannis G, Zhang Y, **Yiannoutsos CT**. Semiparametric Marginal Regression for Clustered Competing Risks Data with Missing Cause of Failure. Biostatistics; 2022, online ahead of print.
192. Patel RC, Amorim G, Jakait B, Shepherd BE, Mocello AR, Musick B, Bernard C, Onono M, Bukusi EA, Wools-Kaloustian K, Cohen CR, **Yiannoutsos CT**, on behalf of the Implant/Efavirenz Study Group and the East Africa IeDEA regional consortium. Pregnancies among women living with HIV using contraceptives and antiretroviral therapy in western Kenya: a retrospective, cohort study. BMC Medicine, 2021. 19:178.
193. Duszynski,T, Fadel W, Wools-Kaloustian K, Dixon B, **Yiannoutsos C**, Halverson P, Menachemi N. Association of health status and smoking behaviors with SARS-CoV-2 positivity rates; BMC Public Health; 2021 Oct 3;21(1):1786
194. Kassanjee R, Johnson LF, Zaniewski E, Ballif M, Christ B, **Yiannoutsos CT**, Nyakato P, Demonde S, Edmonds A, Sudjaritruk T, Pinto J, Vreeman R, Dahourou DL, Twizere C, Kariminia A, Carlucci JG, Kasozi C, Davies M-A, on behalf of the International epidemiology Databases to Evaluate AIDS (IeDEA) Collaboration. Global HIV mortality trends among children on antiretroviral treatment corrected for under-reported deaths: An updated analysis of the International epidemiology Databases to Evaluate AIDS collaboration. J Int AIDS Soc, 2021. Suppl 5:e25780.
195. Humphrey J, Alera M, Kipchumba B, Pfeiffer EJ, Songok J, Mwangi W, Musick B, **Yiannoutsos C**, Wachira J, Wools Kaloustian K. A qualitative study of the barriers and enhancers to retention in care for pregnant and postpartum women living with HIV. PLOS Global Health; Accepted

196. Duszynski TJ, Fadel W, Dixon BE**, Yiannoutsos C**, Halverson PK, Menachemi N. J. Successive Wave Analysis to Assess Nonresponse Bias in a Statewide Random Sample Testing Study for SARS-CoV-2. Public Health Manag Pract. 2022. Online ahead of print
197. Head KJ, Zimet GD, **Yiannoutsos CT**, Silverman RD, Sanner L, Menachemi N.Factors that differentiate COVID-19 vaccine intentions among Indiana parents: Implications for targeted vaccine promotion. Prev Med. 2022; 158:107023.
198. Nyakato P, Schomaker M, Fatti G, Tanser F, Euvrard J, Sipambo N, Fox MP, Haas AD, **Yiannoutsos CT**, Davies MA, Cornell M. Virologic non-suppression and early loss to follow up among pregnant and non-pregnant adolescents aged 15-19 years initiating antiretroviral therapy in South Africa: a retrospective cohort study. J Int AIDS Soc. 2022, 25:e25870
199. Han WM, Law MG, Egger M, Wools-Kaloustian K, Moore R, McGowan C, Kumarasamy N, Desmonde S, Edmonds A, Davies MA**, Yiannoutsos C**, Althoff KN, Cortes CP, Mohamed TJ, Jaquet A, Anastos K, Euvrard J, Castelnuovo B, Salters K, Coelho LE, Ekouevi DK, Eley B, Diero L, Zaniewski E, Ford N, Sohn AH, Kariminia A; IeDEA collaboration. Global estimates of viral suppression in children and adolescents and adults on antiretroviral therapy adjusted for missing viral load measurements: a multiregional, retrospective cohort study in 31 countries. Lancet HIV. 2021; 8:e766-e775
200. Patel RC, Amorin G, Jakait B, Shepherd BE, Mocello AR, Musick B, Bernard C, Onono M, Bukusi EA, Wools-Kaloustian K, Cohen CR, **Yiannoutsos CT**, on behalf of the Implant/Efavirenz Study Group and the East Africa IeDEA regional consortium. Validating incident pregnancies among women living with HIV using contraceptives and antiretroviral therapy in western Kenya: a retrospective, cohort study. BMC Med. 2021; 19:178
201. Tong Y, Orang'o E, Nakalembe M, Tonui P, Itsura P, Muthoka K, Titus M, Kiptoo S, Mwangi A, Ong'echa J, Tonui R, Odongo B, Mpamani C, Rosen B, Moormann A, Cu-Uvin S, Bailey JA, Oduor CI, Ermel A, **Yiannoutsos C**, Musick B, Sang E, Ngeresa A, Banturaki G, Kiragga A, Zhang J, Song Y, Chintala S, Katzenellenbogen R, Loehrer P Brown DR. The East Africa Consortium for human papillomavirus and cervical cancer in women living with HIV/AIDS, Ann Med 2022, 54:1, 1202-12
202. Thomadakis C, Meligkotsidou L, **Yiannoutsos** CT, Touloumi G. Joint modeling of longitudinal and competing-risks data using cumulative incidence functions for the failure submodels accounting for potential failure cause misclassification through double sampling. Biostatistics 2022. Online ahead of print.
203. Bourgi K, Ofner S, Musick B, Griffith B, Diero L, Wools-Kaloustian K, **Yiannoutsos CT**, Gupta SK. Weight Gain Among Treatment-Naïve Persons With HIV Receiving Dolutegravir in Kenya. J Acquir Immune Defic Syndr. 2022 Dec 15;91(5):490-496.
204. Nyakato P, Christ B, Anderegg N, Muhairwe J, Jefferys L, van Dijk J, Vinikoor MJ, van Lettow M, Chimbetete C, Phiri SJ, Egger M, Ballif M, **Yiannoutsos CT**, Schomaker M, Kassanjee R, Davies MA, Cornell M; International epidemiology Databases to Evaluate AIDS Southern Africa (IeDEA-SA). High Unreported Mortality in Children and Youth (<25 Years) Living With HIV Who Were Lost to Care From Antiretroviral Therapy Programs in Southern

Africa: Results From a Multicountry Tracing Study. J Acquir Immune Defic Syndr. 2022 Dec 15;91(5):429-433.

205. Stalter RM, Amorim G, Mocello AR, Jakait B, Shepherd BE, Musick B, Bernard C, Bukusi EA, Wools-Kaloustian K, Cohen CR, **Yiannoutsos CT**, Patel RC; Implant/Efavirenz Study Group and the East Africa IeDEA regional consortium. Contraceptive implant use duration is not associated with breakthrough pregnancy among women living with HIV and using efavirenz: a retrospective, longitudinal analysis. J Int AIDS Soc. 2022 Sep;25(9):e26001
206. Wada PY, Kim A, Jayathilake K, Duda SN, Abo Y, Althoff KN, Cornell M, Musick B, Brown S, Sohn AH, Chan YJ, Wools-Kaloustian KK, Nash D, **Yiannoutsos CT**, Cesar C, McGowan CC, Rebeiro PF. Site-Level Comprehensiveness of Care Is Associated with Individual Clinical Retention Among Adults Living with HIV in International Epidemiology Databases to Evaluate AIDS, a Global HIV Cohort Collaboration, 2000-2016. AIDS Patient Care STDS. 2022 Sep;36(9):343-355
207. Humphrey JM, Songok J, Ofner S, Musick B, Alera M, Kipchumba B, McHenry MS, Carlucci JG, Park J, Mwangi W, **Yiannoutsos C**, Bakoyannis G, Wools-Kaloustian K. Retention in care and viral suppression in the PMTCT continuum at a large referral facility in western Kenya. AIDS Behav. 2022, 26:3494-3505.
208. Justice AC, Goetz MB, Stewart CN, Hogan BC, Humes E, Luz PM, Castilho JL, Nash D, Brazier E, Musick B, **Yiannoutsos C**, Malateste K, Jaquet A, Cornell M, Shamu T, Rajasuriar R, Jiamsakul A, Althoff KN. Delayed presentation of HIV among older individuals: a growing problem. Lancet HIV. 2022;9:e269-e280
209. Abogazalah N, **Yiannoutsos C**, Martinez-Mier EA, Tantawy M, Yepes JF. The Saudi Arabian national demographic and health survey, 2017: Study design and oral health-related influences. Saudi Dent J. 2023 Jan;35(1):80-89.
210. Ross J, Brazier E, Fatti G, Jaquet A, Tanon A, Haas AD, Diero L, Castelnuovo B, **Yiannoutsos CT**, Nash D, Anastos KM, Yotebieng M. Same-Day Antiretroviral Therapy Initiation as a Predictor of Loss to Follow-up and Viral Suppression Among People With Human Immunodeficiency Virus in Sub-Saharan Africa. Clin Infect Dis. 2023 Jan 6;76(1):39-47.
211. Buzibye A, Wools-Kaloustian K, Olagunju A, Twinomuhwezi E, **Yiannoutsos C**, Owen A, Neary M, Matovu J, Banturaki G, Castelnuovo B, Lamorde M, Khoo S, Waitt C Kiragga A. Relating CYP2B6 genotype and efavirenz resistance among post-partum women living with HIV with high viremia in Uganda: a nested cross-sectional study. AIDS Res Ther, 2023: 20:20.
212. Humphrey JM, Alera M, Enane LA, Kipchumba B, Goodrich S, Scanlon M, Songok J, Musick B, Diero L, **Yiannoutsos C**, Wools-Kaloustian K. Effects of the COVID-19 pandemic on late postpartum women living with HIV in Kenya. PLOS Glob Public Health. 2023; 3:e0001513.
213. Vreeman RC, **Yiannoutsos CT**, Yusoff NKN, Wester CW, Edmonds A, Ofner S, Davies MA, Leroy V, Lumbiganon P, de Menezes Succi RC, Twizere C, Brown S, Bolton-Moore C, Takassi OE, Scanlon M, Martin R, Wools-Kaloustian K; IeDEA. Global HIV prevention, care and treatment services for children: a cross-sectional survey from the International Epidemiology Databases to Evaluate AIDS (IeDEA) consortium. BMJ Open. 2023 Mar 13;13(3):e069399.

214. Thomadakis C, **Yiannoutsos CT**, Pantazis N, Diero L, Mwangi A, Musick BS, Wools-Kaloustian K, Touloumi G. The Effect of HIV Treatment Interruption on Subsequent Immunological Response Am J Epidemiol. 2023 Jul 7;192(7):1181-1191
215. Nabukalu D, **Yiannoutsos CT**, Semeere A, Musick BS, Murungi T, Namulindwa V, Waswa F, Nakigozi G, Serwadda D, Sewankambo NK, Reynolds SJ, Lutalo T, Makumbi F, Kigozi G, Nalugoda F, Wools-Kaloustian KK. Mortality among HIV-infected adults on antiretroviral therapy in southern Uganda. J Acquir Immune Defic Syndr. 2024; 95(3):268-274
216. Thomadakis C, Meligkotsidou L, **Yiannoutsos, CT**, Touloumi G. Joint modeling of longitudinal and competing-risks data using cumulative incidence functions for the failure submodels accounting for potential failure cause misclassification through double sampling. 2023. Biostatistics. Dec 15;25(1):80-97. doi: 10.1093/biostatistics/kxac043
217. Mungo C, Orang'o O, Ofner S, Musick B, **Yiannoutsos C**, Cohen CR, Brown D, Wools-Kaloustian K, Semeere A. Real-world cervical cancer screening uptake and predictors of visual inspection with acetic acid positivity among women living with HIV in care programs in western Kenya. JCO Glob Oncol. 2024 Feb;10:e2300311. doi: 10.1200/GO.23.00311.
218. Bourgi K, Ofner S, Musick B, Wools-Kaloustian K, Humphrey JM, Diero L, Yiannoutsos CT, Gupta SK. Preswitch Regimens Influence the Rate of Weight Gain After Switch to Tenofovir Disoproxil Fumarate, Lamivudine, and Dolutegravir (TLD): Study From an East African Cohort. Open Forum Infect Dis. 2023 Dec 12;10(12):ofad581. doi: 10.1093/ofid/ofad581.
219. **Yiannoutsos CT**, Wools-Kaloustian K, Musick BS, Kosgei R, Kimaiyo S, Siika A. Assessing HIV-infected patient retention in a program of differentiated care in sub-Saharan Africa: A G-estimation approach. 2023. Int J Biostat. Online ahead of print.
220. Nyakato P, Boulle A, Wood R, Eley B, Rabie H, Egger M, **Yiannoutsos CT**, Davies MA, Cornell M. Self-transfers, hospital admissions and mortality among children and adolescents lost to follow-up from antiretroviral therapy programs in the Western Cape, South Africa Between 2004 and 2019: Linkage to provincial records. Pediatr Infect Dis J. 2024 Feb 21. doi: 10.1097/INF.0000000000004281
221. Bakoyannis G, Elul B, Wools-Kaloustian KK, Brown S, Diero L, Sameere A, Castelnuovo B, Nakigozi G, Lyamuya R, **Yiannoutsos CT**. Modeling the HIV cascade of care using routinely collected clinical data to guide programmatic interventions and policy decisions. J Acquir Immune Defic Syndr. 2024. In press.

**Non-refereed publications**

222. **Yiannoutsos CT**, and Gelfand, AE: "Simulation Approaches for Calculations in Directed Graphical Models". University of Connecticut Technical Report, 21, 1991
223. **Yiannoutsos CT**, and Gelfand AE: "Subgraph Approximations for Large Directed Graph Models", Statistical Decision Theory and Related Topics, V., 441-452, 1994

224. Hall CD**, Yiannoutsos C**, Clifford D. Progressive multifocal leukoencephalopathy, HIV, and highly active antiretroviral therapy. Letter. New England Journal of Medicine, 1998; 339:849.
225. Miller LC, **Yiannoutsos CT** and Hughes MD. Diagnostic test validation: Optimal designs. Proceedings of the 17th International Workshop in Statistical Modeling, Chania, Greece. D Stasinopoulos and G Touloumi editors; 2002; 463-469.
226. Nakas CT, **Yiannoutsos CT**. Ordered Multiple Class ROC Analysis. In the Encyclopedia of Biopharmaceutical Statistics, S-C Chow editor; Decker Encyclopedias. 2006; DOI: 10.1081/E-EBS-120041740, Dekker – NY.
227. **Yiannoutsos CT**. Neurologic outcomes in HIV infection: Clinical events and surrogate markers. In *The Spectrum of Neuro-AIDS Disorders: Pathophysiology, Diagnosis, and Treatment* Edited by K. Goodkin et al. ASM Press, Washington, DC 2008.
228. Geng EH, Nash D, Kambugu A, Zhang Y, Braitstein P, Christopoulos KA, Muyindike W, Bwana MB, **Yiannoutsos CT**, Petersen ML, Martin JN. Retention in Care among HIV-Infected Patients in Resource-Limited Settings: Emerging Insights and New Directions. Curr HIV/AIDS Rep; 2010, 7:234–244
229. **Yiannoutsos CT**, Wools-Kaloustian KK, Musick BS, Elul B. Rejoinder to "Lost Opportunities Concerning Loss-to-Follow-Up: A Response to Elul et al." by Strassle and colleagues J Acquir Immune Defic Syndr. 2017 Jun1;75(2):e56-e57

III. Manuscripts in preparation

230. Duda SN, Musick BS, Davies M-A, Sohn AH, Ledergerber B, Kaloustian K, McGowan CC, Maxwell NJ, Kariminia A, Ostinelli CHD, Hogan BC, Shi Q, Malateste K, Goodall RL, Kristensen DK, Hansen EV, Williams CFM, Lewis JT, **Yiannoutsos CT.** The IeDEA Data Exchange Standard: a common data model for global HIV cohort collaboration. Submitted JMIA.
231. Lok JJ, **Yiannoutsos CT**, Kiragga A, Bosch RJ. Inverse Probability of Censoring Weights under Missing Not At Random with application to CD4 outcomes in HIV-positive patients in Kenya.
232. Syriopoulou E, Lok JJ, Musick BS, Martin JN, Wools-Kaloustian KK, **Yiannoutsos CT**. Adherence to combination antiretroviral therapy in sub-Saharan Africa: Estimation adjusted for non-random loss to program. BMC Infect Dis
233. Kwobah EK, Goodrich S, Kulzer JL, Kanyesigye M, Obatsa S, Cheruiyot J Kiprono L, Kibet C, Ochieng F, Ofner S, Brown SA, **Yiannoutsos CT**, Atwoli, Wools-Kaloustian K. Adaptation of the Client Diagnostic Questionnaire for East Africa. Submitted

**Date:** March 13, 2024 **Signature** ____________