# EXHIBIT 19

# IMPOUNDED

# (Exhibit Provided to Clerk)