# EXHIBIT 20

**From:** Craig Deligdish
**To:** "Jack Todd"
**Cc:** "Howard Claussen"
**Subject:** RE: OMNI Healthcare
**Date:** Wednesday, August 22, 2018 1:54:35 PM

I don't know exactly what he had in mind. He mentioned reconciling quarterly, and sharing in the benefit/profit. Let me know what works.

**From:** Jack Todd [mailto:jacktodd4@gmail.com]
**Sent:** Wednesday, August 22, 2018 10:08 AM
**To:** Omni Health Care Dr Delignish <deligdishc@omnihealthcare.com>
**Cc:** Howard Claussen <howard@mdlabs.com>
**Subject:** Fwd: OMNI Healthcare

Got it. I am waiting for Howard Claussen to get back to me regarding the "pro bill" pricing for you on UTI's, Tox, and PGX. We are under the impression that you will bill all Commercial plans and we will bill all Government plans directly.

It is my understanding this must be done first before setting up the Tox and PGX testing.

Please confirm my understanding.

Thanks & GB,
Jack Todd

Begin forwarded message:

> **From:** "Craig Deligdish" <deligdishc@omnihealthcare.com>
> **Date:** August 21, 2018 at 2:21:29 PM EDT
> **To:** "Jack Todd" <jacktodd4@gmail.com>
> **Cc:** <smithb@omnihealthcare.com>, "'Mark Bobango'" <bobangom@omnihealthcare.com>
> **Subject: OMNI Healthcare**
>
> Jack,
>
> Brad Smith and I recently met telephonically with Kelly Hall and subsequently with Howard Claussen regarding urine drug toxicology and pharmacogenomics. We would like to begin referring patients for pharmacogenomics testing and urine drug testing.
>
> Mr. Claussen indicated that there is an opportunity to partner in these areas with MD Labs and in the profit from UTI testing (and urine drug testing and pharmacogenomics) which would allow OMNI Healthcare to share in some of the revenue generated by these tests.
>
> Can you please arrange to set this up through the Melbourne Medical Laboratory

and provide OMNI Healthcare with whatever forms, requisitions, billing information (ICD9 codes, etc) and other agreements, if any, that need to be executed, so that we can move forward. I have copied Mark Bobango and Brad Smith, who will be assisting in this initiative.

Craig Deligdish, MD