# EXHIBIT B

# STILL USING STANDARD UTI CULTURE AND SENSITIVITY TESTING?

## STANDARD MICROBIOLOGY CULTURING LOOKS FOR ONLY 5 OR 6 PATHOGENS WITH A 29% ERROR RATE[1]

## STANDARD MICROBIOLOGY SENSITIVITY TESTING EVALUATES ONLY 6 OR 7 ANTIBIOTICS, WHILE ANTIBIOTIC RESISTANCE TO PATHOGENS CONTINUES TO INCREASE[2]



## MD Labs Genotypes UTIs to Reduce Antibiotic Resistance and ACCURATELY Treat UTIs the First Time

| | STANDARD MICROBIOLOGY PATHOGEN CULTURE TESTING | MD LABS DNA-GENOTYPING PATHOGEN DETECTION WITH REAL-TIME PCR ANALYSIS |
| --- | --- | --- |
| Techonology | Microscope | Real-Time DNA PCR Analysis |
| Pathogens | only 5 or 6 | 17 |
| Detection | only 71% | 100% specificity |

| | STANDARD SENSITIVITY TESTING | ADVANCED SENSITIVITY TESTING |
| --- | --- | --- |
| Antibiotics | 6 or 7 | up to 35 |
| Cost Differential | None | None |

- ☑ Results in 2-3 days from specimen arrival at lab
- ☑ Easy to interpret 1-page report
- ☑ Covered by most insurance carriers
- ☑ Infectious Disease specialist available for support

[1] Van der Zee A, Roorda L, Bosman G, Ossewaarde JM. Molecular Diagnosis of Urinary Tract Infections by Semi-Quantitative Detection of Uropathogens in a Routine Clinical Hospital Setting. Lin B, ed. PLoS ONE. 2016;11(3):e0150775. doi:10.1371/journal.pone.0150755.

[2] Sanchez GV, Master RN, Karlowsky JA, Bordon JM. In Vitro Antimicrobial Resistance of Urinary Escherichia coli Isolates among U.S. Outpatients from 2000 to 2010. Antimicrobial Agents and Chemotherapy. 2016;56(4):2181-2183. doi:10.1128/AAC.06060-11

## DETECT AND TREAT WITH CERTAINTY



*Identification of **17** Specific Pathogens using Real-time PCR DNA Analysis*

*Rapid and Accurate Antibiotic Sensitivity of up to **35** Antibiotics Targeting the Specific UTI Pathogen(s)*

*Optimal Treatment Plan Based On:*
- *Allergies (self reported)*
- *UTI Pathogens*
- *Antibiotic Resistance*

## MD Labs Direct
# 1-775-391-5221



**mdlabs.com/moleculardiagnostics**

## Please Contact Your MD Labs Representative Today

OMNI00029