# EXHIBIT E



# Transcript of **Dicken Shiu-Chung Ko, MD**

Friday, April 26, 2024

*United States of America v. MD Spine Solutions LLC*

www.TP.One
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 141113

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

No. 18-cv-12558-PBS

- - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA, et al.,

ex rel. OMNI HEALTHCARE, INC.,

Plaintiffs,

v.

MD SPINE SOLUTIONS LLC d/b/a MD LABS,

INC., DENNIS GRIZELJ, MATTHEW RUTLEDGE

and DOE HEALTHCARE PROVIDERS 1-100,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - -x

DEPOSITION OF DICKEN SHIU-CHUNG KO, M.D.

Conducted Remotely via Zoom

2 Dudley Street

Providence, Rhode Island

April 26, 2024

8:26 a.m.

Daria L. Romano, RPR, CRR, and Notary Public

Q.    Are you familiar with a company called "Pathnostics"?

A.    Yes, I am.

Q.    Do you know what that company does?

A.    Yes.

Q.    What does it do?

A.    It -- it's in the molecular diagnostic world.  It has a urinary test called "Guidance" by which is a proprietary test, and it's paired with a pooled antibiotics susceptibility testing for rapid testing of urinary tract infections.

Q.    Okay.  So I want to unpack that a little bit.

The test is called Guidance; is that right?

A.    That is correct.

Q.    What type of test is this?

A.    It's a preliminary chain reaction, PCR, test.

Q.    Okay.  And so I'll continue to refer to a preliminary chain reaction test as "PCR" throughout the deposition, and you'll understand what I mean?

A.    I will.

Q.    Okay.  And then you referenced a sensitivity test as well; is that correct?

A.    Yes, I have.

Q.    So your understanding is that Pathnostics conducts PCR testing as well as sensitivity testing?

A.    That is correct.

Q.    And how is it that you became familiar with Pathnostics?

A.    I am on their -- I'm the chair of their scientific advisory committee.  I was chief medical officer of a hospital running 900 faculty and a couple hundred beds from 2017 to 2020.

At that time one of my charges is to deal with urinary tract infections as a hospital-acquired complication, so I was very versed in the field of urinary tract infection specific to a huge practice in the -- academic and community practice in the Boston area.

And in the year 2020, my mother had a very significant infection that was

infections.  Most common diagnosis for a referral to a urologist.

Q.    Okay.  You just mentioned "recurrent"; "can be" is what you said.  About what portion of the UTI symptom patients are recurrent UTI symptom patients?

A.    You'll get different answers from different people.  If you talk to a primary care, they're going to see uncomplicated more.  If you talk to a urologist or subspecialist such as myself in the area, most of our referrals are recurrent or recalcitrant or persistent urinary tract infections, primarily recurrent or complicated urinary tract infections.

Q.    Okay.  So I'm asking specific to you, Doctor, your practice, what portion -- you just brought up recurrent.  Am I understanding you correctly that you would say most of the patients you treat with UTI symptoms are --

A.    Most -- most of them.  Most of them, that's correct.  That's why they get a referral to a urologist.



quality, in terms of results, and in terms of timing.

It's the clinicians who's seeing the patient, who has contact with the patient, that orders the test in order for the lab to perform the tests.  So it's two very separate functions.

Q.    How many times over the course of your career have you used a PCR to test for a UTI?

A.    Oh, hundreds, I would say, absolutely.

Q.    And in approximately -- go ahead.  Sorry to interrupt.

A.    I would say in the three figures, three digits, I would have to assume.  I have not counted, so I do not know.

Q.    Fair enough.

For about how long have you been doing PCR testing for UTI symptoms, if you recall?

A.    Since I found out the availability was here at Brown.

Q.    Which was approximately when?

A.    In June 2020.

Q.    And they had --

A.    Almost four years.

Q.    And they had PCR testing available in 2020 when you started?

A.    Absolutely, yes.

Q.    Approximately how many times have you used an SUC to test for a UTI over the course of your career?

A.    Well, it has to be hundreds of thousands, I would assume, simply because it's not depending on the individual patients that I see.  I see them in continuity, so even though I may not see 100,000, 200,000 patients in my career, the fact that they come back and for follow-up, each one of these sometimes gets more than one test. Sometimes they get confirmatory tests, sometimes they get repeated tests, so it's certainly in the hundreds of thousands I would -- I would guesstimate, to the best of my knowledge, to the best of my abilities.

I have been in practice for 28 years, so I'm an old guy.  That's why I need



A.    That is -- that is the purpose of looking at it because those are the patients we urologists see the most, so it's a specific area that I'm interested in.

Q.    Okay.  Understood.  But it doesn't speak to the potential long-term costs for UTI patients that are not recurrent or complicated, right?

A.    That was not the intent of the study or the objective of the study.

Q.    And, again, we touched on this earlier, but are you able to give me a percentage of approximately how many of your UTI patients do face recurrent or complicated UTI symptoms?

MR. ORKAND:  Objection.

A.    Hard to estimate.  I see the most complicated of them all simply because of what I do.  I'm sure my colleagues would see something less.

Q.    Are you aware of any other studies that have reached similar conclusions on overall cost saving with PCR testing for UTI?

A.    I'm aware this is the -- one of the



seminal articles that have come out in the last year that looked at cost related.

I think you have to do some prospective studies to determine whether or not that's going to be further confirmatory over time, and I have not, in my review, seen currently any other studies.  But they may be being done right now that I'm not aware of, so I can only comment on what's been published up to this time.

Q.    There was an article written publishing the results of the study that you conducted, right?

A.    Yes.

Q.    Are you aware of an article that was published regarding your study and its results?

MR. ORKAND:  Objection.

A.    I mean, I published it.  It's in the journals.  So, yeah, I'm aware that it was publish because I had to sign for it.

Q.    Are you familiar with the American urology association?

A.    Yes, I'm a part of the American

I don't think your question has any relevance because the guidelines is based on looking at what has been used, here is what we can potentially teach because these are some of the guidelines of practices.

Q.   Okay.  So are you suggesting that there are situations when you believe that clinicians should deviate from the AUA guidelines?

A.   I think the AUA guideline is something that's presented so that potentially you could take a look at in a standardized patient.

Any patient that's not standardized and have nuances that are in their clinical presentation can absolutely deviate from the guideline as seen necessary for best practice in the best interest of the patient with a concerted effort to ensure the patient receives the best care.

Q.   Are you also aware of the fact that the AUA guidelines specifically say that more evidence is needed before it includes using PCRs to treat UTIs within the guidelines?

A.    That's a clear message that I am fully aware of and that's why we're trying to collect evidence and that's why I'm in this research field.  That's why I'm in this area to try to collect the information so that people could help various patients to have a better diagnostic in terms of figuring out how to treat infection.

And I told you, it's not only on a hospital-based system in which I was the chief medal officer, but it was also on a personal basis.  My mother was treated with standard guidelines of what -- she had a wound infection.

So if you think about it, you really want to advance beyond what a culture has been doing for the last 60 years.  That's what science is about.  This is what clinicians do.  This is what clinicians and scientists and academics do.  This is what I do.

MS. McLEOD:  Okay.  Let me take five, if that's okay, just see if I have anything else, but we're near the end.  Pop