# EXHIBIT F

[May 2023 - Volume 1 - Issue 5](#)



- Previous Article

- Outline
  - Materials and Methods
  - Identifying UTI Diagnostics
  - Identifying r/cUTI
  - Constructing r/cUTI Episodes
  - Statistical Analyses
  - RESULTS
  - Demographics and Patient Characteristics
  - Additional UTIs
  - MRU
  - UTI-Related Cost
  - Mean Cost Per aUTI
  - Discussion
  - Strengths of This Analysis
  - Limitations
  - Directions for Further Investigations
  - Conclusions
  - References

- Images
  - Slideshow
  - Gallery
  - Export PowerPoint file
- Download
  - PDF
  - EPUB
- Cite
  - 
  - Copy
  - Export to RIS
  - Export to EndNote
- Share
  - Email
  - Facebook
  - Twitter
  - LinkedIn
- Favorites
- Permissions
- More
  - Cite
  - Permissions
  - Image Gallery

Original Research Article

# Real-World Evidence That a Novel Diagnostic Combining Molecular Testing With Pooled Antibiotic Susceptibility Testing is Associated With Reduced Infection Severity and Lower Cost Compared With Standard Urine Culture in Patients With Complicated or Persistently Recurrent Urinary Tract Infections

Ko, Dicken Shiu-Chung[1]; Lukacz, Emily S.[2]; Juster, Iver Allen[3]; Niecko, Timothy[4]; Ashok, Aparna[1]; Vollstedt, Annah Jean[5]; Baunoch, David[6]; Mathur, Mohit[6]

Author Information

[1]Department of Surgery, Division of Urology, Warren Alpert Medical School of Brown University, Providence, Rhode Island

[2]Department of Obstetrics, Gynecology & Reproductive Sciences, University of California San Diego, La Jolla, California

[3]Consulting Health Informatics, San Rafael, California

[4]Timothy Niecko, Niecko Health Economics, LLC, Tierra Verde, Florida

[5]Department of Urology, University of Iowa Healthcare, Iowa City, Iowa

[6]Pathnostics, Irvine, California

Corresponding Author: Dicken Shiu-Chung Ko, Warren Alpert Medical School of Brown University, Providence, RI (dicken_ko@brown.edu)

This is an open access article distributed under the terms of the Creative Commons Attribution-Non Commercial-No Derivatives License 4.0 (CCBY-NC-ND), where it is permissible to download and share the work provided it is properly cited. The work cannot be changed in any way or used commercially without permission from the journal.

JU Open Plus 1(5):e00021, May 2023. | DOI: 10.1097/JU9.0000000000000025

- Open
- Erratum

Metrics

# Abstract

## Purpose:

Develop real-world evidence that rapid identification of uropathogens and susceptibilities improves urologic outcomes for patients with complicated or history of recurrent urinary tract infections (r/cUTIs). Standard urine culture (SUC) is slow, often missing polymicrobial infections and altered antibiotic resistance from their metabolic interactions.

## Materials and Methods:

We compared 1-year UTI-related health care utilization and costs for UTIs diagnosed by outpatient multiplex polymerase chain reaction/pooled antibiotic susceptibility testing (mPCR/P-AST) vs SUC among Medicare beneficiaries with r/cUTIs, using claims from a deidentified random 5% sample of beneficiaries with an index UTI in 2018 followed by 12 months during which all outpatient UTI tests were either mPCR/P-AST or SUC. Outcomes were compared between 69 individuals diagnosed using mPCR/P-AST and 678 propensity-matched individuals using SUC. Regression models modeled cost differences with 95% confidence intervals (CIs).

## Results:

Of 1,654,548 enrollees in 2018, 11.6%, 0.06%, and 9.6% had claims for UTI, mPCR/P-AST, and SUC, respectively. The matched mPCR/P-AST and SUC cohorts were statistically equivalent at baseline. The mPCR/P-AST cohort was nonsignificantly less likely than the SUC cohort to have a postindex UTI (65.2% vs 72.0%, $P$ = .24). Cost per subsequent UTI was significantly lower for mPCR/P-AST ($767 vs $1,303, $P$ = .0013). Average total 1-year UTI-related cost was $501.85 (95% CI: $79.87, $562.08 $P$ = .004) lower per mPCR/P-AST member vs SUC ($629.55 vs $1131.39). Nonoutpatient treatment accounted for 22.5% of mPCR/P-AST vs 53.4% of SUC UTI-related costs.

## Conclusions:

In patients with r/cUTI, rapid identification of pathogens and antibiotic susceptibilities using mPCR/P-AST is associated with lower UTI-related clinical care and utilization costs compared with SUC.

### Erratum

Volume 1, Issue 5, Page e00021: The author contributions statement, conflict of interest statement, funding statement, and reporting standard statements are

### Author Contributions:

*Conception and design:* Juster, Ko, Lukacz, Vollstedt, Mathur, Baunoch.

*Drafting the manuscript:* Juster, Ko, Lukacz.

*Critical revision of the manuscript for scientific and factual content:* Juster, Ko, Lukacz, Vollstedt, Mathur, Baunoch, Ashok.

*Statistical analysis:* Niecko.

*Data analysis and interpretation:* Niecko.

**Conflict of Interest Disclosures:** Drs Mathur and Baunoch are employees of Pathnostics. Drs Ko, Lukacz, and Vollstedt serve on Pathnostics' science advisory board. Drs Juster and Niecko are independent consultants in health economics.

**Funding/Support:** Funding for this project was provided by Pathnostics, the developer of the mPCR/PAST test.

**Reporting Standard:** STROBE.

The online and PDF versions of the article have been updated.

JU Open Plus. 2(5):e00040, May 2024.

Urinary tract infections (UTIs) can cause substantial morbidity, health care utilization, and cost. In 2019, Medicare reported 1,201,524 emergency and 148,215 inpatient UTI events, resulting in $13.5 billion in charges.[1] Particularly in high-risk patients, swift and accurate identification of uropathogens and their antimicrobial susceptibilities have the potential to improve clinical outcomes and improve antibiotic stewardship.[2]

UTIs in patients with functional or anatomic abnormalities of the urinary tract, who are immunocompromised, have recently undergone urinary tract instrumentation; history of pelvic radiotherapy, diabetes, pyelonephritis, or urinary tract abscess; or male sex are considered to be *complicated* UTIs (cUTIs), predisposing to poor treatment outcomes, such as emergency services, hospitalization, urosepsis, and recurrence.[3] In addition, it is unclear whether new UTIs in patients with a recent history of recurrent UTIs (rUTI) should be considered complicated.

The conventional diagnostic approach, *standard urine culture* (SUC), returns antibiotic susceptibilities to common pathogens with a typical turnaround of 2 to 4 days, frequently resulting in initial empiric treatment.[4] Patients with cUTIs frequently have atypical or multi–drug-resistant organisms. Furthermore, polymicrobial infections are more common and potentially problematic in cUTIs.[5] However, SUC fails to detect slow-growing, fastidious, or nonaerobic organisms, missing more than 80% of polymicrobial UTIs.[6,7] Inaccurate identification of pathogens and metabolic interactions among pathogens and normal urinary microflora[8] risks imprecise SUC-based treatment.[9] Partially treated polymicrobial infections may also lead to persistent UTIs, increasing severity, or recurrence.

Improving cUTI outcomes requires addressing underlying risk factors and long-term urobiome control.[10] Multiplex polymerase chain reaction (mPCR) has emerged as a diagnostic strategy because it identifies a wider range of microbes than SUC, with results within hours.[11] mPCR also identifies genes associated with antibiotic resistance. However, this technology fails to address susceptibilities in polymicrobial infections arising from organisms' metabolic interactions, and there can be significant discordance between resistance gene results and phenotypic antibiotic susceptibility results.[12-14]

Combining pooled antibiotic susceptibility testing with mPCR (mPCR/P-AST) outperformed SUC microbiologically.[15] Among patients with UTIs enrolled in a time series multistate study of home care patients, consistent use of mPCR/P-AST was associated with 13.7% fewer UTI emergency and hospital events compared with SUC.[16]

To gain insight into the real-world generalizability of these findings in patients with cUTI or a new UTI following a recent history of rUTI— which together we will refer to as r/cUTI—we compared UTI-related outcomes of 1 year's consistent outpatient use of mPCR/P-AST vs SUC in a retrospective claims analysis of Medicare beneficiaries.

# Materials and Methods

We retrospectively compared UTI-related clinical, utilization, and cost outcomes among Original Medicare beneficiaries with cUTI or a recent history of rUTI and a newly occurring UTI—r/cUTI—whose outpatient infections were diagnosed using only SUC vs only mPCR/P-AST over the course of 1 year.

A limited data set (LDS) of a deidentified 5% random sample of Medicare beneficiaries from 2017 to 2019 was obtained from the Centers for Medicare and Medicaid Services' Research Data Assistance Center[17] (ResDAC) with appropriate data use permissions. An outpatient drug file was not obtained. The LDS contained files for Medicare enrollment, limited demographics, and claims for professional and health care facility services, from which a longitudinal picture of health care services could be constructed. Only beneficiaries with both Parts A and B (and no Part C) during the contiguous 12-month baseline and observation periods referenced below, and no hospice claims or deaths, were eligible for this analysis.

## Identifying UTI Diagnostics

The analysis compared UTI-related health care utilization and cost outcomes of 1 year of UTI treatment informed by SUC vs mPCR/P-AST, where only SUC or only mPCR/P-AST were used for UTI diagnosis in outpatient settings. Current Procedural Terminology (CPT) codes identified SUC tests.

The mPCR/P-AST diagnostic (Guidance UTI, Pathnostics, Irvine, CA) consisted of 3 parts: PCR to identify 27 individual organisms and 3 bacterial groups, 32 resistance genes against 6 classes of antibiotics, and pooled antibiotic susceptibility testing, which involves

simultaneously growing all bacteria together in the presence of antibiotics and then measuring susceptibilities, thus considering intermicrobial interactions that may alter susceptibilities. Performance of P-AST requires living organisms.

As a recently developed diagnostic, mPCR/P-AST lacked a specific CPT code, but the 9 laboratories performing mPCR/P-AST during lab-specific time frames during 2017 to 2019 billed existing PCR codes appropriate for identification of urinary tract pathogens. Because all UTI PCR tests performed by the laboratories during these periods were mPCR/P-AST, we identified mPCR/P-AST tests from a combination of CPT codes, laboratory National Provider Identifiers, and claim date of service. Figure 1 shows an illustrative test results report.



Figure 1.:

Example mPCR/P-AST results report. mPCR, multiplex polymerase chain reaction; P-AST, pooled antibiotic susceptibility testing.

## Identifying r/cUTI

As shown in Table 1, the first outpatient claim with an ICD-10-CM code for UTI after 12 months of continuous eligibility was considered r/cUTI if the individual met any of the following criteria: (1) the enrollee was male; (2) the principal diagnosis on the index claim was considered inherently complicated (eg, pyelonephritis, urinary tract abscess, or currently or recently catheter-associated); or (3) the enrollee was found during the prior 12 months to have diabetes, rUTI (defined as 2 UTIs in 6 months or 3 or more in 1 year,[18] based on the codes in Table 1), an anatomic or functional urinary tract problem, history of pelvic radiotherapy, recent urinary tract instrumentation, or immunocompromise.

Table 1. - Identifying the r/cUTI-Qualifying Index UTI Event ✕

| ICD-10-CM codes | Description |
| --- | --- |
| Criterion A: Principal diagnosis inherently cUTI regardless of baseline risk factors | |
| N10 | Acute pyelonephritis |
| N15.1 | Renal and perinephric abscess |
| N34.0 | Urethral abscess |
| N41.0 | Acute prostatitis |
| N41.2 | Abscess of prostate |
| T83.51xA | Infection and inflammatory reaction urinary catheter types, initial encounter |
| T83.59xA | Infection and inflammatory reaction due to implanted or indwelling urinary catheter or device |
| Criterion B: Principal diagnosis acute cystitis with at least 1 cUTI risk factor in baseline | |
| N30.0x | Acute cystitis |
| Criterion C: Principal or second diagnosis was irradiation cystitis *and* test for UTI within 3 d of the claim | |
| N30.4x | Irradiation cystitis |
| Criterion D: Principal or second diagnosis *and* test for UTI within 3 d *and* at least 1 risk factor in baseline | |
| N34.1 | Nonspecific urethritis |
| N40.1 | Benign prostatic hyperplasia with lower urinary tract symptoms |
| N40.3 | Nodular prostate with lower urinary tract symptoms |
| N41.1 | Chronic prostatitis |
| N41.3 | Prostatocystitis |
| N30.2x | Other chronic cystitis |
| N30.8x | Other cystitis |
| N30.9x | Cystitis, unspecified |
| N39.0 | Urinary tract infection, site not specified |

cUTI, complicated urinary tract infection; r/cUTI, complicated urinary tract infection or UTI after previous rUTI; ICD-10-CM, International Classification of Diseases, Clinical Modification version 10; UTI, urinary tract infection.

The first outpatient claim for UTI on or after January 1, 2018, after at least 12 mo of continuous enrollment in both Medicare Parts A and B, was considered to indicate an index event if at least 1 of the 4 listed criteria was met. "x" in an ICD-10-CM code indicates that the position may be any whole number 0 through 9 or blank. *Baseline period* risk factors included male sex, recurrent UTI (2 in 6 mo or 3 in 12 mo), diabetes, immunocompromising conditions, pelvic radiotherapy, anatomic or functional urinary tract problems, and recent urinary tract instrumentation.

## Constructing r/cUTI Episodes

The initial UTI claim ("index") initiated a UTI episode in the r/cUTI population if (1) there were no UTI claims in the preceding 7 days, (2) the individual had a SUC or mPCR/P-AST test within 3 days of the index, (3) the enrollee had at least 365 days' continuous Medicare coverage following the index, and (4) all outpatient UTI tests during the 1-year episode were SUC or mPCR/P-AST. Figure 2 illustrates the design of the 12-month episodes.



Figure 2.:
Design of 12-month r/cUTI episodes. A 12-month cUTI episode was initiated on the date of the first claim qualifying as r/cUTI in 2018, provided the individual was covered with Medicare Parts A and B for 12 months before and 12 months after the cUTI index date; had no UTI claims in the prior 7 days; had an outpatient SUC or mPCR/P-AST test within 3 days of the index date; and all outpatient UTI tests during the episode were either SUC or mPCR/P-AST. cUTI, complicated urinary tract infection; mPCR, multiplex polymerase chain reaction; P-AST, pooled antibiotic susceptibility testing; r/cUTI, complicated urinary tract infection or UTI after previous rUTI; SUC, standard urine culture; UTI, urinary tract infection.

Individuals from the overall SUC cohort were matched to members of the mPCR/P-AST cohort by closest-neighbor propensity scores based on age, sex, ethnicity, baseline year recurrent UTI, diabetes, functional or anatomic urinary tract problems, immunosuppression, and the ICD-10 Elixhauser definitions[19] of heart failure, cardiac arrhythmia, cardiac valvular disease, peripheral vascular disease, complicated hypertension, paralysis, other neurological disorders, chronic obstructive pulmonary disease, kidney failure, liver disease, lymphoma, metastatic cancer, solid nonmetastatic cancers, metastatic cancers, obesity, drug abuse, psychosis, and depression. Propensity-based matching aims to neutralize differences in observable variables that could explain between-cohort differences in outcomes by assigning each individual in the data set a probability of being diagnosed using mPCR/P-AST, and for each mPCR/P-AST member, selecting a set of individuals with SUC episodes whose probability scores are closest (nearest neighbor technique).[20] Matching was considered valid when the differences in all criteria were not statistically significant at the *P* .05 level.

*Outcome measures* included *additional UTIs* (aUTI, postindex unique UTIs defined as a claim with UTI following at least 7 days free of UTI claims); *UTI-related medical resource utilization (MRU)* for outpatient, urgent care, emergency, acute inpatient, and skilled nursing facility (SNF); and *total UTI-related cost*. The costs of mPCR/P-AST and SUC were not included in the health care outcomes analysis because they vary widely among payers for mPCR/P-AST, and our intent for this analysis was to test the null hypothesis about UTI-related utilization and associated costs. An SNF stay was considered UTI-related if it immediately followed a UTI-related hospital stay, and its principal or second diagnosis was UTI. We developed a composite MRU measure as at least one of urgent care, emergency, acute inpatient, or SNF event. Costs were standardized as Medicare-allowable (total reimbursed to provider) amounts.

## Statistical Analyses

Event rates were compared between cohorts using generalized linear modeling (GLM) with a negative binomial distribution. Proportions of cohort members with at least 1 event were compared using a binary logit model. One dollar was added to each individual's cost for the episode year and then analyzed using GLM with a gamma distribution and log-link function to transform the dependent variable (allowed cost). The resulting cost was exponentiated and the dollar subtracted out to yield point estimates and 95% confidence intervals for the between-cohort differences. Statistical significance was set at *P* < .05. All Centers for Medicare and Medicaid Services (CMS) data use prescriptions on reporting values from 1 to 10 were followed.[21] Statistical calculations were performed using SAS v. 9.4.

# RESULTS

The 2017 to 2019 5% data sample contained 3,484,616 Medicare beneficiaries with Parts A, B, or C—3,147,696 in 2018, representing 1,654,548 Parts A + B enrollee years. Among those continuously enrolled in 2018, 11.6% had a claim for UTI, 9.6% had a claim for SUC, and 0.06% had a claim for mPCR/P-AST.

Eighteen thousand seven hundred fifty-four one-year r/cUTI episodes (regardless of testing strategy) were identified (1.13 per 100 enrollee years) initiating in 2018 of which 76.5% had only SUC testing in the outpatient setting. All 69 identified mPCR/P-AST–only episodes were propensity-matched to 678 SUC episodes (Figure 3).



Figure 3.:
Waterfall from the 5% sample to the matched r/cUTI episodes. r/cUTI, complicated urinary tract infection or UTI after previous rUTI.

## Demographics and Patient Characteristics

The propensity score–matched 1-year episodes met statistical nonsignificance on all criteria (Table 2). The mean age for mPCR/P-AST episodes was 74.28 vs 74.79 years for SUC episodes ($P = .69$). Male patients represented 60.9% of mPCR/P-AST vs 60.2% of SUC episodes ($P = .91$).

Table 2. - Matched 1-Year Episodes✖

| | mPCR/P-AST | | SUC | | P value |
|---|---|---|---|---|---|
| | N | % | N | % | |
| N | 69 | | 678 | | |
| Average age | 74.28 | | 74.79 | | .69 |
| Male | 42 | 60.9% | 408 | 60.2% | .91 |
| Race: White | 58 | 84.1% | 594 | 87.6% | .41 |
| Race: non-White | 11 | 15.9% | 84 | 12.4% | |
| rUTI | 14 | 20.3% | 192 | 28.3% | .16 |
| Immunosuppression | a | a | a | a | .74 |
| Anatomic and functional | 22 | 31.9% | 239 | 35.3% | .56 |
| Diabetes | 16 | 23.2% | 138 | 20.4% | .58 |
| **Heart failure** | 15 | 21.7% | 139 | 20.5% | .81 |
| **Cardiac arrhythmia, valvular** | 26 | 37.7% | 238 | 35.1% | .67 |
| **Peripheral vascular disease** | 17 | 24.6% | 126 | 18.6% | .22 |
| **HTN complicated** | 13 | 18.8% | 155 | 22.9% | .45 |
| **Paralysis, other neuro** | a | a | a | a | .60 |
| **Renal failure, liver dz, COPD** | 21 | 30.4% | 211 | 31.1% | .90 |
| **Cancers** | 13 | 18.8% | 160 | 23.6% | .37 |
| **Obesity** | a | a | a | a | .42 |
| **Drug abuse, psychoses, depression** | 12 | 17.4% | 86 | 12.7% | .27 |

COPD, chronic obstructive pulmonary disease; HTN, hypertension; mPCR, multiplex polymerase chain reaction; P-AST, pooled antibiotic susceptibility testing; SUC, standard urine culture; rUTI, recurrent urinary tract infection.
Conditions in bold text represent Elixhauser definitions, as described in the text.
To conform to the CMS cell-size suppression policy, variables were combined.
[a]Indicates cell values that are or could be inferred to be between 1 and 10.

Compared with the entire r/cUTI population (N = 18,754), the 747 matches (69 mPCR/P-AST, 678 SUC) were similar in race, baseline history of rUTI, functional urinary tract problems, history of pelvic radiotherapy, and renal failure and tended to be older, male, diagnosed with heart failure, had anatomic risk factors, and were less likely to have diabetes (Table 3).

Table 3. - Comparison of All vs Matched r/cUTI Episodes✖

| N | All 1-y episodes | | Matches | | P value |
|---|---|---|---|---|---|
| | 18,754 | | 747 | | |
| Age (mean) | 73.1 | | 74.7 | | |
| Younger than 65 y | 2268 | 12.1% | 84 | 11.2% | .70 |
| Male | 9270 | 49.4% | 450 | 60.2% | <.001 |
| White | 16,207 | 86.4% | 652 | 87.3% | .50 |
| Non-White | 2547 | 13.6% | 95 | 12.7% | |
| Baseline rUTI | 5323 | 28.4% | 206 | 27.6% | .63 |
| Diabetes | 7040 | 37.5% | 154 | 20.6% | <.001 |
| Anatomic risk | 3186 | 17.0% | 166 | 22.2% | .002 |
| Functional risk | 2190 | 11.7% | 95 | 12.7% | .38 |
| Immunosuppression | 1023 | 5.5% | 29 | 3.9% | .060 |
| Recent instrumentation | 1138 | 6.1% | 56 | 7.5% | .11 |
| Hx radiotherapy | 65 | 0.3% | a | a | .40 |
| Elix heart failure | 2202 | 11.7% | 154 | 20.6% | <.001 |
| Elix renal failure | 2572 | 13.7% | 107 | 14.3% | .64 |

Elix, Elixhauser variable; Hx, history of; rUTI, recurrent UTI.
Comparison of all valid 1-year r/cUTI episodes (regardless of test strategy) with 747 (69 mPCR/P-AST, 678 SUC) propensity-matched episodes for the outcome study.
[a]Indicates values between 1 and 10, which are proscribed from reporting in the CMS cell-size suppression policy.

Of the matched cohorts, 57.1% of mPCR/P-AST and 55.6% of SUC male patients had no additional r/cUTI risk factors identifiable in claims ($P = .85$).

## Additional UTIs

Individuals with mPCR/P-AST episodes were nonsignificantly less likely to have a second unique UTI (65.2% vs 72.0%, $P$ = .24). The mean number of additional UTIs (aUTIs) was 1.83 for mPCR/P-AST vs 2.23 for SUC ($P$ = .17) (Table 4).

Table 4. - Frequency and Cost of Additional UTIs in the Matched Cohorts✖

|  | mPCR/P-AST | SUC | $P$ value |
|---|---|---|---|
| Total N in cohort | 69 | 678 |  |
| N aUTIs | 126 | 1513 |  |
| N patients with aUTIs | 45 | 488 |  |
| % with ≥1 aUTI | 65.2% | 72.0% | .24 |
| Mean aUTIs/cohort | 1.83 | 2.23 | .17 |
| Excess aUTI rate |  | 0.41 |  |
| % of total episode cost | 79.5% | 82.9% |  |
| Mean cost for patients with aUTIs | $767.48 | $1303.20 | .049 |
| Mean cost per aUTI | $274.10 | $420.33 | .001 |

aUTI, additional urinary tract infection; mPCR/P-AST, multiplex PCR with pooled antibiotic susceptibility testing; SUC, standard urine culture.

aUTIs beyond the index cUTI separated by at least 7 d. Costs include outpatient, urgent care, emergency, inpatient, and skilled nursing facilities and professional costs, but not outpatient labs or pharmacies.

## MRU

The mPCR/P-AST cohort's composite outcome event rate was 41.3% lower ($P$ = .25) than that of the SUC cohort. The mPCR/P-AST cohort had no urosepsis events.

## UTI-Related Cost

The Medicare-allowable mean UTI-related cost for mPCR/P-AST episodes ($629.55) was $501.84 (44.4%) lower than for SUC episodes ($1131.30) (95% CI of the difference: $192.25, $709.18, $P$ = .004). The mPCR/P-AST cohort also experienced lower emergency department visits cost ($50.50 vs $94.71) ($P$ = .031) and trended toward lower inpatient cost, while nonurgent/nonemergency outpatient costs were very similar (Table 5). The composite MRU portion of the total was 76.6% lower for mPCR/P-AST vs SUC: $141.60 vs $605.06 ($P$ = .043). The remaining cost comparison—for nonurgent outpatient care—was similar—$487.95 (mPCR/P-AST) vs $526.33 (SUC), $P$ = .67. Thus, urgent, emergency, and inpatient care accounted for a greater proportion of costs in SUC (53.5%) than in mPCR/P-AST (22.5%) episodes, while nonurgent outpatient care costs were similar.

Table 5. - UTI-Related Cost in the mPCR/P-AST and SUC Cohorts✖
Scroll left or right to view entire table.

| Category | mPCR/P-AST | | | SUC | | | Differences | | |
|---|---|---|---|---|---|---|---|---|---|
|  | Mean | Median | IQR | Mean | Median | IQR | Point estimate | (95% CI) | $P$ value |
| Total | $629.55 | $182.73 | (63.37, 375.48) | $1131.39 | $205.52 | (79.87, 562.08) | $501.84 | (192.25, 709.18) | .004 |
| Outpatient nonurgent | $487.95 | $172.56 | (63.37, 369.37) | $526.33 | $169.34 | (72.75, 391.30) | $38.38 | (−168.51, 183.74) | .67 |
| Urgent care | $0.00 | $0.00 | (0.00, 0.00) | $3.20 | $0.00 | (0.00, 0.00) | $3.20 | (−1.02, 4.01) | .089 |
| Emergency | $50.50 | $0.00 | (0.00, 0.00) | $94.71 | $0.00 | (0.00, 0.00) | $44.21 | (5.40, 66.33) | .031 |
| Inpatient | $91.10 | $0.00 | (0.00, 0.00) | $391.75 | $0.00 | (0.00, 0.00) | $300.65 | (−28.35, 372.62) | .062 |
| With urosepsis | $0.00 | $0.00 | (0.00, 0.00) | $127.13 | $0.00 | (0.00, 0.00) | $127.13 | (117.58, 128.03) | <.001 |
| SNF | $0.00 | $0.00 | (0.00, 0.00) | $115.40 | $0.00 | (0.00, 0.00) | $115.40 | [a] |  |
| Composite | $141.60 | $0.00 | (0.00, 0.00) | $605.06 | $0.00 | (0.00, 0.00) | $463.46 | (27.83, 570.91) | .043 |
| % of cost from composite | 22.5% |  |  | 53.5% |  |  |  |  |  |

CI, confidence interval; mPCR/P-AST, multiplex PCR with pooled antibiotic susceptibility testing; SNF, skilled nursing facility; SUC, standard urine culture and sensitivities.

Costs include facility and professional components, but not outpatient laboratory testing or outpatient pharmacy. *Composite measure* includes UTI-related costs for urgent, emergency, inpatient, and SNF care.

[a]Indicates that the regression model was unable to produce valid confidence intervals. The 25th, median, and 75th percentiles are 0 when no cohort members have costs at these percentile marks.

## Mean Cost Per aUTI

aUTI was $146.23 lower with mPCR/P-AST than SUC ($274.10 vs $420.33, $P$ = .0013). In addition, the mean cost per cohort member with any aUTIs was $575.32 lower in the mPCR/P-AST cohort ($767.48 vs $1303.20, $P$ = .049). Because the outpatient care component of aUTI cost was similar between the cohorts, the higher cost per aUTI with SUC was driven by higher-acuity care (Figure 4). These postindex UTIs and their accompanying health care can be considered a measure of potentially preventable UTI events.



[Figure 4.:]
Proportions of outpatient and non-outpatient UTI care, mPCR/P-AST versus SUC cohorts. Non-outpatient care accounted for a larger proportion of UTI-related cost in the SUC than in the mPCR/P-AST cohort. Composite care represents costs from urgent, emergency, inpatient, and SNF care. mPCR/P-AST, multiplex PCR with pooled antibiotic susceptibility testing; SUC: standard urine culture.

# Discussion

In this real-world retrospective claims analysis of Medicare beneficiaries with complicated UTIs or new UTIs after a recent history of recurrence (r/cUTIs), we found significantly lower overall mean UTI-related costs for patients over 1 year (44.4%) and significantly lower mean cost per UTI event for individuals whose outpatient UTIs were diagnosed using multiplex PCR with pooled antibiotic susceptibility testing (mPCR/P-AST), compared with using a standard urine culture (SUC). This was accompanied by 76.6% lower costs for a composite of UTI-related urgent, emergency, hospital, and skilled nursing care services. The cost difference stemmed from reductions in both the usage and unit cost of UTI-related urgent, emergency, and inpatient services in the mPCR/P-AST cohort. This analysis was designed to compare event outcomes and their costs so did not include testing costs.

Considering the composite measure to represent clinically advanced UTI, we attribute the lower costs in the mPCR/P-AST cohort to the rapid and accurate diagnostic strategy allowing for early intervention and avoiding delays in treatment resulting from the typical 2 to 4 days of SUC result reporting.

When we extrapolated the $501.84 per-episode lower cost to the entire 2020 Medicare Parts A + B r/cUTI population as defined for this analysis, there was a projected savings of ~$181 million per year (1.13/100 enrollee years × 31,934,411 enrollees × $501.84), not counting outpatient lab or pharmacy cost difference.

Although we could not evaluate the test results microbiologically, these findings are consistent with previous studies[22] that demonstrated the ability of mPCR/P-AST to identify pathogens and susceptibilities that SUC does not, including polymicrobial infections, in which intermicrobe metabolic interactions can alter antibiotic susceptibilities, and where PCR identification of drug resistance genes may be inaccurate.[14] Combined with the rapid turnaround of molecular testing, this would enable r/cUTI more likely to be successfully managed in an outpatient setting.

A 2022 analysis by Lodise et al[23] of 1-year cUTI costs using MarketScan Commercial and retiree Medicare Supplemental medical and pharmacy claims found greater complicated UTI (cUTI) costs among individuals aged 65 and older with outpatient index cUTI claims. Lodise's inclusion of testing and outpatient pharmacy costs may, in part, be associated with their greater cUTI costs. Consistent with our aim to compare health care outcomes, the outpatient testing costs of the novel mPCR/P-AST and SUC were not included in our analyses. Differences in cUTI definition and risk distribution of the cohorts may have also accounted for the higher UTI-related emergency and inpatient events by Lodise et al and possibly costs not as easily discernible in Medicare LDS data. Nonetheless, both our data and Lodise's data point to the high cost of cUTIs and the importance of interventions that can reduce their frequency and severity.

## Strengths of This Analysis

Strengths of this analysis include (1) real-world evidence on the economic advantages of a novel diagnostic test for complicated urinary tract infections, use of research-quality data enabling outcome assessment across a variety of Medicare beneficiaries and clinical practices, regardless of physician or patient behavior subsequent to the choice of diagnostic test; (2) one-year observation periods of propensity score–matched cohorts during which all outpatient diagnostics were solely SUC or mPCR/P-AST; and (3) a definition of r/cUTI that reflects the realities of outpatient clinical decision-making based on patient risk factors (including occurrence of a new UTI following a recent history of rUTI) as well as the nature of the infection. Other published definitions of cUTI vary from prima facie evidence (emergency or inpatient UTI),[24] pathogen-based or multidrug-resistance–based,[25] to UTI in the face of anatomic or functional urinary tract abnormalities,[26] among others.[27]

## Limitations

Limitations include caveats inherent in claims data, such as coding errors, use of diagnosis codes for rule-out situations, and findings from laboratory, imaging, and pathology studies. We were unable to determine whether an outpatient antibiotic was dispensed or taken, although antibiotics may be prescribed empirically awaiting culture and sensitivities, and the fact that one is prescribed does not necessarily offer stronger support for a UTI diagnosis than the combination of ICD codes for UTI and a test on claim. Our results should therefore be regarded as intention-to-diagnose comparisons.

Although we included all 69 valid mPCR/P-AST episodes in our analysis, the relatively low frequency of UTI-related emergency and inpatient events makes it difficult to achieve the statistical power needed to detect a true difference in individual event types, although the cost differences were significant. In addition, the low frequency of events in the mPCR/P-AST cohort precludes reporting individual event types per CMS requirement to exclude details related to Medicare beneficiaries when these data could possibly be used to identify individuals. Future investigations with larger sample sizes are needed to address this issue.

JU OpenFlux

The potential for unknown confounders exists in any observational study.[28] For example, physicians may have chosen mPCR/P-AST based on their assessment of patient factors that are not identifiable in claims. We aimed to neutralize the impact of observable confounders by using propensity score–based matching.

### Directions for Further Investigations

Prospective trials should be conducted to further explore the value of mPCR/P-AST in patients with cUTI across appropriate real-world settings and to inform budget impact modeling.

# Conclusions

Rapid and accurate detection of urinary tract pathogens and their associated pooled antibiotic susceptibilities in Medicare beneficiaries with complicated or persistently recurrent urinary tract infections has the potential to reduce health care utilization costs while improving patient care.

**Author Contributions:***Conception and design:* Juster, Ko, Lukacz, Vollstedt, Mathur, Baunoch.*Drafting the manuscript:* Juster, Ko, Lukacz.*Critical revision of the manuscript for scientific and factual content:* Juster, Ko, Lukacz, Vollstedt, Mathur, Baunoch, Ashok.*Statistical analysis:* Niecko.*Data analysis and interpretation:* Niecko.

**Conflict of Interest Disclosures:** Drs Mathur and Baunoch are employees of Pathnostics. Drs Ko, Lukacz, and Vollstedt serve on Pathnostics' Science Advisory Board. Juster and Niecko are independent consultants in health economics.

**Funding/Support:** Funding for this project was provided by Pathnostics, the developer of the mPCR/P-AST test.

**Reporting Standard:** STROBE

# References

1. HCUPNet, Healthcare Cost and Utilization Project. Agency for Healthcare Research and Quality. Accessed October 25, 2022. https://datatools.ahrq.gov/hcupnet.

- Cited Here

2. Abbo LM, Hooton TM. Antimicrobial stewardship and urinary tract infections. Antibiotics (Basel). 2014;3(2):174-192.

- Cited Here |
- Google Scholar

3. Carreno JJ, Tam IM, Meyers JL, et al. Longitudinal, nationwide, cohort study to assess incidence, outcomes, and costs associated with complicated urinary tract infection. Open Forum Infect Dis. 2019;6(11):ofz446.

- Cited Here |
- View Full Text | PubMed | CrossRef |
- Google Scholar

4. Urine Culture, Routine. https://www.labcorp.com/tests/008847/urine-culture-routine. Accessed October 25, 2022.

- Cited Here |
- Google Scholar

5. Wagenlehner FM, Naber KG. Current challenges in the treatment of complicated urinary tract infections and prostatitis. Clin Microbiol Infect. 2006;12(suppl 3):67-80.

- Cited Here |
- View Full Text | PubMed | CrossRef |
- Google Scholar

6. Xu R, Deebel N, Casals R, et al. A new gold rush: a review of current and developing diagnostic tools for urinary tract infections. Diagnostics (Basel). 2021;11(3):479.

- Cited Here |
- Google Scholar

7. Wojno KJ, Baunoch D, Luke N, et al. Multiplex PCR based urinary tract infection (UTI) analysis compared to traditional urine culture in identifying significant pathogens in symptomatic patients. Urology. 2020;136:119-126.

- Cited Here |
- PubMed | CrossRef |
- Google Scholar

8. Gaston JR, Johnson AO, Bair KL, et al. Polymicrobial interactions in the urinary tract: is the enemy of my enemy my friend? Infect Immun. 2021;89(4).

- Cited Here |
- Google Scholar

9. Wojno KJ, Baunoch D, Luke N, et al. Multiplex PCR based urinary tract infection (UTI) analysis compared to traditional urine culture in identifying significant pathogens in symptomatic patients. Urology. 2020;136:119-126.

- Cited Here |
- PubMed | CrossRef |
- Google Scholar

10. Hilt EE, McKinley K, Pearce MM, et al. Urine is not sterile: use of enhanced urine culture techniques to detect resident bacterial flora in the adult female bladder. J Clin Microbiol. 2014;52(3):871-876.

- Cited Here |
- PubMed | CrossRef |
- Google Scholar

11. Price TK, Hilt EE, Dune TJ, et al. Urine trouble: should we think differently about UTI? Int Urogynecol J. 2018;29(2):205-210.

- Cited Here |
- PubMed | CrossRef |
- Google Scholar

12. Bottery MJ, Pitchford JW, Friman VP. Ecology and evolution of antimicrobial resistance in bacterial communities. ISME J. 2021;15(4):939-948.

- Cited Here |
- PubMed |
- Google Scholar

13. de Vos MGJ, Zagorski M, McNally A, Bollenbach T. Interaction networks, ecological stability, and collective antibiotic tolerance in polymicrobial infections. Proc Natl Acad Sci U S A. 2017;114(40):10666-10671.

- Cited Here |
- PubMed | CrossRef |
- Google Scholar

14. Baunoch D, Luke N, Wang D, et al. Concordance between antibiotic resistance genes and susceptibility in symptomatic urinary tract infections. Infect Drug Resist. 2021;14:3275-3286.

- Cited Here |
- PubMed |
- Google Scholar

15. Vollstedt A, Baunoch D, Wolfe A, et al. Bacterial interactions as detected by pooled antibiotic susceptibility testing (P-AST) in polymicrobial urine specimens. J Surg Urol. 2020;1:101.

- Cited Here |
- Google Scholar

16. Daly A, Baunoch D, Rehling K, et al. Utilization of M-PCR and P-AST for diagnosis and management of urinary tract infections in home-based primary care. JOJ Uro Nephron. 2020;7(2):555707.

- Cited Here |
- Google Scholar

17. Research Data Assistance Center. https://resdac.org/. Accessed October 25, 2022.

- Cited Here |
- Google Scholar

18. Anger J, Lee U, Ackerman AL, et al. Recurrent uncomplicated urinary tract infections in women: AUA/CUA/SUFU guideline. J Urol. 2019;202(2):282-289.

- Cited Here |
- View Full Text | PubMed |
- Google Scholar

19. Quan H, Sundararajan V, Halfon P, et al. Coding algorithms for defining comorbidities in ICD-9-CM and ICD-10 administrative data. Med Care. 2005;43(11):1130-1139.

- Cited Here |
- View Full Text | PubMed | CrossRef |
- Google Scholar

20. Rosenbaum PR, Rubin DB. The central role of the propensity score in observational studies for causal effects. Biometrika. 1983;70(1):41-55.

- Cited Here |
- CrossRef |
- Google Scholar

21. Research Data Assistance Center. CMS Cell Size Suppression Policy. https://resdac.org/articles/cms-cell-size-suppression-policy.Accessed October 25, 2022.

- Cited Here |
- Google Scholar

22. Szlachta-McGinn A, Douglass KM, Chung UYR, et al. Molecular diagnostic methods versus conventional urine culture for diagnosis and treatment of urinary tract infection: a systematic review and meta-analysis. Eur Urol Open Sci. 2022;44:113-124.

- Cited Here |
- Google Scholar

23. Lodise TP, Manjelievskaia J, Marchlewicz EH, Rodriguez M. Retrospective cohort study of the 12-month epidemiology, treatment patterns, outcomes, and health care costs among adult patients with complicated urinary tract infections. Open Forum Infect Dis. 2022;9(7):ofac307.

- Cited Here |
- View Full Text | PubMed | CrossRef |
- Google Scholar

24. Turner RM, Wu B, Lawrence K, et al. Assessment of outpatient and inpatient antibiotic treatment patterns and health care costs of patients with complicated urinary tract infections. Clin Ther. 2015;37(9):2037-2047.

- Cited Here |
- PubMed | CrossRef |
- Google Scholar

25. Rubin RH, Shapiro ED, Andriole VT, et al. Evaluation of new anti-infective drugs for the treatment of urinary tract infection. Clin Infect Dis. 1992;15(suppl_1):S216-S227.

- Cited Here |
- PubMed | CrossRef |
- Google Scholar

26. Carreno JJ, Tam IM, Meyers JL, et al. Longitudinal, nationwide, cohort study to assess incidence, outcomes, and costs associated with complicated urinary tract infection. Open Forum Infectious Dis. 2019;6(11):ofz446.

- Cited Here |
- Google Scholar

27. Wagenlehner FME, Bjerklund Johansen TE, Cai T, et al. Epidemiology, definition, and treatment of complicated urinary tract infections. Nat Rev Urol. 2020;17(10):586-600.

- Cited Here |
- PubMed |
- Google Scholar

28. Konrad R, Zhang W, Bjarndóttir M, Proaño R. Key considerations when using health insurance claims data in advanced data analyses: an experience report. Health Syst. 2019;9(4):317-325.

- Cited Here |
- Google Scholar

View full references list

**Keywords:**

health expenditures; costs and cost comparison; diagnostic techniques; urological; urinary tract infections; molecular diagnostic technique

© 2023 The Author(s). Published on behalf of the American Urological Association, Education and Research, Inc.

View full article text

# Related Articles

- **[Real-World Evidence That a Novel Diagnostic Combining Molecular Testing With Pooled Antibiotic Susceptibility Testing is Associated With Reduced Infection Severity and Lower Cost Compared With Standard Urine Culture in Patients With Complicated or Persistently Recurrent Urinary Tract Infections: Erratum](#)**

- **[Real-World Evidence That a Novel Diagnostic Combining Molecular Testing With Pooled Antibiotic Susceptibility Testing is Associated With Reduced Infection Severity and Lower Cost Compared With Standard Urine Culture in Patients With Complicated or Persistently Recurrent Urinary Tract Infections](#)**

- **[Potential System Utilization and Cost Savings of Advanced Microbial Testing for Urinary Tract Infections](#)**

- **[Changes in Education and Consistency Needed in Recurrent Urinary Tract Infection Care: Patient and Expert Physician Perspectives](#)**

- **[Variability of Commercial Saw Palmetto–Based Supplements for the Management of Benign Prostatic Hyperplasia/Lower Urinary Tract Symptoms](#)**

- **[Vasectomy has No Impact on Future Lower Urinary Tract Symptoms Diagnoses: A Retrospective Cohort Claims Database Analysis](#)**

## Most Popular

- **[Prevalence, Incidence, and Determinants of Kidney Stones in a Nationally Representative Sample of US Adults](#)**

- **[Partial Versus Radical Nephrectomy: Comparison of Postoperative Complications and Contribution to Mortality](#)**

- **[Saw Palmetto Treatment for Prostatitis: A Systematic Review of the Literature](#)**

- **[The Clinical Impact of the 4Kscore Test on Prostate Biopsy Decision Making in the Setting of MRI](#)**

- **[Variability of Commercial Saw Palmetto–Based Supplements for the Management of Benign Prostatic Hyperplasia/Lower Urinary Tract Symptoms](#)**

^Back to Top



**Never Miss an Issue**

Get new journal Tables of Contents sent right to your email inbox  [Type your email]  [Get New Issue Alerts]

**Browse Journal Content**

- [Register on the website](#)

**Customer Service**

- Contact us at:
    - Support:
    [Submit a Service Request](#)
    - TEL:
    800-638-3030 (within the USA)
    301-223-2300 (outside of the USA)

- | Manage Cookie Preferences |

- [Privacy Policy](#)
- [Legal Disclaimer](#)
- [Terms of Use](#)
- [Open Access Policy](#)
- [Your California Privacy Choices](#)

- Copyright © 2024
- [Wolters Kluwer Health, Inc. and/or its subsidiaries. All rights reserved.](#)