# EXHIBIT H

UNITED STATES OF AMERICA, *et al., ex rel.* OMNI HEALTHCARE v. MD SPINE SOLUTIONS LLC, et al. Case No. 18-cv-12558-PBS - **Expert report of Michael F. Arrigo January 29, 2024**

### MD LABS RESULTS

The MD Lab Result Report was reviewed for each patient.  The UTI test results are noted in the spreadsheet.  The report lists pathogens tested with RT-PCR.  If antimicrobial susceptibility testing was performed any antimicrobial resistance is documented.

These test results are important as they should correlate with the claim form submitted.

### HEALTHCARE CLAIM

For each patient the health care claim submitted was analyzed.  The tests listed on the claim form should have appropriate documentation.   This consists of a signed progress note in the medical record documenting the medical necessity and the intent to perform the specific diagnostic test.  The requisition should list the health care professional ordering the test, an order for the test (the box for the panel should be checked), and the indication for the test (diagnoses/symptoms).[15]

The spreadsheet for the 57 patients is shown here:

CONFIDENTIAL CONTAINS HIPAA PROTECTED HEALTH INFORMATION (PHI)
Portions Copyright © Michael F. Arrigo and No World Borders, Inc. CPT is a Registered Trademark of the American Medical Association

UNITED STATES OF AMERICA, *et al., ex rel.* OMNI HEALTHCARE v. MD SPINE SOLUTIONS LLC, et al. Case No. 18-cv-12558-PBS - **Expert report of Michael F. Arrigo January 29, 2024**



*Figure 15 - High level view of patient chart review; red areas show deficiencies (1 of 2)*

CONFIDENTIAL CONTAINS HIPAA PROTECTED HEALTH INFORMATION (PHI)
Portions Copyright © Michael F. Arrigo and No World Borders, Inc. CPT is a Registered Trademark of the American Medical Association

UNITED STATES OF AMERICA, *et al., ex rel.* OMNI HEALTHCARE v. MD SPINE SOLUTIONS LLC, et al. Case No. 18-cv-12558-PBS - **Expert report of Michael F. Arrigo January 29, 2024**



*Figure 16 - High-level view of patient chart review; red areas show deficiencies (2 of 2)*

**FINDINGS**

7.  The most significant finding is that in **all 57 charts** there was no documentation in the medical chart demonstrating the intent of the ordering physician to perform the PCR diagnostic testing and antimicrobial susceptibility testing.

8.  21 of the 57 MD Labs Requisition Forms left the box for the Urinary Tract Infection Testing Panel unchecked.

9.  23 of the 57 MD Labs Requisition Forms were unsigned by a health care provider.

### B.  Detail Narrative Regarding Five of the 57 Patients

The application of the methodology described is illustrated in detail in the discussion regarding five patients below.

CONFIDENTIAL CONTAINS HIPAA PROTECTED HEALTH INFORMATION (PHI)
Portions Copyright © Michael F. Arrigo and No World Borders, Inc. CPT is a Registered Trademark of the American Medical Association