# EXHIBIT L

**From:**       Howard Claussen [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=85B530516E874C8FAD7845A97ED9EDD0-HOWARD]
**Sent:**       4/18/2019 1:04:15 PM
**To:**         Denis Grizelj [denis@mdlabs.com]; Matthew Rutledge [matthew@mdlabs.com]
**Subject:**    Fwd: 2019 EKRA Presentation (O0362474xD07F1) (1).PPTX (1).pdf
**Attachments:**   2019 EKRA Presentation (O0362474xD07F1) (1).PPTX (1).pdf

Get Outlook for iOS

**From:** Doctors Connection Support <support@drsconnection.com>
**Sent:** Thursday, April 18, 2019 5:24:34 AM
**To:** Howard Claussen
**Subject:** 2019 EKRA Presentation (O0362474xD07F1) (1).PPTX (1).pdf

Howard,
I'm sure you have already seen the rules on this but the attached presentation mentions imprisonment for the rep and lab and sounds kind of scary.

Kim Kugler
President & CEO
info@drsconnection.com
Cell: 210.392.7155
Fax: 800.655.5079
www.drsconnection.com

Doctors ✚ Connection

Clinical Solutions for the Medical Field

Kim Kugler
Support Team support@drsconnection.com
Office: 512.840.8906
Fax: 800.655.5079
www.drsconnection.com

Doctors ✚ Connection

Clinical Solutions for the Medical Field

MD0188759



LIGHTHOUSE LAB SERVICES PRESENTS

# EKRA WEBINAR

Is your lab prepared for the new Anti-Kickback Law?

MD0188760



**RECRUITING    CONSULTING    BUYER/SELLER**

services for clinical laboratories + professionals

# www.lighthouselabservices.com

MD0188761



MD0188762

# INTRODUCTION to the Eliminating Kickbacks in Recovery Act ("EKRA")



# INTRODUCTION to the Eliminating Kickbacks in Recovery Act



MD0188764

# DEFINITIONS

✓ "clinical treatment facility means a medical setting , other than a hospital, that provides detoxification, risk reduction, outpatient treatment and care, residential treatment, or rehabilitation for substance use, pursuant to licensure or certification under State law"  18 USC 220(e)(2)

✓ "laboratory has the meaning given the term in section 353 of the Public Health Service Act (42 U.S.C. 263a)" 18 USC 220(e)(4)

✓ "recovery home" means a shared living environment that is, or purports to be, free from alcohol and illicit drug use and centered on peer support and connection to services that promote sustained recovery from substance use disorders."  18 USC 220(e)(5)



O'CONNELL    ARONOWITZ

ATTORNEYS AT LAW

MD0188765



## Whoever…knowing and willfully

…or receives any remuneration (including any kickback, bribe, or rebate) directly or indirectly, overtly or covertly, in cash or in kind, in return for referring a *patient or patronage to a recovery home, clinical treatment facility, or laboratory*; or

## Whoever knowingly and willfully

solicits or receives any remuneration (including any kickback, bribe, or rebate) directly or indirectly, overtly or covertly, in cash or in kind--

(A) in return for referring an individual to a person for the furnishing or arranging for the furnishing of any item or service for which payment may be made in whole or in part under a Federal health care program, or

(B) in return for purchasing, leasing, ordering, or arranging for or recommending purchasing, leasing, or ordering any good, facility, service, or item for which payment may be made in whole or in part under a Federal health care program…

O'CONNELL ARONOWITZ
ATTORNEYS AT LAW

MD0188766

# EKRA        vs        AKS

## Whoever... knowing and willfully

(2) pays or offers any remuneration (including any kickback, bribe, or rebate) directly or indirectly, overtly or covertly, in cash or in kind--
(A) to induce *a referral of an individual to a recovery home, clinical treatment facility, or laboratory; or*
(B) *in exchange for an individual using the services of that recovery home, clinical treatment facility, or laboratory,*

## Whoever knowingly and willfully

offers or pays any remuneration (including any kickback, bribe, or rebate) directly or indirectly, overtly or covertly, in cash or in kind to any person to induce such person--
(A) to refer an individual to a person for the furnishing or arranging for the furnishing of any item or service for which payment may be made in whole or in part under a Federal health care program, or
(B) to purchase, lease, order, or arrange for or recommend purchasing, leasing, or ordering any good, facility, service, or item for which payment may be made in whole or in part under a Federal health care program,



O'CONNELL ARONOWITZ
ATTORNEYS AT LAW

MD0188767

# EXCEPTIONS

## EKRA

VS

## AKS

discount or other reduction in price obtained by a provider of services or other entity under a health care benefit program if the reduction in price is properly disclosed and appropriately reflected in the costs claimed or charges made by the provider or entity;

a discount or other reduction in price obtained by a provider of services or other entity under a Federal health care program if the reduction in price is properly disclosed and appropriately reflected in the costs claimed or charges made by the provider or entity under a Federal health care program;



O'CONNELL ARONOWITZ

ATTORNEYS AT LAW

MD0188768

# EXCEPTIONS

## EKRA vs AKS

### EKRA

payment made by a principal to an agent as compensation for the services of the agent under a personal services and management contract that meets the requirements of [AKS Safe Harbors], as in effect on the date of enactment of this section;

### AKS

Personal Service Safe Harbor 42 CFR 1001.952(d)

- In writing and signed
- Covers all the services and specifies the services
- If part-time or sporadic, the agreement sets out the exact schedule
- Term of at least one year
- Compensation set in advance, consistent with FMV, and does not take into account volume or value of any referrals or business generated
- Does not violate state or federal law
- Aggregate services are reasonably necessary



O'CONNELL ARONOWITZ
ATTORNEYS AT LAW

MD0188769

# EXCEPTIONS

## EKRA

## VS

## AKS

a waiver or discount ([as defined under the AKS Safe Harbors], or any successor regulation) of any coinsurance or copayment by a health care benefit program if--
(A) the waiver or discount is not routinely provided; and
(B) the waiver or discount is provided in good faith;

Discounts Safe Harbor 42 CFR 1001.952(h)(5)



O'CONNELL ARONOWITZ

ATTORNEYS AT LAW

MD0188770

# EXCEPTIONS

## EKRA

## VS

## AKS

**EKRA:** a remuneration described in section 11288(b)(3)(I) of the Social Security Act (42 U.S.C. 1320a-7b(b)(3)(I)) [i.e. AKS]

**AKS:** any remuneration between a health center entity described under clause (i) or (ii) of section 1396d(l)(2)(B) of this title and any individual or entity providing goods, items, services, donations, loans, or a combination thereof, to such health center entity pursuant to a contract, lease, grant, loan, or other agreement, if such agreement contributes to the ability of the health center entity to maintain or increase the availability, or enhance the quality, of services provided to a medically underserved population served by the health center entity;



O'CONNELL ARONOWITZ
ATTORNEYS AT LAW

MD0188771

# EXCEPTIONS

## EKRA  VS  AKS

### EKRA

a remuneration made pursuant to an alternative payment model (as defined in section 1833(z)(3)(C) of the Social Security Act) or pursuant to a payment arrangement used by a State, health insurance issuer, or group health plan if the Secretary of Health and Human Services has determined that such arrangement is necessary for care coordination or value-based care; or



O'CONNELL ARONOWITZ
ATTORNEYS AT LAW

MD0188772

# EXCEPTIONS

## EKRA    VS    AKS

Others not mirrored in EKRA



O'CONNELL ARONOWITZ

ATTORNEYS AT LAW

MD0188773

# EXCEPTIONS

## EKRA    VS    AKS

**EKRA**

a payment made by an employer to *an employee or independent contractor* (who has a bona fide employment or contractual relationship with such employer) for employment, if the employee's payment is not determined by or does not vary by:

(A) the number of individuals referred to a particular recovery home, clinical treatment facility, or laboratory;

(B) the number of tests or procedures performed; or

(C) the amount billed to or received from, in part or in whole, the health care benefit program from the individuals referred to a particular recovery home, clinical treatment facility, or laboratory;

**AKS**

**(B) *any amount paid by an employer to an employee*** (who has a bona fide employment relationship with such employer) for employment in the provision of covered items or services;

i.e. in Safe Harbor:
(i) Employees. ..."remuneration" does not include any amount paid by an employer to an employee, who has a bona fide employment relationship with the employer...



O'CONNELL ARONOWITZ
ATTORNEYS AT LAW

MD0188774

# EKRA    VS    AKS

**Whoever… "knowing and willfully"**

*[silent]*

**Whoever "knowingly and willfully"**

**(h) Actual knowledge or specific intent not required**

With respect to violations of this section, a person need not have actual knowledge of this section or specific intent to commit a violation of this section.



O'CONNELL ARONOWITZ

ATTORNEYS AT LAW

MD0188775

# Penalties

## EKRA

## AKS

✓ Fined not more than $200,000, imprisoned not more than 10 years, or both, for each occurrence

✓ Guilty of a felony and upon conviction thereof, shall be fined not more than $100,000 or imprisoned for not more than 10 year, or both.





O'CONNELL ARONOWITZ

ATTORNEYS AT LAW

MD0188776

# Preemption?



(d) **Preemption.--**
**Federal law.**--This section shall not apply to conduct that is prohibited under [the Anti-Kickback Statute]

i.e. there is a conflict between the statutes



O'CONNELL ARONOWITZ
ATTORNEYS AT LAW

MD0188777

# Marketing & Sales Arrangements

## What does this mean in a nutshell?

✓ To not be violative of EKRA, can no longer pay percentage commissions even to a W-2 employee

✓ This applies not only to federal healthcare payors but to COMMERCIAL payors too

✓ There will likely be more scrutiny over arrangements

✓ Compensation can no longer vary by:

**(A)** the number of individuals referred to a particular recovery home, clinical treatment facility, or laboratory;
**(B)** the number of tests or procedures performed; or
**(C)** the amount billed to or received from, in part or in whole, the health care benefit program from the individuals referred to a particular recovery home, clinical treatment facility, or laboratory

✓ Can pay flat fee for W-2 employees and add in performance bonuses if performance metrics do not vary on the above



O'CONNELL ARONOWITZ
ATTORNEYS AT LAW

MD0188778



Questions?

Danielle E. Holley, JD, MS

Partner

O'Connell & Aronowitz, P.C.

dholley@oalaw.com

518-462-5601



MD0188779



As a trade association for community, regional, and health system clinical laboratories. NILA serves as a platform for laboratory owners and senior executives to share business expertise, focus on legislative and regulatory issues, work together to address industry concerns, and to improve the operations of NILA's member laboratories.

MD0188780