# EXHIBIT M

# IMPOUNDED

## (Exhibit Provided to Clerk)