# EXHIBIT O



**MD LABS**
Molecular Diagnostics

10715 Double R Blvd Suite 102
Reno, Nevada 89521
Phone: (775) 391-5221
Fax: (775) 737-9133
CLIA#:29D2032647

**RESOLUTION**

**Please Circle Requesting Provider Below**

Andrea Leathers-Wurmer, MD    Kimberly McArath, MD
Cecil Robertson, MD    Lindsey Buesober, ARNP    Scott Sentner, MD
Craig Deligdish, MD    Magkay VillaFradez-Diaz, MD    Sheenasita Referente, ARNP
Elaine Kondroski, MD    Michele Gray, ARNP    Thomas Martinho, MD
Elaine McKee, MD-FAAP    Peter Tarantol, DO    Thomas Scheer, MD
Ellen Altenburg, MD    Reinaldo Tirado-Bernardini,    Yared Vazquez, MD
Jodi Larsen, ARNP    MD    ⃝Olena Vlasil, MD⃝
John Olinde, MD

**REQUIRED - PLEASE COMPLETE ALL YELLOW HIGHLIGHTED SECTIONS**

**\*17206M\***

Omni Health Care-
Melbourne Medical Lab
95 bulldog blvd Ste 202
Melbourne, FL 32901
Account: 300530 (VBEP)

---

**1. Patient Information:**

Patient's Name: ▓▓▓▓▓▓▓

Date of Birth: ▓▓▓▓▓▓▓

Collector's Name:

Collection Date: 8/9/18

Time:

☐ Catheter patient

Sex:  M  F

**2. Point-Of-Care(P.O.C.) - Please Circle Positives**

☐ ALL POSITIVE (R82.90)    ☐ ALL NEGATIVE

⃝Leukocytes⃝
Nitrates
Protein
Blood

---

**3. Urinary Tract Infection Testing on File (RT-PCR Confirmation & Antibiotic Resistance)**

**Patient Complaining of (REQUIRED FOR UTI TESTING)**

☐ **Urinary Tract Infection Testing Panel on File** (RT-PCR Confirmation & Antibiotic Resistance)

☐ Painful Urination (R30.0)    ☐ Cloudy/Discolored Urine (R82.99)    ☐ Flank Pain/Low Abdominal (R10.30)    ☐ Frequent Urination (R35.0)

☐ Bloody Urine (R31.21)    ☐ Abnormal Urine Odor (R82.90)    ☐ Right Quadrant Pain (R10.31)    ☐ Left Quadrant Pain (R10.32)

☐ Fever (R50.9)    ☐ Chills (R68.83)    ☐ Altered Mental Status (R41.82)

---

**4. Provider's Authorization (Optional):**

*I hereby authorize MD Labs to perform the custom test panel indicated above*

Provider's Authorization Signature: _____    Date: 8/9/18

---

**5. Patient's Authorization:**

*Patient Consent to Testing and Use of Results/Financial and Insurance Authorization*

By signing, I certify that I have provided an unadulterated and fresh urine sample to be analyzed by MD Labs and that the information on this form is accurate. I authorize MD Labs to release the results of this testing to the treating physician or facility. I hereby authorize my insurance benefits to be paid directly to MD Labs for services I receive on this or any Date Of Service moving forward. If MD Labs is an out-of-network provider with my insurer, I agree to endorse the insurance payment check and forward to MD Labs within 30 days of receipt or my account may be subject to collections proceedings and reported to the Credit Bureau.

**\*Patient's Authorization Signature:** _____    Date: 8/9/18

---

# PLEASE SHIP UTI SAMPLES DAILY



17206M

**6. Patient Demographics & Insurance:**    **PLEASE SEND TOP COPY TO MD LABS WITH SAMPLE & ATTACH A COPY OF PATIENT FACE SHEET AND INSURANCE CARD**

HIGHLY CONFIDENTIAL – PHI