# EXHIBIT P

ARTHUR P. MOURTZINOS, M.D.                    April 25, 2024

                                        VOLUME:  I

                                        PAGES:  1 - 116

                                        EXHIBITS:  1 - 4

                    UNITED STATES DISTRICT COURT

                    DISTRICT OF MASSACHUSETTS

                              C.A. No. 18-cv-12558-PBS

- - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA, et al., ex rel.

OMNI HEALTHCARE, INC.,

          Plaintiffs

v.

MD SPINE SOLUTIONS LLC d/b/a MD LABS

INC., DENIS GRIZELJ, MATTHEW RUTLEDGE and

DOE HEALTHCARE PROVIDERS 1 - 100,

          Defendants

- - - - - - - - - - - - - - - - - - - - - - - - x


     ZOOM VIDEOCONFERENCE DEPOSITION OF ARTHUR

P. MOURTZINOS, M.D., MBA, a witness called on

behalf of the Defendants, pursuant to the Federal

Rules of Civil Procedure, before Jessica L.

Williamson, Registered Merit Reporter, Certified

Realtime Reporter, and Notary Public in and for

the Commonwealth of Massachusetts, on Thursday,

April 25, 2024, commencing at 8:28 a.m.


                    _____

ARTHUR P. MOURTZINOS, M.D.                        April 25, 2024

Page 98

Q.   Well, I wasn't going to, but do you recall reviewing that study?

A.   I do not.

Q.   Okay.  And so you don't know if that study concluded that PCR-based identification of pathogens, the main advantage of PCR-based identification of pathogens was the time saved in identifying pathogens?

MR. KENNY:  Objection.

A.   You know, there's -- it may have concluded that, but the question is, does it change medical management?  You know, we could do -- I could do 17 tests on every patient that walks in the door, but is it going to change the way I manage them?  And the answer to that question is no, okay?

So I think that's what we have to keep in mind here, because, you know, if somebody comes in to me because they're worried about -- you know, because their friend got diagnosed with prostate cancer and is dying, and they're worried about prostate cancer, am I going to, you know, order an prostate biopsy and MRI and subject the patient to

ARTHUR P. MOURTZINOS, M.D.                    April 25, 2024

Page 99

harm because their friend -- you know, because they -- those are the things you've got to -- as a clinician, these are the decisions you have to make, and that's why we have standards of care, and that's why we order certain tests that we need, and we order only the tests that we need that are clinically relevant.

Q.   Right.

A.   And that's -- that's the determination.

Q.   So I'm trying to -- because you're identified as an expert witness I'm trying to --

A.   Yes.

Q.   -- separate out what you typically do in your practice from what peer-reviewed literature supports that other clinicians might do, and so with respect to this BJUI article by Lehmann, et al. in 2010, are you aware of whether that study determines that the main advantage is the time saved in identifying pathogens?

A.   I'm just not aware of the study.

Q.   Okay.  In the course of your research for

ARTHUR P. MOURTZINOS, M.D.                    April 25, 2024

Page 100

this report, did you review a study published by Hao, et al. in the International Journal of Molecular Sciences in 2023 and is titled "The Essential Role of PCR and PCR Panel Size in Comparison With Urine Culture in Identification of Polymicrobial Fastidious Organisms in Patients With Complicated Urinary Tract Infections"?

**A.**   I can't recall the study.  I'm sorry.

**Q.**   Are there circumstances, in your expert opinion, when it would be clinically useful to have increased accuracy in determining microorganisms in the urine?

**A.**   In some cases, correct.

**Q.**   What are those cases?

**A.**   Again, complex patients with recurrent infections who have significant underlying comorbidities, you know, the complicated patient that walks in.

**Q.**   Got it.  Does PCR testing for UTIs offer increased accuracy over SUC in detecting microorganisms?

**A.**   It may where it may help determine medical

ARTHUR P. MOURTZINOS, M.D.                        April 25, 2024

Page 101

treatment, yes.

Q.   So PCR testing for UTIs may help determine appropriate medical treatment based on its increased accuracy?

A.   For a complex patient it may.  It hasn't in my practice.

Q.   Okay.

A.   And this is a tertiary care referral center, so I mean, I'm seeing the complex patients that come from all over the place.  So in private practice, you're not, Seth, you're not -- I'm sorry, counselor, so it's a different ballgame in that regard.

Q.   Are there -- let me ask this:  Does PCR testing have an ability to detect a broader spectrum of pathogens as compared to SUC?

A.   Yes.

Q.   Are there circumstances when it would be clinically useful to detect a broader spectrum of microorganisms?

A.   Again, very rarely.  I've only used it once in my practice in 17 years, so...

Q.   Again, I'm sort of separating out your practice versus, you know, the peer-reviewed