# EXHIBIT Q



# Transcript of **Matthew Rutledge**

Friday, December 22, 2023

*United States of America v. MD Spine Solutions LLC*

www.TP.One
www.aldersonreporting.com
www.accutrancr.com
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 136679

UNITED STATERS DISTRICT COURT

DISTRICT OF MASSACHUSETTS

***************************

UNITED STATES OF AMERICA, et

al, ex rel. OMNI HEALTHCARE,

INC.,

    Plaintiffs,      Case No.:

       vs.       18-cv-12558-PBS

MD SPINE SOLUTIONS LLC,

D/B/A MD LABS INC., DENIS

GRIZELJ, MATTHEW RUTLEDGE

AND DOE HEALTHCARE PROVIDERS

1-100,

Defendants

***************************

Deposition of MATTHEW RUTLEDGE

Via Zoom Videoconferencing

Friday, December 22, 2023

10:59 a.m.

Reported by:

Adam D. Miller, Registered Professional Reporter

A    Part of the process involved that, yes.

Q    Okay.  Was there ever any testing that MD Labs performed that didn't involve that, didn't involve PCR?

A    Did it or did not?

Q    Did not.

A    Antibiotic susceptibility testing does not involve PCR.  We perform that.  There's also -- you know, dipstick urinalysis does not involve PCR as well, and that was sometimes performed.  Microscopy does not involve PCR.

Q    And this is all testing for urinary tract infections?

A    Yes.

Q    If a provider wanted a UTI test that did not involve a PCR, how would it request that?

A    They probably would not have used the Resolution test.  They probably would not have used MD Labs.

Q    Show you Rutledge 3.  This was produced with a Bates number OMNI00528.

