# EXHIBIT R



# Transcript of **Alexander Stojanoff**

Wednesday, November 15, 2023

*United States of America v. MD Spine Solutions LLC*

www.TP.One
www.aldersonreporting.com
www.accutrancr.com
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 135507

UNITED STATERS DISTRICT COURT
DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * * * *

UNITED STATES OF AMERICA, et al, ex rel. OMNI HEALTHCARE, INC.,

                Plaintiffs,

vs.                                    Case No.:
                                       18-cv-12558-PBS

MD SPINE SOLUTIONS LLC, D/B/A MD LABS INC., DENIS GRIZELJ, MATTHEW RUTLEDGE AND DOE HEALTHCARE PROVIDERS 1-100,

                Defendants

* * * * * * * * * * * * * * * * * * * * * * * * * *


DEPOSITION of ALEXANDER STOJANOFF, PH.D.

via Zoom

Wednesday, November 15, 2023

1:00 p.m. Easter Standard Time




Judith McGovern Williams, CSR, CRR
Registered Professional Reporter


Williams & Associates Court Reporters
177 Beach Avenue
Hull, Massachusetts  02045
781-760-6619
judithmwilliams@gmail.com

that it is -- it is -- it is actually quite confusing looking at this -- looking at this document.  I am confused actually.

Q. All right.

A. There is something that -- there is a cross over "Fever."  In the same breath, it says "Urinary tract infection on file."  I'm not sure.  I am totally confused.

Q. Can you explain what is confusing about it?

A. Well, it's -- it seems to be referring to some sort of diagnosis, you know, painful urination, bloody urine, fever.  There is a cross over fever.  But in the same breath it says "Urinary tract infection testing panel."  I don't know where that panel is.  It just -- it just is all of these different diagnoses.  So that is what is confusing.

Q. Do you know what a testing panel refers to?

A. A testing panel?

Q. A testing panel.

