# EXHIBIT T

## Timothy P. McCormack

| | |
|---|---|
| **From:** | Jack Todd <jacktodd4@gmail.com> |
| **Sent:** | Tuesday, April 24, 2018 2:32 PM |
| **To:** | Craig Deligdish |
| **Cc:** | Jack Todd; Dale Stenberg; Howard Claussen |
| **Subject:** | Re: MD Labs proposal for PCR UTI testing |

My company felt that giving you our EOB's is not appropriate at this time. They are all over the place, even within the same Company. All of the Commercial payers and Medicare pay us. Medicaid is our problem ... generally below $100.  We are not in network with any commercial payers. We are generally reimbursed between $200 to $550 per test. There is no National Lab with this test in network with these payers, so they generally pay as OON or as experimental.

I would propose to trial for at least 120 days so you can determine yourself. Of course you can stop at any time.

Thoughts?

GB
Jack

On Mon, Apr 23, 2018 at 5:13 PM, Craig Deligdish <deligdishc@omnihealthcare.com> wrote:

> Seems fine. Can you send sample EOBS demonstrating that either commercial insurances, i.e. United, Aetna, Cigna, BCBS or others or even Medicare or Medicare Advantage actually pay for these tests.
>
>
> **From:** Jack Todd [mailto:jacktodd4@gmail.com]
> **Sent:** Monday, April 23, 2018 4:53 PM
> **To:** deligdishc@omnihealthcare.com
> **Cc:** bobangom@omnihealthcare.com; Dale Stenberg <stenbergdalea@gmail.com>; Howard Claussen <howard@mdlabs.com>
> **Subject:** MD Labs proposal for PCR UTI testing
>
>
> Sorry it took so long to get back to you.
>
> - We considered a monthly volume of 200 specimens (plus or minus)
> - We considered a payer mix of 35% Commercial and 65% all Federal plans to include Medicare, Medicaid and Tricare.
> - You collect all specimens in your lab and we will pick up daily.
> - We bill Omni their share monthly.
>
> The price we would prefer for your commercial plans would be $150.00 per specimen.
>
>
> May I have your thoughts?

--

GB,

Jack

--
GB,
Jack

2