# EXHIBIT U

**From:** Wendy Williams <williamsw@omnihealthcare.com>
**Sent:** Friday, August 03, 2018 12:52 PM
**To:** Mark Bobango <bobangom@omnihealthcare.com>
**Subject:** Fwd: Lunch

This is the answer that I got from them when I asked.

---------- Forwarded message ----------
From: **Dale A Stenberg** <stenbergdalea@gmail.com>
Date: Fri, Aug 3, 2018 at 11:05 AM
Subject: Fwd: Lunch
To: Wendy Williams <williamsw@omnihealthcare.com>

Begin forwarded message:

**From:** Jack Todd <jacktodd4@gmail.com>
**Subject: Re: Lunch**
**Date:** July 30, 2018 at 2:41:25 PM EDT
**To:** Dale A Stenberg <stenbergdalea@gmail.com>

Our PCR based UTI is billed at 1 time Medicare rate to all. When Medicare changes so do we. (FYI. Currently it is approximately $700.00.)

We accept whatever the insurance company pays us ... no balance bill. If insurance does not pay we bill patient $50.00 only. They also get the credit for the deductible the insurance company had shared with them on their EOB.
If you need additional information, Mark Bobingo has EOBs.

GB,
Jack Todd

On Jul 30, 2018, at 1:49 PM, Dale A Stenberg <stenbergdalea@gmail.com> wrote:

> This question comes up frequently, what should my response be? This is the Urgent
> Care Omni

1

OMNI00015

On Jul 30, 2018, at 9:44 AM, Wendy Williams <williamsw@omnihealthcare.com> wrote:

Good morning-

My Doctor wants to know the price that Insurances are being billed for urine cultures?  Can you please provide this information.
Thank you

On Thu, Jul 26, 2018 at 11:58 AM, Dale A Stenberg <stenbergdalea@gmail.com> wrote:

> Good Afternoon Wendy,
>   Getting lunch for you and your crew next week.
> Anything in particular?
>     Best,
>   Dale

--
*Wendy Williams*
Practice Administrator
OMNI HealthCare/Urgent Care
2501 W. New Haven Ave.
Melbourne, FL 32904
(321)723-9411 Office
(321)724-8749 Fax
williamsw@omnihealthcare.com

--
*Wendy Williams*
Practice Administrator
OMNI HealthCare/Urgent Care
2501 W. New Haven Ave.
Melbourne, FL 32904
(321)723-9411 Office
(321)724-8749 Fax
williamsw@omnihealthcare.com

OMNI00016