# EXHIBIT V

**MEMO**          AUGUST 13, 2018
FROM:          CRAIG DELIGDISH, M.D.
RE:           CONVERSATION WITH HOWARD CLAUSSEN, DIRECTOR OF SALES AT
                MD LABS.

Brad Smith and I spoke with Howard Claussen for 30 minutes today.  Mr. Claussen has been with MD Labs for 4 years.  When he began working with the lab they were doing 16 samples a month and they are now doing 16,000 samples of month.  They UTI business is 70% of Medicare and the remainder Medicaid and commercial, were as their urine toxicology and pharmacogenomics business is apparently 35% Medicare, 30% Medicaid and the remainder commercial.  They are an out-of-network lab.  They bill Medicare at 1 times the Medicare allowable.  Their philosophy has been to be the last man standing in a space that is full of crooked competitors.  They are absolutely a straight arrow, and they are convinced that everyone else will fail.  They practice to stay in the business.  They have bought no other laboratories.  They have grown by engaging experienced reps and they provide service directly to hospitals and clinics.  They believe they provide good sales services.  Howard Claussen previously worked with Medtox, and subsequent to that Solstas.  At Medtox was doing 15,000 specimens/day.

Howard Claussen stated that Quest and LabCorp do screening and confirm positive screens.  He indicated that Dr. Jeeter tried to prevent labs from doing confirmations.  He indicated that screening has a false positive rate of 30% on opioids, so they confirm all of their urine toxicology testing without any cutoffs, and do confirmations with LCMS on 50 drugs in 60 minutes on every specimen.  They only do screening if a customer requests it.  They receive $317.00 from Medicare for a full LCMS confirmation.  Medicaid pays them 40-70% of the Medicare allowable, but the Medicaid carries pay differently.

We began the conversation about urinary tract infection testing.  Mr. Claussen stated that this is a "direct replacement for culture and sensitivity".  He stated that this is the same technology used to diagnose cancer.  He stated that "cultures get it wrong 50-70% of the time".  He stated this was a study performed by Florida Hospital in Orlando and he has a copy which he will provide to us. He stated that if Medicare does not like the test, they wouldn't pay for it when we asked whether or not the test was a Medicare approved/allowable test, and whether the test was medically necessary.  He stated that if the test was not medically necessary, Medicare would not pay for it.  He stated that if a patient's denies payment or anyone denies payment, they bill the patient $50.  If the patient doesn't pay on the 1st or 2nd bill, they write off the test.  He said they don't bill deductibles and do not bill co-pays.  He stated that because they are an out-of-network lab they bill Medicare 1 times the allowable, and they bill everyone the same amount.  He said their goal is to be fair on the price.  He also stated that he would allow our laboratory to bill, and would be happy to split the profits with us.  He stated that they would set up a arbitrary amount to charge us, which was stated to be $100 per specimen by Jack Todd, and if Medicare and commercial payers increased what they paid to us, we would reevaluate on an annual basis and they would adjust what they charge us, and in which case they would agree to split the profits.He stated that after 3-4 months of billing us and having us bill Medicare, we could renegotiate based on what we were paid by Medicare and renegotiate at 3-4 months.
CD/msh  F: 180813

OMNI00089