# EXHIBIT W

**From:** Craig Deligdish
**To:** Craig Deligdish MD
**Subject:** FW: Memo of conversation with Jack Todd and Mark Clausen
**Date:** Monday, August 27, 2018 7:42:39 PM

---

**From:** Mark Bobango [mailto:bobangom@omnihealthcare.com]
**Sent:** Monday, August 27, 2018 6:06 PM
**To:** Brad Smith <bsmith@thewhistleblower.net>; Craig Deligdish <cdeligdish@thewhistleblower.net>
**Subject:** RE: Memo of conversation with Jack Todd and Mark Clausen

Brad, Dr. Deligdish,

I had another conversation with Howard today regarding the pricing structure. This is what he confirmed:

1.  They will not bill any patient anything greater than $50.00 regardless of insurance, co-pay or deductible.  They do not want patients to have to pay a lot for this service. They do not go after the patient for any balances over $50.00.

2.  For Tox tests, the billing code is G0483.  This is for a panel of 22-25 drug tests, Medicare will pay approximately $300 as will commercial plans.  They will bill Omni $150.00 for these tests and renegotiate in 90 days based on the profitability. Their cost for these tests is approximately $50.00.

3.  For UTI tests, he stated Omni will profit between $200 and $700 per claim. The price for Omni is $250.00.  Their cost is approximately $75.00 for these tests. After 90 days, they will take a look at EOBs and negotiate the rate as well.

---

**From:** Brad Smith <bsmith@thewhistleblower.net>
**Sent:** Friday, August 24, 2018 12:41 PM
**To:** Craig Deligdish <cdeligdish@thewhistleblower.net>; Mark Bobango <bobangom@omnihealthcare.com>
**Subject:** Memo of conversation with Jack Todd and Mark Clausen

OMNI00897