# EXHIBIT X



# Transcript of **John Todd**

Tuesday, November 28, 2023

*United States of America v. MD Spine Solutions LLC*

www.TP.One
www.aldersonreporting.com
www.accutrancr.com
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 135952

PAGES 1-87

EXHIBITS 1-13

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Case No. 18-cv-12558-PBS

***********************************************

United States of America, et al.,

ex. rel. OMNI Healthcare Inc.,

         Plaintiffs

vs.

MD Spine Solutions LLC, d/b/a MD Labs Inc.,

Denis Grizelj, Matthew Rutledge, and

DOE Healthcare Providers 1-100,

         Defendants

***********************************************

Deposition of John Todd

November 28, 2023

Via Videoconference

------Kristen C. Krakofsky------

Stenographer

Alderson Reporting Company, Inc./Trustpoint

1111 14th Street NW, Suite 1050

Washington, DC 20005

this guidance or shared this email with Mr. Grizelj or Mr. Rutledge?

A.   I have no idea.

Q.   Did you ever speak to Mr. Grizelj or Mr. Rutledge about it?

A.   I don't recall ever doing that.

Q.   Did you ever speak to anyone else at MD Labs besides Mr. Claussen about this email?

A.   No.  It was a moment in time when I was just starting.  It was a nonissue with me.  I didn't talk to anybody else about it.

Q.   Why was it a nonissue?

A.   Because I was working under the MD Labs policy.

Q.   And what was the MD Labs policy?

A.   Independent reps.

Q.   Is it accurate that the policy was that all sales reps worked as independent contractors?

A.   That is what I assumed.

Q.   Did you know of any reps who worked for MD Labs as employees?

A.   Not that I'm aware of.  At least while I was there, I was not aware of anything.

Q.   I believe you testified earlier that you

