# EXHIBIT Y

**From**:      Denis Grizelj [denis@mdlabs.com]
**Sent**:      1/2/2018 5:02:05 PM
**To**:        Matthew Rutledge [matthew@mdlabs.com]
**Subject**:   RE: Noridian Email on UTI billing & coding

I think we should wait on this and instead of asking them to modify their rates, we should ask them to give us guidance on medical necessity instead.  I don't think we are going to a significant amount of testing that would reach Millennium-like levels so we still may end up being a blip.  I am not sure how many Pathnostics is currently doing but I am hoping that they are at least aware of this testing currently.

The other reasons I want to wait are 1) I want some time to leverage this on some of the commercials carriers we are not in network in yet to hopefully backdoor a tox contract and 2) I would like for them to re-visit looking at Rxight and adopting a similar model that Pathway Genomics (or whoever it was) has in their Medicare jurisdiction.

I get what you are trying to do but I would like to wait at least 6 months if that's cool with you.  We haven't even made a dent yet.


Denis Grizelj



---

**From:** Matthew Rutledge
**Sent:** Tuesday, January 02, 2018 1:22 PM
**To:** Denis Grizelj <denis@mdlabs.com>
**Subject:** Noridian Email on UTI billing & coding

Hey Dude,

What do you think about this letter to Dr Lurvey at Noridian to give them a heads-up on our new molecular diagnostic testing?  I think it would be a prudent move to at least document that we told CMS of this new technology and advised them to modify their billing and coding.  I think it's our duty, in a way.

Lemme know what you think of this first draft...


Hi Dr Lurvey,

Happy New Year.  I hope this email finds you well.

I'm writing to let you and Noridian know of some new clinical laboratory testing we are now offering which is becoming very popular in the area of urinary tract infections (UTI's).

Genetic analytical technology is now allowing us to pinpoint DNA signatures from various infectious pathogens in order to positively identify them with almost 99% certainty very quickly and relatively affordably.  We couple this with antibiotic susceptibility testing here at the lab and the result is a report provided to physicians that positively identifies the infecting agent and what antimicrobials will be most effective at killing it and treating the infection.

We are finding physicians are excited about this test and starting to order it in greater numbers.  Thus, you will be seeing an increasing number of claims submitted by our laboratory and labs around the country for this testing in 2018 and beyond.

MD0222266

But... the current CPT coding system doesn't adequately describe this testing very well and the fee schedule payment is quite robust for the work being performed.  New technology is able to do this work much more affordably than it could in the past.

I'd recommend we have a discussion on how to best change the current payment system to best accommodate this new testing technology so that CMS can develop a fair compensation system and simplified coding system that makes billing easy and avoids future overpayments to labs.

I'd strongly advise having this discussion sooner, rather than later.  Let me know when you are available.

-Matthew Rutledge
President
MD Labs

Fyi... you are still listed on the Noridian site as the Contractor Medical Director:

## Contractor Medical Director (CMD) Contact

The Contractor Medical Director (CMD) is a physician with expertise in Medicine and Medicare who works collaboratively with all contractor teams. The CMD is primarily responsible for clinical coverage determinations, such as Local Coverage Determinations (LCDs) and staff trainings on clinical matters, determinations regarding Investigational Device Exemption (IDE) requests, and collaborating with medical societies and peer groups to share information and provide education.
**Arthur Lurvey, MD, FACP, FACE**
Noridian, LLC
900 42nd Street S
PO Box 6781
Fargo, ND 58108-6781
Arthur.Lurvey@Noridian.com
**Phone:** 701-715-9598

MD0222267