UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| OMNI HEALTHCARE, INC.<br><br>Plaintiff,<br>v.<br><br>MD SPINE SOLUTIONS LLC, ET AL<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>NO. 18-12558-PBS |

# **JUDGMENT**

SARIS, D. J.

In accordance with the Court's Memorandum and Order dated January 6, 2025 (Docket No. 279), granting defendants' motion for summary judgment, it is hereby ORDERED that judgment is entered in favor of defendants.

By the Court,

Robert M. Farrell
Clerk of Court

/ s / Clarilde Karasek
Deputy Clerk

DATED: January 6, 2025