CRAIG K. DELIGDISH, M.D.  December 21, 2023

```
                                    Volume:    I
                                    Pages:     1-297
                                    Exhibits:  1-29
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

  * * * * * * * * * * * * * * * * * * * *
  UNITED STATE OF AMERICA, et al., ex rel,
  OMNI HEALTHCARE, INC.,

       Plaintiffs,
  v.
  MD SPINE SOLUTIONS LLC, d/b/a MD LABS, INC.,
  DENIS GRIZELJ, MATTHEW RUTLEDGE AND
  DOE HEALTHCARE PROVIDERS 1-100,
          Defendants.

  * * * * * * * * * * * * * * * * * * * *


       30(b) DEPOSITION OF OMNI HEALTHCARE, INC.,

             (BY CRAIG K. DELIGDISH, M.D.)

       AND CRAIG DELIGDISH, M.D., PERSONALLY

                APPEARING REMOTELY FROM

                 INDIATLANTIC, FLORIDA

              THURSDAY, DECEMBER 21, 2023

                       8:01 a.m.

  Reported by:
  Mary K. Corcoran
  Professional Court Stenographer/Notary Public
  Appearing Remotely from Norfolk County,
  Massachusetts
```

**ORIGINAL**

KEY Discovery                               617-348-9360
Deposition Services                WWW.KEY-DISCOVERY.COM

REMOTE APPEARANCES:

COUNSEL FOR THE PLAINTIFFS AND THE WITNESS:

    SPIRO HARRISON & NELSON LLC
    (By Thomas M. Kenny, Esq.)
    (By Svetlana Teslic, Esq.)
    363 Bloomfield Avenue, Suite 2C
    Montclair, New Jersey 07042
    973-232-0890
    tkenny@shnlegal.com
    steslic@shnlegal.com

COUNSEL FOR THE DEFENDANTS:

    ROBINSON & COLE
    (By Seth B. Orkand, Esq.)
    (By Danielle H. Tangorre, Esq.)
    (By Julianna M. Charpentier, Esq.)
    One Boston Place
    Boston, Massachusetts 02108
    617.557-5900
    sorkand@rc.com
    dtangorre@rc.com
    jcharpentier@rc.com

Also Present:

    Denis Grizelj, Defendant
    Matthew Rutledge, Defendant

Page 94

1  **A.**  I don't know.
2  **Q.**  Has Melbourne Medical or OMNI ever entered
3        into a profit-splitting or profit-sharing
4        arrangement with any other laboratory?
5  **A.**  I don't believe so.
6  **Q.**  In 2018, how was the decision made to instruct
7        OMNI's offices to use MD Labs?
8  **A.**  I'm not sure how it was made, but I made it.
9  **Q.**  Why did you make that decision?
10 **A.**  I've already testified to that.
11 **Q.**  And that testimony was to collect -- to
12       accumulate evidence to substantiate a
13       complaint; is that right?
14 **A.**  Yes.
15 **Q.**  So, can you walk us through how an order for a
16       UTI test in 2018 was entered, a sample
17       collected, a requisition form completed, and a
18       sample sent to a laboratory?
19 **A.**  No.
20 **Q.**  Do you have an understanding of how that
21       happened?
22 **A.**  Not really.
23 **Q.**  So as OMNI's corporate designee, you have no
24       understanding of the process that OMNI went

Page 296

```
 1   ATTACH TO THE DEPOSITION OF:  OMNI Healthcare
     (Craig K. Deligdish, MD
 2   CASE:  UNITED STATE OF AMERICA, et al. v. MD SPINE
     SOLUTIONS LLC, d/b/a MD LABS, INC. et al.
 3
     ERRATA SHEET
 4
     INSTRUCTIONS:  After reading the transcript of your
 5   deposition, please note any change or correction to
     your testimony and the reason therefor on this
 6   sheet.  DO NOT make any marks or notations on the
     transcript volume itself.  Please sign and date
 7   this errata sheet (before a Notary Public, if
     required).
 8
     PAGE LINE CHANGE OR CORRECTION AND REASON
 9
10
11
12
13
14
15
16
17
18
19
20   I have read the foregoing transcript of my
     deposition taken on December 21, 2023, and except
21   for any corrections or changes noted above, I
     hereby subscribe to the transcript as an accurate
22   record of the statements made by me.
23
24   (Signature of Deponent)                       (Date)
```

```
 1    COMMONWEALTH OF MASSACHUSETTS
      NORFOLK, SS
 2

 3         I, Mary K. Corcoran, a Notary Public in and for
      the Commonwealth of Massachusetts, do hereby
 4    certify there came before me on the 21st day of
      December, 2023, the person hereinbefore named was
 5    duly sworn to testify to his knowledge concerning
      the matters in controversy in this cause; that he
 6    was thereupon examined upon oath, and that the
      deposition is a true record of the testimony given
 7    by the witness.

 8         I further certify that I am neither attorney
      nor counsel for, nor related to or employed by any
 9    of the parties to the action in which this
      deposition was taken; and further, that I am not a
10    relative or employee of any attorney or counsel
      employed in this case, nor am I financially
11    interested in this action.

12         IN WITNESS WHEREOF, I have hereunto set my
      hand this 31st day of December, 2023.
13
```

*Mary K. Corcoran*

Mary K. Corcoran
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 5, 2028

PLEASE NOTE:
<u>THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION OF THE SAME BY ANY MEANS UNLESS UNDER THE DIRECT CONTROL AND/OR DIRECTION OF THE CERTIFYING REPORTER.</u>