**MD LABS**
Molecular Diagnostics
10715 Double R Blvd Suite 102
Reno, Nevada 89521
Phone: (775) 391-5221
Fax: (775) 737-9133
CLIA#: 29D2032647

**RESOLUTION**

*61523M*

61523M

**Please Circle Requesting Provider Below**

- ☐ Andrea Leathers-Hurmer, MD
- ☐ Cecil Robertson, MD
- ☐ Craig Deligdish, MD
- ☐ Elaine Kondroski, MD
- ☒ Eliana V McKee, MD-FAAP
- ☐ Ellen Altenburg, MD
- ☐ Jodi Larsen, ARNP
- ☐ John Olinde, MD
- ☐ Kimberly McGrath, MD
- ☐ Lindsey Buescher, ARNP
- ☐ Hagley VillaFradez-Diaz, MD
- ☐ Michele Gray, ARNP
- ☐ Peter Tarascehi, DO
- ☐ Reinaldo Tirado-Bernardini, MD
- ☐ Judy Mayor-Davies, MD
- ☐ Robert Brennan, MD
- ☐ Scott Seminer, MD
- ☐ Sheenasha Referente, ARNP
- ☐ Thomas Hartinko, MD
- ☐ Thomas Seiter, MD
- ☐ Yared Vazquez, MD
- ☐ Olena Viasil, MD

Account: 300530 (VBEP)

**REQUIRED - PLEASE COMPLETE ALL YELLOW HIGHLIGHTED SECTIONS**

### 1. Patient Information:
- Patient's Name: Redacted - PHI
- Date of Birth: Redacted - PHI
- Collector's Name: Carmen Wing
- Collection Date: 2-1-19
- Time: 9:45 Am
- Sex: (F)
- ☐ Catheter patient

### 2. Urinalysis Screen (Optional)
☒ Urinalysis Screen
Use yellow/red vacutainer
Test includes screening for the following: Glucose, Bilirubin, Ketone (Acetoacetic Acid), Specific Gravity, Blood, pH, Protein, Urobilinogen, Nitrite, and Leukocytes.

### 3. Urinary Tract Infection Testing on File (RT-PCR Confirmation & Antibiotic Resistance)
Use gray vacutainer

☒ Urinary Tract Infection Testing Panel on File (RT-PCR Confirmation & Antibiotic Resistance)

**Patient Complaining of (REQUIRED FOR UTI TESTING)**

- ☒ Painful Urination (R30.0)
- ☐ Bloody Urine (R31.21)
- ☐ Fever (R50.9)
- ☒ Cloudy/Discolored Urine (R82.99)
- ☐ Abnormal Urine Odor (R82.90)
- ☐ Chills (R68.83)
- ☐ Flank Pain/Low Abdominal (R10.30)
- ☐ Right Quadrant Pain (R10.31)
- ☐ Altered Mental Status (R41.82)
- ☒ Frequent Urination (R35.0)
- ☐ Left Quadrant Pain (R10.32)

**Point-Of-Care (P.O.C) Please Select Positives (Optional):**
☒ POSITIVE (R82.90)   ✓ Blood   ___ Protein   ___ Nitrite   ___ Leukocytes   ☐ ALL NEGATIVE

### 4. Provider's Authorization (Optional):
I hereby authorize MD Labs to perform the custom test panel indicated above
Provider's Authorization Signature: [signature]   Date: 2-1-19

### 5. Patient's Authorization:
Patient Consent to Testing and Use of Results/Financial and Insurance Authorization

By signing, I certify that I have provided an unadulterated and fresh urine sample to be analyzed by MD Labs and that the information on this form is accurate. I authorize MD Labs to release the results of this testing to the treating physician or facility. I hereby authorize my insurance benefits to be paid directly to MD Labs for services I receive on this or any Date Of Service moving forward. If MD Labs is an out-of-network provider with my insurer, I agree to endorse the insurance payment check and forward to MD Labs within 30 days of receipt or my account may be subject to collections proceedings and reported to the Credit Bureau.

*Patient's Authorization Signature: _____   Date: _____

## PLEASE SHIP UTI SAMPLES DAILY

### 6. Patient Demographics & Insurance:
PLEASE SEND TOP COPY TO MD LABS WITH SAMPLE & ATTACH A COPY OF PATIENT FACE SHEET AND INSURANCE CARD

Red/Yellow Tube   61523M
Date: 2
Time: ___   PT Initials: ___

61523M



# MD LABS RESULTS REPORT
## UTI IDENTIFICATION & ANTIBIOTIC RESISTANCE

10715 Double R Blvd, Suite 102
Reno, NV 89521
Phone: (775) 391-5221
Fax: (775) 737-9133
Lab Director: Alexander Stojanoff, PhD

| | | | |
|---|---|---|---|
| **Medical Provider:** | Eliana V McKee, MD-FAAP | **Patient Name:** Redacted - PHI | **Collected:** 02/01/2019 |
| **Account ID:** | 300530 (VBEP) | **SSN:** Not Provided | **Received:** 02/02/2019 @ 10:00AM |
| **Requisition ID:** | 61523M | **Date of Birth:** Redacted - PHI | **Analyzed:** 02/02/2019 |
| | | | **Final:** 02/03/2019 |

## UTI TEST RESULTS
**Not Detected**

### PATHOGENS TESTED

| Test | Pathogen | Result | Test | Pathogen | Result |
|---|---|---|---|---|---|
| RT-PCR | *Acinetobacter baumannii* | Not Detected | RT-PCR | *Klebsiella pneumoniae* | Not Detected |
| RT-PCR | *Candida albicans* | Not Detected | RT-PCR | *Morganella morganii* | Not Detected |
| RT-PCR | *Citrobacter freundii* | Not Detected | RT-PCR | *Proteus mirabilis* | Not Detected |
| RT-PCR | *Klebsiella aerogenes* | Not Detected | RT-PCR | *Proteus vulgaris* | Not Detected |
| RT-PCR | *Enterobacter cloacae* | Not Detected | RT-PCR | *Providencia stuartii* | Not Detected |
| RT-PCR | *Enterococcus faecium* | Not Detected | RT-PCR | *Pseudomonas aeruginosa* | Not Detected |
| RT-PCR | *Enterococcus faecalis* | Not Detected | RT-PCR | *Staphylococcus saprophyticus* | Not Detected |
| RT-PCR | *Escherichia coli* | Not Detected | RT-PCR | *Streptococcus agalactiae* | Not Detected |
| RT-PCR | *Klebsiella oxytoca* | Not Detected | | | |

### PATIENT REPORTED SYMPTOMS

Painful urination
Cloudy/discolored urine
Abnormal urine odor
Frequent urination

The presence of bacteria without concordant patient symptoms is typically indicative of a false positive or contaminated specimen.

### NOTES FROM THE LABORATORY

### Reviewed & Released Under Dr. Steven Parker, MD, Molecular Diagnostic Division Medical Director

**Methodology and Clinical Significance:**
The MD Labs Urinary Tract Infection Panel utilizes a real-time polymerase chain reaction (RT-PCR) technology to detect the presence of pathogens known to be associated with urinary tract infections.
Antibiotic resistance testing provides guidance to aid in the selection of appropriate antibiotics to treat a detected urinary tract infection. The presence of pathogens does not always mean there is an active infection. Improper sample collection practices are common and can result in the presence of pathogens in the urine, but not associated with a urinary tract infection. Improper specimen collection technique, storage, or shipment protocols may cause unreliable results.

**Disclaimer:**
This test was developed and its performance characteristics determined by this laboratory and has been approved by Clinical Laboratory Improvement Amendments (CLIA). It has not been cleared or approved by the US Food and Drug Administration. The FDA has determined that such clearance or approval is not necessary. This test is used for clinical purposes. It should not be regarded as investigational or for research. This laboratory is certified under the Clinical Laboratory Improvement Amendments of 1988 {CLIA-88} as qualified to perform high complexity clinical testing.

### QUESTIONS: Please contact MD Labs directly at (775) 391-5221