# EXHIBIT 2

**IN THE CIRCUIT COURT FOR THE EIGHTEENTH JUDICIAL CIRCUIT IN AND FOR BREVARD COUNTY, FLORIDA**

**Case No.: 05-2021-CA-035363-XXXX-XX**

NORTH BREVARD COUNTY HOSPITAL DISTRICT d/b/a PARRISH MEDICAL CENTER, a public, not-for-profit special hospital district of the State of Florida,

*Plaintiff-Landlord*,

v.

OMNI HEALTHCARE, INC., a Florida corporation, and CRAIG K. DELIGDISH, individually and jointly and severally,

*Defendants-Tenants*.

---

OMNI HEALTHCARE, INC., a Florida corporation,

*Counter-Plaintiff-Tenant*,

v.

NORTH BREVARD COUNTY HOSPITAL DISTRICT d/b/a PARRISH MEDICAL CENTER, a public, not-for-profit special hospital district of the State of Florida,

*Counter-Defendant-Landlord*.

_______________________________________/

**MOTION TO COMPEL RESPONSES TO AND SERVICE OF FACT INFORMATION SHEET**

Plaintiff/Judgment Creditor, North Brevard County Hospital District d/b/a Parrish Medical Center ("Judgment Creditor"), through undersigned counsel, requests this Court enter an order compelling Defendant/Judgment Debtor, Omni Healthcare, Inc. ("Judgment Debtor"), to complete a fact information sheet compliant with Form 1.977(b) and to serve same on Judgment Creditor, and as grounds in support states:

1. On May 22, 2025, this Court entered a Judgment against Judgment Debtor, in the total principal amount of $100,104.90 for past due rent, to bear interest at the rate prescribed by law.

5. Pursuant to Fla. R. Civ. P. 1.560, at the request of a judgment creditor, the Court, "shall order the judgment debtor or debtors to complete form 1.977, including required attachments, within 45 days of the order or such other reasonable time as determined by the court."

4. To date, Judgment Debtor has failed to complete and/or serve any fact information sheets on Judgment Creditor.

5. Judgment Creditor is entitled to the information requested in the fact information sheet and thus moves for an order compelling same.

WHEREFORE, Judgment Creditor requests this Court enter an order compelling Judgment Debtor, Omni Healthcare, Inc. to complete and serve a fact information sheet compliant with Form 1.977(b) forthwith.

Dated: July 29, 2025.

Respectfully submitted,

*/s/ Nicolette C. Vilmos*
Nicolette C. Vilmos, Esq.
Florida Bar No.: 469051
BERGER SINGERMAN LLP
111 N. Magnolia Avenue
Orlando, Florida 32801
nvilmos@bergersingerman.com
lscott@bergersingerman.com
drt@bergersingerman.com

*/s/ Joseph I. Zumpano*
Joseph I. Zumpano, Esq.
Leon N. Patricios, Esq.
Zumpano Patricios, P.A.
312 Minorca Avenue
Coral Gables, FL 33134

jzumpano@zplaw.com
lpatricios@zplaw.com
*Attorneys for North Brevard County Hospital District d/b/a Parrish Medical Center*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of July 2025, a true and correct copy of the foregoing was filed electronically through the Florida Court's E-filing Portal, which will in turn send a notice of electronic filing to all Counsel of Record.

By: */s/ Nicolette C. Vilmos*
Nicolette C. Vilmos