# EXHIBIT 3

# BECA - Brevard Electronic Court Application 05-2021-CA-035363-XXXX-XX

Logged in as: Public

Log Out

*Navigate to:* Participants Register of Actions Complaints Citations Financials Payments Bonds Court Schedule Judge History Warrants/Writs DL Suspensions Diversions Sentencing Probation Jail

New Search

## NORTH BREVARD VS OMNI
## Case Information

| Case Number | Case Type | Filing Date | Case Status | Status Date | Judge | Jurisdiction | Charging Agency |
|---|---|---|---|---|---|---|---|
| 05-2021-CA-035363-XXXX-XX | CONTRACT & INDEBTEDNESS | 06/30/2021 | REOPEN PENDING | 08/04/2025 | GEORGE T PAULK | CENTRAL | NONE |

Inactive Attorneys

### Participants

Print

| Type | Name | Participant Id | DL Number | Race | Gender | DOB | Address 1 | Address 2 | City State Zip |
|---|---|---|---|---|---|---|---|---|---|
| DEFENDANT (1) | OMNI HEALTHCARE INC | 4046889 | | | | | 845 CENTURY MEDICAL DR STE A & B | | TITUSVILLE, FL 32796-2157 |
| ATTORNEY FOR: D1 | BIRD ADAM M | 2995200 | | | | | 2101 WAVERLY PL STE 100 | | MELBOURNE, FL 32901-5489 |
| DEFENDANT (2) | DELIGDISH CRAIG K | 4046890 | | | | | 1344 S APOLLO BLVD | | MELBOURNE, FL 32901-3183 |
| ATTORNEY FOR: D2 | BIRD ADAM M | 2995200 | | | | | 2101 WAVERLY PL STE 100 | | MELBOURNE, FL 32901-5489 |
| GARNISHEE (1) | BLUE CROSS BLUE SHIELD FLORIDA INC | 4386231 | | | | | NO ADDRESS INFORMATION AVAILABLE | | |
| GARNISHEE (2) | UNITED HEALTHCARE SERVICES INC | 4386233 | | | | | NO ADDRESS INFORMATION AVAILABLE | | |
| GARNISHEE (3) | TD BANK NATIONAL ASSOCIATION | 4386235 | | | | | NO ADDRESS INFORMATION AVAILABLE | | |
| ATTORNEY FOR: G3 | GLICKMAN BARRY J | 3241444 | | | | | 730 3RD AVE | | NEW YORK, NY 10017-3206 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PLAINTIFF (1) | NORTH BREVARD COUNTY HOSPITAL DISTRICT | 4046887 | | | | | NO ADDRESS INFORMATION AVAILABLE | 05-2021-CA-035363-XXXX-XX | |
| ATTORNEY FOR: P1 | PATRICIOS LEON N | 2763533 | | | | | 312 MINORCA AVE | | CORAL GABLES, FL 33134-4304 |
| ATTORNEY FOR: P1 | VILMOS NICOLETTE | 2524594 | | | | | 111 N MAGNOLIA AVE STE 1450 | | ORLANDO, FL 32801-2376 |
| PLAINTIFF (2) | PARRISH MEDICAL CENTER | 4046888 | | | | | NO ADDRESS INFORMATION AVAILABLE | | |
| ATTORNEY FOR: P2 | PATRICIOS LEON N | 2763533 | | | | | 312 MINORCA AVE | | CORAL GABLES, FL 33134-4304 |

**Register Of Actions** **Viewable** **Viewable On Request** **Pending** **Sealed** **Confidential** Purchase Copies **Print**

| View | Event Date | Document Number | Description | Page Count | Amount |
|---|---|---|---|---|---|
| | 06/30/2021 | 1 | COMPLAINT OR PETITION | 95 | |
| | 06/30/2021 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| | 06/30/2021 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| | 06/30/2021 | | PROPOSED SUMMONS TO BE ISSUED | 3 | |
| | 06/30/2021 | 2 | COVER SHEET | 3 | |
| | 06/30/2021 | | ASM: CIRCUIT CIVIL FILING FEE | | 401.00 |
| | 06/30/2021 | | ASM: ISSUE CIRCUIT SUMMONS | | 20.00 |
| | 06/30/2021 | | ASM: ISSUE CIRCUIT SUMMONS | | 10.00 |
| | 06/30/2021 | | ORIGINAL FILING UPDATED | | |
| | 07/06/2021 | 3 | ADMINISTRATIVE ORDER PROPOSED CASE MANAGEMENT PLAN | 6 | |
| | 07/07/2021 | 4 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| | 07/07/2021 | 5 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| | 07/07/2021 | 6 | SUMMONS ISSUED VIA E-MAIL TO ATTORNEY | 3 | |
| | 07/14/2021 | 7 | ANSWER AND AFFIRMATIVE DEFENSES | 9 | |
| | 07/14/2021 | 8 | MOTION | 3 | |
| | 07/15/2021 | 9 | MOTION FOR CONTINUANCE | 6 | |
| | 07/15/2021 | 10 | MOTION FOR FINAL JUDGMENT | 99 | |
| | 07/15/2021 | 12 | NOTICE OF HEARING | 2 | |

05-2021-CA-035363-XXXX-XX

| | | | | | |
|---|---|---|---|---|---|
| | 07/15/2021 | 13 | NOTICE OF HEARING | 2 | |
| | 07/16/2021 | 11 | RETURN OR PROOF OF SERVICE | 4 | |
| | 07/16/2021 | | CAL:HEARING | | |
| | 07/16/2021 | | CR: HEARING CANCELLED | | |
| | 07/19/2021 | 14 | NOTICE OF HEARING | 2 | |
| | 07/19/2021 | 15 | AMENDED NOTICE OF HEARING | 2 | |
| | 07/22/2021 | | CAL:HEARING | | |
| | 07/22/2021 | | CR: HEARING CANCELLED | | |
| | 07/22/2021 | | CAL:HEARING | | |
| | 07/22/2021 | | CR: HEARING HEARD | | |
| | 07/26/2021 | 16 | ORDER | 2 | |
| | 07/29/2021 | 17 | NOTICE OF HEARING | 2 | |
| | 07/29/2021 | 18 | NOTICE OF FILING AFFIDAVIT | 12 | |
| | 07/29/2021 | 19 | MOTION FOR FINAL JUDGMENT | 114 | |
| | 07/29/2021 | 20 | MEMORANDUM OF LAW | 9 | |
| | 08/02/2021 | | CAL:HEARING | | |
| | 08/02/2021 | | CR: HEARING CANCELLED | | |
| | 08/02/2021 | | CAL:EVIDENTIARY HEARING | | |
| | 08/02/2021 | 21 | RETURN OR PROOF OF SERVICE | 2 | |
| | 08/02/2021 | 24 | EVIDENCE/EXHIBIT LOG | 2 | |
| | 08/02/2021 | 25 | PLAINTIFFS DOCUMENTARY EXHIBIT | 44 | |
| | 08/02/2021 | 26 | PLAINTIFFS DOCUMENTARY EXHIBIT | 44 | |
| | 08/02/2021 | 27 | PLAINTIFFS DOCUMENTARY EXHIBIT | 2 | |
| | 08/02/2021 | 28 | PLAINTIFFS DOCUMENTARY EXHIBIT | 1 | |
| | 08/02/2021 | 29 | PLAINTIFFS DOCUMENTARY EXHIBIT | 5 | |
| | 08/02/2021 | 30 | PLAINTIFFS DOCUMENTARY EXHIBIT | 1 | |
| | 08/02/2021 | 31 | PLAINTIFFS DOCUMENTARY EXHIBIT | 2 | |
| | 08/02/2021 | 32 | PLAINTIFFS DOCUMENTARY EXHIBIT | 6 | |
| | 08/02/2021 | 33 | PLAINTIFFS DOCUMENTARY EXHIBIT | 81 | |
| | 08/02/2021 | 34 | DEFENDANTS DOCUMENTARY EXHIBIT | 1 | |
| | 08/02/2021 | 35 | DEFENDANTS DOCUMENTARY EXHIBIT | 6 | |
| | 08/02/2021 | 36 | DEFENDANTS DOCUMENTARY EXHIBIT | 8 | |

05-2021-CA-035363-XXXX-XX

| | | | | | |
|---|---|---|---|---|---|
| | 08/02/2021 | 37 | DEFENDANTS DOCUMENTARY EXHIBIT | 8 | |
| | 08/02/2021 | 38 | DEFENDANTS DOCUMENTARY EXHIBIT | 1 | |
| | 08/02/2021 | 39 | DEFENDANTS DOCUMENTARY EXHIBIT | 3 | |
| | 08/02/2021 | 40 | DEFENDANTS DOCUMENTARY EXHIBIT | 95 | |
| | 08/02/2021 | 41 | DEFENDANTS DOCUMENTARY EXHIBIT | 2 | |
| | 08/02/2021 | 42 | DEFENDANTS DOCUMENTARY EXHIBIT | 3 | |
| | 08/02/2021 | 43 | DEFENDANTS DOCUMENTARY EXHIBIT | 6 | |
| | 08/02/2021 | | CR: HEARING HEARD | | |
| | 08/11/2021 | 22 | NOTICE CASE IS READY FOR TRIAL | 2 | |
| | 08/18/2021 | 23 | ORDER/NOTICE OF CASE MANAGEMENT ORDER REQUIREMENT | 3 | |
| | 10/25/2021 | 44 | MOTION TO TRANSFER | 5 | |
| | 11/05/2021 | 45 | ORDER GRANTING MOTION OR PETITION | 6 | |
| | 11/29/2021 | 46 | NOTICE OF HEARING | 2 | |
| | 12/08/2021 | 47 | ORDER TO APPEAR AND/OR SHOW CAUSE | 2 | |
| | 12/13/2021 | 48 | NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESS | 2 | |
| | 12/27/2021 | 49 | MOTION TO AMEND ANSWER | 21 | |
| | 12/27/2021 | 50 | MOTION TO MODIFY | 34 | |
| | 01/13/2022 | | CAL:ORDER TO SHOW CAUSE | | |
| | 01/13/2022 | 51 | MOTION TO DISBURSE FROM REGISTRY OF COURT | 3 | |
| | 01/13/2022 | | CR:ORD TO SHOW CAUSE CANCELLED | | |
| | 01/19/2022 | 52 | NOTICE OF HEARING | 2 | |
| | 01/19/2022 | 53 | MOTION FOR CONTINUANCE | 3 | |
| | 01/21/2022 | | CAL:EVIDENTIARY HEARING | | |
| | 01/21/2022 | | CR: HEARING HEARD | | |
| | 01/25/2022 | 54 | NOTICE OF HEARING | 2 | |
| | 01/26/2022 | 55 | OBJECTION | 9 | |
| | 01/26/2022 | 56 | REQUEST TO PRODUCE | 4 | |
| | 01/26/2022 | 57 | NOTICE OF FILING INTERROGATORIES | 8 | |
| | 01/26/2022 | 58 | NOTICE OF SERVICE OF INTERROGATORIES | 2 | |
| | 01/26/2022 | 59 | AMENDED NOTICE OF HEARING | 3 | |
| | 01/27/2022 | | CAL:EVIDENTIARY HEARING | | |

| | | | | | |
|---|---|---|---|---|---|
| | 01/27/2022 | 60 | NOTICE OF CANCELLATION OF HEARING | 2 | |
| | 01/27/2022 | 61 | EVIDENCE/EXHIBIT LOG | 1 | |
| | 01/27/2022 | 62 | NOTICE TO WITHDRAW MOTION | 2 | |
| | 01/27/2022 | 63 | PLAINTIFFS DOCUMENTARY EXHIBIT | 50 | |
| | 01/27/2022 | 64 | PLAINTIFFS DOCUMENTARY EXHIBIT | 3 | |
| | 01/27/2022 | 65 | PLAINTIFFS DOCUMENTARY EXHIBIT | 2 | |
| | 01/27/2022 | 66 | PLAINTIFFS DOCUMENTARY EXHIBIT | 2 | |
| | 01/27/2022 | 67 | PLAINTIFFS DOCUMENTARY EXHIBIT | 2 | |
| | 01/27/2022 | 68 | PLAINTIFFS DOCUMENTARY EXHIBIT | 40 | |
| | 01/27/2022 | 69 | PLAINTIFFS DOCUMENTARY EXHIBIT | 40 | |
| | 01/27/2022 | 70 | PLAINTIFFS DOCUMENTARY EXHIBIT | 1 | |
| | 01/27/2022 | | CR: EVIDENTIARY HRG HEARD | | |
| | 02/01/2022 | | CAL:HEARING | | |
| | 02/01/2022 | | CR: HEARING CANCELLED | | |
| | 02/03/2022 | 71 | ORDER DIRECTING CLERK TO DISBURSE FUNDS | 2 | |
| | 02/03/2022 | 72 | ORDER DENYING PETITION OR MOTION | 2 | |
| | 02/08/2022 | | DSB: REFUND BOND | | 13507.53 |
| | 02/08/2022 | | DSB: REFUND BOND | | 34612.23 |
| | 02/08/2022 | | DSB: REFUND BOND | | 490652.38 |
| | 02/08/2022 | | DSB: REFUND BOND | | 21871.57 |
| | 02/08/2022 | | DSB: REFUND BOND | | 21871.57 |
| | 02/08/2022 | | DSB: REFUND BOND | | 21871.57 |
| | 02/08/2022 | | DSB: REFUND BOND | | 21871.57 |
| | 02/08/2022 | 73 | CORRESPONDENCE | 1 | |
| | 02/16/2022 | 74 | MOTION FOR REHEARING | 8 | |
| | 02/24/2022 | | DSB: REFUND BOND | | 21871.57 |
| | 02/25/2022 | 75 | MOTION FOR REHEARING | 9 | |
| | 03/03/2022 | 76 | ADMINISTRATIVE ORDER PROPOSED CASE MANAGEMENT PLAN | 4 | |
| | 03/04/2022 | 77 | ADMINISTRATIVE ORDER PROPOSED CASE MANAGEMENT ORDER | 3 | |
| | 03/15/2022 | | DSB: REFUND BOND | | -21871.57 |
| | 03/15/2022 | 78 | ORDER DENYING MOTION FOR REHEARING | 1 | |
| | 03/23/2022 | 79 | ORDER TO APPEAR AND/OR SHOW CAUSE | 3 | |

05-2021-CA-035363-XXXX-XX

| | | | | | |
|---|---|---|---|---|---|
| | 03/30/2022 | | ASM: APPEAL CIRCUIT TO 5DCA | | 100.00 |
| | 03/30/2022 | 80 | CIVIL NOTICE OF APPEAL TO FIFTH DISTRICT COURT OF APPEALS (5DCA) RECORDED IN THE OFFICIAL RECORDS | 4 | |
| | 03/30/2022 | 82 | REPLY ANSWER OR RESPONSE | 3 | |
| | 03/31/2022 | 81 | FIFTH DISTRICT COURT OF APPEALS (5DCA) ACKNOWLEDGMENT NO RECORD | 2 | |
| | 04/08/2022 | 83 | MOTION TO VACATE | 67 | |
| | 04/26/2022 | 84 | REPLY ANSWER OR RESPONSE | 12 | |
| | 04/27/2022 | | CAL:ORDER TO SHOW CAUSE | | |
| | 04/27/2022 | | CR: HEARING HEARD | | |
| | 04/29/2022 | 85 | REQUEST TO PRODUCE | 6 | |
| | 04/29/2022 | 86 | NOTICE OF SERVICE OF INTERROGATORIES | 2 | |
| | 05/10/2022 | 87 | ORDER | 2 | |
| | 05/11/2022 | 88 | REQUEST TO PRODUCE | 6 | |
| | 05/19/2022 | 89 | ADMINISTRATIVE ORDER CASE MANAGEMENT PLAN | 7 | |
| | 05/25/2022 | 90 | NOTICE CASE IS READY FOR TRIAL | 2 | |
| | 05/31/2022 | 91 | NOTICE OF SERVICE OF ANSWERS TO INTERROGATORIES | 2 | |
| | 05/31/2022 | 92 | RESPONSE TO REQUEST TO PRODUCE | 7 | |
| | 06/01/2022 | 93 | ADMINISTRATIVE ORDER CASE MANAGEMENT PLAN | 3 | |
| | 06/01/2022 | 94 | ADMINISTRATIVE ORDER PROPOSED CASE MANAGEMENT ORDER | 3 | |
| | 06/06/2022 | 95 | NOTICE OF NON-JURY TRIAL | 2 | |
| | 06/06/2022 | 96 | ADMINISTRATIVE ORDER CASE MANAGEMENT ORDER | 4 | |
| | 06/10/2022 | 97 | FIFTH DISTRICT COURT OF APPEALS (5DCA) ACKNOWLEDGMENT NO RECORD | 2 | |
| | 06/16/2022 | 98 | ADMINISTRATIVE ORDER CASE MANAGEMENT PLAN | 3 | |
| | 06/16/2022 | 99 | ADMINISTRATIVE ORDER PROPOSED CASE MANAGEMENT ORDER | 3 | |
| | 06/21/2022 | 100 | ADMINISTRATIVE ORDER CASE MANAGEMENT ORDER | 4 | |
| | 06/21/2022 | 101 | ORDER OF NON JURY TRIAL | 4 | |
| | 07/07/2022 | 102 | ORDER OF NON JURY TRIAL | 5 | |
| | 07/15/2022 | 103 | NOTICE OF SERVICE OF ANSWERS TO INTERROGATORIES | 2 | |
| | 07/15/2022 | 104 | RESPONSE TO REQUEST TO PRODUCE | 4 | |
| | 07/15/2022 | 105 | RESPONSE TO REQUEST TO PRODUCE | 7 | |

| | | | | | |
|---|---|---|---|---|---|
| | 08/05/2022 | 106 | NOTICE OF COMPLIANCE | 4 | |
| | 08/08/2022 | 109 | NOTICE OF COMPLIANCE | 8 | |
| | 08/10/2022 | 107 | NOTICE OF HEARING | 2 | |
| | 08/10/2022 | 110 | MOTION IN LIMINE | 14 | |
| | 08/10/2022 | 111 | MOTION FOR CONTINUANCE | 8 | |
| | 08/10/2022 | 114 | NOTICE OF FILING | 25 | |
| | 08/11/2022 | 108 | AMENDED NOTICE OF HEARING | 2 | |
| | 08/11/2022 | 112 | MOTION TO COMPEL | 60 | |
| | 08/11/2022 | 115 | MEMORANDUM OF LAW IN OPPOSITION | 34 | |
| | 08/12/2022 | | CAL:HEARING | | |
| | 08/12/2022 | | CR: HEARING CANCELLED | | |
| | 08/15/2022 | | CAL:NON JURY TRIAL | | |
| | 08/15/2022 | | CAL:NON JURY TRIAL | | |
| | 08/15/2022 | 113 | NOTICE OF HEARING | 2 | |
| | 08/15/2022 | | CR: NON JURY TRIAL CANCELLED | | |
| | 08/15/2022 | | CR: NON JURY TRIAL CANCELLED | | |
| | 08/16/2022 | 117 | RESPONSE TO REQUEST TO PRODUCE | 4 | |
| | 08/17/2022 | | CAL:HEARING | | |
| | 08/17/2022 | | CR: HEARING CANCELLED | | |
| | 08/17/2022 | 116 | AMENDED NOTICE OF HEARING | 2 | |
| | 08/19/2022 | 118 | NOTICE OF HEARING | 2 | |
| | 08/19/2022 | 119 | MOTION TO COMPEL | 17 | |
| | 08/22/2022 | | CAL:HEARING | | |
| | 08/22/2022 | 120 | MEMORANDUM OF LAW IN OPPOSITION | 7 | |
| | 08/22/2022 | | CR: HEARING HEARD | | |
| | 08/30/2022 | | COUNTERCLAIM UPDATED | | |
| | 08/30/2022 | | ASM: CIR CROSS-COUNTER-3RD PTY | | 395.00 |
| | 08/30/2022 | 121 | ORDER GRANTING MOTION OR PETITION | 3 | |
| | 09/02/2022 | 122 | NOTICE OF PAYMENT DUE | 2 | |
| | 09/07/2022 | 123 | NOTICE OF STATUS CONFERENCE | 2 | |
| | 09/16/2022 | 124 | NOTICE OF TAKING DEPOSITION | 2 | |
| | 09/16/2022 | 125 | NOTICE OF TAKING DEPOSITION | 2 | |

| | | | | | |
|---|---|---|---|---|---|
| | 09/19/2022 | 126 | ANSWER AND AFFIRMATIVE DEFENSES | 8 | |
| | 09/27/2022 | 127 | NOTICE OF SERVICE OF INTERROGATORIES | 2 | |
| | 10/05/2022 | 128 | NOTICE OF FILING | 3 | |
| | 10/10/2022 | | CAL:STATUS CONFERENCE | | |
| | 10/10/2022 | | CR: HEARING HEARD | | |
| | 10/13/2022 | 129 | ORDER OF NON JURY TRIAL | 4 | |
| | 10/13/2022 | 130 | ORDER ON MOTION TO COMPEL | 3 | |
| | 10/18/2022 | 131 | ORDER OF NON JURY TRIAL | 4 | |
| | 10/18/2022 | 133 | NOTICE OF CONFLICT | 2 | |
| | 10/21/2022 | 132 | EMERGENCY MOTION | 9 | |
| | 10/21/2022 | 134 | ORDER ON MOTION TO COMPEL | 4 | |
| | 10/21/2022 | 135 | NOTICE OF COMPLIANCE | 6 | |
| | 10/25/2022 | 136 | NOTICE OF CONFLICT | 2 | |
| | 10/26/2022 | 137 | PRE-TRIAL STATEMENT | 17 | |
| | 10/26/2022 | 138 | MOTION FOR EXTENSION | 3 | |
| | 10/27/2022 | 139 | REPLY ANSWER OR RESPONSE | 13 | |
| | 10/28/2022 | 140 | REQUEST | 3 | |
| | 10/31/2022 | | CAL:NON JURY TRIAL | | |
| | 10/31/2022 | | CR: NON JURY TRIAL CANCELLED | | |
| | 11/02/2022 | 141 | MOTION TO COMPEL | 25 | |
| | 11/04/2022 | 142 | NOTICE OF FILING | 2 | |
| | 11/04/2022 | 143 | TRANSCRIPT OF DEPOSITION | 168 | |
| | 11/04/2022 | 144 | TRANSCRIPT OF DEPOSITION | 93 | |
| | 11/14/2022 | 145 | MOTION FOR STATUS CONFERENCE | 3 | |
| | 11/18/2022 | 146 | NOTICE OF STATUS CONFERENCE | 2 | |
| | 11/30/2022 | | CAL:STATUS CONFERENCE | | |
| | 11/30/2022 | | CR: HEARING HEARD | | |
| | 12/01/2022 | 147 | EMERGENCY MOTION | 7 | |
| | 12/16/2022 | 148 | ORDER OF NON JURY TRIAL | 3 | |
| | 01/03/2023 | 149 | AMENDED RESPONSE TO REQUEST TO PRODUCE | 4 | |
| | 01/03/2023 | 150 | NOTICE OF SERVICE OF ANSWERS TO INTERROGATORIES | 2 | |

| | | | | | |
|---|---|---|---|---|---|
| | 01/03/2023 | 151 | NOTICE OF SERVICE OF ANSWERS TO INTERROGATORIES | 2 | |
| | 01/03/2023 | 152 | AMENDED RESPONSE TO REQUEST TO PRODUCE | 9 | |
| | 01/03/2023 | 153 | SUPPLEMENTAL RESPONSE TO REQUEST TO PRODUCE | 4 | |
| | 01/03/2023 | 154 | NOTICE OF COMPLIANCE | 3 | |
| | 01/09/2023 | 155 | NOTICE OF SERVICE OF ANSWERS TO INTERROGATORIES | 2 | |
| | 01/10/2023 | | CAL:NON JURY TRIAL | | |
| | 01/10/2023 | | CR: NON JURY TRIAL CONDUCTED | | |
| | 01/10/2023 | 175 | EVIDENCE/EXHIBIT LOG | 3 | |
| | 01/10/2023 | 176 | PLAINTIFFS DOCUMENTARY EXHIBIT | 40 | |
| | 01/10/2023 | 177 | PLAINTIFFS DOCUMENTARY EXHIBIT | 40 | |
| | 01/10/2023 | 178 | PLAINTIFFS DOCUMENTARY EXHIBIT | 8 | |
| | 01/10/2023 | 179 | PLAINTIFFS DOCUMENTARY EXHIBIT | 2 | |
| | 01/10/2023 | 180 | PLAINTIFFS DOCUMENTARY EXHIBIT | 2 | |
| | 01/10/2023 | 181 | PLAINTIFFS DOCUMENTARY EXHIBIT | 2 | |
| | 01/10/2023 | 182 | PLAINTIFFS DOCUMENTARY EXHIBIT | 2 | |
| | 01/10/2023 | 183 | PLAINTIFFS DOCUMENTARY EXHIBIT | 4 | |
| | 01/10/2023 | 184 | PLAINTIFFS DOCUMENTARY EXHIBIT | 2 | |
| | 01/10/2023 | 185 | PLAINTIFFS DOCUMENTARY EXHIBIT | 2 | |
| | 01/10/2023 | 186 | DEFENDANTS DOCUMENTARY EXHIBIT | 24 | |
| | 01/10/2023 | 187 | DEFENDANTS DOCUMENTARY EXHIBIT | 4 | |
| | 01/10/2023 | 188 | DEFENDANTS DOCUMENTARY EXHIBIT | 1 | |
| | 01/10/2023 | 189 | DEFENDANTS DOCUMENTARY EXHIBIT | 1 | |
| | 01/10/2023 | 190 | DEFENDANTS DOCUMENTARY EXHIBIT | 16 | |
| | 01/10/2023 | 191 | DEFENDANTS DOCUMENTARY EXHIBIT | 2 | |
| | 01/10/2023 | 192 | DEFENDANTS DOCUMENTARY EXHIBIT | 20 | |
| | 01/10/2023 | 193 | DEFENDANTS DOCUMENTARY EXHIBIT | 18 | |
| | 01/10/2023 | 194 | DEFENDANTS DOCUMENTARY EXHIBIT | 1 | |
| | 01/10/2023 | 195 | DEFENDANTS DOCUMENTARY EXHIBIT | 1 | |
| | 01/10/2023 | 196 | DEFENDANTS DOCUMENTARY EXHIBIT | 3 | |
| | 01/10/2023 | 197 | DEFENDANTS DOCUMENTARY EXHIBIT | 2 | |

| | | | | | |
|---|---|---|---|---|---|
| | 01/10/2023 | 198 | DEFENDANTS DOCUMENTARY EXHIBIT | 2 | |
| | 01/10/2023 | 199 | DEFENDANTS DOCUMENTARY EXHIBIT | 168 | |
| | 01/10/2023 | 200 | DEFENDANTS DOCUMENTARY EXHIBIT | 40 | |
| | 01/10/2023 | 201 | DEFENDANTS DOCUMENTARY EXHIBIT | 40 | |
| | 01/10/2023 | 202 | DEFENDANTS DOCUMENTARY EXHIBIT | 83 | |
| | 01/10/2023 | 203 | DEFENDANTS DOCUMENTARY EXHIBIT | 17 | |
| | 01/10/2023 | 204 | DEFENDANTS DOCUMENTARY EXHIBIT | 17 | |
| | 01/10/2023 | 205 | DEFENDANTS DOCUMENTARY EXHIBIT | 1 | |
| | 01/10/2023 | 206 | DEFENDANTS DOCUMENTARY EXHIBIT | 2 | |
| | 01/10/2023 | 207 | DEFENDANTS DOCUMENTARY EXHIBIT | 2 | |
| | 01/10/2023 | 208 | DEFENDANTS DOCUMENTARY EXHIBIT | 2 | |
| | 01/10/2023 | 209 | DEFENDANTS DOCUMENTARY EXHIBIT | 3 | |
| | 01/10/2023 | 210 | DEFENDANTS DOCUMENTARY EXHIBIT | 2 | |
| | 01/10/2023 | 211 | DEFENDANTS DOCUMENTARY EXHIBIT | 7 | |
| | 01/10/2023 | 212 | DEFENDANTS DOCUMENTARY EXHIBIT | 2 | |
| | 01/11/2023 | 156 | ORDER FOR RELEASE OF EVIDENCE OR EXHIBITS | 1 | |
| | 01/11/2023 | 157 | DEPOSITION DESIGNATIONS | 5 | |
| | 01/11/2023 | 158 | NOTICE OF FILING | 85 | |
| | 01/11/2023 | 159 | NOTICE OF FILING | 6 | |
| | 01/17/2023 | 160 | MEMORANDUM OF LAW | 9 | |
| | 01/17/2023 | 161 | MEMORANDUM OF LAW | 10 | |
| | 01/24/2023 | 162 | NOTICE OF HEARING | 1 | |
| | 02/03/2023 | 163 | FIFTH DISTRICT COURT OF APPEAL (5DCA) ORDER | 1 | |
| | 02/06/2023 | 165 | FINAL JUDGMENT OF EVICTION RECORDED IN THE OFFICIAL RECORDS | 5 | |
| | 02/07/2023 | 164 | MOTION FOR WRIT OF POSSESSION | 3 | |
| | 02/09/2023 | 166 | SUPPLEMENT TO | 8 | |
| | 02/13/2023 | 167 | NOTICE | 6 | |
| | 02/15/2023 | 168 | MOTION FOR ASSESSMENT FOR ATTORNEY FEES/COSTS | 14 | |
| | 02/15/2023 | 169 | NOTICE OF NON-JURY TRIAL | 2 | |
| | 02/21/2023 | 171 | MOTION FOR REHEARING | 7 | |

| | | | | | |
|---|---|---|---|---|---|
| | 02/23/2023 | 170 | NOTICE OF HEARING | 2 | |
| | 02/23/2023 | 173 | REPLY ANSWER OR RESPONSE | 14 | |
| | 02/27/2023 | 172 | CIVIL FIFTH DISTRICT COURT OF APPEALS (5DCA) ORDER DISMISSING APPEAL RECORDED IN THE OFFICIAL RECORDS | 6 | |
| | 02/28/2023 | | CAL:HEARING | | |
| | 02/28/2023 | | CR: HEARING HEARD | | |
| | 03/01/2023 | 174 | ORDER GRANTING MOTION OR PETITION | 4 | |
| | 03/07/2023 | 214 | MOTION TO DISBURSE FROM REGISTRY OF COURT | 3 | |
| | 03/10/2023 | 215 | ADMINISTRATIVE ORDER CASE MANAGEMENT PLAN | 4 | |
| | 03/13/2023 | 213 | WRIT OF POSSESSION ISSUED | 2 | |
| | 03/24/2023 | 216 | WRIT OF POSSESSION RETURNED SERVED | 4 | |
| | 03/27/2023 | 217 | ORDER DENYING MOTION FOR REHEARING | 1 | |
| | 04/06/2023 | 218 | NOTICE OF HEARING | 2 | |
| | 04/11/2023 | 219 | NOTICE OF CANCELLATION OF HEARING | 1 | |
| | 04/14/2023 | 220 | AMENDED NOTICE OF HEARING | 2 | |
| | 04/17/2023 | | CAL:EVIDENTIARY HEARING | | |
| | 04/17/2023 | | CR: HEARING CANCELLED | | |
| | 04/17/2023 | | CAL:HEARING | | |
| | 04/17/2023 | 221 | AMENDED NOTICE OF HEARING | 2 | |
| | 04/17/2023 | | CR: HEARING HEARD | | |
| | 04/18/2023 | 222 | ORDER DENYING PETITION OR MOTION | 2 | |
| | 04/20/2023 | 223 | MOTION TO DISBURSE FROM REGISTRY OF COURT | 14 | |
| | 05/10/2023 | 224 | NOTICE OF HEARING | 2 | |
| | 05/15/2023 | 225 | ADMINISTRATIVE ORDER CASE MANAGEMENT PLAN | 4 | |
| | 05/31/2023 | 226 | ADMINISTRATIVE ORDER CASE MANAGEMENT ORDER | 3 | |
| | 06/11/2023 | 227 | NOTICE OF NON-JURY TRIAL | 2 | |
| | 07/13/2023 | 229 | JOINT STIPULATION OR MOTION TO SUBSTITUTE COUNSEL | 2 | |
| | 07/17/2023 | 228 | NOTICE OF CANCELLATION OF HEARING | 2 | |
| | 07/17/2023 | 231 | ORDER SUBSTITUTING ATTORNEY | 4 | |
| | 07/18/2023 | | CAL:HEARING | | |
| | 07/18/2023 | | CR: HEARING CANCELLED | | |
| | 07/21/2023 | 230 | NOTICE OF HEARING | 2 | |

| | | | | | |
|---|---|---|---|---|---|
| | 08/08/2023 | 232 | NOTICE OF CANCELLATION OF HEARING | 2 | |
| | 08/10/2023 | 233 | NOTICE OF HEARING | 2 | |
| | 09/01/2023 | 234 | MOTION FOR SUMMARY JUDGMENT | 237 | |
| | 09/07/2023 | 235 | NOTICE OF MEDIATION | 2 | |
| | 09/11/2023 | 237 | ORDER SETTING NON-JURY TRIAL AND DIRECTING PRE-TRIAL COMPLIANCE | 3 | |
| | 09/12/2023 | 236 | NOTICE OF CANCELLATION OF MEDIATION | 2 | |
| | 09/13/2023 | | CAL:HEARING | | |
| | 09/13/2023 | | CR: HEARING CANCELLED | | |
| | 09/18/2023 | 238 | CERTIFICATE OF SERVICE | 2 | |
| | 09/19/2023 | 239 | NOTICE OF HEARING | 2 | |
| | 09/26/2023 | | CAL:PRIVATE CIRCUIT MEDIATION | | |
| | 09/26/2023 | | CR: MEDIATION CANCELLED | | |
| | 10/03/2023 | | CAL:HEARING | | |
| | 10/03/2023 | 240 | NOTICE OF MEDIATION | 2 | |
| | 10/03/2023 | 241 | ORDER DIRECTING CLERK TO DISBURSE FUNDS | 2 | |
| | 10/03/2023 | | CR: HEARING HEARD | | |
| | 10/16/2023 | | DSB: REFUND BOND | | 21871.57 |
| | 10/16/2023 | | DSB: REFUND BOND | | 21875.57 |
| | 10/16/2023 | | DSB: REFUND BOND | | 21871.57 |
| | 10/16/2023 | | DSB: REFUND BOND | | 21871.57 |
| | 10/16/2023 | | DSB: REFUND BOND | | 21871.57 |
| | 10/16/2023 | | DSB: REFUND BOND | | 21871.57 |
| | 10/16/2023 | | DSB: REFUND BOND | | 21871.50 |
| | 10/16/2023 | | DSB: REFUND BOND | | 21871.57 |
| | 10/16/2023 | | DSB: REFUND BOND | | 21871.57 |
| | 10/16/2023 | | DSB: REFUND BOND | | 21871.57 |
| | 10/16/2023 | | DSB: REFUND BOND | | 21871.57 |
| | 10/16/2023 | | DSB: REFUND BOND | | 21871.57 |
| | 10/16/2023 | | DSB: REFUND BOND | | 21867.64 |
| | 11/28/2023 | 242 | CERTIFICATE OF SETTLEMENT AUTHORITY | 2 | |
| | 11/29/2023 | 243 | MOTION FOR CONTINUANCE | 6 | |
| | 12/01/2023 | | CAL:PRIVATE CIRCUIT MEDIATION | | |
| | 12/01/2023 | 244 | REPLY ANSWER OR RESPONSE | 34 | |

| | | | | | |
|---|---|---|---|---|---|
| | 12/01/2023 | | CR: MEDIATION CANCELLED | | |
| | 12/04/2023 | 245 | REPLY ANSWER OR RESPONSE | 5 | |
| | 12/12/2023 | | CAL:HEARING | | |
| | 12/12/2023 | | CR: HEARING CANCELLED | | |
| | 12/14/2023 | 246 | NOTICE OF HEARING | 2 | |
| | 01/10/2024 | 247 | NOTICE OF COMPLIANCE | 8 | |
| | 01/12/2024 | 248 | NOTICE OF UNAVAILABILITY | 2 | |
| | 01/12/2024 | 249 | PRE-TRIAL STATEMENT | 17 | |
| | 01/16/2024 | | CAL:HEARING | | |
| | 01/16/2024 | | CR: HEARING HEARD | | |
| | 01/18/2024 | 250 | ORDER OF NON JURY TRIAL | 3 | |
| | 01/18/2024 | 251 | ORDER OF NON JURY TRIAL | 3 | |
| | 01/18/2024 | 252 | ORDER OF NON JURY TRIAL | 3 | |
| | 01/22/2024 | | CAL:NON JURY TRIAL | | |
| | 01/22/2024 | 253 | MOTION FOR TIME CERTAIN TRIAL | 3 | |
| | 01/22/2024 | | CR: NON JURY TRIAL CANCELLED | | |
| | 01/31/2024 | 254 | ORDER SETTING NON-JURY TRIAL AND DIRECTING PRE-TRIAL COMPLIANCE | 4 | |
| | 02/05/2024 | 255 | NOTICE OF HEARING | 2 | |
| | 02/05/2024 | 256 | NOTICE OF ATTORNEY DESIGNATION OF EMAIL ADDRESSES | 1 | |
| | 02/05/2024 | 257 | NOTICE OF UNAVAILABILITY | 2 | |
| | 02/12/2024 | | CAL:NON JURY TRIAL | | |
| | 02/12/2024 | | CR: NON JURY TRIAL CANCELLED | | |
| | 03/06/2024 | 258 | ORDER SETTING NON-JURY TRIAL AND DIRECTING PRE-TRIAL COMPLIANCE | 5 | |
| | 03/06/2024 | 259 | ORDER SETTING NON-JURY TRIAL AND DIRECTING PRE-TRIAL COMPLIANCE | 5 | |
| | 03/20/2024 | | CAL:HEARING | | |
| | 03/20/2024 | | CR: HEARING HEARD | | |
| | 03/20/2024 | 260 | ORDER OF NON JURY TRIAL | 2 | |
| | 04/08/2024 | 261 | ORDER FOR JURY OR NON-JURY TRIAL AND PRE-TRIAL CONFERENCE | 6 | |
| | 04/11/2024 | | CAL:PRETRIAL CONFERENCE | | |
| | 04/11/2024 | | CR: PRETRIAL CONF CANCELLED | | |
| | 04/15/2024 | 262 | ORDER FOR JURY OR NON-JURY TRIAL AND PRE-TRIAL CONFERENCE | 5 | |

| | | | | | |
|---|---|---|---|---|---|
| | 04/22/2024 | | CAL:NON JURY TRIAL | | |
| | 04/22/2024 | | CAL:NON JURY TRIAL | | |
| | 04/22/2024 | | CR: NON JURY TRIAL CANCELLED | | |
| | 04/22/2024 | | CR: NON JURY TRIAL CANCELLED | | |
| | 04/29/2024 | | CAL:PRETRIAL CONFERENCE | | |
| | 04/29/2024 | | CR: PRETRIAL CONF CANCELLED | | |
| | 05/02/2024 | 263 | NOTICE OF UNAVAILABILITY | 2 | |
| | 05/08/2024 | 264 | UNILATERAL PRETRIAL STIPULATION | 18 | |
| | 05/09/2024 | | CAL:PRETRIAL CONFERENCE | | |
| | 05/09/2024 | | CR: PRETRIAL CONF CANCELLED | | |
| | 05/10/2024 | 265 | ORDER OF NON JURY TRIAL | 3 | |
| | 05/14/2024 | 266 | NOTICE OF FILING TRANSCRIPT | 1 | |
| | 05/14/2024 | 267 | TRANSCRIPT OF HEARING | 161 | |
| | 05/14/2024 | 268 | TRANSCRIPT OF HEARING | 168 | |
| | 05/14/2024 | 269 | TRANSCRIPT OF NON-JURY TRIAL | 299 | |
| | 05/16/2024 | 270 | ORDER DENYING MOTION FOR SUMMARY JUDGMENT | 2 | |
| | 05/17/2024 | 271 | UNILATERAL PRETRIAL STIPULATION | 25 | |
| | 05/17/2024 | 272 | NOTICE OF FILING TRANSCRIPT | 1 | |
| | 05/17/2024 | 273 | TRANSCRIPT OF NON-JURY TRIAL | 299 | |
| | 05/17/2024 | 274 | UNILATERAL PRETRIAL STIPULATION | 12 | |
| | 05/23/2024 | 275 | DEPOSITION DESIGNATIONS | 360 | |
| | 05/28/2024 | 276 | MEMORANDUM OF LAW | 12 | |
| | 05/29/2024 | | CAL:NON JURY TRIAL | | |
| | 05/29/2024 | | CAL:JURY TRIAL | | |
| | 05/29/2024 | | CR: NON JURY TRIAL CONDUCTED | | |
| | 05/29/2024 | | CR: JURY TRIAL CANCELLED | | |
| | 05/29/2024 | | CAL:NON JURY TRIAL | | |
| | 05/29/2024 | 278 | EVIDENCE/EXHIBIT LOG | 3 | |
| | 05/29/2024 | 279 | PLAINTIFFS DOCUMENTARY EXHIBIT | 40 | |
| | 05/29/2024 | 280 | PLAINTIFFS DOCUMENTARY EXHIBIT | 40 | |
| | 05/29/2024 | 281 | PLAINTIFFS DOCUMENTARY EXHIBIT | 2 | |
| | 05/29/2024 | 282 | PLAINTIFFS DOCUMENTARY EXHIBIT | 2 | |

| | | | | | |
|---|---|---|---|---|---|
| | 05/29/2024 | 283 | PLAINTIFFS DOCUMENTARY EXHIBIT | 2 | |
| | 05/29/2024 | 284 | PLAINTIFFS DOCUMENTARY EXHIBIT | 2 | |
| | 05/29/2024 | 285 | PLAINTIFFS DOCUMENTARY EXHIBIT | 2 | |
| | 05/29/2024 | 286 | PLAINTIFFS DOCUMENTARY EXHIBIT | 2 | |
| | 05/29/2024 | 287 | PLAINTIFFS DOCUMENTARY EXHIBIT | 4 | |
| | 05/29/2024 | 288 | PLAINTIFFS DOCUMENTARY EXHIBIT | 2 | |
| | 05/29/2024 | 289 | PLAINTIFFS DOCUMENTARY EXHIBIT | 1 | |
| | 05/29/2024 | 290 | PLAINTIFFS DOCUMENTARY EXHIBIT | 1 | |
| | 05/29/2024 | 291 | PLAINTIFFS DOCUMENTARY EXHIBIT | 1 | |
| | 05/29/2024 | 292 | PLAINTIFFS DOCUMENTARY EXHIBIT | 2 | |
| | 05/29/2024 | 293 | PLAINTIFFS DOCUMENTARY EXHIBIT | 2 | |
| | 05/29/2024 | 294 | PLAINTIFFS DOCUMENTARY EXHIBIT | 2 | |
| | 05/29/2024 | 295 | PLAINTIFFS DOCUMENTARY EXHIBIT | 3 | |
| | 05/29/2024 | 296 | PLAINTIFFS DOCUMENTARY EXHIBIT | 3 | |
| | 05/29/2024 | 297 | PLAINTIFFS DOCUMENTARY EXHIBIT | 3 | |
| | 05/29/2024 | 298 | PLAINTIFFS DOCUMENTARY EXHIBIT | 1 | |
| | 05/29/2024 | 299 | PLAINTIFFS DOCUMENTARY EXHIBIT | 1 | |
| | 05/29/2024 | 300 | PLAINTIFFS DOCUMENTARY EXHIBIT | 3 | |
| | 05/29/2024 | 301 | PLAINTIFFS DOCUMENTARY EXHIBIT | 6 | |
| | 05/29/2024 | 302 | PLAINTIFFS DOCUMENTARY EXHIBIT | 12 | |
| | 05/29/2024 | 303 | PLAINTIFFS DOCUMENTARY EXHIBIT | 1 | |
| | 05/29/2024 | 304 | DEFENDANTS DOCUMENTARY EXHIBIT | 3 | |
| | 05/29/2024 | 305 | DEFENDANTS DOCUMENTARY EXHIBIT | 3 | |
| | 05/29/2024 | 306 | DEFENDANTS DOCUMENTARY EXHIBIT | 1 | |
| | 05/29/2024 | 307 | DEFENDANTS DOCUMENTARY EXHIBIT | 4 | |
| | 05/29/2024 | | CR: JURY TRIAL CONDUCTED | | |
| | 06/05/2024 | 277 | DEPOSITION DESIGNATIONS | 900 | |
| | 06/20/2024 | 308 | MOTION FOR EXTENSION | 3 | |
| | 06/21/2024 | 309 | ORDER EXTENDING TIME | 2 | |
| | 06/28/2024 | 310 | CLOSING ARGUMENT | 48 | |

| | | | | | |
|---|---|---|---|---|---|
| | 06/28/2024 | 311 | CLOSING ARGUMENT | 22 | |
| | 07/31/2024 | 312 | REQUEST FOR JUDICIAL NOTICE | 30 | |
| | 10/24/2024 | 313 | NOTICE OF FILING | 14 | |
| | 11/05/2024 | 314 | NOTICE OF HEARING | 2 | |
| | 12/13/2024 | | CAL:HEARING | | |
| | 12/13/2024 | | CR: HEARING CANCELLED | | |
| | 12/17/2024 | 315 | NOTICE OF HEARING | 2 | |
| | 01/10/2025 | | CAL:HEARING | | |
| | 01/10/2025 | | CR: HEARING HEARD | | |
| | 01/22/2025 | 316 | ORDER | 4 | |
| | 01/30/2025 | 318 | NOTICE OF FILING | 23 | |
| | 02/03/2025 | 317 | MOTION TO STAY PROCEEDINGS | 15 | |
| | 02/13/2025 | 319 | NOTICE OF HEARING | 3 | |
| | 02/27/2025 | 320 | REPLY ANSWER OR RESPONSE | 6 | |
| | 03/14/2025 | | CAL:HEARING | | |
| | 03/14/2025 | | CR: HEARING HEARD | | |
| | 05/07/2025 | 321 | ORDER DENYING PETITION OR MOTION | 1 | |
| | 05/07/2025 | 322 | NOTICE OF STATUS CONFERENCE | 2 | |
| | 05/22/2025 | | COUNTERCLAIM DISP UPDATED | | |
| | 05/22/2025 | | ORIGINAL DISPOSITION UPDATED | | |
| | 05/22/2025 | 323 | FINAL JUDGMENT RECORDED IN THE OFFICIAL RECORDS | 13 | |
| | 06/02/2025 | 324 | NOTICE OF CANCELLATION OF HEARING | 2 | |
| | 06/26/2025 | | CAL:STATUS CONFERENCE | | |
| | 06/26/2025 | | CR: STATUS CONF CANCELLED | | |
| | 07/02/2025 | 325 | NOTICE OF UNAVAILABILITY | 2 | |
| | 07/14/2025 | 326 | WRIT OF EXECUTION ISSUED | 2 | |
| | 07/29/2025 | | REOPEN FILING UPDATED | | |
| | 07/29/2025 | 327 | MOTION TO COMPEL | 3 | |
| | 08/04/2025 | | REOPEN FILING UPDATED | | |
| | 08/04/2025 | | ASM: CIRCUIT GARNISHMENT FEE | | 85.00 |
| | 08/04/2025 | 328 | MOTION FOR WRIT OF GARNISHMENT | 3 | |
| | 08/04/2025 | | PROPOSED WRIT OF GARNISHMENT | 2 | |

| | | | | | |
|---|---|---|---|---|---|
| | 08/04/2025 | | REOPEN FILING UPDATED | | |
| | 08/04/2025 | | ASM: CIRCUIT GARNISHMENT FEE | | 85.00 |
| | 08/04/2025 | 329 | MOTION FOR WRIT OF GARNISHMENT | 3 | |
| | 08/04/2025 | | PROPOSED WRIT OF GARNISHMENT | 2 | |
| | 08/04/2025 | | REOPEN FILING UPDATED | | |
| | 08/04/2025 | | ASM: CIRCUIT GARNISHMENT FEE | | 85.00 |
| | 08/04/2025 | 330 | MOTION FOR WRIT OF GARNISHMENT | 3 | |
| | 08/04/2025 | | PROPOSED WRIT OF GARNISHMENT | 2 | |
| | 08/06/2025 | 331 | WRIT OF GARNISHMENT ISSUED TO ATTORNEY VIA E-MAIL | 2 | |
| | 08/06/2025 | 332 | WRIT OF GARNISHMENT ISSUED TO ATTORNEY VIA E-MAIL | 2 | |
| | 08/06/2025 | 333 | WRIT OF GARNISHMENT ISSUED TO ATTORNEY VIA E-MAIL | 2 | |
| | 08/06/2025 | | REOPEN DISPOSITION UPDATED | | |
| | 08/06/2025 | | REOPEN DISPOSITION UPDATED | | |
| | 08/06/2025 | | REOPEN DISPOSITION UPDATED | | |
| | 08/07/2025 | 334 | NOTICE OF HEARING | 2 | |
| | 08/13/2025 | 335 | NOTICE OF SERVICE | 2 | |
| | 08/13/2025 | 336 | NOTICE OF SERVICE | 2 | |
| | 08/13/2025 | 337 | NOTICE OF SERVICE | 2 | |
| | 08/14/2025 | 338 | NOTICE OF COMPLIANCE | 5 | |
| | 08/14/2025 | 339 | NOTICE OF COMPLIANCE | 5 | |
| | 08/14/2025 | 340 | ANSWER OF GARNISHEE | 4 | |
| | 08/15/2025 | 341 | NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESS | 1 | |
| | 08/18/2025 | 342 | ANSWER OF GARNISHEE | 4 | |
| | 08/18/2025 | 343 | VOLUNTARY DISMISSAL OF GARNISHMENT | 2 | |
| | 08/18/2025 | 344 | VOLUNTARY DISMISSAL OF GARNISHMENT | 2 | |
| | 08/18/2025 | 345 | VOLUNTARY DISMISSAL OF GARNISHMENT | 2 | |
| | 08/18/2025 | 346 | AMENDED NOTICE OF HEARING | 2 | |
| | 08/18/2025 | 347 | SATISFACTION OF JUDGMENT | 17 | |
| | 08/27/2025 | 348 | AMENDED NOTICE OF HEARING | 2 | |
| | 09/05/2025 | 349 | REPLY ANSWER OR RESPONSE | 6 | |
| | 09/09/2025 | | CAL:HEARING | | |

| | | | | | |
|---|---|---|---|---|---|
| | 09/09/2025 | | CR: HEARING HEARD | | |
| | 12/12/2025 | 350 | ORDER DENYING MOTION FOR ATTORNEY FEES | 4 | |
| | 01/09/2026 | | ASM: APPEAL CIRCUIT TO 5DCA | | 100.00 |
| | 01/09/2026 | 351 | CIVIL NOTICE OF APPEAL TO FIFTH DISTRICT COURT OF APPEALS (5DCA) RECORDED IN THE OFFICIAL RECORDS | 6 | |
| | 01/09/2026 | 352 | CIVIL NOTICE OF APPEAL TO FIFTH DISTRICT COURT OF APPEALS (5DCA) RECORDED IN THE OFFICIAL RECORDS | 6 | |
| | 01/12/2026 | 353 | FIFTH DISTRICT COURT OF APPEALS (5DCA) ACKNOWLEDGEMENT - RECORD REQUIRED TO BE PREPARED | 2 | |
| | 01/12/2026 | 354 | FIFTH DISTRICT COURT OF APPEAL (5DCA) ORDER | 1 | |
| | 01/28/2026 | 355 | FIFTH DISTRICT COURT OF APPEAL (5DCA) ORDER | 1 | |
| | 02/11/2026 | 356 | LETTER REQUESTING APPEALS FEES | | |
| | | | **Total Number of Document Pages** | **5714** | |

## Complaints

Print

### Reopen fee due on or after: 08/21/2025

| Complaint Date | Cause of Action | Disposition Date | Disposition Description |
|---|---|---|---|
| 06/30/2021 | EVICTION | 05/22/2025 | DISPOSED BY JURY TRIAL |
| 08/30/2022 | COUNTERCLAIM | 05/22/2025 | COUNTER CLAIM DISPOSED |
| 07/29/2025 | REOPEN:CONTRACT & INDEBTEDNESS | | |
| | MOTION TO COMPEL | | |
| 08/04/2025 | REOPEN:CONTRACT & INDEBTEDNESS | 08/06/2025 | CIV/FAM REOPEN CLOSED |
| | MOTION FOR GARNISHMENT | | |
| 08/04/2025 | REOPEN:CONTRACT & INDEBTEDNESS | 08/06/2025 | CIV/FAM REOPEN CLOSED |
| | MOTION FOR GARNISHMENT | | |
| 08/04/2025 | REOPEN:CONTRACT & INDEBTEDNESS | 08/06/2025 | CIV/FAM REOPEN CLOSED |
| | MOTION FOR GARNISHMENT | | |

## Financials

Print

| Name | Receivable | Amount Assessed | Amount Waived | Amount Paid | Due Date | Balance |
|---|---|---|---|---|---|---|
| D 2 | STATUTORY FEE/DEPOS | $0.00 | $0.00 | $21,871.57 | | ($21,871.57) |
| D 2 | CTY CT REGISTRY FEE | $0.00 | $0.00 | $335.57 | | ($335.57) |
| P 1 | APPEAL CIR TO 5DCA | $100.00 | $0.00 | $100.00 | | $0.00 |
| P 1 | CIR GARNISH FEE | $255.00 | $0.00 | $255.00 | | $0.00 |
| P 1 | CIR CIV FILING FEE | $401.00 | $0.00 | $401.00 | | $0.00 |
| P 1 | ISSUE CIR SUMMONS | $30.00 | $0.00 | $30.00 | | $0.00 |

05-2021-CA-035363-XXXX-XX

| | | | | | | |
|---|---|---|---|---|---|---|
| D 1 | STATUTORY FEE/DEPOS | $0.00 | $0.00 | $888,721.10 | | ($888,721.10) |
| D 1 | APPEAL CIR TO 5DCA | $100.00 | $0.00 | $100.00 | | $0.00 |
| D 1 | CIR CT REGISTRY FEE | $0.00 | $0.00 | $11,459.78 | | ($11,459.78) |
| D 1 | CTY CT REGISTRY FEE | $0.00 | $0.00 | $2,013.48 | | ($2,013.48) |
| D 1 | CIR CROSS/COUNTER/3 | $395.00 | $0.00 | $0.00 | | $395.00 |
| **TOTALS:** | | **$1,281.00** | **$0.00** | **$925,287.59** | | **($924,006.59)** |
| **TOTAL AMOUNT ELIGIBLE FOR A CIVIL LIEN:** | | | | | | **($924,006.59)** |

## Payments

☐ Print

| Receipt | Party | Memo | Event Description | Receipt Date | Amount | Payment Type | Received From |
|---|---|---|---|---|---|---|---|
| K217292 | D 1 | | PMT: REGISTRY DEPOSIT | 01/30/2023 | $21,871.57 | CASH BOND | OMNI HEALTHCARE INC |
| K217292 | D 1 | | PMT: CIRCUIT COURT REG FEE | 01/30/2023 | $335.57 | CASH BOND | OMNI HEALTHCARE INC |
| K216703 | D 1 | | PMT: REGISTRY DEPOSIT | 12/29/2022 | $21,871.57 | CASH BOND | OMNI HEALTHCARE INC |
| K216703 | D 1 | | PMT: COUNTY COURT REG FEE | 12/29/2022 | $335.57 | CASH BOND | OMNI HEALTHCARE INC |
| K216153 | D 1 | | PMT: REGISTRY DEPOSIT | 11/30/2022 | $21,871.57 | CASH BOND | OMNI HEALTHCARE INC |
| K216153 | D 1 | | PMT: CIRCUIT COURT REG FEE | 11/30/2022 | $335.57 | CASH BOND | OMNI HEALTHCARE INC |
| K215231 | D 1 | | PMT: REGISTRY DEPOSIT | 10/24/2022 | $21,871.57 | CASH BOND | OMNI HEALTHCARE INC |
| K215231 | D 1 | | PMT: COUNTY COURT REG FEE | 10/24/2022 | $335.57 | CASH BOND | OMNI HEALTHCARE INC |
| T829614 | D 1 | | PMT: REGISTRY DEPOSIT | 09/27/2022 | $21,871.57 | CASH BOND | OMNI HEALTHCARE INC |
| T829614 | D 1 | | PMT: CIRCUIT COURT REG FEE | 09/27/2022 | $335.57 | CASH BOND | OMNI HEALTHCARE INC |
| K213841 | D 1 | | PMT: REGISTRY DEPOSIT | 08/30/2022 | $21,871.50 | CASH BOND | OMNI HEALTHCARE INC |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| K213841 | D 1 | | PMT: CIRCUIT COURT REG FEE | 08/30/2022 | $335.57 | CASH BOND 05-2021-CA-035363-XXXX-XX | OMNI INC |
| K213288 | D 1 | | PMT: REGISTRY DEPOSIT | 07/29/2022 | $21,871.57 | CASH BOND | OMNI HEALTHCARE INC |
| K213288 | D 1 | | PMT: CIRCUIT COURT REG FEE | 07/29/2022 | $335.57 | CASH BOND | OMNI HEALTHCARE INC |
| K212654 | D 1 | | PMT: REGISTRY DEPOSIT | 06/29/2022 | $21,871.57 | CASH BOND | OMNI HEALTHCARE INC |
| K212654 | D 1 | | PMT: CIRCUIT COURT REG FEE | 06/29/2022 | $335.57 | CASH BOND | OMNI HEALTHCARE INC |
| K212050 | D 1 | | PMT: REGISTRY DEPOSIT | 05/27/2022 | $21,871.57 | CASH BOND | OMNI HEALTHCARE INC |
| K212050 | D 1 | | PMT: COUNTY COURT REG FEE | 05/27/2022 | $335.57 | CASH BOND | OMNI HEALTHCARE INC |
| K211483 | D 1 | | PMT: REGISTRY DEPOSIT | 04/29/2022 | $21,871.57 | CASH BOND | OMNI HEALTHCARE INC |
| K211483 | D 1 | | PMT: COUNTY COURT REG FEE | 04/29/2022 | $335.57 | CASH BOND | OMNI HEALTHCARE INC |
| S217425 | D 1 | | PMT: APPEAL CIRCUIT TO 5DCA | 03/31/2022 | $100.00 | REGULAR CASH | BIRD ADAM |
| K210861 | D 1 | | PMT: REGISTRY DEPOSIT | 03/30/2022 | $21,875.57 | CASH BOND | OMNI HEALTHCARE INC |
| K210861 | D 1 | | PMT: COUNTY COURT REG FEE | 03/30/2022 | $335.63 | CASH BOND | OMNI HEALTHCARE INC |
| K210144 | D 1 | | PMT: REGISTRY DEPOSIT | 02/28/2022 | $21,871.57 | CASH BOND | OMNI HEALTHCARE INC |
| K210144 | D 1 | | PMT: COUNTY COURT REG FEE | 02/28/2022 | $335.57 | CASH BOND | OMNI HEALTHCARE INC |
| E851162 | D 1 | REG DEPOSIT | PMT: REGISTRY DEPOSIT | 12/29/2021 | $21,871.57 | CASH BOND | OMNI HEALTHCARE INC |
| E851162 | D 1 | REG DEPOSIT | PMT: CIRCUIT COURT REG FEE | 12/29/2021 | $335.57 | CASH BOND | OMNI HEALTHCARE INC |
| E850090 | D 1 | 05-2021-CA-035363-XXXX-XX | PMT: REGISTRY DEPOSIT | 11/30/2021 | $21,871.57 | CASH BOND | OMNI HEALTHCARE INC |
| E850090 | D 1 | 05-2021-CA-035363-XXXX-XX | PMT: CIRCUIT COURT REG FEE | 11/30/2021 | $335.57 | CASH BOND | OMNI HEALTHCARE INC |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| E848930 | D 1 | 2021CA35363 | PMT: REGISTRY DEPOSIT | 10/29/2021 | $21,871.57 05-2021-CA-035363-XXXX-XX | CASH BOND | OMNI INC |
| E848930 | D 1 | 2021CA35363 | PMT: CIRCUIT COURT REG FEE | 10/29/2021 | $335.57 | CASH BOND | OMNI HEALTHCARE INC |
| E847619 | D 1 | 05-2021-CA-035363-XXXX-XX | PMT: REGISTRY DEPOSIT | 09/29/2021 | $21,871.57 | CASH BOND | OMNI HEALTHCARE INC |
| E847619 | D 1 | 05-2021-CA-035363-XXXX-XX | PMT: CIRCUIT COURT REG FEE | 09/29/2021 | $335.57 | CASH BOND | OMNI HEALTHCARE INC |
| E845925 | D 1 | 052021CA035363XXXXXX | PMT: REGISTRY DEPOSIT | 08/18/2021 | $490,652.38 | CASH BOND | OMNI HEALTHCARE INC |
| E845925 | D 1 | 052021CA035363XXXXXX | PMT: CIRCUIT COURT REG FEE | 08/18/2021 | $7,367.29 | CASH BOND | OMNI HEALTHCARE INC |
| E845041 | D 1 | 05-2021-CA-035363-XXXX-XX | PMT: REGISTRY DEPOSIT | 07/27/2021 | $34,612.23 | CASH BOND | OMNI HEALTHCARE INC |
| E845041 | D 1 | 05-2021-CA-035363-XXXX-XX | PMT: CIRCUIT COURT REG FEE | 07/27/2021 | $526.68 | CASH BOND | OMNI HEALTHCARE INC |
| E845040 | D 1 | 05-2021-CA-035363-XXXX-XX | PMT: CIRCUIT COURT REG FEE | 07/27/2021 | $210.11 | CASH BOND | OMNI HEALTHCARE INC |
| E845040 | D 1 | 05-2021-CA-035363-XXXX-XX | PMT: REGISTRY DEPOSIT | 07/27/2021 | $13,507.53 | CASH BOND | OMNI HEALTHCARE INC |
| K209615 | D 2 | | PMT: COUNTY COURT REG FEE | 01/28/2022 | $335.57 | CASH BOND | DELIGDISH CRAIG K |
| K209615 | D 2 | | PMT: REGISTRY DEPOSIT | 01/28/2022 | $21,871.57 | CASH BOND | DELIGDISH CRAIG K |
| S333044 | P 1 | FILING 239215842 | PMT: APPEAL CIRCUIT TO 5DCA | 01/13/2026 | $100.00 | REGULAR CASH | VILMOS NICOLETTE |
| S317691 | P 1 | EF 228642612 | PMT: CIRCUIT GARNISHMENT FEE | 08/08/2025 | $85.00 | REGULAR CASH | NORTH BREVARD COUNTY HOSPITAL |
| S317690 | P 1 | EF 228641536 | PMT: CIRCUIT GARNISHMENT FEE | 08/08/2025 | $85.00 | REGULAR CASH | NORTH BREVARD COUNTY HOSPITAL |
| S317692 | P 1 | EF 228643158 | PMT: CIRCUIT GARNISHMENT FEE | 08/08/2025 | $85.00 | REGULAR CASH | NORTH BREVARD COUNTY HOSPITAL |
| S199201 | P 1 | EFILING # 129857732 | PMT: ISSUE CIRCUIT SUMMONS | 07/08/2021 | $30.00 | REGULAR CASH | VILMOS NICOLETTE |
| S199201 | P 1 | EFILING # 129857732 | PMT: CIRCUIT CIVIL FILING FEE | 07/08/2021 | $401.00 | REGULAR CASH | VILMOS NICOLETTE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TOTAL PAID: | | | | | $925,287.59 | | |

05-2021-CA-035363-XXXX-XX

## Bonds

☐ Print

| Bond Id | Count | Bond Type | Bond Number | Amount | Posted Date | Status | Balance |
|---|---|---|---|---|---|---|---|
| 675420 | | REGISTRY DEPOSIT | | $13,507.53 | 07/27/2021 | RELEASED | $0.00 |
| 675421 | | REGISTRY DEPOSIT | | $34,612.23 | 07/27/2021 | RELEASED | $0.00 |
| 676900 | | REGISTRY DEPOSIT | | $490,652.38 | 08/18/2021 | RELEASED | $0.00 |
| 678971 | | REGISTRY DEPOSIT | | $21,871.57 | 09/29/2021 | RELEASED | $0.00 |
| 680767 | | REGISTRY DEPOSIT | | $21,871.57 | 10/29/2021 | RELEASED | $0.00 |
| 682179 | | REGISTRY DEPOSIT | | $21,871.57 | 11/30/2021 | RELEASED | $0.00 |
| 683720 | | REGISTRY DEPOSIT | | $21,871.57 | 12/29/2021 | RELEASED | $0.00 |
| 686824 | | REGISTRY DEPOSIT | | $21,871.57 | 02/28/2022 | RELEASED | $0.00 |
| 688737 | | REGISTRY DEPOSIT | | $21,875.57 | 03/30/2022 | RELEASED | $0.00 |
| 688769 | | REGISTRY DEPOSIT | | $18.06 | 03/30/2022 | BOND VOIDED | $0.00 |
| 690512 | | REGISTRY DEPOSIT | | $21,871.57 | 04/29/2022 | RELEASED | $0.00 |
| 692143 | | REGISTRY DEPOSIT | | $21,871.57 | 05/27/2022 | RELEASED | $0.00 |
| 693988 | | REGISTRY DEPOSIT | | $21,871.57 | 06/29/2022 | RELEASED | $0.00 |
| 695639 | | REGISTRY DEPOSIT | | $22,207.14 | 07/29/2022 | RELEASED | $0.00 |
| 697341 | | REGISTRY DEPOSIT | | $21,871.50 | 08/30/2022 | RELEASED | $0.00 |
| 698931 | | REGISTRY DEPOSIT | | $21,871.57 | 09/27/2022 | RELEASED | $0.00 |
| 700242 | | REGISTRY DEPOSIT | | $21,871.57 | 10/24/2022 | RELEASED | $0.00 |
| 702020 | | REGISTRY DEPOSIT | | $21,871.57 | 11/30/2022 | RELEASED | $0.00 |
| 703428 | | REGISTRY DEPOSIT | | $21,871.57 | 12/29/2022 | RELEASED | $0.00 |
| 705203 | | REGISTRY DEPOSIT | | $21,871.57 | 01/30/2023 | RELEASED | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 685252 | | REGISTRY DEPOSIT | | $22,207.14 | 01/28/2022 | OPEN | [illegible] |



## Past Court Schedule

☐ Print

| Date | Time | Judge | Matter Type | Result |
|---|---|---|---|---|
| 07/16/2021 | 09:45 AM | DAVID DUGAN | HEARING | CR: HEARING CANCELLED |
| 07/22/2021 | 01:00 PM | DAVID DUGAN | HEARING | CR: HEARING CANCELLED |
| 07/22/2021 | 01:00 PM | GEORGE T PAULK | HEARING | CR: HEARING HEARD |
| 08/02/2021 | 08:45 AM | GEORGE T PAULK | EVIDENTIARY HEARING | CR: HEARING HEARD |
| 08/02/2021 | 08:45 AM | GEORGE T PAULK | HEARING | CR: HEARING CANCELLED |
| 01/13/2022 | 02:00 PM | GEORGE T PAULK | ORDER TO SHOW CAUSE | CR:ORD TO SHOW CAUSE CANCELLED |
| 01/21/2022 | 09:00 AM | GEORGE T PAULK | EVIDENTIARY HEARING | CR: HEARING HEARD |
| 01/27/2022 | 09:00 AM | GEORGE T PAULK | EVIDENTIARY HEARING | CR: EVIDENTIARY HRG HEARD |
| 02/01/2022 | 01:45 PM | GEORGE T PAULK | HEARING | CR: HEARING CANCELLED |
| 04/27/2022 | 02:30 PM | GEORGE T PAULK | ORDER TO SHOW CAUSE | CR: HEARING HEARD |
| 08/12/2022 | 10:45 AM | GEORGE T PAULK | HEARING | CR: HEARING CANCELLED |
| 08/15/2022 | 09:00 AM | GEORGE T PAULK | NON JURY TRIAL | CR: NON JURY TRIAL CANCELLED |
| 08/17/2022 | 11:00 AM | GEORGE T PAULK | HEARING | CR: HEARING CANCELLED |
| 08/22/2022 | 01:30 PM | GEORGE T PAULK | HEARING | CR: HEARING HEARD |
| 10/10/2022 | 01:30 PM | GEORGE T PAULK | STATUS CONFERENCE | CR: HEARING HEARD |
| 10/31/2022 | 09:00 AM | GEORGE T PAULK | NON JURY TRIAL | CR: NON JURY TRIAL CANCELLED |
| 11/30/2022 | 04:00 PM | GEORGE T PAULK | STATUS CONFERENCE | CR: HEARING HEARD |
| 01/10/2023 | 09:00 AM | GEORGE T PAULK | NON JURY TRIAL | CR: NON JURY TRIAL CONDUCTED |
| 02/28/2023 | 12:15 PM | GEORGE T PAULK | HEARING | CR: HEARING HEARD |
| 04/17/2023 | 01:15 PM | GEORGE T PAULK | HEARING | CR: HEARING HEARD |
| 04/17/2023 | 02:15 PM | GEORGE T PAULK | EVIDENTIARY HEARING | CR: HEARING CANCELLED |
| 07/18/2023 | 09:15 AM | GEORGE T PAULK | HEARING | CR: HEARING CANCELLED |
| 09/13/2023 | 08:30 AM | GEORGE T PAULK | HEARING | CR: HEARING CANCELLED |
| 09/26/2023 | 09:30 AM | PRIVATE CIRCUIT CIV MEDIATION | PRIVATE CIRCUIT CIV MEDIATION | CR: MEDIATION CANCELLED |
| 10/03/2023 | 02:30 PM | GEORGE T PAULK | HEARING | CR: HEARING HEARD |
| 12/01/2023 | 09:00 AM | PRIVATE CIRCUIT CIV MEDIATION | PRIVATE CIRCUIT CIV MEDIATION | CR: MEDIATION CANCELLED |
| 12/12/2023 | 09:00 AM | GEORGE T PAULK | HEARING | CR: HEARING CANCELLED |
| 01/16/2024 | 12:00 PM | GEORGE T PAULK | HEARING | CR: HEARING HEARD |

05-2021-CA-035363-XXXX-XX

| | | | | |
|---|---|---|---|---|
| 01/22/2024 | 09:00 AM | GEORGE T PAULK | NON JURY TRIAL | CR: NON JURY TRIAL |
| 02/12/2024 | 09:00 AM | GEORGE T PAULK | NON JURY TRIAL | CR: NON JURY TRIAL CANCELLED |
| 03/20/2024 | 08:30 AM | GEORGE T PAULK | HEARING | CR: HEARING HEARD |
| 04/11/2024 | 11:00 AM | GEORGE T PAULK | PRE TRIAL CONFERENCE | CR: PRETRIAL CONF CANCELLED |
| 04/22/2024 | 08:30 AM | GEORGE T PAULK | NON JURY TRIAL | CR: NON JURY TRIAL CANCELLED |
| 04/22/2024 | 09:00 AM | GEORGE T PAULK | NON JURY TRIAL | CR: NON JURY TRIAL CANCELLED |
| 04/29/2024 | 11:00 AM | GEORGE T PAULK | PRE TRIAL CONFERENCE | CR: PRETRIAL CONF CANCELLED |
| 05/09/2024 | 11:00 AM | GEORGE T PAULK | PRE TRIAL CONFERENCE | CR: PRETRIAL CONF CANCELLED |
| 05/29/2024 | 08:30 AM | GEORGE T PAULK | JURY TRIAL | CR: JURY TRIAL CANCELLED |
| 05/29/2024 | 08:30 AM | GEORGE T PAULK | JURY TRIAL | CR: JURY TRIAL CONDUCTED |
| 05/29/2024 | 08:30 AM | GEORGE T PAULK | NON JURY TRIAL | CR: NON JURY TRIAL CANCELLED |
| 12/13/2024 | 08:55 AM | GEORGE T PAULK | HEARING | CR: HEARING CANCELLED |
| 01/10/2025 | 11:15 AM | GEORGE T PAULK | HEARING | CR: HEARING HEARD |
| 03/14/2025 | 09:30 AM | GEORGE T PAULK | HEARING | CR: HEARING HEARD |
| 06/26/2025 | 12:00 PM | GEORGE T PAULK | STATUS CONFERENCE | CR: STATUS CONF CANCELLED |
| 09/09/2025 | 01:15 PM | GEORGE T PAULK | HEARING | CR: HEARING HEARD |

## Judge History

☐ Print

| | Date Assigned | Case Type | Judge | Description |
|---|---|---|---|---|
| 1 | 06/30/2021 | CONTRACT & INDEBTEDNESS | GEORGE T PAULK | INITIAL ASSIGNMENT |

Print

Back to Top

New Search

Created, Hosted & Maintained by Brevard County Clerk of Courts

Version: 1.0.26 - Updated: 11/7/2024