# EXHIBIT 5

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR BREVARD COUNTY, FLORIDA

MICROGEN DX, LLC,

Plaintiff,

CASE NO. 05-2021-CA-019260

vs.

OMNI HEALTHCARE, INC.,

Defendant.
_______________________________/

**AGREED ORDER DISSOLVING WRITS OF GARNISHMENT DIRECTED TO TD BANK, NATIONAL ASSOCIATION AND DIRECTING RELEASE OF GARNISHED FUNDS**

THIS CAUSE having come before the Court without a hearing on Defendant OMNI Healthcare, Inc.'s Objection and Motion to Dissolve Writs of Garnishment (the "Motion"), and the Court having considered the Motion, being advised that the parties have reached an agreement with regard to the relief requested therein, and Garnishee, TD Bank National Association has no objection to the entry of this Order, and being otherwise duly advised in the premises, it is hereby

ADJUDGED as follows:

1. The Motion is GRANTED in part.

2. The funds that Garnishee TD Bank, National Association disclosed in its Amended Answer to Writ of Garnishment filed on January 29, 2024, which amounts consist of $37,939.34 in an account ending in[redacted] and an additional $90.08 in an account ending in [redacted] shall be disbursed to Plaintiff, Microgen DX, LLC within a reasonable time following service of this Order.

3. Additionally, the funds that Garnishee TD Bank, National Association disclosed in its Answer to Writ of Garnishment filed on February 26, 2024, which amounts included an

additional $7,105.23 set aside from the account ending in [redacted], shall similarly be disbursed to Plaintiff, Microgen DX, LLC within a reasonable time following service of this Order.

4. TD Bank, National Association shall disburse the funds mentioned in paragraphs 2 and 3 above to Plaintiff in care of its counsel (Lawhon Goggin, LLP) by issuing a single check in the total amount of **$45,134.65** made payable to "Lawhon Goggin, LLP Trust Account" and delivered to Plaintiff's counsel at the following address:

Lawhon Goggin, LLP
Attn: Anthony M. Lawhon, Esq.
3003 Tamiami Trail N., Suite 200
Naples, FL 34103

5. As a consequence of the disbursement of the garnished funds described above, any and all writs of garnishment issued in this case directed to Garnishee, TD Bank, National Association, including without limitation the Writ of Garnishment issued January 23, 2024 in the amount of $324,559.53, as well as the separate Writ of Garnishment issued February 21, 2024 in the amount of $307,360, shall thereafter automatically be **DISSOLVED** in full and shall have no other effect on any of Defendant's accounts or funds held by Garnishee, and Garnishee shall be released from any further obligations in connection therewith.

IT IS FURTHER ADJUDGED that within five days from the date of eservice of this Order, the Plaintiff shall:

6. Furnish a copy of this Order to each self-represented party, if any, by U.S. Mail, first class, postage paid; and

7. File a certificate signed by Plaintiff's counsel that delivery of this Order has been made as set forth herein.

DONE AND ORDERED in Chambers, Brevard County this 4th day of April, 2024.

CURT JACOBUS
CIRCUIT JUDGE

**Copies to:**

Tony Lawhon, Esq. — TonyLawton@lawhon-law.com, CathyRay@lawhon-law.com

Ryan D. O'Connor, Esq. — ryano@whitebirdlaw.com, lsmith@whitebirdlaw.com