# EXHIBIT 6

# VERIFIED RETURN OF NON-SERVICE

**State of Florida** **County of Brevard** **County Court**

Case Number: 05-2023-SC-031473-XXXX-XX Court Date: 7/5/2023 9:00 am

Plaintiff: **Jeff Jackson, d/b/a Dririte**
vs.
Defendant: **Craig Delighish**

For:
Jennifer Garner
Jennifer A. Garner, P.A.
2224 Ashley Oaks Circle
Ste. 101
Wesley Chapel, FL 33544

Received by William LaDrew on the 26th day of May, 2023 at 4:04 pm to be served on **Craig Deligdish, 815 Sanderling Dr, Indialantic, FL 32903**.

I, William LaDrew, do hereby affirm that on the **5th day of July, 2023** at **9:00 am, I:**

**NON SERVED** the **SMALL CLAIMS/ SUMMONS NOTICE TO APPEAR FOR A PRE-TRIAL CONFERENCE, COMPLAINT TO RENEW JUDGMENT and EXHIBIT A** for the reason that after careful inquiry and diligent attempts I failed to find **Craig Deligdish** or information to allow further search.

**Additional Information pertaining to this Service:**
5/31/2023 12:09 pm Attempted service at 815 Sanderling Dr, Indialantic, FL 32903 knocked on door and rang the ring style doorbell with no answer.
6/19/2023 4:15 pm Attempted service at 815 Sanderling Dr, Indialantic, FL 32903 knocked on door and rang the "ring" style doorbell with no answer. There are lights on inside as well as outside of the home.
6/21/2023 10:08 am Attempted service at 815 Sanderling Dr, Indialantic, FL 32903 knocked on door and rang the "ring" style doorbell with no answer. There are lights on inside as well as outside of the home. Today is the first day that there has been any activity notated. The overhead garage door is open at this time and there is a vehicle inside of the garage.
6/17/2023 12:39 pm Attempted service at 815 Sanderling Dr, Indialantic, FL 32903 knocked on door and rang the "ring" style doorbell with no answer. There are lights on inside as well as outside of the home.
6/14/2023 7:39 pm Attempted service at 815 Sanderling Dr, Indialantic, FL 32903 knocked on door and rang the "ring" style doorbell with no answer. There are lights on inside as well as outside of the home.
6/12/2023 7:39 pm Attempted service at 815 Sanderling Dr, Indialantic, FL 32903 knocked on door and rang the "ring" style doorbell with no answer. There are lights on inside as well as outside of the home.
6/9/2023 5:28 pm Attempted service at 815 Sanderling Dr, Indialantic, FL 32903 knocked on door and rang the "ring" style doorbell with no answer. There are lights on inside as well as outside of the home.
6/5/2023 8:28 am Attempted service at 815 Sanderling Dr, Indialantic, FL 32903 knocked on door and rang the "ring" style doorbell with no answer. There are lights on inside as well as outside of the home.
6/3/2023 10:28 am Attempted service at 815 Sanderling Dr, Indialantic, FL 32903 knocked on door and rang the "ring" style doorbell with no answer. There are lights on inside as well as outside of the home.
6/2/2023 8:39 am Attempted service at 815 Sanderling Dr, Indialantic, FL 32903 knocked on door and rang the "ring" style doorbell with no answer. There are lights on inside as well as outside of the home.

## VERIFIED RETURN OF NON-SERVICE For 05-2023-SC-031473-XXXX-XX

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server in the circuit in which service was effected in accordance with Florida Statutes and I have no interest in the above action.

**William LaDrew**
CPS #670

**TRGT LEGAL**
**P.O. Box 1066**
**Pinellas Park, FL 33871**
**(888) 642-0130**

Our Job Serial Number: RCG-2023006429

Filing # 173823023 E-Filed 05/23/2023 04:45:29 PM

DELIVERED 07/05/2023 09:00 AM
SERVER WLD
LICENSE CPS #670

**IN THE COUNTY COURT, EIGHTEENTH JUDICIAL CIRCUIT,**
**BREVARD COUNTY, FLORIDA**

**DIVISION: SMALL CLAIMS CASE NUMBER: 05 - 2023 - SC - 031473 -XXXX-XX**

**PLAINTIFF**
JEFF JACKSON D/B/A DRIRITE
JENNIFER A GARNER, ESQ
2224 ASHLEY OAKS CIRCLE, STE 101
WESLEY CHAPEL, FL 33544

**DEFENDANT**
CRAIG DELIGDISH
815 SANDERLING DR
INDIALANTIC, FL 32903

**SMALL CLAIMS/SUMMONS NOTICE TO APPEAR**
**FOR A PRETRIAL CONFERENCE**

PRETRIAL INFORMATION
DATE: 07/05/2023
TIME: 9:00 am
LOCATION: 2825 Judge Fran Jamieson Way, Viera, FL 32940
JUDGE: Judge David Koenig

Service Information

To Whom:
Date:
Time:
Served by:

**STATE OF FLORIDA:**
**NOTICE TO PLAINTIFFS AND DEFENDANTS:**

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at the time and location indicated above for Small Claims Pretrial Conference before a judge of this Court.

The parties and counsel may appear for Small Claims Pretrial Conference either:

a. In person, provided they comply with the applicable public health requirements; or,
b. By video conference as arranged in advance by email with the Judicial Assistant to the presiding Judge.

WITNESS my hand and Official Seal on the 23 day of MAY, 20 23, in Titusville, Brevard County, Florida.

T Milsaps

Deputy Clerk: T MILSAPS
Brevard County Clerk of Courts