# EXHIBIT 7

# VERIFIED RETURN OF NON-SERVICE

**State of Florida** **County of Brevard** **County Court**

Case Number: 05-2023-SC-031473-XXXX-XX Court Date: 9/27/2023 9:00 am

Plaintiff: **Jeff Jackson, d/b/a Dririte**
vs.
Defendant: **Craig Delighish**

For:
Jennifer Garner
Jennifer A. Garner, P.A.
2224 Ashley Oaks Circle
Ste. 101
Wesley Chapel, FL 33544

Received by Diana Wardwell on the 22nd day of August, 2023 at 4:46 pm to be served on **Craig Deligdish, 815 Sanderling Dr., Indialantic, FL 32903**.

I, Diana Wardwell, do hereby affirm that on the **23rd day of September, 2023** at **4:04 pm, I:**

**NON SERVED** the **ALIAS SMALL CLAIMS/ SUMMONS NOTICE TO APPEAR FOR PRETRIAL CONFERENCE** for the reason that after careful inquiry and diligent attempts I failed to find **Craig Deligdish** or information to allow further search.

**Additional Information pertaining to this Service:**
8/29/2023 12:13 pm Attempted service at 815 Sanderling Dr., Indialantic, FL 32903. No answer.
9/4/2023 9:00 am Attempted service at 815 Sanderling Dr., Indialantic, FL 32903 knocked on door and rang doorbell with no answer.
9/9/2023 12:42 pm Attempted service at 815 Sanderling Dr., Indialantic, FL 32903, no answer or response.
9/22/2023 7:01 pm Attempted service at 815 Sanderling Dr., Indialantic, FL 32903. Garage on side of home is open. Two vehicles observed inside. No answer at the door. When returning to my car, I observed the garage was now closed. Lights on in the back of the home but no one will answer.
9/23/2023 4:04 pm Attempted service at 815 Sanderling Dr., Indialantic, FL 32903. No answer or response through knocking or ringdoorbell. Garage closed, it appears there are vehicles inside.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server in the circuit in which service was effected in accordance with Florida Statutes and I have no interest in the above action.

Diana Wardwell

**Diana Wardwell**
CPS#059

**TRGT LEGAL**
**P.O. Box 1066**
**Pinellas Park, FL 33871**
**(888) 642-0130**

Our Job Serial Number: RCG-2023010465

Filing # 179758675 E-Filed 08/16/2023 09:51:11 AM

| | |
|---|---|
| DELIVERED | 9/23/2023 4:04 PM |
| SERVER | DW |
| LICENSE | CPS#059 |

**IN THE COUNTY COURT, EIGHTEENTH JUDICIAL CIRCUIT, BREVARD COUNTY, FLORIDA**

**DIVISION: SMALL CLAIMS CASE NUMBER: 05 - 2023 - SC - 031473 -XXXX-XX**

**PLAINTIFF**
JEFF JACKSON D/B/A DRIRITE
C/O JENNIFER A GARNER, ESQ
2224 ASHLEY OAKS CIR STE 101
WESLEY CHAPEL, FL 33544-6904

**DEFENDANT**
CRAIG DELIGDISH
815 SANDERLING DR
INDIALANTIC, FL 32903-4711

**ALIAS**
**SMALL CLAIMS/SUMMONS NOTICE TO APPEAR FOR A PRETRIAL CONFERENCE**

PRETRIAL INFORMATION
DATE: 09/27/2023
TIME: 9:00 am
LOCATION: 2825 Judge Fran Jamieson Way, Viera, FL 32940
JUDGE: Judge David Koenig

Service Information
To Whom:
Date:
Time:
Served by:

**STATE OF FLORIDA:**
**NOTICE TO PLAINTIFFS AND DEFENDANTS:**

YOU ARE HEREBY NOTIFIED that you are required to appear in person or by attorney at the time and location indicated above for Small Claims Pretrial Conference before a judge of this Court.

The parties and counsel may appear for Small Claims Pretrial Conference either:

a. In person, provided they comply with the applicable public health requirements; or,
b. By video conference as arranged in advance by email with the Judicial Assistant to the presiding Judge.

WITNESS my hand and Official Seal on the 16th day of AUGUST, 20 23, in Titusville, Brevard County, Florida.

Ginni Cullifer

Deputy Clerk: GINNI CULLIFER
Brevard County Clerk of Courts

## NOTICE TO PERSONS WITH A DISABILITY

**REQUEST FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES: If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator at Brevard Court Administration at The Moore Justice Center, 2825 Judge Jamieson Way, 3rd Floor, Viera, FL 32940-8006, (321) 633-2171, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

### CLERK OF COURTS OFFICE LOCATIONS

**TITUSVILLE CLERK'S OFFICE**

CLERK OF COURTS
400 SOUTH STREET
TITUSVILLE, FL 32780
TELEPHONE: (321)637-5413
FAX: (321)264-5269

**MERRITT ISLAND CLERK'S OFFICE**

CLERK OF COURTS
2575 N. COURTENAY PARKWAY
ROOM 129
MERRITT ISLAND, FL 32953
TELEPHONE: (321)637-5413
FAX: 637-6525

**MELBOURNE CLERK'S OFFICE**

CLERK OF COURTS
51 S. NEIMAN AVENUE
MELBOURNE, FL 32901
TELEPHONE: (321)952-4604
FAX: (321)952-4602

**PALM BAY CLERK'S OFFICE**

CLERK OF COURTS
450 COGAN DR. S.E.
PALM BAY, FL 32909
TELEPHONE: (321)637-5413
FAX: (321)637-6526

**VIERA CLERK'S OFFICE**

CLERK OF COURTS
HARRY T. & HARRIETTE V.
MOORE JUSTICE CENTER
2825 JUDGE FRAN JAMIESON WAY
MELBOURNE, FL 32940
TELEPHONE: (321)637-5413
FAX: (321)617-7311

IN THE __________ COURT FOR THE EIGHTEENTH JUDICIAL
CIRCUIT IN AND FOR BREVARD COUNTY, FLORIDA

CASE NO.: 05-2023 - SC -031473 -XXXX-XX

_______________________________,
Petitioner/Plaintiff,

vs

_______________________________,
Respondent/Defendant,

**NON-ATTORNEY DESIGNATION OF EMAIL ADDRESS**

Pursuant to Florida Rules of Judicial Administration 2.516, I, ______________________ ____________________, designate the below email address(es) for electronic service of all documents related to this case.

Primary email address: ________________________________________

Secondary email address: ________________________________________

Secondary email address: ________________________________________

I certify that a copy of the foregoing has been furnished, if applicable, to the following at the address listed:

________________________________________________________________________________

By ( ) US Mail ( ) Email ( ) Hand delivery

Dated this _____ day of ____________________, 20___.

________________________________
Signature

________________________________
Printed Name

____________________________________
Address

____________________________________
City/State/Zip Code

____________________________________
Telephone Number (please provide telephone number if court notifications may be provided by text)

Law 1350
(Eff. 07-30-2015)

## IMPORTANT – READ CAREFULLY

## ONLINE DISPUTE RESOLUTION

You must participate in ONLINE DISPUTE RESOLUTION by doing the following:

1. Within 10 days of service of the summons, complete a Non-Attorney Designation of Email Address form and file it with the Clerk of Court. The form is attached to this summons and may be found at http://www.brevardclerk.us/index.cfm/small-claims-forms and may be filed using the application at https://www.myflcourtaccess.com.
2. You will then receive notice of hearings by email and be able to participate in Online Dispute Resolution (ODR).
3. The Plaintiff will contact you through ODR to attempt to resolve their dispute before the Pretrial Conference and you may request the assistance of a mediator during ODR. **There is no charge to either party**.
4. Parties and attorneys may participate in ODR using their smartphone, computer, or tablet at any time prior to the Pretrial Conference, including evenings and weekends.
5. After making good faith efforts, **either party may discontinue the process at any time, for any reason, with written notice to the other party**.

For an explanation of ODR and a (90 second) video go to http://www.brevardclerk.us/small-claims. Questions and other communication concerning ODR should be directed to: BrevardODR@flcourts18.org.

- This process does not apply to PIP actions or lawsuits involving an insurance carrier.

If the parties reach an agreement using ODR and the agreement is filed with the Clerk of Court, the parties will not have to appear in court on the Pretrial Conference date.

If you have not reached a settlement agreement before the Pretrial Conference date, you are required to attend the Pretrial Conference as indicated on the summons. Failure to attend the proceedings, when required, may result in the entry of a default judgment against you.

## PRETRIAL CONFERENCE

1. If your case has not been settled, you must appear in person or by counsel at the Pretrial Conference. Your filing a motion or an answer does not excuse your appearance.
2. The Pretrial Conference is a scheduling proceeding, not a trial so do not bring witnesses.
3. At the Pretrial Conference, your case may be scheduled for trial, hearing or continued for you to participate in Mediation, Online Dispute Resolution or for other reasons.
4. If you claim you were sued in the wrong location - the issue of venue – you may raise that at the Pretrial Conference. Additional information about the right to venue may be found at http://brevardclerk.us/small-claims-faqs.
5. Unless the Court grants additional time, you are required to file any counterclaim at or before the Pretrial Conference.