# EXHIBIT 8

☐ IN THE CIRCUIT COURT, EIGHTEENTH JUDICIAL CIRCUIT, BREVARD COUNTY, FLORIDA
☒ IN THE COUNTY COURT, BREVARD COUNTY, FLORIDA

| DIVISION | | CASE NUMBER |
|---|---|---|
| ☒ CIVIL<br>☐ CRIMINAL<br>☐ JUVENILE<br>☐ TRAFFIC | COUNTY COURT MINUTE SHEET | 05 - 2003 - SC - 058880 - XXXX- XX |

| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CLOCK IN |
|---|---|---|
| DRIRITE<br>JEFF JACKSON | CRAIG DELIGDISH | FILED IN OPEN COURT<br>Date: MAR 2 5 2003 Time: 8:37<br>, CLERK CIRCUIT AND COUNTY COURT<br>By [signature] D.C. |

## SUMMARY CLAIMS/EVICTION MINUTE SHEET

Case # 05-2003-SC-058880-XXXX-XX
Document Page # 4
002197979

**DATE:** 03/25/2003

**TIME:** 8:30AM

**JUDGE:** MCCLUAN

| PLAINTIFF APPEARED: | YES | NO | DEFENDANT APPEARED: | YES | NO |
|---|---|---|---|---|---|
| DRIRITE | ☑ | ☐ | CRAIG DELIGDISH | ☑ | ☐ |
| JEFF JACKSON | ☑ | ☐ | | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ |
| ATTORNEY APPEARED: | ☐ | ☐ | ATTORNEY APPEARED: | ☐ | ☐ |

SMT CM SERVED

- ☐ Consent to Judgment
- ☐ Default Judgment
- ☐ Final Judgment for Possession
- ☐ Payment Stipulation
- ☐ Record of Agreement
- ☐ Voluntary Dismissal
- ☐ Reset To ☐ For ☐
- ☐ Dismissal By Court
- ☐ Final Judgment

**Comments :** Mod - [signature]

MAR 2 5 2003
Date

[signature]
Deputy Clerk

COURT CLERK ... COUNTY, FLORIDA

LAW 808
(New. 02/02)