**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* OMNI HEALTHCARE, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MD SPINE SOLUTIONS LLC, D/B/A MD LABS INC., DENIS GRIZELJ, MATTHEW RUTLEDGE AND DOE HEALTHCARE PROVIDERS 1 - 100,<br><br>Defendants. | **CIVIL ACTION NO.: 18-cv-12558-PBS**<br><br>**NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that plaintiff-relator OMNI Healthcare, Inc. ("OMNI") appeals to the United States Court of Appeals for the First Circuit from the Order (ECF #327) of the United States District Court for the District of Massachusetts entered on April 1, 2026 and the Order of that same Court (ECF #294) entered on September 5, 2026.

April 29, 2026

**OMNI HEALTHCARE, INC.**
*By its attorneys,*

*/s/ Thomas M. Kenny*______________
THOMAS M. KENNY (*pro hac vice*)
SPIRO HARRISON & NELSON

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

April 29, 2026

**OMNI HEALTHCARE, INC.**
*By its attorneys,*

*/s/ Thomas M. Kenny*
THOMAS M. KENNY (*pro hac vice*)
SPIRO HARRISON & NELSON